| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Yosina M. Lissebeck (State Bar No. 201654)<br>**DINSMORE & SHOHL LLP**<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: 619.400.0500<br>Facsimile: 619.400.0501<br>yosina.lissebeck@dinsmore.com<br><br>Matthew J. Stockl (State Bar No. 329366)<br>**DINSMORE & SHOHL LLP**<br>550 South Hope Street, Suite 1765<br>Los Angeles, CA 90071<br>Telephone: 213.335.7737<br>Facsimile: 213.335.7740<br>matthew.stockl@dinsmore.com<br><br>Proposed Counsel to the Chapter 7 Trustee,<br>Richard A. Marshack | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Kristina Lynn Smith,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:24-bk-12527-TA<br>CHAPTER: 7<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)**<br><br>[No Hearing Required] |

1. Name, address and telephone number of the professional (Professional) submitting this Statement:
   Matthew J. Stockl
   DINSMORE & SHOHL LLP
   550 South Hope Street, Suite 1765
   Los Angeles, CA 90071

2. The services to be rendered by the Professional in this case are *(specify)*:
   See Application and Declaration filed concurrently herewith.

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:
   See Application and Declaration filed concurrently herewith.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*　　　　　　　　　　　　　　　　Page 1　　　　　　　　　　　　**F 2014-1.STMT.DISINTEREST.PROF**

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:
See Application and Declaration filed concurrently herewith.

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:
See Application and Declaration filed concurrently herewith.

6. The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:
See Application and Declaration filed concurrently herewith.

7. The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:
See Application and Declaration filed concurrently herewith.

8. The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9. The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:
See Application and Declaration filed concurrently herewith.

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

Matthew J. Stockl
DINSMORE & SHOHL LLP
550 South Hope Street, Suite 1765
Los Angeles, CA 90071
Telephone: 213.335.7737

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    F 2014-1.STMT.DISINTEREST.PROF

11. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:
No

12. Total number of attached pages of supporting documentation: 0

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/21/2024 | Matthew J. Stockl | /s/ Matthew J. Stockl |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 3    **F 2014-1.STMT.DISINTEREST.PROF**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
550 South Hope Street, Suite 1765, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _11/21/2024_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _11/21/2024_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _11/21/24_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/21/24 | Katrice Ortiz | /s/ Katrice Ortiz |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 4    F 2014-1.STMT.DISINTEREST.PROF

*In re Kristina Lynn Smith*
Case No. 8:24-bk-12527-TA
U.S.B.C., Central District of California
Santa Ana Division

I. **TO BE SERVED VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Richard G. Heston** rheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
- **Richard A Marshack (TR)** pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Julie J Villalobos** julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com
- **Jennifer C Wong** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

II. **SERVED BY UNITED STATES MAIL:**

**Debtor:**
Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677-6025

**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593

III. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR EMAIL:**

**U.S. Bankruptcy Court:**
Honorable Theodor Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**