Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
yosina.lissebeck@dinsmore.com

Matthew J. Stockl (State Bar No. 329366)
**DINSMORE & SHOHL LLP**
550 South Hope Street, Suite 1765
Los Angeles, CA 90071
Telephone: 213.335.7737
Facsimile: 213.335.7740
matthew.stockl@dinsmore.com

Proposed Counsel to the Chapter 7 Trustee,
Richard A. Marshack

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smith,<br><br>　　　　Debtor. | Case No. 8:24-bk-12527-TA<br><br>Chapter 7<br><br>**NOTICE OF FILING OF APPLICATION PURSUANT TO 11 U.S.C. SECTION 327(a) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DINSMORE & SHOHL LLP AS GENERAL BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE RICHARD A. MARSHACK AND OPPORTUNITY TO REQUEST A HEARING**<br><br>Date:　No Hearing Required<br>Time:<br>Ctrm:　5B<br>　　　411 West Fourth Street<br>　　　Santa Ana, California 92701-4593<br>Judge:　Hon. Theodor C. Albert |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Richard A. Marshack, court-appointed chapter 7 trustee (the "Trustee" or "Movant") in the chapter 7 case (the "Case") of the above-captioned debtor (the "Debtor"), has filed an Application for authority to retain and employ, as of October 23, 2024, the law firm of Dinsmore & Shohl LLP ("Dinsmore") as counsel for the Trustee pursuant to § 327(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Dinsmore will seek compensation from the within bankruptcy estate pursuant to 11 U.S.C. §§ 330 and 331.

The Trustee believes Dinsmore is qualified to represent him and that it is necessary to employ Dinsmore in this Case.  Dinsmore has no conflicts of interest adverse to the bankruptcy estate and Dinsmore is a disinterested person.  The Application is made pursuant to 11 U.S.C. § 327.  Dinsmore has not received a retainer in connection with its proposed representation of the Trustee.  "Connections" to creditors and parties in interest are set forth in the Stockl Declaration (as defined in the Application) filed in connection with the Application.

The rates for this Case for some of the lawyers and paraprofessionals expected to be primarily involved in this Case are as follows:

| Name | Title | Hourly Rate |
|---|---|---|
| Yosina Lissebeck | Partner | $745 |
| Matthew Stockl | Associate | $480 |

The Trustee understands that these billing rates are generally revised on or about January 1 of each year, but that the above rates will remain consistent in this Case through December 31, 2024.  For other professionals, the rate will be the published hourly rate generally in effect for the period during which the services are rendered.  Because the fees are based on hourly rates and correspond to the experience and expertise of each individual, the Trustee believes the terms and conditions of Dinsmore's employment are reasonable.

2

In addition to the hourly rates set forth above, Dinsmore customarily charges its clients for items of cost and expense incurred in our work on this matter. Items which will be charged separately include copying, messenger services, filing fees, postage and express services, long distance telephone calls, telecopying, computerized legal research, computer-assisted document preparation, support staff overtime when necessary, and similar items.

Dinsmore intends to apply to the Court for allowance of such compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the standing orders of this Court, and the guidelines, practices and customs of the U.S. Trustee. Where appropriate, Dinsmore may engage third-party providers to perform specific services. As with Dinsmore's hourly rates, the cost and expense schedule is generally updated on or about January 1 of each year. The current rates for these charges are set forth in Exhibit "A" to the Stockl Declaration.

**Deadline for Filing and Serving Opposition Papers and Request for a Hearing:**

**PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the proposed employment must be in the form as required by Local Bankruptcy Rules 9013-1(f)(1) and (o), and must be filed with the Clerk of the above-entitled Court. The deadline for any response and request for hearing is fourteen (14) days after the date service of this Notice, plus an additional three (3) days if this Notice was served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). A copy of any response or request for hearing must be served on the Movant (and proposed counsel). A copy must also be served on the Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. Failure to timely respond may be deemed as acceptance of the proposed relief. See Local Bankruptcy Rule 9013-1(h).

Date: November 21, 2024                DINSMORE & SHOHL LLP

By: */s/ Matthew J. Stockl*
    Yosina M. Lissebeck
    Matthew J. Stockl
    Proposed Counsel to the Chapter 7 Trustee,
    Richard A. Marshack

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Dinsmore & Shohl LLP
550 S. Hope Street, Suite 1765
Los Angeles, California 90071

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Filing of Application Pursuant to 11 U.S.C. Section 327(a) Authorizing the Retention and Employment of Dinsmore & Shohl LLP as General Bankruptcy Counsel for Chapter 7 Trustee Richard A. Marshack and Opportunity to Request a Hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 21, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 21, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 21, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2024 | Katrice Ortiz | /s/ Katrice Ortiz |
|---|---|---|
| Date | Printed Name | Signature |

15232336.2

*In re Kristina Lynn Smith*
Case No. 8:24-bk-12527-TA
U.S.B.C., Central District of California
Santa Ana Division

I.    **TO BE SERVED VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Richard G. Heston** rheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
- **Richard A Marshack (TR)** pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Julie J Villalobos**  julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com
- **Jennifer C Wong** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

II.    **SERVED BY UNITED STATES MAIL**:

**Debtor:**
Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677-6025

**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593

**Creditors and Interested Parties**

| | |
|---|---|
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | ADT LLC Payroll Operations<br>1501 Yamato RD<br>Boca Raton, FL 33431-4438 |
| Franchise Tax Board Bankruptcy<br>Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | AT&T<br>208 S Akard Rd<br>Dallas, TX 75202-4206 |
| Santa Ana Division<br>411 West Fourth Street, Suite 2030<br>Santa Ana, CA 92701-4500 | Allergy and Asthma Assc<br>28202 Cabot Rd Ste 105<br>Laguna Niguel, CA 92677-1247 |
| A Center for Children<br>1111 W Chapman Ave<br>Orange, CA 92868-2828 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 |

1

15232336.2

| | |
|---|---|
| Clineva Urgent Care<br>25461 Rancho Niguel<br>Laguna Niguel, CA 92677-7304 | Macys Corporate<br>151 West 34th Street<br>New York, NY 10001-2101 |
| Community Orthopaedic And MRI<br>26401 Crown Valley Pkwy 101<br>Mission Viejo, CA 92691-6302 | Mission Heritage Gasterology<br>Dr Chang<br>27799 Medical Center Rd #310<br>Mission Viejo, CA 92691-6400 |
| Cox Communications<br>6205 Peachtree Dunwoody Rd<br>Atlanta, GA 30328-4524 | Mission Heritage Internal Medicine<br>Dr Mayet<br>26800 Crown Valley Pkwy 305<br>Mission Viejo, CA 92691-8017 |
| Drew Hunt<br>4 Park Plasza Suite 200<br>Irvine, CA 92614-8533 | Mission Heritage Nephrology<br>Dr Tran<br>26800 Crown Valley Pkwy 250<br>Mission Viejo, CA 92691-8038 |
| Franchise Tax Board Bankruptcy<br>Section MS A340<br>PO Box 2952<br>Sacramento CA 95812-2952 | Mission Heritage TCU<br>27799 Medical Center Rd<br>Mission Viejo, CA 92691-6400 |
| Head And Neck Associates of OC<br>26726 Crown Valley Pkway 200<br>Mission Viejo, CA 92691-8003 | Mission Pediatric Dentistry<br>27800 Medical Center Rd 332<br>Mission Viejo, CA 92691-6409 |
| Howard Smith<br>28822 Via De Luna<br>Laguna Niguel, CA 92677-7601 | Mission Providence Hospital<br>27799 Medical Center Rd<br>Mission Viejo, CA 92691-6400 |
| Jeff Gomez<br>PO Box 1718<br>Upland, CA 91785-1718 | Moulton Water<br>26161 Gordon RD<br>Laguna Hills, CA 92653-8224 |
| Kerry Kavanaugh<br>4511 Isabella Lane<br>Dallas, TX 75229-5410 | Nellie Gail Urgent Care<br>27001 Moulton Pkwy 102<br>Aliso Viejo, CA 92656-3600 |
| Kohl's Attn: Credit Administrator<br>PO Box 3043<br>Milwaukee, WI 53201-3043 | Pediatrics Dermatology<br>3500 Barranca Pkwy 160<br>Newport Beach, CA 92696 |
| Leon Baginski MD<br>27800 Medical Center Rd 310<br>Mission Viejo, CA 92691-6461 | Progressive Insurance<br>6300 Wilson Mills Rd<br>Cleveland, OH 44143-2182 |

15232336.2

| | |
|---|---|
| Providence Mission Radiology<br>27799 Medical Center Rd<br>Mission Viejo, CA 92691-6400 | Seabreeze Property Management<br>PO Box 92799<br>Aliso Viejo, CA 92656 |
| Quality Loan Service<br>2763 Camino Del Rio South Ste 200<br>San Diego, CA 92108-3708 | So Cal Gas<br>1801 S Atlantic Blvd<br>Monterey Park, CA 91754-5298 |
| Retina Associates of OC<br>23521 Paseo De Valencia #207<br>Laguna Hills, CA 92653-3140 | The Neshanian Law Firm<br>Amy Neshanian<br>5 Corporate Park, Ste 250<br>Irvine, CA 92606-5169 |
| Rowan Dorcy Medical<br>27799 Medical Center Rd<br>Mission Viejo, CA 92691-6400 | Toll Roads<br>PO Box 57011<br>Irvine, CA 92619-7011 |
| SDG&E<br>PO Box 25111<br>Santa Ana, CA 92799-5111 | US BANK<br>PO Box 5229<br>Cincinnati, OH 45201-5229 |
| SGSB Law<br>19762 MacArthur Blvd Ste 200<br>Irvine, CA 92612-2497 | US Courts Pacer<br>PO Box 5208<br>Portland, OR 97208-5208 |
| Sea Country Dental<br>32341 Golden Lantern Ste C<br>Laguna Niguel, CA 92677-5343 | |

III.   **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR EMAIL:**

**U.S. Bankruptcy Court:**
Honorable Theodor Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

2

15232336.2