| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jeffrey Adams Gomez, Pro Per<br>27931 Hedgeline Drive<br>Laguna Niguel, Ca 92677<br>(909)477-9821<br>jeff@jeffadams.com | FOR COURT USE ONLY<br><br>FILED<br>FEB - 4 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|
| ☐ Individual appearing without attorney<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re:<br><br>Kristina Lynn Smith<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:24-bk-12527-TA<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR:**<br>Supplemental Declaration In Response To Trustee's Opposition To Motion To Dismiss<br><br><br><br>*(Specify name of Motion)* |
|---|---|
| | DATE: 2/11/2025<br>TIME: 11:00AM<br>COURTROOM: 5B (Via Zoom)<br>PLACE: United States Bankruptcy Court<br>Central District of California<br>Santa Ana, Ca 92701-4593 |

1. TO *(specify name)*: Kristina Lynn Smith

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 2/4/2025

Jeffrey Adams Gomez, Pro Per
Printed name of law firm

_[signature]_
Signature

_____
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 9013-1.1.HEARING.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1384 Augusta Drive
Upland ,Ca 91786

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
Supplemental Declaration In Response To Trustee's Opposition To Motion To Dismiss

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/4/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Richard Marshack.  rmarshack@marshackhays.com
US Trustee.  ustpregion.16sa@usdoj.gov
Julie J. Villalobos.  julie@oaktreelaw.com

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*) 2/4/2025_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Theodor C. Albert, Chief Judge
United States Bankruptcy Court
411 West Fourth Street, Suite 5085, Courtroom 5B
Santa Ana, Ca 92701-4593

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/4/2025 | Lisa Tobin | *Lisa Tobin* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

```
Label Matrix for local noticing          Riverside Division                        Advance Warehouse Logistics LLC
0973-6                                   3420 Twelfth Street,                      10680 Acacia Street
Case 6:24-bk-16190-SY                    Riverside, CA 92501-3819                  Rancho Cucamonga CA 91730-5409
Central District of California
Riverside
Mon Feb  3 08:22:13 PST 2025

Capital One                              (p)JPMORGAN CHASE BANK N A                Credit One Bank
Attn: Bankruptcy                         BANKRUPTCY MAIL INTAKE TEAM               Attn: Bankruptcy Department
Po Box 30285                             700 KANSAS LANE FLOOR 01                  6801 Cimarron Rd
Salt Lake City, UT 84130-0285            MONROE LA 71203-4774                      Las Vegas, NV 89113-2273


Discover Bank                            Discover Financial                        ELKINS KALT WEINTRAUB
PO Box 3025                              Attn: Bankruptcy                          REUBEN GARTSIDE LLP
New Albany, OH  43054-3025               Po Box 3025                               10345 W Olympic Blvd
                                         New Albany, OH 43054-3025                 Los Angeles, CA 90064-2524


Eddy Gonzalez                            Elkins Kalt Weintraub Reuben Gartside LLP Forward Financing
c/o Stephan Fillip PC                    c/o Michael I. Gottfried                  53 State St 20th Flr
100 W Broadway Ste 1040                  10345 W. Olympic Blvd.                    Boston MA 02109-2820
Glendale CA 91210-1265                   Los Angeles, California 90064-2524


Franchise Tax Board                      Furtech Inc                               Gomez Law, APC
Bankruptcy Section, MS: A-340            1540 E Acacia St Ste B                    3250 3250 Wilshire Blvd., Ste 1901
PO Box 2952                              Ontario CA 91761-8085                     Los Angeles, CA 90010
Sacramento, CA 95812-2952


Inland Community Bank NA                 Internal Revenue Service                  Jones Lang LaSalle Americas Inc
3999 E Inland Empire Blvd                Official Noticing Address for BK          200 East Randolph Dr Flr 43-48
Ontario CA 91764-5027                    POB 7346                                  Chicago IL 60601-6436
                                         Philadelphia, PA 19101-7346


Mercedes - Benz Financial Services       Sebastiano Coco                           Stephan Fillip PC
Attn: Bankruptcy                         7015 Knott Ave.                           100 W Broadway Ste 1040
P.O. Box 685                             Buena Park, CA 90620-1312                 Glendale CA 91210-1265
Roanoke, TX 76262-0685


(p)U S  SMALL BUSINESS ADMINISTRATION    United States Trustee (RS)                Wilshire 10664-10680 Acacia St
312 N SPRING ST 5TH FLOOR                3801 University Avenue, Suite 720         c/o Elkins Kalt LLP
LOS ANGELES CA 90012-4701                Riverside, CA 92501-3255                  10345 W Olympic Blvd
                                                                                   Los Angeles CA 90064-2524


Wilshire 10664-10680 Acacia Street Owner LLC   Lynda T. Bui (TR)                   Mark Steven Ramirez
10345 W Olympic Blvd                           Shulman Bastian Friedman & Bui LLP  8337 Jade Drive
Los Angeles, CA 90064-2524                     3550 Vine Street, Suite 210         Rancho Cucamonga, CA 91701-4561
                                               Riverside, CA 92507-4175


Todd L Turoci
The Turoci Firm
3845 Tenth Street
Riverside, CA 92501-3519
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

hase
ail Code LA4-6475
00 Kansas Lane
onroe, LA 71203

U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)Courtesy NEF          (u)JPMorgan Chase Bank, National Association          (u)Wilshire 10664-10680 Acacia Street Owner

d)Stephan Fillip PC
00 W Broadway Ste 1040
lendale, CA 91210-1265

End of Label Matrix
Mailable recipients    27
Bypassed recipients     4
Total                  31