| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jeffrey Adams Gomez, Pro Per<br>27931 Hedgeline Drive<br>Laguna Niguel, Ca 92677<br>(909)477-9821<br>jeff@jeffadams.com<br><br><br>*Individual appearing without attorney*<br>*Attorney for:* | FOR COURT USE ONLY<br><br>**FILED**<br>**FEB - 7 2025**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                    Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re:<br><br>Kristina Lynn Smith<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:24-bk-12527-TA<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR:**<br>Supplemental Declaration In Response To Trustee's Opposition To Motion To Dismiss<br><br><br><br>*(Specify name of Motion)*<br><br>DATE: 2/11/2025<br>TIME: 11:00AM<br>COURTROOM: 5B (Via Zoom)<br>PLACE: United States Bankruptcy Court<br>Central District of California<br>Santa Ana, Ca 92701-4593 |
|---|---|

1. TO *(specify name)*: Kristina Lynn Smith

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012 | Page 1 | F 9013-1.1.HEARING.NOTICE

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 2/4/2025

Jeffrey Adams Gomez, Pro Per
Printed name of law firm

_[signature]_
Signature

Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 9013-1.1.HEARING.NOTICE