| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Yosina M. Lissebeck (State Bar No. 201654)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone:  619.400.0500<br>Facsimile:  619.400.0501<br>yosina.lissebeck@dinsmore.com<br><br>Matthew J. Stockl (State Bar No. 329366)<br>DINSMORE & SHOHL LLP<br>550 South Hope Street, Suite 1765<br>Los Angeles, CA 90071<br>Telephone: 213.335.7737<br>Facsimile: 213.335.7740<br>matthew.stockl@dinsmore.com<br>☐  *Movant(s) appearing without an attorney*<br>☒  *Attorney for Movant(s)* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

</div>

| In re:<br><br>Kristina Lynn Smith,<br><br><br><br><br><br><div align="right">Debtor(s).</div> | CASE NO.: 8:24-bk-12527-TA<br><br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY<br>REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 11/21/2024  Movant(s) filed a motion or application (Motion) entitled: Notice of Motion and Motion for Application Pursuant to 11 U.S.C. 327(a) Authorizing the Retention and Employment of Dinsmore & Shohl LLP as General Bankruptcy Counsel to Chapter 7 Trustee Richard A. Marshack.

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 11/21/2024  Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17  days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                          Page 1                          **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9.  Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: <u>02/18/2025</u>              <u>/s/ Matthew J. Stockl                                        </u>
                                  Signature


                                  <u>Matthew J. Stockl                                        </u>
                                  Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
yosina.lissebeck@dinsmore.com

Matthew J. Stockl (State Bar No. 329366)
**DINSMORE & SHOHL LLP**
550 South Hope Street, Suite 1765
Los Angeles, CA 90071
Telephone: 213.335.7737
Facsimile: 213.335.7740
matthew.stockl@dinsmore.com

Proposed Counsel to the Chapter 7 Trustee,
Richard A. Marshack

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:24-bk-12527-TA |
| Kristina Lynn Smith, | Chapter 7 |
| Debtor. | **APPLICATION PURSUANT TO  11 U.S.C. SECTION 327(a) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DINSMORE & SHOHL LLP AS GENERAL BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE RICHARD A. MARSHACK** |
| | Date: No Hearing Required |
| | Time: |
| | Ctrm: 5B |
| | 411 West Fourth Street |
| | Santa Ana, California 92701-4593 |
| | Judge: Hon. Theodor C. Albert |

1

Richard A. Marshack, court-appointed chapter 7 trustee (the "Trustee") in the chapter 7 case (the "Case") of the above-captioned debtor (the "Debtor"), hereby moves the Court for authority to retain and employ the law firm of Dinsmore & Shohl LLP ("Dinsmore") as general bankruptcy counsel in the Case, pursuant to Section 327(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In support of this Application, the Trustee (i) submits the accompanying Declaration of Matthew J. Stockl (the "Stockl Declaration"); and (ii) respectfully represents:

## I.    INTRODUCTION

On or about October 3, 2024, the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court of the Central District of California (the "Court"). On or about October 3, 2024, the Trustee was appointed trustee in the Case. The Trustee seeks to retain and employ Dinsmore as the Trustee's general bankruptcy counsel in the Case effective October 23, 2024.

## II.    JURISDICTION

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The relief requested herein is authorized by Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014.

## III.    EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL

By this Application, the Trustee seeks the entry of an order pursuant to Section 327(a) of the Bankruptcy Code approving the retention and employment of Dinsmore as his general bankruptcy counsel as of October 23, 2024 in the Case to perform the legal services that will be necessary during these proceedings. A proposed form of order is attached hereto as Exhibit "A."

### A.    Dinsmore Qualifications

The Trustee seeks Court approval to retain Dinsmore as his counsel to provide legal services as needed in the Case. The Trustee seeks to retain Dinsmore because: (i) Dinsmore has extensive experience in bankruptcy, liquidations, reorganizations, and other areas of law, applicable to the Case; (ii) Dinsmore has extensive experience in representing trustees in both

1    chapter 11 and chapter 7 bankruptcy cases; and (iii) and the Trustee believes that Dinsmore is well

2    qualified to represent the Trustee in the Case as his counsel.  This Case largely involves issues

3    related to a divorce proceeding and various assets, including real property.  The Trustee believes

4    that Dinsmore will provide its expertise with respect to bankruptcy, family law, and real property,

5    and other relevant issues and will act as counsel for the Trustee in a cost-effective manner.

6         Dinsmore and its lawyers represent a valuable resource upon which the Trustee may draw

7    for assistance in such legal matters as: bankruptcies, intellectual property, real property, business

8    litigation, commercial transactions, real estate matters, property of the estate issues,

9    debtor/creditor rights, and defending and prosecuting federal and state civil claims of all kinds.

10   The Trustee submits that the ability to draw on such resources makes Dinsmore especially

11   qualified to serve as his counsel.

12        Yosina Lissebeck will be the lawyer at Dinsmore with primary responsibility for this

13   engagement.  She will be supported by Matthew Stockl and other professionals as the need arises

14   or there are economic efficiencies to be gained thereby.  The Trustee has been advised that

15   pursuant to Rule 2014(b) of the Bankruptcy Rules, Court approval of the retention and

16   employment of Dinsmore constitutes employment approval for all of the lawyers at the firm.  The

17   Trustee has been informed that Yosina Lissebeck and Matthew Stockl, the lawyers of Dinsmore

18   who will be primarily involved in the Case, are members in good standing of the Bar of the State

19   of California, and all attorneys who will appear before this Court are members in good standing of

20   this Court.  Dinsmore intends to use paraprofessionals, supervised by Yosina Lissebeck or

21   Matthew Stockl, whenever efficient and cost-effective to do so.

22        After due consideration and deliberation, the Trustee has concluded that his interests and

23   the interests of the estate and its creditors would be served best by the retention of Dinsmore, as

24   general counsel to render such legal services as are necessary and appropriate in connection with

25   the matters set forth herein and to render such additional legal services as may be required from

26   time to time during the pendency of this Case.

27        Subject to the Stockl Declaration submitted herewith and the disclosures contained therein,

28   Dinsmore has informed the Trustee that Dinsmore does not hold or represent any interest adverse

1    to the Trustee.  In addition, to the best of the Trustee's knowledge, no partner or employee of

2    Dinsmore holds or represents any interest adverse to the Debtor's estate, and Dinsmore is

3    "disinterested" within the meaning of Bankruptcy Code Section 101(14).  (See, Stockl Declaration

4    at ¶ 8.)  The connections of Dinsmore to the Debtor, any known creditors of the Debtor, the estate,

5    the Trustee, the United States Trustee, any person employed by the United States Trustee, or any

6    other known party in interest, including their respective attorneys, are set forth in the Stockl

7    Declaration.

8         **B.**    **Necessity for Employment**

9         The Trustee believes it is necessary to retain counsel to render legal services relating to the

10   day-to-day administration of this Case, as applicable, and disposition of the estate's assets,

11   including real property of the estate, including the following, as applicable:

12        1.    Preparing on behalf of the Trustee necessary motions, applications, answers,

13   orders, reports, and other pleadings in connection with the administration of the estate or as

14   required by this Court or otherwise pursuant to the Bankruptcy Code, the Bankruptcy Rules, and

15   the Local Bankruptcy Rules for the United States Bankruptcy Court for the Central District of

16   California ("Local Bankruptcy Rules");

17        2.    Representing the Trustee at hearings regarding or affecting the Debtor or the estate;

18        3.    Investigation of the Debtor and her financial affairs;

19        4.    Prosecuting and defending litigated matters that may arise during the Case;

20        5.    Advising the Trustee with respect to matters in the Case;

21        6.    Advising the Trustee with respect to the claims (and claims objections) asserted in

22   the Case;

23        7.    Commencing, conducting, advising or assisting in the same as applicable, any and

24   all litigation or other action necessary or appropriate to assert rights held by the estate or the

25   Debtor, or protect or recover assets of the estate or the Debtor;

26        8.    Representing the Trustee with respect to sales of assets of the estate, including real

27   property;

28

9.      Providing counseling with respect to legal matters which may arise during the pendency of the Case; and

10.     Performing all other legal services that are necessary for the efficient and economic administration of the Case.

## IV.    APPROVAL OF EMPLOYMENT RETROACTIVELY IS APPROPRIATE UNDER THE CIRCUMSTANCES OF THE CASE

The Trustee is requesting approval of Dinsmore's employment to be made retroactively effective to October 23, 2024 for the Case.  The Trustee retained Dinsmore as its legal counsel effective October 23, 2024 for the Case. (*See In re Mahoney, Trocki & Associates*, 54 B.R. 823 (Bankr. S.D. Cal. 1985)). Thus, this Application is timely filed within thirty (30) days of the date the Trustee retained Dinsmore for this Case.

## V.    COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Trustee proposes to pay Dinsmore its customary hourly rates in effect from time to time as set forth below, plus reimbursement of actual, necessary expenses incurred by the firm. Dinsmore's rates are competitive in the markets in Los Angeles, Orange County, and San Diego, California among other attorneys with similar skills, experience, and expertise.  Dinsmore intends to apply to the Court for allowance of such compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the standing orders of this Court, and the guidelines, practices, and customs of the United States Trustee.

Dinsmore has advised the Trustee that the firm may seek interim compensation during this Case as permitted by applicable sections of the Bankruptcy Code, including Sections 330 and 331 and the applicable Local Bankruptcy Rules.

Based upon the Stockl Declaration, the Trustee believes that no agreement or understanding exists between Dinsmore and any other entity for sharing compensation to be received for services rendered in or in connection with the Case.

### A.    Fees

The rates for this Case for some of the primary lawyers and paraprofessionals expected to

5

be involved in this Case are as follows:

| Name | Title | Hourly Rate |
|------|-------|-------------|
| Yosina Lissebeck | Partner | $745 |
| Matthew Stockl | Associate | $480 |

The above attorneys' biographies are attached hereto as Exhibit "B."

The Trustee understands that these billing rates are generally updated on or about January 1 of each year, but that the above rates will remain consistent in the case through December 31, 2024. For other professionals, the rate will be the hourly rate generally in effect for the period during which the services were rendered. Because the fees are based on hourly rates and correspond to the experience and expertise of each individual, the terms and conditions of Dinsmore's employment are reasonable. Dinsmore believes that much of the work on this matter can be performed by paraprofessionals under Yosina Lissebeck or Matthew Stockl's close supervision.

**B.    Reimbursement of Expenses**

In addition to the hourly rates set forth above, Dinsmore customarily charges its clients for items of cost and expense incurred in our work on this matter. Items which will be charged separately include copying, messenger services, filing fees, postage and express services, long distance telephone calls, telecopying, computerized legal research, computer-assisted document preparation, support staff overtime when necessary, and similar items. Dinsmore intends to apply to the Court for allowance of such compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the standing orders of this Court, and the guidelines, practices and customs of the U.S. Trustee. Where appropriate, Dinsmore may engage third-party providers to perform specific services. As with Dinsmore's hourly rates, the cost and expense schedule is generally updated on or about January 1 of each year. The current rates for these charges are set forth in Exhibit "A" to the Stockl Declaration.

## VI.    CONCLUSION

WHEREFORE, the Trustee respectfully requests that this Court enter an order authorizing it to retain and employ Dinsmore, as general bankruptcy counsel, as more fully described herein, effective as of October 23, 2024 for the Case, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter allow and order paid.

Dated:  November 20, 2024

Richard A. Marshack,
Chapter 7 Trustee

**Prepared and submitted by:**

DINSMORE & SHOHL LLP

By:  _/s/ Matthew J. Stockl_
       Yosina M. Lissebeck
       Matthew J. Stockl
       Proposed Counsel to the Chapter 7 Trustee,
       Richard A. Marshack

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "A"

Proposed Order

Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
yosina.lissebeck@dinsmore.com

Matthew J. Stockl (State Bar No. 329366)
**DINSMORE & SHOHL LLP**
550 South Hope Street, Suite 1765
Los Angeles, CA 90071
Telephone: 213.335.7737
Facsimile: 213.335.7740
matthew.stockl@dinsmore.com

Proposed Counsel to the Chapter 7 Trustee,
Richard A. Marshack

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smith,<br><br>               Debtor. | Case No. 8:24-bk-12527-TA<br><br>Chapter 7<br><br>**ORDER APPROVING APPLICATION PURSUANT TO 11 U.S.C. SECTION 327(a) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DINSMORE & SHOHL LLP AS GENERAL BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE RICHARD A. MARSHACK** |

1

The Bankruptcy Court having reviewed the Application (the "Application") of chapter 7 trustee, Richard A. Marshack (the "Trustee"), for the above-captioned debtor (the "Debtor") for authority to retain and employ the law firm of Dinsmore & Shohl LLP ("Dinsmore") as counsel for the Trustee, and the Bankruptcy Court finding that notice of the Application was proper, that no objection to the Application was timely made, that Dinsmore is disinterested and does not hold any interest adverse to the estate or to the Trustee, and that Dinsmore's employment is in the best interest of the Trustee and the within bankruptcy estate, and good cause appearing therefor:

**IT IS ORDERED** that the Application be, and hereby is, granted.

**IT IS ORDERED** that the Trustee is authorized to employ Dinsmore effective as of October 23, 2024 to perform the services set forth in the Application, with compensation to be paid by the within bankruptcy estate pursuant to and upon further Bankruptcy Court approval.

# # #

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "B"

Attorneys' Biographies



# Yosina M. Lissebeck

Partner
yosina.lissebeck@dinsmore.com

San Diego, CA
Tel: (619) 400-0473

As a partner of counsel, Yosina is a highly accomplished professional known for her expertise in insolvency and restructuring cases, as well as commercial and business litigation matters. Yosina is a trusted advisor who has offered invaluable insights and innovative strategies tailored to the unique circumstances of numerous trustees, debtors, companies, receivers, stakeholders, and creditors. Her exceptional problem-solving skills and meticulous attention to detail have led to successful resolutions of complex cases, preserving value for all parties involved. She possesses a versatile skillset as an attorney and has established herself as a skilled litigator, representing clients in court for law and motion matters, evidentiary hearings and trials. Yosina also adeptly handles compliancy issues, contract disputes, fraud claims, and provides valuable assistance with receivership matters. She earned her J.D. from the California Western School of Law.

## Services

- Corporate & Transactional
- Bankruptcy & Restructuring

## Education

- California Western School of Law  (J.D., 1998)
- University of California, Santa Barbara  (B.A., 1995)
    - Political Science

## Bar Admissions

- California

## Affiliations/Memberships

- Member of the Federal Bar Association, San Diego Chapter, Publicity & Bankruptcy Liaison Officer
- Member of the California State Bar Association, Federal Courts Committee
- Member of the San Diego County Bar Association



## Publications

January 16, 2024
**Debtors Doing Illegal Things**
American Bankruptcy Trustee Journal



## Matthew J. Stockl

Associate
matthew.stockl@dinsmore.com

Los Angeles, CA
Tel: (213) 596-0008

Matt focuses his practice on representing debtors, secured and unsecured creditors, and other stakeholders in a broad range of matters, including Chapter 11 cases, out-of-court workouts, liquidations, and complex business litigation in both federal and state court.

Matt regularly advises and develops strategies and creative solutions for clients in distressed-debt situations. His experience encompasses all facets of bankruptcy and insolvency, including: Chapter 11 plan restructuring and related litigation, 363 sales, debtor-in-possession financing, priority disputes, fraudulent transfer and preference actions, bankruptcy appeals, acquisitions and sales of distressed assets, assignments for the benefit of creditors, Uniform Commercial Code Article 9 foreclosure sales, and all phases of commercial disputes, ranging from pre-litigation demands to litigation of commercial claims and defenses.

Matt clerked for the Honorable Janet S. Baer, United States Bankruptcy Court, Northern District of Illinois. Matt also served as a law clerk for the Honorable Robert E. Littlefield, Jr. (Chief Judge), United States Bankruptcy Court, Northern District of New York, and as a judicial intern for the Honorable Cecelia G. Morris, United States Bankruptcy Court, Southern District of New York.

**Services**

- Corporate & Transactional
- Bankruptcy & Restructuring

**Education**

- Albany Law School  (J.D., *cum laude*)
- McGill University  (Bachelor of Commerce)

**Bar Admissions**

- California
- Illinois
- New York

**Dinsmore**

## Court Admissions

- U.S. District Court for the Central District of California
- U.S. District Court for the Southern District of California
- U.S. District Court for the Northern District of Illinois
- U.S. District Court for the Central District of Illinois
- U.S. District Court for the District of Nebraska
- U.S. District Court for the Middle District of Pennsylvania
- U.S. District Court for the Eastern District of Wisconsin
- U.S. District Court for the Western District of Wisconsin

## Affiliations/Memberships

- American Bankruptcy Institute
- Association of Business Trial Lawyers

## Distinctions

- *Best Lawyers*®
  - o "Ones to Watch" in Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law (2021-2024)
- Illinois Super Lawyers - *Rising Star*®
  - o Bankruptcy (2019-2021)
- National Conference of Bankruptcy Judges' Next Generation Program (2017)

## Languages

- French
- Spanish

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Dinsmore & Shohl LLP
550 S. Hope Street, Suite 1765
Los Angeles, California 90071

A true and correct copy of the foregoing document entitled (*specify*): ***Application Pursuant to 11 U.S.C. Section 327(a) Authorizing the Retention and Employment of Dinsmore & Shohl LLP as General Bankruptcy Counsel for Chapter 7 Trustee Richard A. Marshack*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 21, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **November 21, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 21, 2024,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 21, 2024 | Katrice Ortiz | */s/ Katrice Ortiz* |
| *Date* | *Printed Name* | *Signature* |

*In re Kristina Lynn Smith*
**Case No. 8:24-bk-12527-TA**
**U.S.B.C., Central District of California**
**Santa Ana Division**

**I.    TO BE SERVED VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Richard G. Heston** rheston@hestonlaw.com,
  yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
- **Richard A Marshack (TR)** pkraus@marshackhays.com,
  ecf.alert+Marshack@titlexi.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Julie J Villalobos** julie@oaktreelaw.com,
  oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com
- **Jennifer C Wong** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**II.    SERVED BY UNITED STATES MAIL:**

**Debtor:**
Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677-6025

**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593

**III.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR EMAIL:**

**U.S. Bankruptcy Court:**
Honorable Theodor Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

1

15232336.2

1  Yosina M. Lissebeck (State Bar No. 201654)
   **DINSMORE & SHOHL LLP**
2  655 West Broadway, Suite 800
   San Diego, CA 92101
3  Telephone:  619.400.0500
4  Facsimile:  619.400.0501
   yosina.lissebeck@dinsmore.com
5
   Matthew J. Stockl (State Bar No. 329366)
6  **DINSMORE & SHOHL LLP**
7  550 South Hope Street, Suite 1765
   Los Angeles, CA 90071
8  Telephone: 213.335.7737
   Facsimile: 213.335.7740
9  matthew.stockl@dinsmore.com

10 Proposed Counsel to the Chapter 7 Trustee,
   Richard A. Marshack
11

12                    **UNITED STATES BANKRUPTCY COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

14                           **SANTA ANA DIVISION**

15
   In re:                              | Case No. 8:24-bk-12527-TA
16
   Kristina Lynn Smith,                | Chapter 7
17
                Debtor.                 | **NOTICE OF FILING OF APPLICATION
18                                      | PURSUANT TO 11 U.S.C. SECTION
                                        | 327(a) AUTHORIZING THE RETENTION
19                                      | AND EMPLOYMENT OF DINSMORE &
                                        | SHOHL LLP AS GENERAL
20                                      | BANKRUPTCY COUNSEL FOR
                                        | CHAPTER 7 TRUSTEE RICHARD A.
21                                      | MARSHACK AND OPPORTUNITY TO
                                        | REQUEST A HEARING**
22
                                        | Date:      No Hearing Required
23                                      | Time:
                                        | Ctrm:      5B
24                                      |            411 West Fourth Street
                                        |            Santa Ana, California 92701-4593
25                                      | Judge:     Hon. Theodor C. Albert

26

27

28

TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES

BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL

OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, court-appointed chapter 7 trustee (the

"Trustee" or "Movant") in the chapter 7 case (the "Case") of the above-captioned debtor (the

"Debtor"), has filed an Application for authority to retain and employ, as of October 23, 2024, the

law firm of Dinsmore & Shohl LLP ("Dinsmore") as counsel for the Trustee pursuant to § 327(a)

of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules").  Dinsmore will seek compensation from the

within bankruptcy estate pursuant to 11 U.S.C. §§ 330 and 331.

The Trustee believes Dinsmore is qualified to represent him and that it is necessary to

employ Dinsmore in this Case.  Dinsmore has no conflicts of interest adverse to the bankruptcy

estate and Dinsmore is a disinterested person.  The Application is made pursuant to 11 U.S.C. §

327.  Dinsmore has not received a retainer in connection with its proposed representation of the

Trustee.  "Connections" to creditors and parties in interest are set forth in the Stockl Declaration

(as defined in the Application) filed in connection with the Application.

The rates for this Case for some of the lawyers and paraprofessionals expected to be

primarily involved in this Case are as follows:

| Name | Title | Hourly Rate |
| --- | --- | --- |
| Yosina Lissebeck | Partner | $745 |
| Matthew Stockl | Associate | $480 |

The Trustee understands that these billing rates are generally revised on or about

January 1 of each year, but that the above rates will remain consistent in this Case through

December 31, 2024.  For other professionals, the rate will be the published hourly rate generally

in effect for the period during which the services are rendered.  Because the fees are based on

hourly rates and correspond to the experience and expertise of each individual, the Trustee

believes the terms and conditions of Dinsmore's employment are reasonable.

2

In addition to the hourly rates set forth above, Dinsmore customarily charges its clients for items of cost and expense incurred in our work on this matter.  Items which will be charged separately include copying, messenger services, filing fees, postage and express services, long distance telephone calls, telecopying, computerized legal research, computer-assisted document preparation, support staff overtime when necessary, and similar items.

Dinsmore intends to apply to the Court for allowance of such compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the standing orders of this Court, and the guidelines, practices and customs of the U.S. Trustee.  Where appropriate, Dinsmore may engage third-party providers to perform specific services.  As with Dinsmore's hourly rates, the cost and expense schedule is generally updated on or about January 1 of each year.  The current rates for these charges are set forth in Exhibit "A" to the Stockl Declaration.

**Deadline for Filing and Serving Opposition Papers and Request for a Hearing:**

**PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the proposed employment must be in the form as required by Local Bankruptcy Rules 9013-1(f)(1) and (o), and must be filed with the Clerk of the above-entitled Court.  The deadline for any response and request for hearing is fourteen (14) days after the date service of this Notice, plus an additional three (3) days if this Notice was served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  A copy of any response or request for hearing must be served on the Movant (and proposed counsel).  A copy must also be served on the Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701.  Failure to timely respond may be deemed as acceptance of the proposed relief.  See Local Bankruptcy Rule 9013-1(h).

Date: November 21, 2024                    DINSMORE & SHOHL LLP


                                           By: _/s/ Matthew J. Stockl_____
                                               Yosina M. Lissebeck
                                               Matthew J. Stockl
                                               Proposed Counsel to the Chapter 7 Trustee,
                                               Richard A. Marshack

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Dinsmore & Shohl LLP
550 S. Hope Street, Suite 1765
Los Angeles, California 90071

A true and correct copy of the foregoing document entitled (*specify*): ***Notice of Filing of Application Pursuant to 11 U.S.C. Section 327(a) Authorizing the Retention and Employment of Dinsmore & Shohl LLP as General Bankruptcy Counsel for Chapter 7 Trustee Richard A. Marshack and Opportunity to Request a Hearing*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 21, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **November 21, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 21, 2024,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2024 | Katrice Ortiz | /s/ Katrice Ortiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

15232336.2

*In re Kristina Lynn Smith*
**Case No. 8:24-bk-12527-TA**
**U.S.B.C., Central District of California**
**Santa Ana Division**

**I.**     <u>**TO BE SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>**:**

- **Richard G. Heston** rheston@hestonlaw.com,
  yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
- **Richard A Marshack (TR)** pkraus@marshackhays.com,
  ecf.alert+Marshack@titlexi.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Julie J Villalobos** julie@oaktreelaw.com,
  oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com
- **Jennifer C Wong** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**II.**     <u>**SERVED BY UNITED STATES MAIL**</u>:

<u>**Debtor:**</u>
Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677-6025

<u>**United States Trustee (SA)**</u>
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593

<u>**Creditors and Interested Parties**</u>

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board Bankruptcy
Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Santa Ana Division
411 West Fourth Street, Suite 2030
Santa Ana, CA 92701-4500

A Center for Children
1111 W Chapman Ave
Orange, CA 92868-2828

ADT LLC Payroll Operations
1501 Yamato RD
Boca Raton, FL 33431-4438

AT&T
208 S Akard Rd
Dallas, TX 75202-4206

Allergy and Asthma Assc
28202 Cabot Rd Ste 105
Laguna Niguel, CA 92677-1247

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

15232336.2

Clineva Urgent Care
25461 Rancho Niguel
Laguna Niguel, CA 92677-7304

Community Orthopaedic And MRI
26401 Crown Valley Pkwy 101
Mission Viejo, CA 92691-6302

Cox Communications
6205 Peachtree Dunwoody Rd
Atlanta, GA 30328-4524

Drew Hunt
4 Park Plasza Suite 200
Irvine, CA 92614-8533

Franchise Tax Board Bankruptcy
Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Head And Neck Associates of OC
26726 Crown Valley Pkway 200
Mission Viejo, CA 92691-8003

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677-7601

Jeff Gomez
PO Box 1718
Upland, CA 91785-1718

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229-5410

Kohl's Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Leon Baginski MD
27800 Medical Center Rd 310
Mission Viejo, CA 92691-6461

Macys Corporate
151 West 34th Street
New York, NY 10001-2101

Mission Heritage Gasterology
Dr Chang
27799 Medical Center Rd #310
Mission Viejo, CA 92691-6400

Mission Heritage Internal Medicine
Dr Mayet
26800 Crown Valley Pkwy 305
Mission Viejo, CA 92691-8017

Mission Heritage Nephrology
Dr Tran
26800 Crown Valley Pkwy 250
Mission Viejo, CA 92691-8038

Mission Heritage TCU
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

Mission Pediatric Dentistry
27800 Medical Center Rd 332
Mission Viejo, CA 92691-6409

Mission Providence Hospital
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

Moulton Water
26161 Gordon RD
Laguna Hills, CA 92653-8224

Nellie Gail Urgent Care
27001 Moulton Pkwy 102
Aliso Viejo, CA 92656-3600

Pediatrics Dermatology
3500 Barranca Pkwy 160
Newport Beach, CA 92696

Progressive Insurance
6300 Wilson Mills Rd
Cleveland, OH 44143-2182

1

Providence Mission Radiology
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

Quality Loan Service
2763 Camino Del Rio South Ste 200
San Diego, CA 92108-3708

Retina Associates of OC
23521 Paseo De Valencia #207
Laguna Hills, CA 92653-3140

Rowan Dorcy Medical
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

SDG&E
PO Box 25111
Santa Ana, CA 92799-5111

SGSB Law
19762 MacArthur Blvd Ste 200
Irvine, CA 92612-2497

Sea Country Dental
32341 Golden Lantern Ste C
Laguna Niguel, CA 92677-5343

Seabreeze Property  Management
PO Box92799
Aliso Viejo, CA 92656

So Cal Gas
1801 S Atlantic Blvd
Monterey Park, CA 91754-5298

The Neshanian Law Firm
Amy Neshanian
5 Corporate Park, Ste 250
Irvine, CA 92606-5169

Toll Roads
PO Box 57011
Irvine, CA 92619-7011

US BANK
PO Box 5229
Cincinnati, OH 45201-5229

US Courts Pacer
PO Box 5208
Portland, OR 97208-5208

**III.**     <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR EMAIL:**</u>

<u>**U.S. Bankruptcy Court:**</u>
Honorable Theodor Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

15232336.2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
550 South Hoper Street, Suite 1765, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/18/2025 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/18/2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor:
Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/18/2025 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

United States Bankruptcy Court
Hon. Theodore Albert
411 West Fourth Street, Suite 5085/Crtrm 5B
Santa Ana, CA 92701- 4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/18/2025 | Katrice Ortiz | Katrice Ortiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                      Page 3                          **F 9013-1.2.NO.REQUEST.HEARING.DEC**

_In re Kristina Lynn Smith_
U.S.B.C. – Santa Ana Division
Case No. 8:24-bk-12527-TA

Proof of Service Cont.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF**

   Richard G. Heston rheston@hestonlaw.com,
   yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
   Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
   Matthew J Stocki matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
   United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
   Julie J Villalobos julie@oaktreelaw.com,
   oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com
   Jennifer C Wong bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                    **F 9013-3.1.PROOF.SERVICE**