| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Yosina M. Lissebeck (State Bar No. 201654)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: 619.400.0500<br>Facsimile: 619.400.0501<br>yosina.lissebeck@dinsmore.com<br><br>Matthew J. Stockl (State Bar No. 329366)<br>DINSMORE & SHOHL LLP<br>550 South Hope Street, Suite 1765<br>Los Angeles, CA 90071<br>Telephone: 213.335.7737<br>Facsimile: 213.335.7740<br>matthew.stockl@dinsmore.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Chapter 7 Trustee, Richard A. Marshack | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>Kristina Lynn Smith,<br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:24-bk-12527-TA<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION TO DISMISS BANKRUPTCY CASE DUE TO BAD FAITH FILING** |
|---|---|

PLEASE TAKE NOTE that the order titled: **ORDER DENYING MOTION TO DISMISS BANKRUPTCY CASE DUE TO BAD FAITH FILING** was lodged on (*date*) **February 18, 2025** and is attached. This order relates to the motion which is docket number **26**.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
yosina.lissebeck@dinsmore.com

Matthew J. Stockl (State Bar No. 329366)
**DINSMORE & SHOHL LLP**
550 South Hope Street, Suite 1765
Los Angeles, CA 90071
Telephone: 213.335.7737
Facsimile: 213.335.7740
matthew.stockl@dinsmore.com

Proposed Counsel to the Chapter 7 Trustee,
Richard A. Marshack

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smith,<br><br>    Debtor. | Case No. 8:24-bk-12527-TA<br><br>Chapter 7<br><br>**ORDER DENYING MOTION TO DISMISS BANKRUPTCY CASE DUE TO BAD FAITH FILING**<br><br>Hearing:<br>Date:    February 11, 2025<br>Time:   11:00 a.m.<br>Place:   Courtroom 5B<br>           411 W. Fourth St.<br>           Santa Ana, CA 92701<br>           via ZoomGov |

1

On February 11, 2025, on the 11:00 a.m. calendar, in Courtroom 5B of the United States Bankruptcy Court located at 411 W. Fourth Street, Santa Ana, California 92701, the Honorable Theodor Albert, United States Bankruptcy Judge, conducted a hearing on the *Motion to Dismiss Bankruptcy Case Due to Bad Faith Filing* [ECF No. 26] (the "Motion") filed on January 21, 2025 in the above-captioned bankruptcy case by creditor Jeffrey Adams Gomez.  The Court, having considered the Motion, all pleadings filed in support thereof and in opposition thereto, oral argument, and for the reasons set forth in the Court's tentative ruling and on the record,

**IT IS HEREBY ORDERED THAT:**

The Motion is DENIED.

**IT IS SO ORDERED**.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

550 S. Hope Street, Suite 1765, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: ORDER DENYING MOTION TO DISMISS BANKRUPTCY CASE DUE TO BAD FAITH FILING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 18, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
    - **Benjamin Heston** bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
    - **Richard G. Heston** rheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
    - **Richard A Marshack (TR)** pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
    - **Matthew J Stockl** matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
    - **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
    - **Julie J Villalobos** julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com
    - **Jennifer C Wong** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

\                                                                                              ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:  On **February 18, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Debtor:</u>
Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** <u>(state method for each person or entity served)</u>:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 18, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

United States Bankruptcy Court – Central District
Hon. Theodore Albert
411 West Fourth Street, Suite 5085/Crtrm 5B
Santa Ana, CA 92701- 4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/18/2025 | Katrice Ortiz | /s/ Katrice Ortiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.