UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE:                                                                                        CASE NO.: 24-12527

**CHAPTER 7**

**Kristina Lynn Smith,**
    **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wells Fargo Bank, N.A., as Indenture Trustee for the Impac CMB Trust Series 2004-9 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                Robertson, Anschutz, Schneid & Crane LLP
                                                Attorney for Secured Creditor
                                                1 Park Plaza, Suite 600
                                                Irvine, CA 92614
                                                Telephone: 470-321-7112
                                                Facsimile: 404-393-1425

                                                By: /s/David Coats
                                                    David Coats
                                                    Email: dacoats@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 28, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KRISTINA LYNN SMITH
27591 KATHY CT
LAGUNA NIGUEL, CA 92677

And via electronic mail to:

JULIE J VILLALOBOS
OAKTREE LAW
3355 CERRITOS AVENUE
LOS ALAMITOS, CA 90720

RICHARD A MARSHACK (TR)
MARSHACK HAYS WOOD LLP
870 ROOSEVELT
IRVINE, CA 92620

UNITED STATES TRUSTEE (SA)
411 W FOURTH ST., SUITE 7160
SANTA ANA, CA 92701

By: /s/ Journie Morosky