Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
yosina.lissebeck@dinsmore.com

Matthew J. Stockl (State Bar No. 329366)
**DINSMORE & SHOHL LLP**
550 South Hope Street, Suite 1765
Los Angeles, CA 90071
Telephone: 213.335.7737
Facsimile: 213.335.7740
matthew.stockl@dinsmore.com

Proposed Counsel to the Chapter 7 Trustee,
Richard A. Marshack

**FILED & ENTERED**

**FEB 28 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

Kristina Lynn Smith,

    Debtor.

Case No. 8:24-bk-12527-TA

Chapter 7

**ORDER DENYING MOTION TO DISMISS BANKRUPTCY CASE DUE TO BAD FAITH FILING**

<u>Hearing</u>:
Date:  February 11, 2025
Time:  11:00 a.m.
Place:  Courtroom 5B
    411 W. Fourth St.
    Santa Ana, CA 92701
    via ZoomGov

//

//

//

1

1   On February 11, 2025, on the 11:00 a.m. calendar, in Courtroom 5B of the United States Bankruptcy Court located at 411 W. Fourth Street, Santa Ana, California 92701, the Honorable Theodor Albert, United States Bankruptcy Judge, conducted a hearing on the *Motion to Dismiss Bankruptcy Case Due to Bad Faith Filing* [ECF No. 26] (the "Motion") filed on January 21, 2025 in the above-captioned bankruptcy case by creditor Jeffrey Adams Gomez. The Court, having considered the Motion, all pleadings filed in support thereof and in opposition thereto, oral argument, and for the reasons set forth in the Court's tentative ruling and on the record,

**IT IS HEREBY ORDERED THAT:**

The Motion is DENIED.

**IT IS SO ORDERED**.

### #

Date: February 28, 2025

_____
Theodor C. Albert
United States Bankruptcy Judge