United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12527-TA |
| Kristina Lynn Smith | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 28, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kristina Lynn Smith, 27591 Kathy Ct, Laguna Niguel, CA 92677-6025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Creditor Jeffrey Adams Gomez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor Wells Fargo Bank N.A. dacoats@raslg.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Julie J Villalobos | on behalf of Debtor Kristina Lynn Smith julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com |
| Matthew J Stockl | on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com |
| Richard A Marshack (TR) | |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Feb 28, 2025 | Form ID: pdf042 | Total Noticed: 1

    pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Richard G. Heston

    on behalf of Creditor Richard G Heston rheston@hestonlaw.com
    yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

United States Trustee (SA)

    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 8

| | |
|---|---|
| 1 | Yosina M. Lissebeck (State Bar No. 201654) |
| 2 | **DINSMORE & SOHL LLP**<br>655 West Broadway, Suite 800 |
| 3 | San Diego, CA 92101<br>Telephone: 619.400.0500 |
| 4 | Facsimile: 619.400.0501<br>yosina.lissebeck@dinsmore.com |
| 5 | |
| 6 | Matthew J. Stockl (State Bar No. 329366)<br>**DINSMORE & SOHL LLP** |
| 7 | 550 South Hope Street, Suite 1765<br>Los Angeles, CA 90071 |
| 8 | Telephone: 213.335.7737<br>Facsimile: 213.335.7740 |
| 9 | matthew.stockl@dinsmore.com |
| 10 | Proposed Counsel to the Chapter 7 Trustee,<br>Richard A. Marshack |
| 11 | |

**FILED & ENTERED**

**FEB 28 2025**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY deramus DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | | |
|---|---|---|
| 14 | In re: | Case No. 8:24-bk-12527-TA |
| 15 | Kristina Lynn Smith, | Chapter 7 |
| 16 | Debtor. | **ORDER DENYING MOTION TO DISMISS BANKRUPTCY CASE DUE TO BAD FAITH FILING** |
| 19 | | Hearing:<br>Date: February 11, 2025 |
| 20 | | Time: 11:00 a.m.<br>Place: Courtroom 5B |
| 21 | | 411 W. Fourth St.<br>Santa Ana, CA 92701 |
| 22 | | via ZoomGov |

23  //

24

25  //

26

27  //

28

1

On February 11, 2025, on the 11:00 a.m. calendar, in Courtroom 5B of the United States Bankruptcy Court located at 411 W. Fourth Street, Santa Ana, California 92701, the Honorable Theodor Albert, United States Bankruptcy Judge, conducted a hearing on the *Motion to Dismiss Bankruptcy Case Due to Bad Faith Filing* [ECF No. 26] (the "Motion") filed on January 21, 2025 in the above-captioned bankruptcy case by creditor Jeffrey Adams Gomez. The Court, having considered the Motion, all pleadings filed in support thereof and in opposition thereto, oral argument, and for the reasons set forth in the Court's tentative ruling and on the record,

**IT IS HEREBY ORDERED THAT:**

The Motion is DENIED.

**IT IS SO ORDERED**.

# # #

Date: February 28, 2025

_____
Theodor C. Albert
United States Bankruptcy Judge

2