1  Yosina M. Lissebeck (State Bar No. 201654)
   **DINSMORE & SHOHL LLP**
2  655 West Broadway, Suite 800
3  San Diego, CA 92101
   Telephone:  619.400.0500
4  Facsimile:  619.400.0501
   yosina.lissebeck@dinsmore.com
5
   Matthew J. Stockl (State Bar No. 329366)
6  **DINSMORE & SHOHL LLP**
7  550 South Hope Street, Suite 1765
   Los Angeles, CA 90071
8  Telephone: 213.335.7737
   Facsimile: 213.335.7740
9  matthew.stockl@dinsmore.com

10 Proposed Counsel to the Chapter 7 Trustee,
   Richard A. Marshack

11

12             **UNITED STATES BANKRUPTCY COURT**

13      **CENTRAL DISTRICT OF CALIFORNIA  - SANTA ANA DIVISION**

14

15 In re:                                Case No. 8:24-bk-12527-TA

16 Kristina Lynn Smith,                  Chapter 7

17      Debtor.                          **ORDER APPROVING APPLICATION
                                         PURSUANT TO 11 U.S.C. SECTION 327(a)
18                                       AUTHORIZING THE RETENTION AND
                                         EMPLOYMENT OF DINSMORE &
19                                       SHOHL LLP AS GENERAL
                                         BANKRUPTCY COUNSEL FOR
20                                       CHAPTER 7 TRUSTEE RICHARD A.
                                         MARSHACK**
21
                                         [No Hearing Requested or Required]
22

23

24      On November 21, 2024, Richard A. Marshack, the Chapter 7 Trustee (the "Trustee") for

25 the bankruptcy estate (the "Estate") of debtor Kristina Lynn Smith (the "Debtor") in the above-

26 captioned bankruptcy case (the "Case"), filed in the United States Bankruptcy Court, located at

27 411 West Fourth Street, Santa Ana, California 92701, the Honorable Theodor C. Albert, United

28 States Bankruptcy Judge, presiding, (a) an *Application pursuant To 11 U.S.C. Section 327(a)*

                                         1

1  *Authorizing the Retention and Employment of Dinsmore & Shohl LLP as General Bankruptcy*

2  *Counsel for Chapter 7 Trustee Richard A. Marshack; Declaration of Matthew J. Stockl in Support*

3  *Thereof; and Exhibits*; and *Statement of Disinterestedness* [ECF Nos. 17-19] (the "Application"),

4  and (b) a *Notice of Filing of Application Pursuant to 11 U.S.C. Section 327(a) for an Order*

5  *Authorizing the Employment of Dinsmore & Shohl LLP as General Bankruptcy Counsel for*

6  *Chapter 7 Trustee Richard A. Marshack and Opportunity to Request a Hearing* [ECF No. 20]

7  (the "Notice").  No hearing on the Application was requested or required.

8       The Court, having reviewed the Application (including the Notice), more than 17 days

9  having passed since the filing and service of the Application and Notice, and no opposition to the

10  Application or request for hearing on the Application having been filed or received, and good

11  cause appearing, finds and directs as follows:

12       1.    The Application is granted.

13       2.    The Trustee is authorized to retain and employ Dinsmore & Shohl LLP

14  ("Dinsmore") (including its partners, associates, any of counsel, law clerks, paraprofessionals that

15  it may engage, and support staff) as the Trustee's general bankruptcy counsel in the above-

16  captioned bankruptcy case to assist and advise the Trustee in connection with the administration

17  and liquidation of the Estate and to perform the other services set forth in the Application, with

18  Dinsmore's compensation for services rendered and reimbursement of incurred expenses to be

19  paid from the within bankruptcy estate in such amounts as the Court may allow after notice and

20  hearing pursuant to 11 U.S.C. §§ 330-331.

21       3.    The Trustee is authorized to employ Dinsmore effective as of October 23, 2024.

22       4.    Adequate notice of the Application was given.

23       **IT IS SO ORDERED.**

24                                    # # #

25

26

27

28

2

Date: March 6, 2025

Theodor C. Albert
United States Bankruptcy Judge