United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12527-TA |
| Kristina Lynn Smith | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 06, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kristina Lynn Smith, 27591 Kathy Ct, Laguna Niguel, CA 92677-6025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Creditor Jeffrey Adams Gomez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor Wells Fargo Bank N.A. dacoats@raslg.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Julie J Villalobos | on behalf of Debtor Kristina Lynn Smith julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com |
| Matthew J Stockl | on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com |
| Richard A Marshack (TR) | |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 06, 2025 | Form ID: pdf042 | Total Noticed: 1 |

pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Richard G. Heston

on behalf of Creditor Richard G Heston rheston@hestonlaw.com
yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 8

Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
yosina.lissebeck@dinsmore.com

Matthew J. Stockl (State Bar No. 329366)
**DINSMORE & SHOHL LLP**
550 South Hope Street, Suite 1765
Los Angeles, CA 90071
Telephone: 213.335.7737
Facsimile: 213.335.7740
matthew.stockl@dinsmore.com

Proposed Counsel to the Chapter 7 Trustee,
Richard A. Marshack

**FILED & ENTERED**

**MAR 06 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA  - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smith,<br><br>    Debtor. | Case No. 8:24-bk-12527-TA<br><br>Chapter 7<br><br>**ORDER APPROVING APPLICATION PURSUANT TO 11 U.S.C. SECTION 327(a) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DINSMORE & SHOHL LLP AS GENERAL BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE RICHARD A. MARSHACK**<br><br>[No Hearing Requested or Required] |

On November 21, 2024, Richard A. Marshack, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of debtor Kristina Lynn Smith (the "Debtor") in the above-captioned bankruptcy case (the "Case"), filed in the United States Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California 92701, the Honorable Theodor C. Albert, United States Bankruptcy Judge, presiding, (a) an *Application pursuant To 11 U.S.C. Section 327(a)*

1

*Authorizing the Retention and Employment of Dinsmore & Shohl LLP as General Bankruptcy Counsel for Chapter 7 Trustee Richard A. Marshack; Declaration of Matthew J. Stockl in Support Thereof; and Exhibits*; and *Statement of Disinterestedness* [ECF Nos. 17-19] (the "Application"), and (b) a *Notice of Filing of Application Pursuant to 11 U.S.C. Section 327(a) for an Order Authorizing the Employment of Dinsmore & Shohl LLP as General Bankruptcy Counsel for Chapter 7 Trustee Richard A. Marshack and Opportunity to Request a Hearing* [ECF No. 20] (the "Notice"). No hearing on the Application was requested or required.

The Court, having reviewed the Application (including the Notice), more than 17 days having passed since the filing and service of the Application and Notice, and no opposition to the Application or request for hearing on the Application having been filed or received, and good cause appearing, finds and directs as follows:

1. The Application is granted.

2. The Trustee is authorized to retain and employ Dinsmore & Shohl LLP ("Dinsmore") (including its partners, associates, any of counsel, law clerks, paraprofessionals that it may engage, and support staff) as the Trustee's general bankruptcy counsel in the above-captioned bankruptcy case to assist and advise the Trustee in connection with the administration and liquidation of the Estate and to perform the other services set forth in the Application, with Dinsmore's compensation for services rendered and reimbursement of incurred expenses to be paid from the within bankruptcy estate in such amounts as the Court may allow after notice and hearing pursuant to 11 U.S.C. §§ 330-331.

3. The Trustee is authorized to employ Dinsmore effective as of October 23, 2024.

4. Adequate notice of the Application was given.

**IT IS SO ORDERED.**

### #

Date: March 6, 2025

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge