United States Bankruptcy Court

Central District of California

In re:  Case No. 24-12527-TA

Kristina Lynn Smith  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2

Date Rcvd: Mar 12, 2025      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kristina Lynn Smith, 27591 Kathy Ct, Laguna Niguel, CA 92677-6025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:

**Name**      **Email Address**

Benjamin Heston
     on behalf of Creditor Jeffrey Adams Gomez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

David Coats
     on behalf of Creditor Wells Fargo Bank N.A. dacoats@raslg.com

Jennifer C Wong
     on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Julie J Villalobos
     on behalf of Debtor Kristina Lynn Smith julie@oaktreelaw.com
     oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

Matthew J Stockl
     on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com

Richard A Marshack (TR)

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Mar 12, 2025 | Form ID: pdf042 | Total Noticed: 1

    pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Richard G. Heston

on behalf of Creditor Richard G Heston rheston@hestonlaw.com
yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 8

| | |
|---|---|
| 1 | Yosina M. Lissebeck (State Bar No. 201654) |
| 2 | **DINSMORE & SHOHL LLP** |
|   | 655 West Broadway, Suite 800 |
| 3 | San Diego, CA 92101 |
|   | Telephone:  619.400.0500 |
| 4 | Facsimile:  619.400.0501 |
|   | yosina.lissebeck@dinsmore.com |
| 5 | |
|   | Matthew J. Stockl (State Bar No. 329366) |
| 6 | **DINSMORE & SHOHL LLP** |
|   | 550 South Hope Street, Suite 1765 |
| 7 | Los Angeles, CA 90071 |
| 8 | Telephone: 213.335.7737 |
|   | Facsimile: 213.335.7740 |
| 9 | matthew.stockl@dinsmore.com |
| 10 | Proposed Counsel to the Chapter 7 Trustee, |
|   | Richard A. Marshack |

**FILED & ENTERED**

**MAR 12 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

Kristina Lynn Smith,

    Debtor.

Case No. 8:24-bk-12527-TA

Chapter 7

**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

<u>Hearing</u>:
Date:   March 4, 2025
Time:  10:30 a.m.
Place:  Courtroom 5B
          411 W. Fourth Street
          Santa Ana, CA 92701
          via ZoomGov

//

//

//

1

On March 4, 2025, on the 10:30 a.m. calendar, in Courtroom 5B of the United States Bankruptcy Court located at 411 W. Fourth Street, Santa Ana, California 92701, the Honorable Theodor Albert, United States Bankruptcy Judge, conducted a hearing on the *Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [ECF No. 32] (the "Motion") filed on February 3, 2025 in the above-captioned bankruptcy case by creditor Jeffrey Adams Gomez. The Court, having considered the Motion, all pleadings filed in support thereof and in opposition thereto, oral argument, and for the reasons set forth in on the record,

**IT IS HEREBY ORDERED THAT:**

The Motion is DENIED.

**IT IS SO ORDERED**.

# # #

Date: March 12, 2025

_____
Theodor C. Albert
United States Bankruptcy Judge

2