1 | Julie J. Villalobos, SBN263382
2 | Larry Fieselman, SBN 81872
  | **OAKTREE LAW**
3 | 3355 Cerritos Ave Los Alamitos CA 90720
  | Telephone: (562)741-3938
4 | Fax Number: (888) 408-2210
  | julie@oaktreelaw.com
5 |
6 |
7 | Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| **In Re:** | ) Case No 8:24-bk-12527-TA |
| | ) |
| Kristina Lynn Smith, | ) Chapter 11 |
| | ) |
| | ) |
| **Debtors.** | ) **PROOF OF SERVICE OF** |
| | ) **NOTICE OF ASSETS FILED** |
| | ) **BY TRUSTEE AND COURT'S** |
| | ) **NOTICE OF POSSIBLE DIVIDEND** |
| | ) |
| | ) |
| | ) |

**TO THE COURT, THE U.S. TRUSTEE, THE CHAPTER 13 TRUSTEE, AND INTERESTED PARTIES, PLEASE TAKE NOTICE:**

1. I am over the age of 18 and not a party to the within action. My business address is OakTree Law 3355 Cerritos Ave Los Alamitos, CA 90720

2. On April 14, 2025, I served Notice of Assets filed by trustee and court's notice of possible dividend.

3. I served the document(s):

      a.  By US Mail

      b.  By Electronic Service

4.  I am employed in the office of a member of the bar of this court at whose direction the service was made.

5.  I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 04/16/2025

                                                /s/ Gustavo Gomez
                                                Gustavo Gomez
                                                Paralegal for Julie J. Villalobos, Esq

<u>Service List</u>

**SERVED BY UNITED STATES MAIL**

US Acute Care Solution
4535 Dressier Rd NW
Canton, OH 44718

**SERVED BY NOTICE OF ELECTRONIC FILING (NEF)**

    **David Coats    dacoats@raslg.com**
    **Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net**
    **Richard G. Heston** rheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com, HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
    **Richard A Marshack (TR) pkraus@marshackhays.com,ecf.alert+Marshack@titlexi.com**
    **Matthew J Stockl    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com**
    **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**
    **Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com**