1  RICHARD A. MARSHACK
   rmarshack@marshackhays.com
2  MARSHACK HAYS WOOD LLP
   870 Roosevelt
3  Irvine, CA 92620
   Telephone: (949) 333-7777
4  Facsimile: (949) 333-7778

5  Chapter 7 Trustee

**FILED & ENTERED**

**MAY 05 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re

KRISTINA LYNN SMITH,

Debtor.

Case No. 8:24-bk-12527-TA

Chapter 7

ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY REAL ESTATE AGENT

[Unopposed Motion – No Service of Proposed Order or Lodgment Period Required Pursuant to LBR 9021-1(b)(4)]

The Court has read and considered the Chapter 7 Trustee's Application to Employ Clarence Yoshikane of BHHS / Berkshire Hathaway HomeServices CA Properties as the Trustee's Real Estate Agent ("Application") filed on April 11, 2025 as Docket No. 67. It appearing that no opposition has been filed and good cause has been shown, the Court makes its Order as follows:

/ / /

/ / /

1

5000-611

IT IS ORDERED:

1. The Application is approved;

2. The Trustee is authorized to employ Clarence Yoshikane of BHHS / Berkshire Hathaway HomeServices CA Properties as the Estate's Real Estate Agent ("Agent") to market and sell real property, located at 27591 Kathy Ct., Laguna Niguel, CA 92677 ("Property"), on the terms and conditions set forth in the Application;

3. Agent's fees and costs are to be paid as set forth in the Application and upon further application and approval of this Court; and

4. Trustee is empowered to execute the Listing Agreement.

### 

Date: May 5, 2025

*[signature]*

Theodor C. Albert
United States Bankruptcy Judge

5000-611