United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12527-TA |
| Kristina Lynn Smith | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 05, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2025:**

**Recip ID**     **Recipient Name and Address**
db     +   Kristina Lynn Smith, 27591 Kathy Ct, Laguna Niguel, CA 92677-6025

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2025         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2025 at the address(es) listed below:**

**Name**            **Email Address**

Benjamin Heston
     on behalf of Creditor Jeffrey Adams Gomez bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

David Coats
     on behalf of Creditor Wells Fargo Bank  N.A. dacoats@raslg.com

Jennifer C Wong
     on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Julie J Villalobos
     on behalf of Debtor Kristina Lynn Smith julie@oaktreelaw.com
     oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

Matthew J Stockl
     on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com  katrice.ortiz@dinsmore.com

Richard A Marshack (TR)
     pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

District/off: 0973-8     User: admin     Page 2 of 2
Date Rcvd: May 05, 2025     Form ID: pdf042     Total Noticed: 1

Richard G. Heston
    on behalf of Creditor Richard G Heston rheston@hestonlaw.com
    yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 8

RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

**FILED & ENTERED**

MAY 05 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re

KRISTINA LYNN SMITH,

Debtor.

Case No. 8:24-bk-12527-TA

Chapter 7

ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY REAL ESTATE AGENT

[Unopposed Motion – No Service of Proposed Order or Lodgment Period Required Pursuant to LBR 9021-1(b)(4)]

The Court has read and considered the Chapter 7 Trustee's Application to Employ Clarence Yoshikane of BHHS / Berkshire Hathaway HomeServices CA Properties as the Trustee's Real Estate Agent ("Application") filed on April 11, 2025 as Docket No. 67. It appearing that no opposition has been filed and good cause has been shown, the Court makes its Order as follows:

/ / /

/ / /

1

5000-611

IT IS ORDERED:

1. The Application is approved;

2. The Trustee is authorized to employ Clarence Yoshikane of BHHS / Berkshire Hathaway HomeServices CA Properties as the Estate's Real Estate Agent ("Agent") to market and sell real property, located at 27591 Kathy Ct., Laguna Niguel, CA 92677 ("Property"), on the terms and conditions set forth in the Application;

3. Agent's fees and costs are to be paid as set forth in the Application and upon further application and approval of this Court; and

4. Trustee is empowered to execute the Listing Agreement.

### ###

Date: May 5, 2025

Theodor C. Albert
United States Bankruptcy Judge

2

5000-611