United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12527-SC |
| Kristina Lynn Smith | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 30, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2025:**

**Recip ID**        **Recipient Name and Address**
db                 +   Kristina Lynn Smith, 27591 Kathy Ct, Laguna Niguel, CA 92677-6025

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2025                              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2025 at the address(es) listed below:**

**Name**                 **Email Address**

Benjamin Heston
                           on behalf of Creditor Jeffrey Adams Gomez bhestonecf@gmail.com   benheston@recap.email,NexusBankruptcy@jubileebk.net

David Coats
                           on behalf of Creditor Wells Fargo Bank  N.A. dacoats@raslg.com

Jennifer C Wong
                           on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com   jwong@ecf.courtdrive.com

Julie J Villalobos
                           on behalf of Debtor Kristina Lynn Smith julie@oaktreelaw.com
                           oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

Matthew J Stockl
                           on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com   katrice.ortiz@dinsmore.com

Richard A Marshack (TR)
                           pkraus@marshackhays.com   ecf.alert+Marshack@titlexi.com

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: May 30, 2025 | Form ID: pdf042 | Total Noticed: 1

Richard G. Heston
    on behalf of Creditor Richard G Heston rheston@hestonlaw.com
    yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 8

**FILED & ENTERED**

MAY 30 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:24-bk-12527-SC |
| Kristina Lynn Smith, | CHAPTER 7 |
| | **ORDER CONTINUING HEARINGS ON CLAIM OBJECTIONS** |
| Debtor(s). | Continued date/time:<br>Date:      June 5, 2025<br>Time:      10:00 AM<br>Courtroom:  5C |

The hearing on the Claim Objections [Dks. 62 and 63] set for June 3, 2025, are hereby CONTINUED to June 5, 2025, at 10:00 a.m.

**IT IS SO ORDERED.**

Date: May 30, 2025

Scott C. Clarkson
United States Bankruptcy Judge

-1-