YOSINA M. LISSEBECK (State Bar No. 201654)
yosina.lissebeck@dinsmore.com
JACOB R. BOTHAMLEY (State Bar No. 319457)
jacob.bothamley@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
Counsel to the Chapter 7 Trustee,
Richard A. Marshack

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smith,<br><br>    Debtor. | Case No. 8:24-bk-12527-SC<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S NOTICE OF ERRATA REGARDING OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (WITH SUPPORTING DECLARATIONS) (ACTION IN NONBANKRUPTCY FORUM**<br><br>Hearing:<br>Date:    June 18, 2025<br>Time:   10:00 a.m.<br>Place:  Courtroom 5C<br>          411 W Fourth St.<br>          Santa Ana, CA 92701<br>          via ZoomGov |

TO THE HONORABLE SCOTT C. CLARKSON AND PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Richard A. Marshack, court-appointed chapter 7 trustee (the "Trustee") in the above-captioned chapter 7 case (the "Case") of the debtor Kristina Lynn Smith (the "Debtor"), hereby files this Notice of Errata to his Opposition to Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (with Supporting Declarations) (Action in Nonbankruptcy

1

Forum) as Docket No. 93. The caption page erroneously states the time of the hearing on the Motion as 10:30 a.m. The correct time of the hearing is 10:00 a.m. A corrected caption page is attached as Exhibit 1.

Dated: June 5, 2025

Respectfully submitted,

DINSMORE & SHOHL LLP

By: /s/ Jacob R. Bothamley
    Yosina M. Lissebeck
    Jacob R. Bothamley
    Counsel to the Chapter 7 Trustee,
    Richard A. Marshack

# EXHIBIT 1

YOSINA M. LISSEBECK (State Bar No. 201654)
yosina.lissebeck@dinsmore.com
JACOB R. BOTHAMLEY (State Bar No. 319457)
jacob.bothamley@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
Counsel to the Chapter 7 Trustee,
Richard A. Marshack

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:24-bk-12527-SC |
| Kristina Lynn Smith, | Chapter 7 |
| Debtor. | **CHAPTER 7 TRUSTEE'S OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (WITH SUPPORTING DECLARATIONS) (ACTION IN NONBANKRUPTCY FORUM; DECLARATION OF RICHARD A. MARSHACK** |
| | Hearing:<br>Date:    June 18, 2025<br>Time:   10:00 a.m.<br>Place:  Courtroom 5C<br>           411 W Fourth St.<br>           Santa Ana, CA 92701<br>           via ZoomGov |

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:   655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document: **CHAPTER 7 TRUSTEE'S NOTICE OF ERRATA RE OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (WITH SUPPORTING DECLARATIONS) (ACTION IN NONBANKRUPTCY FORUM** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 5, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 5, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 5, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 5, 2025 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1.**   **s**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August  2010                                                                                         **F 9013-3.1.PROOF.SERVICE**

**2.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Richard G. Heston on behalf of Creditor Richard G Heston
rheston@hestonlaw.com,
yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Julie J Villalobos on behalf of Debtor Kristina Lynn Smith
julie@oaktreelaw.com,
oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*    **F 9013-3.1.PROOF.SERVICE**