United States Bankruptcy Court

Central District of California

In re:                                                                                          Case No. 24-12527-SC

Kristina Lynn Smith                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                          User: admin                                    Page 1 of 2

Date Rcvd: Jun 27, 2025                  Form ID: pdf042                           Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kristina Lynn Smith, 27591 Kathy Ct, Laguna Niguel, CA 92677-6025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Creditor Jeffrey Adams Gomez bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor Wells Fargo Bank  N.A. dacoats@raslg.com |
| Jacob Newsum-Bothamley | on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com |
| Julie J Villalobos | on behalf of Debtor Kristina Lynn Smith julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com |
| Matthew J Stockl | on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com  katrice.ortiz@dinsmore.com |

District/off: 0973-8                          User: admin                          Page 2 of 2
Date Rcvd: Jun 27, 2025                       Form ID: pdf042                       Total Noticed: 1

Richard A Marshack (TR)
                        pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Richard G. Heston
                        on behalf of Creditor Richard G Heston rheston@hestonlaw.com
                        yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

United States Trustee (SA)
                        ustpregion16.sa.ecf@usdoj.gov

Yosina M Lissebeck
                        on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com
                        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com


TOTAL: 10

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| | **FILED & ENTERED**<br><br>**JUN 27 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bolte       DEPUTY CLERK** |

☐ *Movant appearing without an attorney*
☐ *Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION**

| In re:<br><br>KRISTINA LYNN SMITH, | CASE NO.: 8:24-bk-125727-SC<br><br>CHAPTER: 7 |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**(Action in Nonbankruptcy Forum)** |
| | Vacated hearing:<br><br>DATE: 07/14/2025<br>TIME: 9:30 am<br>COURTROOM: 5C<br>PLACE: 411 West Fourth Street<br>Santa Ana, CA 92701 |
| Debtor(s). | |

**MOVANT:** JEFFREY ADAMS GOMEZ

1. The Motion was:   ☒ Opposed   ☐ Unopposed   ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: *Kristina Smith v. Jeffrey Gomez*

   Docket number: 17D000590

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: Orange County Superior Court

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                Page 1                                **F 4001-1.RFS.NONBK.ORDER**

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☒  Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐  Modified or conditioned as set forth in Exhibit _____ to the Motion.

   c. ☐  Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:**  Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law as set forth in ¶11.  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a. ☐  Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☐  Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐  The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒  The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐  This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐  This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒  Other *(specify)*: The Court has reviewed all of the pleadings in connection with this motion as well as the docket as a whole and finds that this matter is appropriate for disposition without a hearing.  Accordingly, the motion for relief from the automatic stay under 11 U.S.C. § 362(d) is GRANTED as set forth herein to allow the Orange County Superior Court to adjudicate the validity and enforceability of the Debtor's and Mr. Jeffrey Gomez's prenuptial agreement.

### 

Date: June 27, 2025

Scott C. Clarkson
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 2                          **F 4001-1.RFS.NONBK.ORDER**