

FILED & ENTERED

JUL 17 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smith,<br><br><br><br><br><br>Debtor(s). | Case No.: 8:24-bk-12527-SC<br><br>CHAPTER 7<br><br>**ORDER SUPPLEMENTING ORDERS REQUIRING ADDITIONAL BRIEFING [DKS. 95 AND 97] PERTAINING TO OBJECTIONS TO CLAIMS 5-1 AND 6-1**<br><br>Date:     August 12, 2025<br>Time:    1:30 PM<br>Courtroom: 5C |

On June 5, 2025, as Dockets Nos. 95 and 97, the Court entered orders continuing the objections filed by Jeffery Gomez to Claim No. 5-1 filed by Debtor on behalf of Howard Smith and to Claim No. 6-1 filed by Debtor on behalf of Kerry Kavanaugh, and requiring supplemental briefing as set forth therein ("Order Requiring Briefing"). The hearings on the claim objections were subsequently continued to August 12, 2025 [*See* Order entered July 8, 2025, Docket No. 115].

Upon review of the docket as a whole, the Court notes that it is unclear whether the affected claimants, Howard Smith and Kerry Kavanaugh (collectively, the

"Claimants"), received notice of its Order Requiring Briefing. Accordingly, the Court finds good cause to supplement those orders as follows:

1. By no later than August 1, 2025, Claimants may file Supplemental Briefs as described in the Order Requiring Briefing. Copies of those two orders are being served upon Claimants concurrently herewith as noted in the attached Notice of Entered Order.
2. Claimants are advised that if no supplemental briefings are timely filed, the Court may treat such failure as acquiesce to the sustaining of the claim objections and may vacate the hearings without further notice or hearing.
3. No further pleadings may be filed other than as noted herein.

**IT IS SO ORDERED.**

Date: July 17, 2025

Scott C. Clarkson
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **(1) ORDER SUPPLEMENTING ORDERS REQUIRING ADDITIONAL BRIEFING [DKS. 95 AND 97] PERTAINING TO OBJECTIONS TO CLAIMS 5-1 AND 6-1; (2) ORDER CONTINUING HEARING ON OBJECTION TO CLAIM 6-1 AND SETTING EVIDENTIARY HEARING AND ESTABLISHING PROCEDURES FOR EVIDENTIARY HEARING [Dk. 95] AND (3) ORDER CONTINUING HEARING ON OBJECTION TO CLAIM 5-1 AND SETTING DATE OF EVIDENTIARY HEARING AND ESTABLISHING PROCEDURES FOR EVIDENTIARY HEARING** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229

☐ Service information continued on attached page