United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12527-SC |
| Kristina Lynn Smith | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 17, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kristina Lynn Smith, 27591 Kathy Ct, Laguna Niguel, CA 92677-6025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 19, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Creditor Jeffrey Adams Gomez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor Wells Fargo Bank N.A. dacoats@raslg.com |
| Jacob Newsum-Bothamley | on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Julie J Villalobos | on behalf of Debtor Kristina Lynn Smith julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 17, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Matthew J Stockl
    on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Richard A Marshack (TR)
    pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Richard G. Heston
    on behalf of Creditor Richard G Heston rheston@hestonlaw.com
    yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Yosina M Lissebeck
    on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

TOTAL: 10

**FILED & ENTERED**

**JUL 17 2025**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **bolte**    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

Kristina Lynn Smith,

Debtor(s).

Case No.: 8:24-bk-12527-SC

CHAPTER 7

**ORDER SUPPLEMENTING ORDERS REQUIRING ADDITIONAL BRIEFING [DKS. 95 AND 97] PERTAINING TO OBJECTIONS TO CLAIMS 5-1 AND 6-1**

Date:    August 12, 2025
Time:    1:30 PM
Courtroom:  5C

On June 5, 2025, as Dockets Nos. 95 and 97, the Court entered orders continuing the objections filed by Jeffery Gomez to Claim No. 5-1 filed by Debtor on behalf of Howard Smith and to Claim No. 6-1 filed by Debtor on behalf of Kerry Kavanaugh, and requiring supplemental briefing as set forth therein ("Order Requiring Briefing"). The hearings on the claim objections were subsequently continued to August 12, 2025 [*See* Order entered July 8, 2025, Docket No. 115].

Upon review of the docket as a whole, the Court notes that it is unclear whether the affected claimants, Howard Smith and Kerry Kavanaugh (collectively, the

-1-

"Claimants"), received notice of its Order Requiring Briefing. Accordingly, the Court finds good cause to supplement those orders as follows:

1. By no later than August 1, 2025, Claimants may file Supplemental Briefs as described in the Order Requiring Briefing. Copies of those two orders are being served upon Claimants concurrently herewith as noted in the attached Notice of Entered Order.
2. Claimants are advised that if no supplemental briefings are timely filed, the Court may treat such failure as acquiesce to the sustaining of the claim objections and may vacate the hearings without further notice or hearing.
3. No further pleadings may be filed other than as noted herein.

**IT IS SO ORDERED.**

Date: July 17, 2025

Scott C. Clarkson
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **(1) ORDER SUPPLEMENTING ORDERS REQUIRING ADDITIONAL BRIEFING [DKS. 95 AND 97] PERTAINING TO OBJECTIONS TO CLAIMS 5-1 AND 6-1; (2) ORDER CONTINUING HEARING ON OBJECTION TO CLAIM 6-1 AND SETTING EVIDENTIARY HEARING AND ESTABLISHING PROCEDURES FOR EVIDENTIARY HEARING [Dk. 95] AND (3) ORDER CONTINUING HEARING ON OBJECTION TO CLAIM 5-1 AND SETTING DATE OF EVIDENTIARY HEARING AND ESTABLISHING PROCEDURES FOR EVIDENTIARY HEARING** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229

☐ Service information continued on attached page

-3-