Yosina M. Lissebeck (SBN 201654)
Jacob R. Bothamley (SBN 319457)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501
yosina.lissebeck@dinsmore.com
jacob.bothamley@dinsmore.com

Attorneys for Richard A. Marshack, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| KRISTINA LYNN SMITH, | Case No. 8:24-bk-12527-SC |
| Debtor. | **STIPULATION FOR SALE OF REAL PROPERTY LOCATED AT 27591 KATHY COURT, LAGUNA NIGUEL, CALIFORNIA FREE AND CLEAR OF LIENS** |
| | [No Hearing Needed] |
| | Honorable Scott C. Clarkson<br>Dept. 5C |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

This Stipulation for Sale of Real Property Located at 27591 Kathy Court, Laguna Niguel, California Free and Clear of Liens ("Stipulation") is entered into between Richard A. Marshack, the duly appointed Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Kristina Lynn Smith ("Debtor"), the Debtor, and Jeffrey Adams Gomez ("Gomez"), Seabreeze Management Company Management Inc., American Express National Bank, Stegmeier, Gelbart, Schwartz And Benavente, LLP, R&S Law Group, APC, White Zuckerman Warsavsky Luna And Hunt, LLP, A

1

1  Center For Children And Family Law, Inc. (collectively referred to herein as the "Parties"), upon the

2  following terms and conditions:

3  **I.      RECITALS**

4          A.      On October 3, 2024, Debtor filed a voluntary petition for relief under Chapter 7 of the

5  Bankruptcy Code.

6          B.      Also on October 3, 2024, Richard A. Marshack was appointed Chapter 7 trustee for the

7  Debtor's bankruptcy estate.

8          C.      Among the property of the Estate is the Debtor's interest in the residential real property

9  located at 27591 Kathy Court, Laguna Niguel California ("Property"), in which Debtor resides. The

10 Property is a community property asset of this bankruptcy case.

11         D.      On October 21, 2024, the Divorce Court Ordered the sale of the Property. Prior to the

12 bankruptcy petition being filed, the Property had not yet been sold.

13         E.      On her Schedule A, Debtor listed the value of the Property at $1,924,800, but the

14 Trustee will list the property at $2,000,000.

15         F.      On her Amended Schedule C filed as Dk. No. 15, Debtor claimed an exemption in the

16 amount of $699,421. The time to object to exemptions has not yet expired because the meeting of

17 creditors has been continued to October 21, 2025. Because the homestead constitutes undivided

18 community property, Debtor and her former spouse, Gomez, would each be entitled to half of any

19 allowed exemption.

20         G.      According to Schedule D (Dkt. No. 9), and a Preliminary Title Report ("PTR") the

21 following is a list of known liens against the Property[1]:

22              1.      Deed of Trust dated January 27, 2014 in the amount of $700,000 –

23 Trustor/Grantor: Jeff Gomez - Trustee: Unionbancal Mortgage Corporation – Beneficiary: Union

24 Bank N.A. – Loan No.: 6962417114 – Recording Date: January 29, 2014 – Recording No.: 2014-

25 337516;

26                      i.  Substituted Trustee: Quality Loan Service Corp. – Recording Date: June 6,

27                          2024 – Recording No.: 2024-140614; Notice of default: June 27, 2024 -

28

---

[1] This is just a list taken from various sources, the Title Report controls as it relates to lien priority.

1  Recording No. 2024-159460; Trustee's sale – November 15, 2024 – Recording

2  Date: September 30, 2024 - Recording No.: 2024-251941.

3      2.      Pending Court Action – Plaintiff: Kristina Smith – Defendant: Jeffrey Gomez

4  – County of Orange – Court: Superior Court of California – Case No. 17 D 00-05-90 – Nature of

5  Action: Title affects to real property – Recorded: May 10, 2018; Recording No.: 2018-170624.

6      3.      Abstract of Judgment – Amount: $353,500 – Debtor: Jeffrey Gomez – Creditor:

7  Stegmeier, Gelbart, Schwartz and Benavente, LLP; Date Entered: March 11, 2019 – County: Orange

8  – Court: Superior Court of California – Case No.: 17 D 00-05-90 – Recording Date: April 1, 2019 as

9  instrument no. 2019-102304 – Acknowledgement of Satisfaction of Judgment (Partial) Recording

10  Date: July 22, 2020 instrument no. 2020-352459.

11      4.      Family Law Attorney Real Property Lien ("FLARPL") – Amount: $300,000 –

12  Creditor: Stegmeier, Gelbart, Schwartz and Benavente, LLP

13      5.      Abstract of Judgment – Amount: $3,373.56 – Debtor: Jeffrey Gomez –

14  Creditor: American Express National Bank, successor by Merger to American Express Bank, FSB;

15  Date: August 13, 2021; County: Orange; Court: Superior Court of California; Case No. 30-2020-

16  01125756-CL-CL-CJC; Recording Date: September 9, 2021; Recording No.: 2021-564588.

17      6.      Abstract of Judgment – Amount: $3,373.56 – Debtor: Jeffrey Gomez –

18  Creditor: American Express National Bank, successor by Merger to American Express Bank, FSB;

19  Date: August 13, 2021; County: Orange; Court: Superior Court of California; Case No. 30-2020-

20  01125756-CL-CL-CJC; Recording Date: September 9, 2021; Recording No.: 2021-564869.

21      7.      Abstract of Judgment – Amount: $73,681.88; Debtor: Jeffrey Gomez –

22  Creditor: The Neshanian Law Firm[2], Inc. – Date Entered: July 8, 2021; County: Orange – Court:

23  Superior Court of California – Case No.: 30-2021-01191914-CU-PA-CJC – Recording Date: February

24  8, 2022; Recording No.: 2022-52681.

25      i.   Proof of Claim # 2-1 - $98,229.59.

26

27

28

---

[2] The Neshanian Law Firm, through Eric Neshanian, refuses to sign this stipulation; but the lien is still of record and is thus included in this list.

8.      Abstract of Judgment – Amount: $131,143.94 – Debtor: Jeffrey Gomez – Creditor: R&S Law Group, APC – Date Entered: March 14, 2023 – County: Orange – Court: Superior Court of California – Case No.: 30-2022-01280774-CU-Co-CJC – Recording Date: March 31, 2023 – Recording No.: 2023-74125.

i. Proof of Claim #8-1 - $158,172.71.

9.      Abstract of Judgment – Amount: $77,396.19 – Debtor: Kristina Smith – Creditor: White Zuckerman Warsavsky Luna and Hunt, LLP – Date Entered: June 14, 2023 – County June 14, 2023; County: Los Angeles – Court: Superior Court of California – Case No.: 23VECV00570 – Recording Date: June 30, 2023 – Recording No.: 2023-157395.

i.      Proof of Claim #10-1 - $77,396.19.

H.      In addition, the Trustee is aware of the following claims asserted against the Property:

1.   Seabreeze Management Company Inc. - $3,222

2.   Collection Order re: Attorney's Fees in the amount of $45,878.66 owed to A Center for Children and Family Law, Inc.; issued by the Superior Court of the State of California for the County of Orange; Dated: November 5, 2024; Case No.: 17D000590.

i.      The Collection Order notes that a total of $8,475 has already been paid, leaving a balance of $39,582.66 as of the date of the Collection Order.

I.      Trustee has employed Clarence Yoshikane as his real estate agent ("Agent") to market and sell the Property.

J.      The sale of the Property is necessary because, in Trustee's judgment, the Property is at risk of diminishing in value, which will jeopardize a meaningful distribution to creditors.

K.      The Parties have entered into this Stipulation to provide for the sale of the Property free and clear of the liens identified above.

## II.    **STIPULATION**

**NOW THEREFORE** the Parties stipulate and agree to the following terms, subject to Bankruptcy Court approval:

1.      The first priority lienholder, identified in paragraph F(1), will be paid through escrow as part of any sale.

2.     The lienholders identified in paragraphs F(2) – (9), and paragraph G, except for The Neshanian Law Firm, consent to the sale of the Property free and clear of their respective liens or interests, with their liens or interests attaching to the proceeds of the sale in the same validity, extent and priority as the lien or interest had under applicable law.

3.     The lienholders identified in paragraphs F(2) – (9), and all other signatories to this stipulation, except for The Neshanian Law Firm, agree to subordinate payment of their liens or interests to the costs of the sale (including commissions and maintenance), payment of all applicable taxes, and allowed administrative claims (collectively, "Administrative Costs"). Under 11 U.S.C. § 510(c)(2), the liens securing the amounts necessary to pay the Administrative Costs are transferred to the estate. In other words, the Administrative Costs will be secured by liens and the lienholders will retain the balance of their liens and the full amount of their claims.

4.     One half of the $699,421 homestead (i.e. $349,710.50) is claimed by Gomez. Trustee will receive such funds from escrow upon closing and hold them pending further court order. Debtor agrees to reduce and limit her $349,710.50 half of the homestead exemption to $25,000 which she will receive directly from escrow upon closing to facilitate her relocation. The Debtor agrees to waive any remaining homestead exemption with respect to all amounts necessary to pay all administrative fees and costs and timely filed unsecured claims, other than the claim of Gomez. The Trustee shall make distributions to such creditors only pursuant to further court order. Except as otherwise set forth in this paragraph, the Debtor reserves the right to claim a further homestead exemption in any remaining sales proceeds. The Trustee likewise retains the right to file an objection to any such further claimed exemption.

5.     As to Gomez, the Trustee will hold his half of the homestead exemption, subject to the liens identified in paragraph F above which will attach with the same validity, priority, and extent, and the Trustee will only distribute such funds pursuant to further court order.

6.     Debtor's counsel will also receive fees of $7,000 for assisting the Estate with facilitating the Debtor's move-out from the Property, and sale of the Property. Such funds shall be considered Administrative Costs for purposes of this Stipulation.

7.    As set forth in a concurrent Stipulation between the Debtor, the Trustee and Mr. Gomez, Gomez is authorized to incur necessary costs of repair and maintenance on the Property, subject to Trustee's prior written approval, not to exceed a total of $15,000, with such authorized expenses to be reimbursed from proceeds of the sale of the Property as part of the Administrative Costs.

8.    Nothing in this Stipulation shall require one spouse's one-half share of the net proceeds after payment of Administrative Costs to pay any post-separation claim owed solely by the other spouse whether such claim is secured or unsecured. For clarity, homestead funds that are otherwise attributable to one spouse, shall not be used to pay the other spouse's debts or liens.

9.    To the extent that funds remain after payment of the obligations set forth above, the remaining funds shall be held by Trustee and disbursed only pursuant to further order of this Court.

**IT IS SO STIPULATED.**

Dated:_____9/8/25_____, 2025

_____
Richard A. Marshack,
Chapter 7 Trustee for the Bankruptcy
Estate of Kristina Lynn Smith

Dated:_____, 2025

Kristina Lynn Smith, Debtor

Dated:_____, 2025

Jeffrey Adams Gomez, Creditor

Dated:_____, 2025

Law Office of Tina M. Talbot

By: _____
Tina M. Talbot, Esq., Counsel for
R&S Law Group, APC, Creditor

**SIGNATURES CONTINUE ON NEXT PAGE**

7.      As set forth in a concurrent Stipulation between the Debtor, the Trustee and Mr. Gomez, Gomez is authorized to incur necessary costs of repair and maintenance on the Property, subject to Trustee's prior written approval, not to exceed a total of $15,000, with such authorized expenses to be reimbursed from proceeds of the sale of the Property as part of the Administrative Costs.

8.      Nothing in this Stipulation shall require one spouse's one-half share of the net proceeds after payment of Administrative Costs to pay any post-separation claim owed solely by the other spouse whether such claim is secured or unsecured. For clarity, homestead funds that are otherwise attributable to one spouse, shall not be used to pay the other spouse's debts or liens.

9.      To the extent that funds remain after payment of the obligations set forth above, the remaining funds shall be held by Trustee and disbursed only pursuant to further order of this Court.

**IT IS SO STIPULATED.**

Dated: _____, 2025

Richard A. Marshack,
Chapter 7 Trustee for the Bankruptcy
Estate of Kristina Lynn Smith

Dated: _____, 2025

Kristina Lynn Smith, Debtor

Dated: _____, 2025

Jeffrey Adams Gomez, Creditor

Dated: _____, 2025

Law Office of Tina M. Talbot

By: _____
Tina M. Talbot, Esq., Counsel for
R&S Law Group, APC, Creditor

**SIGNATURES CONTINUE ON NEXT PAGE**

7.      As set forth in a concurrent Stipulation between the Debtor, the Trustee and Mr. Gomez, Gomez is authorized to incur necessary costs of repair and maintenance on the Property, subject to Trustee's prior written approval, not to exceed a total of $15,000, with such authorized expenses to be reimbursed from proceeds of the sale of the Property as part of the Administrative Costs.

8.      Nothing in this Stipulation shall require one spouse's one-half share of the net proceeds after payment of Administrative Costs to pay any post-separation claim owed solely by the other spouse whether such claim is secured or unsecured. For clarity, homestead funds that are otherwise attributable to one spouse, shall not be used to pay the other spouse's debts or liens.

9.      To the extent that funds remain after payment of the obligations set forth above, the remaining funds shall be held by Trustee and disbursed only pursuant to further order of this Court.

**IT IS SO STIPULATED.**

Dated:_____, 2025

_____
Richard A. Marshack,
Chapter 7 Trustee for the Bankruptcy
Estate of Kristina Lynn Smith

Dated:_____, 2025

_____
Kristina Lynn Smith, Debtor

Dated: 9-8 , 2025

_____
Jeffrey Adams Gomez, Creditor

Dated:_____, 2025

Law Office of Tina M. Talbot

By: _____
Tina M. Talbot, Esq., Counsel for
R&S Law Group, APC, Creditor

**SIGNATURES CONTINUE ON NEXT PAGE**

7.      As set forth in a concurrent Stipulation between the Debtor, the Trustee and Mr. Gomez, Gomez is authorized to incur necessary costs of repair and maintenance on the Property, subject to Trustee's prior written approval, not to exceed a total of $15,000, with such authorized expenses to be reimbursed from proceeds of the sale of the Property as part of the Administrative Costs.

8.      Nothing in this Stipulation shall require one spouse's one-half share of the net proceeds after payment of Administrative Costs to pay any post-separation claim owed solely by the other spouse whether such claim is secured or unsecured. For clarity, homestead funds that are otherwise attributable to one spouse, shall not be used to pay the other spouse's debts or liens.

9.      To the extent that funds remain after payment of the obligations set forth above, the remaining funds shall be held by Trustee and disbursed only pursuant to further order of this Court.

**IT IS SO STIPULATED.**

Dated:_____, 2025

_____
Richard A. Marshack,
Chapter 7 Trustee for the Bankruptcy
Estate of Kristina Lynn Smith

Dated:_____, 2025

Kristina Lynn Smith, Debtor

Dated:_____, 2025

_____
Jeffrey Adams Gomez, Creditor

Dated:__9-9_____, 2025

Law Office of Tina M. Talbot

By: _____
Tina M. Talbot, Esq., Counsel for
R&S Law Group, APC, Creditor

**SIGNATURES CONTINUE ON NEXT PAGE**

1 | Dated: Sept 4, 2025

Law Office of Howard Goodman

2 | By: _____
Howard Goodman, Esq., Counsel for
White Zuckerman Warsavsky Luna &
Hunt LLP, Creditor

5 | Dated: _____, 2025

A Center For Children and Family Law,
Inc.

_____

8 | By: Tracy Willis, Esq.
Its: _____

11 | Dated: _____, 2025

Stegmeier, Gelbart, Schwartz and
Benavente, LLP, Creditor on ¶¶F(3) and
F(4)

_____

By: Saul Gelbart, Esq.
Its: _____

17 | Dated: _____, 2025

Becket & Lee, LLP

**N/A - Filed UCC 3**

By: **Termination Statement**
Sandra Curtin, Esq.
Counsel for American Express
National Bank, Creditor on ¶¶F(5) &
F(6)

22 | Dated: _____, 2025

Seabreeze Management Company Inc.

_____

By: Isaiah Henry
Its: Chief Executive Officer

28 | **SIGNATURES CONTINUE ON NEXT PAGE**

1

Dated:_____, 2025

Law Office of Howard Goodman

2

By: _____

3

Howard Goodman, Esq., Counsel for
White Zuckerman Warsavsky Luna &
Hunt LLP, Creditor

4

5

Dated: September 16 , 2025

A Center For Children and Family Law,
Inc.

6

7

8

By: Tracy Willis, Esq.

9

Its: ___TW_____

10

11

Dated:_____, 2025

Stegmeier, Gelbart, Schwartz and
Benavente, LLP, Creditor on ¶¶F(3) and
F(4)

12

13

14

15

By: Saul Gelbart, Esq.

Its: _____

16

17

Dated:_____, 2025

Becket & Lee, LLP

18

By: _____

19

Sandra Curtin, Esq.
Counsel for American Express
National Bank, Creditor on ¶¶F(5) &
F(6)

20

21

22

Dated:_____, 2025

Seabreeze Management Company Inc.

23

24

25

By: Isaiah Henry

Its: Chief Executive Officer

26

27

28

**SIGNATURES CONTINUE ON NEXT PAGE**

7

1   Dated:_____, 2025                      Law Office of Howard Goodman

2                                                   By: _____

3                                                       Howard Goodman, Esq., Counsel for
                                                        White Zuckerman Warsavsky Luna &
4                                                       Hunt LLP, Creditor

5   Dated:_____, 2025                      A Center For Children and Family Law,
                                                    Inc.
6

7                                                   _____

8                                                   By: <u>Tracy Willis, Esq.</u>

9                                                   Its: _____

10

11  Dated: _09-18_____, 2025                      Stegmeier, Gelbart, Schwartz and
                                                    Benavente, LLP, Creditor on ¶¶F(3) and
12                                                  F(4)

13                                                  _____

14

15                                                  By: <u>Saul Gelbart, Esq.</u>
                                                    Its: _MANAGING PARTNER_____
16
    Dated:_____, 2025                      Becket & Lee, LLP
17

18                                                  By: _____

19                                                      Sandra Curtin, Esq.
                                                        Counsel for American Express
20                                                      National Bank, Creditor on ¶¶F(5) &
                                                        F(6)
21

22  Dated:_____, 2025                      Seabreeze Management Company Inc.

23

24                                                  _____

25                                                  By: <u>Isaiah Henry</u>
                                                    Its: <u>Chief Executive Officer</u>
26

27

28  **SIGNATURES CONTINUE ON NEXT PAGE**

                                    7

1    Dated:_____, 2025           Law Office of Howard Goodman

2

3                                              By: _____

                                                 Howard Goodman, Esq., Counsel for

4                                                  White Zuckerman Warsavsky Luna & Hunt LLP, Creditor

5    Dated:_____, 2025           A Center For Children and Family Law, Inc.

6

7                                                  _____

8                                                  By: <u>Tracy Willis, Esq.</u>

9                                                  Its: _____

10

11    Dated:_____, 2025           Stegmeier, Gelbart, Schwartz and Benavente, LLP, Creditor on ¶¶F(3) and

12                                                  F(4)

13

14                                                  _____

15                                                  By: <u>Saul Gelbart, Esq.</u>

                                                 Its: _____

16    Dated:_____, 2025           Becket & Lee, LLP

17

18                                                  By: _____

19                                                  Sandra Curtin, Esq.

                                                 Counsel for American Express

20                                                  National Bank, Creditor on ¶¶F(5) & F(6)

21

22    Dated:___9-18-_____, 2025           San Joaquin Hills Community Association
~~Seabreeze Management Company Inc.~~

23

24

25                                                  By: ~~Isaiah Henry~~ Michael Hartleib

                                                 Its: ~~Chief Executive Officer~~

26                                                  President, Board of Directors

27

28    **SIGNATURES CONTINUE ON NEXT PAGE**

7

1  **Approved As To Substance and Form:**

2  Dated: Sept. 15, 2025                          Oaktree Law

3                                                 By: _____

4                                                     Julie J. Villalobos
                                                       Attorneys for Kristina Lynn Smith,
5                                                      Debtor

6

7  Dated:_____, 2025                      Nexus Bankruptcy

8                                                 By: _____

9                                                     Benjamin Heston
                                                       Attorney for Jeffrey Adams Gomez,
10                                                     Creditor

11

12  Dated: September 3, 2025                       Dinsmore & Shohl LLP

13                                                By: /s/ Yosina Lissebeck
                                                      Yosina Lissebeck
14                                                    Attorneys for Richard A. Marshack,
                                                      Chapter 7 Trustee
15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

**Approved As To Substance and Form:**

Dated:_____, 2025

Oaktree Law

By: _____
    Julie J. Villalobos
    Attorneys for Kristina Lynn Smith,
    Debtor

Dated: September 22, 2025

Nexus Bankruptcy

By: _____
    Benjamin Heston
    Attorney for Jeffrey Adams Gomez,
    Creditor

Dated: September 3, 2025

Dinsmore & Shohl LLP

By: /s/ Yosina Lissebeck
    Yosina Lissebeck
    Attorneys for Richard A. Marshack,
    Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:        655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled **STIPULATION FOR SALE OF REAL PROPERTY LOCATED AT 27591 KATHY COURT, LAGUNA NIGUEL, CALIFORNIA FREE AND CLEAR OF LIENS**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 26, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒        Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On September 26, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **JUDGE'S COPY - VIA FEDEX**
> The Honorable Scott C. Clarkson
> United States Bankruptcy Court
> Central District of California
> Ronald Reagan Federal Building and Courthouse
> 411 West Fourth Street, Suite 5130 / Courtroom 5C
> Santa Ana, CA 92701-4593

☐        Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 26, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 26, 2025 | Caron Burke | /s/ Caron Burke |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*                                                                   **F 9013-3.1.PROOF.SERVICE**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

David Coats on behalf of Creditor Wells Fargo Bank, N.A.
dacoats@raslg.com

Benjamin Heston on behalf of Creditor Jeffrey Adams Gomez
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

Richard G. Heston on behalf of Creditor Richard G Heston
rheston@hestonlaw.com,
yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Julie J Villalobos on behalf of Debtor Kristina Lynn Smith
julie@oaktreelaw.com,
oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*                                                            **F 9013-3.1.PROOF.SERVICE**