```
 1  RICHARD A. MARSHACK
    rmarshack@marshackhays.com
 2  MARSHACK HAYS WOOD LLP
    870 Roosevelt
 3  Irvine, CA 92620
    Telephone: (949) 333-7777
 4  Facsimile: (949) 333-7778

 5  Chapter 7 Trustee
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>KRISTINA LYNN SMITH<br><br><br>Debtor. | Case No.  8:24-bk-12527-SC<br><br>Chapter 7<br><br>NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY LLP AS ACCOUNTANTS<br><br>[NO HEARING REQUIRED] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER

INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, the Chapter 7 Trustee ("Trustee" or "Applicant") of the Bankruptcy Estate of KRISTINA LYNN SMITH, (the "Debtor"), has filed an Application for entry of a Court Order authorizing the employment of Hahn Fife & Company LLP as the Trustee's accountant in this case pursuant to 11 U.S.C. § 327(a) (the "Application") effective October 30, 2025.

On October 3, 2024, Debtor filed a petition for bankruptcy under Chapter 7 of Title 11 (the "Petition Date").

---

NOTICE OF APPLICATION TO EMPLOY ACCOUNTANT

5000-611

1    Applicant proposes to employ Hahn Fife & Company, LLP ("Hahn Fife" or the "Firm")
2  to provide accounting services to the bankruptcy estate that include preparing and filing
3  necessary state and federal estate tax returns, review of financial documents and any other
4  reasonable duties assigned by the Trustee.
5    Applicant proposes to retain Hahn Fife upon the following basis: Except as the Court
6  may otherwise determine, after due notice, Hahn Fife will petition the Court under 11 U.S.C.
7  Sections 330 for an allowance of fees and reimbursable costs not more often than every 120
8  days.  The petition will be heard upon notice to necessary parties.  Hahn Fife will accept
9  compensation and reimbursements of expenses in such amounts that the Court may award.
10  There will be no written employment agreement apart from this Application.  The only source of
11  payment or compensation will be the estate.  No retainer has been paid or is being proposed to
12  Hahn Fife.
13    The Firm has advised the Trustee that the Firm has not shared or agreed to share any
14  compensation to be received by it in this case with any other person, except as among partners of
15  the Firm.
16    The Firm's current hourly billing rates are as follows:

| Timekeeper | Rate |
|---|---|
| Donald T. Fife | $530.00 |

19    The complete scope and terms of the employment are detailed in the Application a copy
20  of which can be obtained by contacting Donald T. Fife at 790 E. Colorado Blvd., 9th Floor,
21  Pasadena, CA 91101.  The Application is based on 11 U.S.C. Section 327 and the Firm intends
22  to seek compensation pursuant to 11 U.S.C. Sections 330 and 331.
23    **PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to
24  the proposed employment must be in the form as required by Local Bankruptcy Rules 2014-1(b),
25  9013-1(f) and (o) and filed with the Clerk of the above-entitled Court.  The deadline for any
26  response and request for hearing is 14 days after the date of service of this Notice,  plus an
27  additional 3 days unless this Notice was served by personal delivery or posting as described in
28  F.R.Civ.P. 5(b)(2)(A)-(B).  A copy of any response or request for hearing must be served on

1 | Richard A. Marshack at the address indicated above and Donald T. Fife at 790 E. Colorado
2 | Blvd., 9th Floor, Pasadena, CA 91101.  A copy must also be served on the Office of the United
3 | States Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana, California 92701.  Failure to timely
4 | respond may be deemed as acceptance of the proposed employment.  See Local Bankruptcy
5 | Rules 9013-1(h).

Dated:  November 2, 2025                    Respectfully submitted,

By:   /s/ Richard A. Marshack
     RICHARD A. MARSHACK
     Chapter 7 Trustee for the Bankruptcy Estate of
     Kristina Lynn Smith

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt Avenue, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY LLP AS ACCOUNTANT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 2, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **David Coats**     dacoats@raslg.com
- **Benjamin Heston**     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Richard G. Heston**     rheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
- **Yosina M Lissebeck**     Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com
- **Richard A Marshack (TR)**     pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Jacob Newsum-Bothamley**     jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
- **Matthew J Stockl**     mstockl@otterbourg.com, katrice.ortiz@dinsmore.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **Julie J Villalobos**     julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com
- **Jennifer C Wong**     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **November 3, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 3, 2025 | Pamela Kraus | */s/ Pamela Kraus* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*

**2. SERVED BY UNITED STATES MAIL**: continued

| **DEBTOR**<br>KRISTINA LYNN SMITH<br>27591 KATHY CT<br>LAGUNA NIGUEL, CA 92677-6025 | **SECURED CREDITOR / POC ADDRESS**<br>THE NESHANIAN LAW FIRM<br>AMY NESHANIAN<br>5 CORPORATE PARK, STE 250<br>IRVINE, CA 92606-5169 | **20 LARGEST CREDITOR / POC ADDRESS**<br>A CENTER FOR CHILDREN<br>1111 W CHAPMAN AVE<br>ORANGE, CA 92868-2828 |
|---|---|---|
| **20 LARGEST CREDITOR / POC ADDRESS**<br>AT&T SERVICES, INC.<br>BY AIS INFOSOURCE LP AS AGENT<br>KAREN CAVAGNARO, ESQ.<br>1 AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ 07921-2693 | **20 LARGEST CREDITOR**<br>BANK OF AMERICA<br>ATTN: BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA, FL 33634-2413 | **20 LARGEST CREDITOR**<br>COX COMMUNICATIONS<br>6205 PEACHTREE DUNWOODY RD<br>ATLANTA, GA 30328-4524 |
| **20 LARGEST CREDITOR / POC ADDRESS**<br>DREW HUNT<br>4 PARK PLAZA SUITE 200<br>IRVINE, CA 92614-8533 | **20 LARGEST CREDITOR / POC ADDRESS**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **20 LARGEST CREDITOR / POC ADDRESS**<br>HOWARD SMITH<br>28822 VIA DE LUNA<br>LAGUNA NIGUEL, CA 92677-7601 |
| **20 LARGEST CREDITOR / POC ADDRESS**<br>JEFF GOMEZ<br>PO BOX 1718<br>UPLAND, CA 91785-1718 | **20 LARGEST CREDITOR / POC ADDRESS**<br>JEFFREY ADAMS GOMEZ<br>1388 AUGUSTA DRIVE<br>UPLAND, CA 91786-2432 | **20 LARGEST CREDITOR / POC ADDRESS**<br>KERRY KAVANAUGH<br>4511 ISABELLA LANE<br>DALLAS, TX 75229-5410 |
| **20 LARGEST CREDITOR**<br>KOHL'S<br>ATTN: CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE, WI 53201-3043 | **20 LARGEST CREDITOR**<br>LEON BAGINSKI MD<br>27800 MEDICAL CENTER RD 310<br>MISSION VIEJO, CA 92691-6461 | **20 LARGEST CREDITOR**<br>MISSION PROVIDENCE HOSPITAL<br>27799 MEDICAL CENTER RD<br>MISSION VIEJO, CA 92691-6400 |
| **20 LARGEST CREDITOR**<br>MOULTON WATER<br>26161 GORDON RD<br>LAGUNA HILLS, CA 92653-8224 | **20 LARGEST CREDITOR**<br>PEDIATRICSDERMATOLOGY<br>3500 BARRANCA PKWY 160<br>NEWPORT BEACH, CA 92696 | **20 LARGEST CREDITOR**<br>PROGRESSIVE INSURANCE<br>6300 WILSON MILLS RD<br>CLEVELAND, OH 44143-2182 |
| **20 LARGEST CREDITOR / POC ADDRESS**<br>R&S LAW GROUP, APC<br>230 NEWPORT CENTER DRIVE SUITE 210<br>NEWPORT BEACH, CA 92660-7525 | **20 LARGEST CREDITOR**<br>ROWAN DORCY MEDICAL<br>27799 MEDICAL CENTER RD<br>MISSION VIEJO, CA 92691-6400 | **20 LARGEST CREDITOR**<br>SDG&E<br>PO BOX 25111<br>SANTA ANA CA 92799-5111 |
| **20 LARGEST CREDITOR**<br>SGSB LAW<br>19762 MACARTHUR BLVD STE 200<br>IRVINE, CA 92612-2497 | **20 LARGEST CREDITOR**<br>US ACUTE CARE SOLUTION<br>4535 DRESSIER RD NW<br>CANTON, OH 44718 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*