RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

**FILED & ENTERED**

**NOV 24 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re

KRISTINA LYNN SMITH,

        Debtor.

Case Number: 8:24-bk-12527-SC
Chapter 7

ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & CO., LLP AS ACCOUNTANT

[NO HEARING REQUIRED]

    The Court having read and considered the Chapter 7 Trustee's Application to Employ Hahn Fife & Co., LLP as Accountant (the "Application") filed on November 3, 2025 as Docket No. 133 and, it appearing that proper notice has been given and good cause has been shown, the Court makes its Order as follows:

    IT IS ORDERED that the Chapter 7 Trustee's Application to employ HAHN FIFE & CO., LLP as the estate's accountant, pursuant to 11 U.S.C. Section 327 and the terms specified in the Application, is hereby granted. Any compensation or reimbursement of costs shall only be paid upon application to and approval by the Court pursuant to 11 U.S.C. Sections 330 or 331.

Date: November 24, 2025

Scott C. Clarkson
United States Bankruptcy Judge

1

5000-611