Yosina M. Lissebeck (SBN 201654)
Jacob R. Bothamley (SBN 319457)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501
yosina.lissebeck@dinsmore.com
jacob.bothamley@dinsmore.com

Attorneys for Richard A. Marshack, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>KRISTINA LYNN SMITH,<br><br>        Debtor. | Case No. 8:24-bk-12527-SC<br><br>Chapter 7<br><br>DECLARATION OF CLARENCE YOSHIKANE ISO TRUSTEE'S MOTION FOR: (1) ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 27591 KATHY COURT, LAGUNA NIGUEL, CALIFORNIA 92677: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS UNDER 363(F); (C) SUBJECT TO OVERBIDS; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER § 363(M)<br><br><u>Hearing Date:</u><br>Date:     January 15, 2026<br>Time:    9:00 a.m.<br>Ctrm:    5C<br>Location: 411 West Fourth Street<br>               Santa Ana, CA 92701 |

I, CLARENCE YOSHIKANE, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge.

///

1

**DECLARATION OF CLARENCE YOSHIKANE ISO TRUSTEE MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY**

1  3. I am a licensed real estate agent and employed with Berkshire Hathaway HomeServices
2  California Properties, operating at 23 Corporate Plaza, Suite 100, Newport Beach, CA 92660.
3  4. I have been hired by the Trustee, Richard A. Marshack ("Trustee") to market and sell real
4  property commonly known as 27591 Kathy Court, Laguna Niguel, California 92677 ("Property" or
5  "Kathy Court Property"), and my employment has been approved by the Court. As a term of my
6  employment, I am to earn a commission of 6% of the sale price, with a carve-out of 2% of the sale
7  price to be retained by Trustee for payment to unsecured creditors.
8  5. I am familiar with the Property and the market for the Property based on my experience as a
9  real estate agent in the area. I have personally visited the Property on multiple occasions, and have
10 personally shown the Property.
11 6. Initially, I believed the Property would command a price of between $1.9 million and $2
12 million based on, among other things, square footage, zip code, comparable homes, etc.
13 7. However, when I first actually visited the Property, I found it in a state of serious disrepair
14 indoors and outdoors. I advised Trustee that the Property would not come close to obtaining its
15 highest price unless drastic measures were implemented to improve the outward and inward
16 appearance of the Property.
17 8. To that end, Trustee entered into a stipulation with Debtor's ex-husband, Jeffrey Adams
18 Gomez to begin the process of immediate repairs and maintenance on the Property. Along with
19 Trustee, I approved and monitored the proposed improvements and repairs to the Property. Based
20 on my many years of experience as a real estate agent, I believe all expenses incurred in the effort to
21 improve the Property were both necessary and justified, and helped make the Property attractive to
22 prospective buyers.
23 9. In addition to the maintenance described above, I was required to rent storage units
24 to temporarily store items left on the Property so that the Property could be properly marketed. In
25 total, the cost of renting the storage units from October 13, 2025 through December 1, 2025, was
26 $1,572.93. A true and accurate copy of the receipts for the storage units is attached here as **Exhibit**
27 **1**.
28 / / /

2
**DECLARATION OF CLARENCE YOSHIKANE ISO TRUSTEE MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY**

10. When the repairs and maintenance were completed, I listed the Property with an asking price of $1,799,900 in October of 2025.

11. I listed the Property on the Multiple Listings Service ("MLS"). The Property was marketed through several well-known real estate websites, including realtor.com, zillow.com, and trulia.com. To date, the Property has been viewed over 7,500 times across the various real estate websites.

12. The Property was also shown multiple times between October and November.

13. Before accepting the present offer, I received two other offers. The first offer was in the amount of $1.5 million, and the second offer was in the amount of $1.65 million. After consultation with the Trustee, both of these prior offers were rejected as being too low.

14. In November of 2025, I received significant interest from Philip Muljana and Shu Rong Chang (collectively "Buyers") as prospective purchasers of the Property, which resulted in the third offer that is the subject of this motion.

15. After consulting with Trustee and using my judgment as an experienced realtor, we agreed on a sale price of $1.8 million for the Property, subject to overbid.

16. Despite having an offer in hand, I have continued actively marketing the Property and seeking overbids for the Property, and will continue to do so until the hearing on the Trustee's sale motion.

17. I have no previous relationship with Buyers. I have not given Buyers any preferential treatment in this process to date. I have disclosed to the Buyers, and they understand, the overbidding process that will attend the sale of the Property, and the Buyers have consented. The Buyers also understand that they will not receive any preferential treatment during overbid process.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3
**DECLARATION OF CLARENCE YOSHIKANE ISO TRUSTEE MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY**

1  18.   As an experienced realtor I understand that fair market value is a range. In the event that there are no overbidders, I believe that the offer of $1.8 million will still be within the range of fair market value for the Property.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2025.

_____
CLARENCE YOSHIKANE

# EXHIBIT 1

Exhibit 1
Page 5

Stor-It Self Storage - Aliso Viejo
51 Argonaut
Aliso Viejo, CA  92656
(949)-770-1212

# Payment Receipt

| | | Date Printed | October 13, 2025 |
|---|---|---|---|
| Tenant | KRISTINA SMITH | Payment Date | October 13, 2025 11:56 AM |
| Company | | Unit | F116 |
| Address | 28822 VIA DE LUNA | Available Credit | 0.00 |
| City, State, Zip | LAGUNA NIGUEL  CA  92677 | Current Balance | 0.00 |
| | | Paid Thru | November 29, 2025 |
| | | Receipt Number | 47785  By TB |

| Date | Unit | Description | Charge | Discount | Tax | Total | Payment | Method |
|---|---|---|---|---|---|---|---|---|
| 09/30/25 | F116 | Rent 9/30-10/29 | 402.00 | 0.00 | 0.00 | 402.00 | 402.00 | AMEX |
| 10/10/25 | F116 | Late Fee | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | AMEX |
| 10/30/25 | F116 | Rent 10/30-11/29 | 402.00 | 0.00 | 0.00 | 402.00 | 402.00 | AMEX |

| | |
|---|---|
| Taxes | 0.00 |
| Payment (less tax) | 814.00 |
| Payment Subtotal | 814.00 |
| Credits Applied | 0.00 |
| Refunds Applied | 0.00 |
| Total Applied to Account | 814.00 |
| Current Account Balance | 0.00 |
| Paid By | AMEX *****3007 |
| Paid Thru Date | November 29, 2025 |

Transaction Type  Sale

Authorization  292411
Reference  p1_txn_68ed4b4dc7d3e2a7402f96c

I agree to pay the above amount according to the card issuer statement.

x  _[signature]_

**LIKE OUR SERVICE? LEAVE A GOOGLE REVIEW.**

[QR code: SCAN ME]

Exhibit 1
Page 6

Stor-It Self Storage - Aliso Viejo
51 Argonaut
Aliso Viejo, CA  92656
(949)-770-1212

# Payment Receipt

| | | | | |
|---|---|---|---|---|
| **Tenant** | KRISTINA SMITH | | **Date Printed** | October 13, 2025 |
| **Company** | | | **Payment Date** | October 13, 2025 11:54 AM |
| **Address** | 28822 VIA DE LUNA | | **Unit** | F112 |
| **City, State, Zip** | LAGUNA NIGUEL  CA  92677 | | **Available Credit** | 0.00 |
| | | | **Current Balance** | 0.00 |
| | | | **Paid Thru** | November 29, 2025 |
| | | | **Receipt Number** | 47784 By TB |

| Date | Unit | Description | Charge | Discount | Tax | Total | Payment | Method |
|---|---|---|---|---|---|---|---|---|
| 09/30/25 | F112 | Rent 9/30-10/29 | 402.00 | 0.00 | 0.00 | 402.00 | 402.00 | AMEX |
| 10/10/25 | F112 | Late Fee | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | AMEX |
| 10/30/25 | F112 | Rent 10/30-11/29 | 402.00 | 0.00 | 0.00 | 402.00 | 402.00 | AMEX |

| | |
|---|---|
| Taxes | 0.00 |
| Payment (less tax) | 814.00 |
| Payment Subtotal | 814.00 |
| Credits Applied | 0.00 |
| Refunds Applied | 0.00 |
| Total Applied to Account | 814.00 |
| Current Account Balance | 0.00 |
| Paid By | AMEX *****3007 |
| Paid Thru Date | November 29, 2025 |

Transaction Type  Sale

Authorization  250358
Reference  p1_txn_68ed4ae718f390e2f5a49ba

I agree to pay the above amount according to the card issuer statement.

x _____

**LIKE OUR SERVICE? LEAVE A GOOGLE REVIEW.**



Exhibit 1

Page 7

Stor-It Self Storage - Aliso Viejo
51 Argonaut
Aliso Viejo, CA  92656
(949)-770-1212

# Payment Receipt

| | |
|---|---|
| **Tenant** KRISTINA SMITH | **Date Printed** October 13, 2025 |
| **Company** | **Payment Date** October 13, 2025 11:51 AM |
| **Address** 28822 VIA DE LUNA | **Unit** C121 |
| **City, State, Zip** LAGUNA NIGUEL CA 92677 | **Available Credit** 0.00 |
| | **Current Balance** 0.00 |
| | **Paid Thru** December 1, 2025 |
| | **Receipt Number** 47783 By TB |

| Date | Unit | Description | Charge | Discount | Tax | Total | Payment | Method |
|---|---|---|---|---|---|---|---|---|
| 09/02/25 | C121 | P. PADLOCK (S770R(1) | 12.00 | 0.00 | 0.93 | 12.93 | 12.93 | AMEX |
| 10/02/25 | C121 | Rent 10/2-11/1 | 368.00 | 0.00 | 0.00 | 368.00 | 368.00 | AMEX |
| 10/12/25 | C121 | Late Fee | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | AMEX |
| 11/02/25 | C121 | Rent 11/2-12/1 | 368.00 | 0.00 | 0.00 | 368.00 | 368.00 | AMEX |

| | |
|---|---|
| Taxes | 0.93 |
| Payment (less tax) | 758.00 |
| Payment Subtotal | 758.93 |
| Credits Applied | 0.00 |
| Refunds Applied | 0.00 |
| Total Applied to Account | 758.93 |
| Current Account Balance | 0.00 |
| Paid By | AMEX *****3007 |
| Paid Thru Date | December 1, 2025 |

Transaction Type  Sale

Authorization  267598
Reference  p1_txn_68ed4a702eb258e5460e43d

I agree to pay the above amount according to the card issuer statement.

x _____

**LIKE OUR SERVICE? LEAVE A GOOGLE REVIEW.**

Exhibit 1
Page 8