Yosina M. Lissebeck (SBN 201654)
Jacob R. Bothamley (SBN 319457)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501
yosina.lissebeck@dinsmore.com
jacob.bothamley@dinsmore.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smith,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No.: 8:24-bk-12527-SC<br><br>NOTICE OF TRUSTEE'S MOTION FOR: (1) ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 27591 KATHY COURT, LAGUNA NIGUEL CALIFORNIA 92677: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS UNDER 363(F); (C) SUBJECT TO OVERBIDS; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER § 363(M)<br><br>Date:　　　January 15, 2026<br>Time:　　　9:00 a.m.<br>Location:　 411 West Fourth Street<br>　　　　　　Santa Ana, CA 92701<br>Courtroom: 5C |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

/ / /

/ / /

1

1     PLEASE TAKE NOTICE that on January 15, 2026 at 9:00 a.m., in Courtroom 5C of the above-entitled court, before the Honorable Scott C. Clarkson, located at 411 West Fourth Street, Santa Ana, California 92701, a hearing will be held on the motion for order authorizing the sale of real property ("Motion") located at and commonly known as 27591 Kathy Court, Laguna Niguel, CA 92677 (the "Property" or "Kathy Court Property"), filed by Richard A. Marshack, solely in his capacity as duly appointed Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Kristina Lynn Smith ("Debtor").

     Under 11 U.S.C. § 363(b), a Chapter 7 Trustee may sell property of the estate if the proposed sale is in the best interest of creditors. By this motion, Trustee is seeking an order approving the sale of 27591 Kathy Court, Laguna Niguel, CA 92677, APN 636-632-34 (previously defined as "the Property") to Philip Muljana and Shu Rong Chang (collectively "Buyer"), for the amount of $1,800,000 subject to qualifying overbid. The Debtor initially scheduled the Property with a value of $1,924,800. However, due to a combination of changing market forces and the Property requiring significant repairs and overdue maintenance, the Property was marketed at asking price of $1,799,000. The Property is encumbered by several liens. However, as set forth fully in the Motion, all lienholders have either expressly consented to the sale of the Property free and clear of their respective liens or the validity of the lien is disputed. The proposed sale will result in a significant benefit to the Estate; Trustee anticipates that the sale of the Property will result in multiple secured lien holders either being paid in full or receiving a substantial distribution on behalf of their claim (as described in more detail in the Motion). The Court should approve Trustee's proposed sale free and clear of monetary liens, claims and encumbrances, subject to overbid, and find that Buyer is a good faith purchaser. The terms of the sale to the Buyer are set forth in the residential purchase agreement ("RPA") which is attached to the Declaration of Richard A. Marshack ("Marshack Declaration"), to the Motion as **Exhibit 1**.

**Information Required Pursuant To Local Bankruptcy Rule 6004-1(c)(3):**

a. <u>Date, Time, and Place of Hearing</u>: January 15, 2026, at 9:00 a.m., United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA 92701, Courtroom 5C;

///

2

b. <u>Buyer for Property</u>: Philip Muljana and Shu Rong Chang, or a Successful Bidder to be determined at auction.

c. <u>Description of the Property To Be Sold</u>: The Property is commonly known as 27591 Kathy Court, Laguna Niguel, CA, 92677. The Property is a single-family home legally described as follows:

Parcel 1:
LOT 94 OF TRACT NO. 15962, IN THE CITY OF LAGUNA NIGUEL, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 804, PAGES 5 THROUGH 9, INCLUSIVE OF MISCELLANEOUS MAPS, AS AMENDED BY THAT CERTAIN CERTIFICATE OF CORRECTION RECORDED JANUARY 29, 2001 AS INSTRUMENT NO. 01-48700 OF OFFICIAL RECORDS, ALL IN RECORDS OF ORANGE COUNTY, CALIFORNIA.

Parcel 2:
NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, MAINTENANCE, REPAIR, DRAINAGE AND ENCROACHMENT, SUPPORT, AND FOR OTHER PURPOSES ALL AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SAN JOAQUIN HILLS, RECORDED JUNE 26, 1997 AS INSTRUMENT NO. 1997-296011, AS AMENDED BY INSTRUMENT RECORDED JULY 21, 1997 AS INSTRUMENT NO. 1997-342349, AND THE SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SAN JOAQUIN HILLS, (KNOLLS/PHASE 17) RECORDED APRIL 30, 2002 AS INSTRUMENT NO. 2002-362793, ALL OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

APN: 636-632-34

d. <u>The Terms of Conditions of the Sale of the Property</u>:

   i. <u>Sale Price</u>: $1,800,000, subject to overbid;

   ii. <u>Deposit</u>: $60,000, as an earnest money deposit;

   iii. <u>Express Conditions to the Sale Include</u>: (1) entry of a Bankruptcy Court Order approving the sale under 11 U.S.C. § 363(b); (2) property sold in "AS-IS" "WHERE IS" condition; All conditions are stated in the RPA.

   iv. <u>Sale To Be Free and Clear of All Liens, Claims, and Interests</u>: The Trustee is requesting a finding by this Court that the Property is sold free and clear of all interests including liens, as set forth in the Motion.

///
///

A. The first priority lienholder, as identified in paragraph 17 of the PTR and all applicable costs of sale and taxes shall be paid in full from proceeds of the sale through escrow;

B. The *lis pendens* identified in paragraph 18 of the PTR is released, but only to the extent that it encumbers the Property;

C. The Property may be sold free and clear of the judgment lien held by Stegmeier, Gelbart, Schwartz and Benavente, LLP as identified in paragraph 19 of the PTR as consented to in the Sale Stipulation (*See* Dkt. 129), and the lien will attach to Gomez's share of the homestead proceeds as set forth in the Sale Stipulation and the Motion;

D. The judgment liens held by American Express National Bank as identified in paragraphs 20 and 21 of the PTR have been satisfied in full and the liens released, and thus the property is sold free and clear. *See Acknowledgement and Satisfaction of Judgment* attached to the Declaration of Richard A. Marshack as **Exhibit 5**;

E. The Property may be sold free and clear of the judgment lien held by The Neshanian Law Firm, Inc. as identified in paragraph 22 of the PTR and as addressed in the Motion. The lien will attach to Gomez's share of the homestead proceeds as set forth in the Motion;

F. The Property may be sold free and clear of the Family Law Attorney Real Property Lien ("FLARPL") held by Stegmeier, Gelbart, Schwartz and Benavente, LLP as identified in paragraph 23 of the PTR as consented to in the Sale Stipulation, and the lien will attach to the Estate's/Debtor's share of the homestead proceeds as set forth in the Sale Stipulation and the Motion;

G. The Property may be sold free and clear of the judgment lien held by R&S Law Group, APC as identified in paragraph 24 of the PTR as consented to in the Sale Stipulation, and the lien will attach to Gomez's share of the homestead

1  proceeds as set forth in the Sale Stipulation and the Motion; and to the extent
2  it is under secured, R&S Law Group, APC has consented to the sale;

3  H. The Property may be sold free and clear of the judgment lien held by White
4  Zuckerman Warsavsky Luna and Hunt, LLP, identified in paragraph 25 of the
5  PTR, as consented to in the Sale Stipulation, and the lien will attach to the
6  Estate's/Debtor's share of the homestead proceeds as set forth in the Sale
7  Stipulation and the Motion; and to the extent it is under secured, White
8  Zuckerman has consented to the sale;

9  I. The Franchise Tax Board for the State of California's lien as identified in
10  paragraph 26, was filed October 14, 2025 without relief from the automatic
11  stay, as such the lien is disputed as a violation of the automatic stay.

12  v. Other Relief Sought In the Motion

13  A. The Trustee is authorized to retain 2% of the amount from the 6% Broker's
14  commission, or approximately $36,000, to pay all unsecured claims in his sole
15  discretion, pursuant to the distribution scheme set forth in the Bankruptcy Code.
16  The Trustee has not reviewed all claims, and may still object to those as needed
17  or required.

18  B. Trustee is authorized to pay directly from Escrow the agent/brokerage
19  commissions previously authorized by the Court, all customary costs of sale
20  out of escrow, and reasonable reimbursements to his agents for actual expenses
21  incurred, as set forth in the Agent Order.

22  C. Pursuant to the Stipulation re: Cooperation With Trustee During Marketing
23  And Sale Of Real Property Located At 27591 Kathy Court, Laguna Niguel,
24  California ("Cooperation Stipulation") and this Motion, Trustee is authorized
25  to reimburse Gomez directly from escrow in the amount of $26,622.33 for the
26  costs of repairs and maintenance on the Property. *See* Dkts. 126 & 127.

27  D. The Broker shall be reimbursed in the amount of $1,572.93 for the costs of
28  renting storage units from October 13, 2025 through December 1, 2025.

5

    E. Pursuant to the Sale Stipulation and this Motion, Trustee is authorized to pay Debtor's counsel the amount of $7,000 directly from escrow.

    F. Escrow is authorized to turnover any remaining balance of the sale proceeds to the Trustee, and the Trustee is authorized to hold sufficient funds to pay all identified administrative expenses from the sale proceeds, pending Court approval authorizing distribution of same.

    G. The Trustee is authorized to receive and hold all remaining "homestead" proceeds from Escrow consistent with the Sale Stipulation, this Motion and pending further order of the Court.

    H. The Buyer (or any Successful Bidder otherwise) is a good faith purchaser entitled to protection under 11 U.S.C. § 363(m).

    I. Should Buyer not timely complete the purchase of the Property pursuant to the terms of the RPA, Buyer's deposit shall be forfeited and the Back-Up Bidder, if any, may be substituted for the Successful Bidder without further order of the Court, and Trustee is authorized to proceed to sell the Property to such Back-Up Bidder.

    J. The 14-day stay regarding the effectiveness of the order is waived; and the Order is immediately enforceable and the sale shall close even if there is an appeal or other challenge to the order excepting only instances where a stay of the order is issued prior to any such closing by separate order of the Court or any higher Federal Court.

vi. <u>Overbid Procedures</u>: The Proposed sale is subject to overbids, the overbidding procedures are described in the Overbid Section below.

vii. <u>Commissions</u>: Trustee's broker and agent, Clarence Yoshikane's commission is set forth in the Application by Chapter 7 Trustee to Employ Clarence Yoshikane of Berkshire Hathaway HomeServices California Properties as Real Estate Agent to sell the Rental Properties ("Agent Application"). *See* Dkt. 67. The Agent Application was approved by the Court on May 5, 2025. *See* Dkt. 79. Under the Agent Order, the

       overall realtor commission is 6% of the sale price, which is subject to a voluntary carve-out of 2% of the total commission to the Estate. Based on the sale price of $1,800,000, the carve-out for the Estate is estimated at $36,000.

  viii. <u>Estimated Taxes For This Sale</u>: Trustee does not have a precise amount of taxes that will be incurred, but has purposefully overestimated the taxes, fees, and costs, associated with the sale in the Motion.

  ix. <u>Opposition Due Date</u>: December 31, 2025.

**Overbid Procedure**

To maximize the benefit to the Estate, Trustee is setting this sale subject to overbid pursuant to the procedures stated below. Accordingly, Trustee requests that the Court authorize him to implement an overbid procedure regarding the sale of the Property on the terms stated below. Trustee will continue to market the Property through the date of the proposed sale.

Any potential overbidder is encouraged to obtain a copy of the Motion and contact Trustee's counsel and/or Trustee's broker prior to the hearing. The Property will be sold subject to overbid at an open auction ("Auction") to be conducted by Trustee in open court at the time that this Motion is heard. Trustee has established the following overbid procedures, which shall govern any bidding:

1. Any person or entity interested in purchasing the Property must serve Trustee and his counsel with an initial bid in conformance with these provisions ("Overbid"), such that any qualifying overbid is actually received no later than the close of business on January 14, 2026 ("Bid Deadline"), which is the day before the hearing on this Motion.

2. Any entity that submits a timely, conforming Overbid shall be deemed a "Qualified Bidder" and may bid for the Property at the hearing. Any entity that fails to submit a timely, conforming bid shall be disqualified from bidding for the Property. The Trustee may also, in his discretion, consider back-up offers lower than the initial price of $1,800,000 and permit a Qualified Bidder at a back-up offer price.

3. Trustee, subject to the rights of a bidder or party in interest to raise an issue with the Court, shall have sole discretion to determine whether a party is a Qualified Bidder.

///

4.      Any Overbid must remain open until the conclusion of the auction ("Auction") of the Property to be held at the hearing on this Motion.

5.      Any Overbid must provide for a minimum purchase price of at least $1,810,000 (i.e. $10,000 more than the accepted offer from Buyer). Overbidder must match all terms and conditions of original bid, including an earnest money deposit of $60,000.

6.      Any Overbid must be for the Property "as is," "where is," and "with all faults" and shall not contain any financing, due diligence, or any other contingency including any termination fee, or any similar fee or expense reimbursement, and must agree to the same terms as set forth in the RPA.

7.      If Trustee receives a timely, conforming Overbid for the Property, the Court will permit Trustee to conduct an auction of such property at the hearing, in which all Qualified Bidders may participate. The Auction shall be governed by the following procedures: (a) All Qualified Bidders shall be deemed to have consented to the core jurisdiction of the Bankruptcy Court and to have waived any right to jury trial in connection with any disputes relating to the Auction or the sale of the Property; (b) The minimum bidding increment during the Auction shall be $1,000; (c) Bidding shall commence at the best bid presently received and accepted by Trustee; (d) the Trustee will determine in his business judgment, after consideration of all relevant factors including but not limited to the bid price, the "Best Bid" for the Property; and (e) the Court will resolve any disputes over whether Trustee has properly exercised his business judgment in determining the "Best Bid" and the prevailing party ("Successful Bidder").

8.      As set forth in Addendum No. One to the RPA, if a successful overbidder is accepted and confirmed by the Court, then the successful overbidder is to reimburse the original bidder up to $2,000 costs incurred. Only physical inspection termite inspection, and loan appraisal are reimbursable expenses. These costs incurred are to be collected by Escrow. Proof of monies spent are to be given to Overbidder.

/ / /

/ / /

/ / /

9.      The Successful Bidder must pay, at the closing, all amounts reflected in the Best Bid in cash and such other consideration as agreed upon, *including that* pursuant to Addendum No. One to the RPA, a Successful Bidder other than the initial Buyer shall reimburse the Buyer up to $2,000 in reimbursable actual costs incurred noted above.

10.     Any bidder other than the Successful Bidder may be deemed, upon their consent, as the Back-Up Bidder who may be substituted for the Successful Bidder without further court order in the event that the Successful Bidder fails to close escrow, at a set price.

Trustee believes that the requested overbid procedures, including the minimum initial overbid of $10,000 and the minimum bidding increments of $1,000 is reasonable, and the bidding procedures including the minimum overbid and the bidding increments both encourage the Buyer to participate as the first bidder, and the procedures will not chill bidding. *See McCarthy v. Goldman (In re McCarthy)*, 2008 Bankr. LEXIS 4688 at *56 (B.A.P. 9th Cir. 2008).

**Trustee Is Authorized To Execute All Necessary Documents To Proceed With Sale**

As set forth in the Motion, the Property, being a community property asset, is property of the Estate pursuant to 11 U.S.C. Section 541(a)(2). As such, Trustee is authorized to execute all necessary documents to facilitate the sale of the Property.

**Additional Information and Objections to the Motion**

The complete scope and terms of the relief are detailed in the Motion, a copy of which can be obtained by contacting Yosina Lissebeck and/or Jacob Bothamley, whose contact information is listed in the top left-hand corner of the first page of this Notice.

If you do not oppose the Motion described above, you need take no further action. However, if you object to the Motion, pursuant to Rule 9013-1(f)(1) of the Local Bankruptcy Rules ("LBR"), any opposition must be filed with the court no later than fourteen (14) days prior to the date of the hearing on the Motion. You must file your opposition with the Clerk of the United States Bankruptcy Court. You must also serve a copy of your objection upon Yosina Lissebeck and Jacob Bothamley no later than **14 days** prior to the date of the hearing on the Motion at the mailing address indicated in the upper left corner of the first page of this motion, and upon the Office of the United States Trustee

/ / /

at 411 West Fourth Street, Suite 7160, Santa Ana, California 92701. Failure to timely file and serve an opposition may result in a waiver of any such opposition and the court may enter an order granting the motion without further notice.

                                                Respectfully submitted,

Dated: December 23, 2025                DINSMORE & SHOHL LLP

By: /s/ Yosina M. Lissebeck
     Yosina M. Lissebeck
     Jacob Bothamley
     Attorneys for Richard A. Marshack,
     Chapter 7 Trustee

10

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:     655 W. Broadway, Suite 800, San Diego, California  92101

A TRUE AND CORRECT COPY OF THE FOLLWING DOCUMENTS:

NOTICE OF TRUSTEE'S MOTION FOR: (1) ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 27591 KATHY COURT, LAGUNA NIGUEL CALIFORNIA 92677: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS UNDER 363(F); (C) SUBJECT TO OVERBIDS; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER § 363(M);

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 23, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 23, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 23, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 23, 2025 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1.     **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

David Coats on behalf of Creditor Wells Fargo Bank, N.A.
dacoats@raslg.com

Benjamin Heston on behalf of Creditor Jeffrey Adams Gomez
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

Richard G. Heston on behalf of Creditor Richard G Heston
rheston@hestonlaw.com,
yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com,
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Julie J Villalobos on behalf of Debtor Kristina Lynn Smith
julie@oaktreelaw.com,
oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**:

State of California Franchise Tax Board
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
PO Box 2952
Sacramento CA 95812-2952

R&S LAW GROUP, APC
400 W First St
Tustin, CA 92780

R&S LAW GROUP, APC
c/o: Tina M. Talbot, ESQ.
230 Newport Center Drive, Suite 210
Newport Beach, CA 92660-7525

Stegmeier, Gelbart, Schwartz and Benavente, LLP
Attn: Saul M. Gelbart, Esq.
19762 MacArthur Blvd, Suite 200
Irvine, CA 92612-2497

The Neshanian Law Firm
Attn: Eric Neshanian, Esq.
5 Corporate Park, Suite 250
Irvine, CA 92606-5169

A Center For Children and Family Law
Attn: Tracy Willis, Esq.
1111 W Chapman Ave
Orange, CA 92868-2828

Union Bank N.A.
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
8248 Mercury Court, Suite B
San Diego, CA 92111

Union Bank N.A.
Residential Loan Department
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
P.O. Box 85643
San Diego, CA 92186-5643

Quality Loan Service Corporation
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
2763 Camino Del Rio South
San Diego, CA 92108

White Zuckerman Warsavsky Luna and Hunt, LLP
Attn: Drew Hunt
4 Park Plaza, Suite 200
Irvine, CA 92614-8533

White Zuckerman Warsavsky Luna and Hunt, LLP
c/o: Law Office of Howard Goodman
18321 Ventura Blvd, Suite 755
Tarzana, CA 91356-4250

Seabreeze Property Management
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
PO Box 92799
Aliso Viejo, CA 92656

San Joaquin Hills Community Association
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
27380 Aliso Niguel Road
Laguna Niguel, CA 92677

American Express National Bank N.A.
c/o: Lourdes R. Slinsky, Esq.
Modlin Slinsky, P.A.
1551 Sawgrass Corporate Parkway,
Suite 110, Sunrise, FL 33323

Jeffrey Adams Gomez
P.O. Box 1718
Upland, CA 91785

Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677-6025

```
Label Matrix for local noticing          Dinsmore & Shohl LLP                    Hahn Fife & Company LLP
0973-8                                   550 S. Hope St Suite 1765               1055 E. Colorado Blvd 5
Case 8:24-bk-12527-SC                    Los Angeles, CA 90071-2669              Pasadena, CA 91106-2371
Central District of California
Santa Ana
Mon Dec  8 08:50:06 PST 2025

Wells Fargo Bank, N.A.                   Santa Ana Division                      A Center For Children and Family Law
Robertson, Anschutz, Schneid, Crane & Pa 411 West Fourth Street, Suite 2030,     1111 W Chapman Ave
13010 Morris Road., Suite 450            Santa Ana, CA 92701-4500                Orange, CA 92868
Alpharetta, GA 30004-2001                                                        Orange, CA 92868-2828


A center for Children                    (p)ADT LLC                              AT&T
1111 W Chapman Ave                       PAYROLL OPERATIONS                      208 S Akard Rd
Orange, CA 92868-2828                    1501 YAMATO RD                          Dallas, TX 75202-4206
                                         BOCA RATON FL 33431-4438


AT&T Services, Inc.                      Allergy and Asthma Assc                 Bank of America
by AIS InfoSource LP as agent            28202 Cabot Rd Ste 105                  Attn: Bankruptcy
Karen Cavagnaro, Esq.                    Laguna Niguel, CA 92677-1247            4909 Savarese Circle
1 AT&T Way, Room 3A104                                                           Tampa, FL 33634-2413
Bedminster, NJ 07921-2693


Clineva Urgent Care                      Community Orthopaedic And MRI           Cox Communications
25461 Rancho Niguel                      26401 Crown Valley Pkwy 101             6205 Peachtree Dunwoody Rd
Laguna Niguel, CA 92677-7304             Mission Viejo, CA 92691-6302            Atlanta, GA 30328-4524


Drew Hunt                                Franchise Tax Board                     Head And Neck Associates of OC
4 Park Plasza Suite 200                  Bankruptcy Section MS A340              26726 Crown Valley Pkway 200
Irvine, CA 92614-8533                    PO Box 2952                             Mission Viejo, CA 92691-8003
                                         Sacramento CA 95812-2952


Heston & Heston, Attorneys at Law        Howard Smith                            Jeff Gomez
19700 Fairchild Rd.                      28822 Via De Luna                       PO Box 1718
Suite 280                                Laguna Niguel, CA 92677-7601            Upland, CA 91785-1718
Irvine, CA 92612-2521


Jeffrey Adams Gomez                      Kerry Kavanaugh                         Kohl's
1388 Augusta Drive                       4511 Isabella Lane                      Attn: Credit Administrator
Upland, CA 91786-2432                    Dallas, TX 75229-5410                   Po Box 3043
                                                                                 Milwaukee, WI 53201-3043


Leon Baginski MD                         Macys Corporate                         Mission Heritage Gasterology
27800 Medical Center Rd 310              151 West 34th Street                    Dr Chang
Mission Viejo, CA 92691-6461             New York, NY 10001-2101                 27799 Medical Center Rd #310
                                                                                 Mission Viejo, CA 92691-6400


Mission Heritage Internal Medicine       Mission Heritage Nephrology             Mission Heritage TCU
Dr Mayet                                 Dr Tran                                 27799 Medical Center Rd
26800 Crown Valley Pkwy 305              26800 Crown Valley Pkwy 250             Mission Viejo, CA 92691-6400
Mission Viejo, CA 92691-8017             Mission Viejo, CA 92691-8038
```

| | | |
|---|---|---|
| Mission Pediatric Dentistry<br>27800 Medical Center Rd 332<br>Mission Viejo, CA 92691-6409 | Mission Providence Hospital<br>27799 Medical Center Rd<br>Mission Viejo, CA 92691-6400 | Moulton Water<br>26161 Gordon RD<br>Laguna Hills, CA 92653-8224 |
| Nellie Gail Urgent Care<br>27001 Moulton Pkwy 102<br>Aliso Viejo, CA 92656-3600 | PediatricsDermatology<br>3500 Barranca Pkwy 160<br>Newport Beach, CA 92696 | Progressive Insurance<br>6300 Wilson Mills Rd<br>Cleveland, OH 44143-2182 |
| Providence Mission Radiology<br>27799 Medical Center Rd<br>Mission Viejo, CA 92691-6400 | (p)QUALITY LOAN SERVICE<br>2763 CAMINO DEL RIO SOUTH<br>SUITE 200<br>SAN DIEGO CA 92108-3708 | R&S LAW GROUP, APC<br>230 Newport Center Drive<br>SUITE 210<br>Newport Beach, CA 92660-7525 |
| Retina Associates of OC<br>23521 Paseo De Valencia #207<br>Laguna Hills, CA 92653-3140 | Rowan Dorcy Medical<br>27799 Medical Center Rd<br>Mission Viejo, CA 92691-6400 | (p)SDG&E<br>PO BOX 25111<br>SANTA ANA CA 92799-5111 |
| SGSB Law<br>19762 MacArthur Blvd Ste 200<br>Irvine, CA 92612-2497 | Sea Country Dental<br>32341 Golden Lantern Ste C<br>Laguna Niguel, CA 92677-5343 | Seabreeze Property Management<br>PO Box92799<br>Aliso Viejo, CA 92656 |
| So Cal Gas<br>1801 S Atlantic Blvd<br>Monterey Park, CA 91754-5298 | The Neshanian Law Firm<br>Amy Neshanian<br>5 Corporate Park, Ste 250<br>Irvine, CA 92606-5169 | Tina M. Talbot, ESQ.<br>230 Newport Center Drive<br>Suite 210<br>Newport Beach, CA 92660-7525 |
| (p)THE TOLL ROADS<br>ATTN OSMAN AZIZ<br>PO BOX 57011<br>IRVINE CA 92619-7011 | US Acute Care Solution<br>4535 Dressier Rd NW<br>Canton, OH 44718-2545 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Courts Pacer<br>PO Box 5208<br>Portland, OR 97208-5208 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Clarence Yoshikane<br>Berkshire Hathaway<br>1400 Newport Center Drive<br>Suite 200<br>Newport Beach, CA 92660-0944 |
| Jeffrey Adams Gomez<br>27591 Kathy Court<br>(Largest asset for venue purposes only)<br>Laguna Niguel, CA 92677-6025 | Julie J Villalobos<br>Oaktree Law<br>3355 Cerritos Avenue<br>Los Alamitos, CA 90720-2105 | Kristina Lynn Smith<br>27591 Kathy Ct<br>Laguna Niguel, CA 92677-6025 |
| (p)RICHARD A MARSHACK<br>ATTN MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE CA 92620-3663 | Richard G Heston<br>Heston & Heston, Attorneys at Law<br>19700 Fairchild Rd., Suite 280<br>Suite 280<br>Suite 280<br>Irvine, CA 92612-2521 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ADT<br>1501 Yamato RD<br>Boca Raton, FL 33431 | Quality Loan Service<br>2763 Camino del Rios S 1st Fl<br>San Diego, CA 92108 | SDGE<br>PO Box 25111<br>Santa Ana, CA 92799 |
| Toll Roads<br>PO Box 57011<br>Irvine, CA 92619 | US Bank<br>PO BOX 108<br>Saint Louis, MO 63166 | Richard A Marshack (TR)<br>Marshack Hays Wood LLP<br>870 Roosevelt<br>Irvine, CA 92620 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (d)Howard Smith<br>28822 Via De Luna<br>Laguna Niguel, CA 92677-7601 | (d)Kerry Kavanaugh<br>4511 Isabella Lane<br>Dallas, TX 75229-5410 |

End of Label Matrix
Mailable recipients    58
Bypassed recipients     3
Total                  61