AMY NESHANIAN, ESQ.            SBN 218861
ERIC MARCUS NESHANIAN, ESQ.    SBN 189022
The Neshanian Law Firm, Inc.
5 Corporate Park, Ste. 250
Irvine, California 92606

Telephone No. (714) 973-2600

Attorney for THE NESHANIAN LAW FIRM, INC., Secured Creditor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:24-bk-12527-SC |
| Kristina Lynn Smith | CHAPTER 7 |
| Debtor. | **SECURED CREDITOR THE NESHANIAN LAW FIRM, INC.'S FURTHER OBJECTION TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 27591 KATHY COURT, LAGUNA NIGUEL, CALIFORNIA 92677, ETC.** |
| | Date:       January 15, 2026 |
| | Time:       9:00 a.m, |
| | Location:   411 West Fourth Street |
| |             Santa Ana, CA 92701 |
| | Courtroom:  5C |

///
///
///
///
///
///
///
///

1

*FURTHER OBJECTION TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE*

TO THE COURT AND ALL INTERESTED PARTIES, AND THEIR COUNSEL OF RECORD, IF ANY:

**PLEASE TAKE NOTICE** that secured creditor The Neshanian Law Firm, Inc. hereby objects to the Trustee's Motion for Order Authorizing Sale of Real Property Located at 27591 Kathy Court, Laguna Niguel, California 92677, etc. [DOC 139] on the grounds that notice of the motion [DOC 140] did not propose that 11 USC 363(f)(3) was a basis for the relief requested instead stating at 2:15-17 that "all lienholders have expressly consented to the sale or the validity of their lien is disputed."

Moreover, the motion itself reflects that the aggregate value of all liens is not satisfied by the price at which the property is to be sold per 363(f)(3) such that the Trusee's reliance on the subsection is non-dispositive of whether or not to grant the Trustee authority to sell the real property free and clear of this secured creditor's judgment lien.

And, although there is a split of authority regarding whether or not the aggregate value of all liens is to be determined by face value or economic value of the liens, there is no authority for determining the aggregate value of the liens using their *asserted* value. Per the stipulation of the parties, the face value of Stegmeier, Gelbart, Schwartz and Benavente's lien attaching to Gomez's Share of Homestead Funds is $353,500.00 not $85,000.00 as currently stated in the motion. And, notwithstanding the discrepancy between these amounts in the stipulation and motion, the price at which the property is to be sold is not greater than the aggregate value of all secured claims.

For these reasons, the notice of the motion and motion are defective and irregular and the motion and must be denied.

Dated: 1/13/2026

_____
Eric Marcus Neshanian, Attorney for
THE NESHANIAN LAW FIRM, INC.

*FURTHER OBJECTION TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE*

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5 Corporate Park, Ste. 250, Irvine, CA 92606

A true and correct copy of the foregoing document entitled (*specify*): _____
SECURED CREDITOR THE NESHANIAN LAW FIRM, INC.'S FURTHER OBJECTION TO TRUSTEE'S MOTION
FOR ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 27591 KATHY COURT, LAGUNA NIGUEL,
CALIFORNIA 92677, ETC.
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/13/2026 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __01/13/2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

  1. The Honorable Scott C. Clarkson, United States Bankruptcy Court, Central District of California, Ronald Reagan Federal Building and Courthouse, 411 W. 4th St., Ste. 5130, Courtroom 5C, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/13/2026 | Eric Marcus Neshanian, Esq. | /s/ signature |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                      F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

   David Coats on behalf of Creditor Wells Fargo Bank, N.A.
   dacoats@raslg.com

   Benjamin Heston on behalf of Creditor Jeffrey Adams Gomez
   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

   Richard G. Heston on behalf of Creditor Richard G Heston
   rheston@hestonlaw.com,
   yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

   Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

   Richard A Marshack (TR)
   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

   Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
   jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

   Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
   mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

   United States Trustee (SA)
   ustpregion16.sa.ecf@usdoj.gov

   Julie J Villalobos on behalf of Debtor Kristina Lynn Smith
   julie@oaktreelaw.com,
   oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

   Jennifer C Wong on behalf of Interested Party Courtesy NEF
   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE