JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for
U.S. Bank National Association, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | ) Case No.  8:24-bk-12527-SC |
| | ) |
| Kristina Lynn Smith, | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) **NON-OPPOSITION TO MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY** |
| | ) |
| | ) Property: 27591 Kathy Court, Laguna Niguel, CA 92677 |
| | ) |
| | ) Judge: Scott Clarkson |

U.S. Bank National Association, its assignees and/or successors ("U.S. Bank") hereby submits the following Non-Opposition to the Trustee's Motion for Order Authorizing Sale of Real Property ("Motion") filed by the Chapter 7 Trustee, Richard A. Marshack ("Trustee").

U.S. Bank is entitled to receive payments per the terms of a Promissory Note dated 1/27/2014 in the original principal amount of $700,000.00 secured by a first Deed of Trust of the same date for the real property commonly known as 27591 Kathy Court, Laguna Niguel, CA 92677 ("Property").

Pursuant to 11 U.S.C. §363(f), a Secured Creditor is entitled to the full payment of their claim. U.S. Bank has no opposition to Trustee's Motion so long as the lien of U.S. Bank National Association is paid off in full satisfaction of the debt.

Based upon the foregoing, U.S. Bank respectfully requests any Order granting Trustee's Motion include the below language:

> The loan secured by a first lien on real property located at 27591 Kathy Court, Laguna Niguel, CA 92677 will be paid in full as of the date of the closing of the sale, and the sale will be conducted through an escrow and based on a non-expired contractual payoff statement received directly from U.S. Bank National Association.

Dated: 01/16/2026

Respectfully submitted,
McCarthy & Holthus, LLP

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorneys for U.S. Bank National Association, its assignees and/or successors

M&H File No. CA-24-179690

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2763 Camino Del Rio S., Suite 100
San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): **NON-OPPOSITION TO MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/16/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| TRUSTEE | DEBTOR(S) COUNSEL | US TRUSTEE |
|---|---|---|
| Richard A Marshack (TR) | Julie J Villalobos | ustpregion16.sa.ecf@usdoj.gov |
| pkraus@marshackhays.com | julie@oaktreelaw.com | |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/16/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Kristina Lynn Smith, 27591 Kathy Ct, Laguna Niguel, CA 92677

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/16/2026 | Hue Banh | /s/ Hue Banh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**