Yosina M. Lissebeck (SBN 201654)
yosina.lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Attorney for Richard A. Marshack,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smith,<br><br>Debtor. | Chapter 7<br><br>Case No.: 8:24-bk-12527-SC<br><br>**NOTICE OF CONTINUED HEARING RE SALE MOTION [DKT. 139]; REVISED BID DEADLINE; AND REVISED REQUEST FOR REIMBURSEMENT OF EXPENSES**<br><br><u>Continued Hearing</u>:<br>Date:     February 17, 2026<br>Time:    11:00 a.m.<br>Location: Courtroom 5C<br>              411 West Fourth Street<br>              Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the Court continued the hearing on Trustee's Motion for: (1) Order Authorizing Sale of Real Property Located at 27591 Kathy Court, Laguna Niguel, California 92677: (A) Outside the Ordinary Course of Business; (B) Free and Clear of Liens Under 363(F); (C) Subject to Overbids; and (D) for Determination of Good Faith Purchaser Under § 363(M) filed December 23, 2025 [Dkt. 139] ("Motion") from January 15, 2026, to February 17, 2026, at 11:00 a.m.

1

**PLEASE TAKE FURTHER NOTICE** that as a result of the continuance, this notice serves to revise the Bid Deadline, as defined in the Motion and the Notice of Motion filed December 23, 20225 [Dkt. 140] ("Notice of Motion"). The Bid Deadline shall be and is hereby revised to mean the close of business on February 16, 2026. Any reference to the Bid Deadline in the Motion or Notice of Motion shall mean close of business on February 16, 2026.

**PLEASE TAKE FURTHER NOTICE** that the Motion sought to reimburse Clarence Yoshikane $1,572.93 for expenses incurred related to the Property; however, since the date of the initially set hearing, January 15, 2026, Clarence Yoshikane has incurred an additional $95.00 in expenses related to the maintenance of the Property. Therefore, Trustee will now seek Court authority to reimburse Clarence Yoshikane for a total of $1,667.93 in expenses.

**PLEASE TAKE FURTHER NOTICE** that as of the filing of this Notice, Trustee has received three Overbids and therefore anticipates that, with Court approval, an auction will occur on February 17, 2026, at 11:00 a.m.

Dated: January 27, 2026                                   DINSMORE & SHOHL LLP


By:/s/ Yosina M. Lissebeck
     Yosina M. Lissebeck
Attorney for Richard A. Marshack, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
655 West Broadway, Suite 800, San Diego, CA 92101

A true and correct copy of the foregoing document entitled: NOTICE OF CONTINUED HEARING RE SALE MOTION [DKT. 139]; REVISED BID DEADLINE; AND REVISED REQUEST FOR REIMBURSEMENT OF EXPENSES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 1/27/26, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 1/27/26, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building & Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/27/26 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Page 3

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

David Coats on behalf of Creditor Wells Fargo Bank, N.A.
dacoats@raslg.com

Benjamin Heston on behalf of Creditor Jeffrey Adams Gomez
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

Richard G. Heston on behalf of Creditor Richard G Heston
rheston@hestonlaw.com,
yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com,
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Julie J Villalobos on behalf of Debtor Kristina Lynn Smith
julie@oaktreelaw.com,
oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**:

State of California Franchise Tax Board
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
PO Box 2952
Sacramento CA 95812-2952

R&S LAW GROUP, APC
400 W First St
Tustin, CA 92780

R&S LAW GROUP, APC
c/o: Tina M. Talbot, ESQ.
230 Newport Center Drive, Suite 210
Newport Beach, CA 92660-7525

Stegmeier, Gelbart, Schwartz and Benavente, LLP
Attn: Saul M. Gelbart, Esq.
19762 MacArthur Blvd, Suite 200
Irvine, CA 92612-2497

The Neshanian Law Firm
Attn: Eric Neshanian, Esq.
5 Corporate Park, Suite 250
Irvine, CA 92606-5169

A Center For Children and Family Law
Attn: Tracy Willis, Esq.
1111 W Chapman Ave
Orange, CA 92868-2828

Union Bank N.A.
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
8248 Mercury Court, Suite B
San Diego, CA 92111

Union Bank N.A.
Residential Loan Department
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
P.O. Box 85643
San Diego, CA 92186-5643

Quality Loan Service Corporation
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
2763 Camino Del Rio South
San Diego, CA 92108

White Zuckerman Warsavsky Luna and Hunt, LLP
Attn: Drew Hunt
4 Park Plaza, Suite 200
Irvine, CA 92614-8533

White Zuckerman Warsavsky Luna and Hunt, LLP
c/o: Law Office of Howard Goodman
18321 Ventura Blvd, Suite 755
Tarzana, CA 91356-4250

Seabreeze Property Management
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
PO Box 92799
Aliso Viejo, CA 92656

San Joaquin Hills Community Association
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
27380 Aliso Niguel Road
Laguna Niguel, CA 92677

American Express National Bank N.A.
c/o: Lourdes R. Slinsky, Esq.
Modlin Slinsky, P.A.
1551 Sawgrass Corporate Parkway,
Suite 110, Sunrise, FL 33323

Jeffrey Adams Gomez
P.O. Box 1718
Upland, CA 91785

Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677-6025

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:24-bk-12527-SC<br>Central District of California<br>Santa Ana<br>Mon Dec  8 08:50:06 PST 2025 | Dinsmore & Shohl LLP<br>550 S. Hope St Suite 1765<br>Los Angeles, CA 90071-2669 | Hahn Fife & Company LLP<br>1055 E. Colorado Blvd 5<br>Pasadena, CA 91106-2371 |
| Wells Fargo Bank, N.A.<br>Robertson, Anschutz, Schneid, Crane & Pa<br>13010 Morris Road., Suite 450<br>Alpharetta, GA 30004-2001 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | A Center For Children and Family Law<br>1111 W Chapman Ave<br>Orange, CA 92868<br>Orange, CA 92868-2828 |
| A center for Children<br>1111 W Chapman Ave<br>Orange, CA 92868-2828 | (p)ADT LLC<br>PAYROLL OPERATIONS<br>1501 YAMATO RD<br>BOCA RATON FL 33431-4438 | AT&T<br>208 S Akard Rd<br>Dallas, TX 75202-4206 |
| AT&T Services, Inc.<br>by AIS InfoSource LP as agent<br>Karen Cavagnaro, Esq.<br>1 AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Allergy and Asthma Assc<br>28202 Cabot Rd Ste 105<br>Laguna Niguel, CA 92677-1247 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 |
| Clineva Urgent Care<br>25461 Rancho Niguel<br>Laguna Niguel, CA 92677-7304 | Community Orthopaedic And MRI<br>26401 Crown Valley Pkwy 101<br>Mission Viejo, CA 92691-6302 | Cox Communications<br>6205 Peachtree Dunwoody Rd<br>Atlanta, GA 30328-4524 |
| Drew Hunt<br>4 Park Plaza Suite 200<br>Irvine, CA 92614-8533 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento CA 95812-2952 | Head And Neck Associates of OC<br>26726 Crown Valley Pkway 200<br>Mission Viejo, CA 92691-8003 |
| Heston & Heston, Attorneys at Law<br>19700 Fairchild Rd.<br>Suite 280<br>Irvine, CA 92612-2521 | Howard Smith<br>28822 Via De Luna<br>Laguna Niguel, CA 92677-7601 | Jeff Gomez<br>PO Box 1718<br>Upland, CA 91785-1718 |
| Jeffrey Adams Gomez<br>1388 Augusta Drive<br>Upland, CA 91786-2432 | Kerry Kavanaugh<br>4511 Isabella Lane<br>Dallas, TX 75229-5410 | Kohl's<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| Leon Baginski MD<br>27800 Medical Center Rd 310<br>Mission Viejo, CA 92691-6461 | Macys Corporate<br>151 West 34th Street<br>New York, NY 10001-2101 | Mission Heritage Gasterology<br>Dr Chang<br>27799 Medical Center Rd #310<br>Mission Viejo, CA 92691-6400 |
| Mission Heritage Internal Medicine<br>Dr Mayet<br>26800 Crown Valley Pkwy 305<br>Mission Viejo, CA 92691-8017 | Mission Heritage Nephrology<br>Dr Tran<br>26800 Crown Valley Pkwy 250<br>Mission Viejo, CA 92691-8038 | Mission Heritage TCU<br>27799 Medical Center Rd<br>Mission Viejo, CA 92691-6400 |

| | | |
|---|---|---|
| Mission Pediatric Dentistry<br>27800 Medical Center Rd 332<br>Mission Viejo, CA 92691-6409 | Mission Providence Hospital<br>27799 Medical Center Rd<br>Mission Viejo, CA 92691-6400 | Moulton Water<br>26161 Gordon RD<br>Laguna Hills, CA 92653-8224 |
| Nellie Gail Urgent Care<br>27001 Moulton Pkwy 102<br>Aliso Viejo, CA 92656-3600 | PediatricsDermatology<br>3500 Barranca Pkwy 160<br>Newport Beach, CA 92696 | Progressive Insurance<br>6300 Wilson Mills Rd<br>Cleveland, OH 44143-2182 |
| Providence Mission Radiology<br>27799 Medical Center Rd<br>Mission Viejo, CA 92691-6400 | (p)QUALITY LOAN SERVICE<br>2763 CAMINO DEL RIO SOUTH<br>SUITE 200<br>SAN DIEGO CA 92108-3708 | R&S LAW GROUP, APC<br>230 Newport Center Drive<br>SUITE 210<br>Newport Beach, CA 92660-7525 |
| Retina Associates of OC<br>23521 Paseo De Valencia #207<br>Laguna Hills, CA 92653-3140 | Rowan Dorcy Medical<br>27799 Medical Center Rd<br>Mission Viejo, CA 92691-6400 | (p)SDG&E<br>PO BOX 25111<br>SANTA ANA CA 92799-5111 |
| SGSB Law<br>19762 MacArthur Blvd Ste 200<br>Irvine, CA 92612-2497 | Sea Country Dental<br>32341 Golden Lantern Ste C<br>Laguna Niguel, CA 92677-5343 | Seabreeze Property Management<br>PO Box92799<br>Aliso Viejo, CA 92656 |
| So Cal Gas<br>1801 S Atlantic Blvd<br>Monterey Park, CA 91754-5298 | The Neshanian Law Firm<br>Amy Neshanian<br>5 Corporate Park, Ste 250<br>Irvine, CA 92606-5169 | Tina M. Talbot, ESQ.<br>230 Newport Center Drive<br>Suite 210<br>Newport Beach, CA 92660-7525 |
| (p)THE TOLL ROADS<br>ATTN OSMAN AZIZ<br>PO BOX 57011<br>IRVINE CA 92619-7011 | US Acute Care Solution<br>4535 Dressier Rd NW<br>Canton, OH 44718-2545 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Courts Pacer<br>PO Box 5208<br>Portland, OR 97208-5208 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Clarence Yoshikane<br>Berkshire Hathaway<br>1400 Newport Center Drive<br>Suite 200<br>Newport Beach, CA 92660-0944 |
| Jeffrey Adams Gomez<br>27591 Kathy Court<br>(Largest asset for venue purposes only)<br>Laguna Niguel, CA 92677-6025 | Julie J Villalobos<br>Oaktree Law<br>3355 Cerritos Avenue<br>Los Alamitos, CA 90720-2105 | Kristina Lynn Smith<br>27591 Kathy Ct<br>Laguna Niguel, CA 92677-6025 |
| (p)RICHARD A MARSHACK<br>ATTN MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE CA 92620-3663 | Richard G Heston<br>Heston & Heston, Attorneys at Law<br>19700 Fairchild Rd., Suite 280<br>Suite 280<br>Suite 280<br>Irvine, CA 92612-2521 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ADT<br>1501 Yamato RD<br>Boca Raton, FL 33431 | Quality Loan Service<br>2763 Camino del Rios S 1st Fl<br>San Diego, CA 92108 | SDGE<br>PO Box 25111<br>Santa Ana, CA 92799 |
| Toll Roads<br>PO Box 57011<br>Irvine, CA 92619 | US Bank<br>PO BOX 108<br>Saint Louis, MO 63166 | Richard A Marshack (TR)<br>Marshack Hays Wood LLP<br>870 Roosevelt<br>Irvine, CA 92620 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (d)Howard Smith<br>28822 Via De Luna<br>Laguna Niguel, CA 92677-7601 | (d)Kerry Kavanaugh<br>4511 Isabella Lane<br>Dallas, TX 75229-5410 |

End of Label Matrix
Mailable recipients    58
Bypassed recipients     3
Total                  61