| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Yosina M. Lissebeck (SBN 201654)<br>yosina.lissebeck@dinsmore.com<br>Dinsmore & Shohl LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Tel: (619) 400-0500<br>Fax: (619) 400-0501<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Richard A. Marshack, Chapter 7 Trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>Kristina Lynn Smith, | CASE NO.: 8:24-bk-12527-SC<br><br>CHAPTER: 7 |
|---|---|
| <br><br><br><br>Debtor(s). | ***AMENDED* NOTICE OF SALE OF ESTATE PROPERTY** |

| **Sale Date:** February 17, 2026 | **Time:** 11:00 a.m. |
|---|---|
| **Location:** Courtroom 5C, 411 West Fourth Street, Santa Ana, CA 92701 | |

**Type of Sale**: ☒ Public ☐ Private          **Last date to file objections**: February 3, 2026

**Description of property to be sold**:
Real property single-family home commonly known as 27591 Kathy Court, Laguna Niguel, CA 92677

APN 636-632-34 - legal description contained in the Notice of Trustee's Motion for Order Authorizing Sale of Real Property filed on December 23, 2025 as Dkt. 140 and attached hereto as Exhibit B.

**Terms and conditions of sale**:
See Notice of Continued Hearing re Sale Motion and Revised Bid Deadline attached hereto as Exhibit A and Notice of Trustee's Motion for Order Authorizing Sale of Real Property [Dkt. 140] attached hereto as Exhibit B.

**Proposed sale price**: 1,800,000.00

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Overbid procedure** *(if any)*:

Any person or entity interested in purchasing Property must serve the Trustee, his counsel, and Trustee's agents, no later than close of business on February 16, 2026. Any overbid must provide for a minimum purchase price of at least $1,810,000. Any overbid must be accompanied by a deposit of $60,000 in certified funds. See sale motion for full details.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

February 17, 2026 at 11:00 a.m.
United States Bankruptcy Court
Central District of California
Santa Ana Division
411 W. Fourth Street,Courtroom 5C
Santa Ana, CA 92701

**Contact person for potential bidders** *(include name, address, telephone, fax and/or email address):*

Clarence Yoshikane & Jennifer Toyama

clarence.yoshikane@gmail.com
j_toyama@verizon.net
Telephone (714) 606-5765

Yosina M. Lissebeck
yosina.lissebeck@dinsmore.com
Dinsmore & Shohl LLP
Telephone (619) 400-0500

Date:  1/27/26

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

Yosina M. Lissebeck (SBN 201654)
yosina.lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Attorney for Richard A. Marshack,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smith,<br><br>        Debtor. | Chapter 7<br><br>Case No.:  8:24-bk-12527-SC<br><br>**NOTICE OF CONTINUED HEARING RE SALE MOTION [DKT. 139]; REVISED BID DEADLINE; AND REVISED REQUEST FOR REIMBURSEMENT OF EXPENSES**<br><br>Continued Hearing:<br>Date:       February 17, 2026<br>Time:      11:00 a.m.<br>Location:  Courtroom 5C<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the Court continued the hearing on Trustee's Motion for: (1) Order Authorizing Sale of Real Property Located at 27591 Kathy Court, Laguna Niguel, California 92677: (A) Outside the Ordinary Course of Business; (B) Free and Clear of Liens Under 363(F); (C) Subject to Overbids; and (D) for Determination of Good Faith Purchaser Under § 363(M) filed December 23, 2025 [Dkt. 139] ("Motion") from January 15, 2026, to February 17, 2026, at 11:00 a.m.

1       **PLEASE TAKE FURTHER NOTICE** that as a result of the continuance, this notice serves

2   to revise the Bid Deadline, as defined in the Motion and the Notice of Motion filed December 23,

3   20225 [Dkt. 140] ("Notice of Motion"). The Bid Deadline shall be and is hereby revised to mean the

4   close of business on February 16, 2026. Any reference to the Bid Deadline in the Motion or Notice

5   of Motion shall mean close of business on February 16, 2026.

6       **PLEASE TAKE FURTHER NOTICE** that the Motion sought to reimburse Clarence

7   Yoshikane $1,572.93 for expenses incurred related to the Property; however, since the date of the

8   initially set hearing, January 15, 2026, Clarence Yoshikane has incurred an additional $95.00 in

9   expenses related to the maintenance of the Property. Therefore, Trustee will now seek Court authority

10  to reimburse Clarence Yoshikane for a total of $1,667.93 in expenses.

11      **PLEASE TAKE FURTHER NOTICE** that as of the filing of this Notice, Trustee has

12  received three Overbids and therefore anticipates that, with Court approval, an auction will occur on

13  February 17, 2026, at 11:00 a.m.

14  Dated:  January 27, 2026               DINSMORE & SHOHL LLP

15

16                                   By: /s/ Yosina M. Lissebeck

17                                     Yosina M. Lissebeck
                                 Attorney for Richard A. Marshack, Chapter 7

18                                   Trustee

19

20

21

22

23

24

25

26

27

28

2

# EXHIBIT B

1  Yosina M. Lissebeck (SBN 201654)
   Jacob R. Bothamley (SBN 319457)
2  DINSMORE & SHOHL LLP
   655 West Broadway, Suite 800
3  San Diego, CA 92101
   Tel: (619) 400-0500
4  Fax: (619) 400-0501
   yosina.lissebeck@dinsmore.com
5  jacob.bothamley@dinsmore.com

6  Attorneys for Richard A. Marshack,
   Chapter 7 Trustee

7

8

9              **UNITED STATES BANKRUPTCY COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

11

12  In re:                              | Chapter 7

13  Kristina Lynn Smith,                  Case No.: 8:24-bk-12527-SC

14           Debtor.                      NOTICE OF TRUSTEE'S MOTION FOR: (1)
                                          ORDER AUTHORIZING SALE OF REAL
15                                        PROPERTY LOCATED AT 27591 KATHY
                                          COURT, LAGUNA NIGUEL CALIFORNIA
16                                        92677: (A) OUTSIDE THE ORDINARY
                                          COURSE OF BUSINESS; (B) FREE AND
17                                        CLEAR OF LIENS UNDER 363(F); (C)
                                          SUBJECT TO OVERBIDS; AND (D) FOR
18                                        DETERMINATION OF GOOD FAITH
                                          PURCHASER UNDER § 363(M)
19
                                          Date:        January 15, 2026
20                                        Time:        9:00 a.m.
                                          Location:    411 West Fourth Street
21                                                      Santa Ana, CA 92701
                                          Courtroom: 5C
22

23

24        TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY

25  JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED

26  PARTIES:

27  / / /

28  / / /

                                1

PLEASE TAKE NOTICE that on January 15, 2026 at 9:00 a.m., in Courtroom 5C of the above-entitled court, before the Honorable Scott C. Clarkson, located at 411 West Fourth Street, Santa Ana, California 92701, a hearing will be held on the motion for order authorizing the sale of real property ("Motion") located at and commonly known as 27591 Kathy Court, Laguna Niguel, CA 92677 (the "Property" or "Kathy Court Property"), filed by Richard A. Marshack, solely in his capacity as duly appointed Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Kristina Lynn Smith ("Debtor").

Under 11 U.S.C. § 363(b), a Chapter 7 Trustee may sell property of the estate if the proposed sale is in the best interest of creditors. By this motion, Trustee is seeking an order approving the sale of 27591 Kathy Court, Laguna Niguel, CA 92677, APN 636-632-34 (previously defined as "the Property") to Philip Muljana and Shu Rong Chang (collectively "Buyer"), for the amount of $1,800,000 subject to qualifying overbid. The Debtor initially scheduled the Property with a value of $1,924,800. However, due to a combination of changing market forces and the Property requiring significant repairs and overdue maintenance, the Property was marketed at asking price of $1,799,000. The Property is encumbered by several liens. However, as set forth fully in the Motion, all lienholders have either expressly consented to the sale of the Property free and clear of their respective liens or the validity of the lien is disputed. The proposed sale will result in a significant benefit to the Estate; Trustee anticipates that the sale of the Property will result in multiple secured lien holders either being paid in full or receiving a substantial distribution on behalf of their claim (as described in more detail in the Motion). The Court should approve Trustee's proposed sale free and clear of monetary liens, claims and encumbrances, subject to overbid, and find that Buyer is a good faith purchaser. The terms of the sale to the Buyer are set forth in the residential purchase agreement ("RPA") which is attached to the Declaration of Richard A. Marshack ("Marshack Declaration"), to the Motion as **Exhibit 1**.

**Information Required Pursuant To Local Bankruptcy Rule 6004-1(c)(3):**

a. <u>Date, Time, and Place of Hearing</u>: January 15, 2026, at 9:00 a.m., United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA 92701, Courtroom 5C;

/ / /

b.  Buyer for Property: Philip Muljana and Shu Rong Chang, or a Successful Bidder to be determined at auction.

c.  Description of the Property To Be Sold: The Property is commonly known as 27591 Kathy Court, Laguna Niguel, CA, 92677. The Property is a single-family home legally described as follows:

Parcel 1:
LOT 94 OF TRACT NO. 15962, IN THE CITY OF LAGUNA NIGUEL, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 804, PAGES 5 THROUGH 9, INCLUSIVE OF MISCELLANEOUS MAPS, AS AMENDED BY THAT CERTAIN CERTIFICATE OF CORRECTION RECORDED JANUARY 29, 2001 AS INSTRUMENT NO. 01-48700 OF OFFICIAL RECORDS, ALL IN RECORDS OF ORANGE COUNTY, CALIFORNIA.

Parcel 2:
NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, MAINTENANCE, REPAIR, DRAINAGE AND ENCROACHMENT, SUPPORT, AND FOR OTHER PURPOSES ALL AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SAN JOAQUIN HILLS, RECORDED JUNE 26, 1997 AS INSTRUMENT NO. 1997-296011, AS AMENDED BY INSTRUMENT RECORDED JULY 21, 1997 AS INSTRUMENT NO. 1997-342349, AND THE SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SAN JOAQUIN HILLS, (KNOLLS/PHASE 17) RECORDED APRIL 30, 2002 AS INSTRUMENT NO. 2002-362793, ALL OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

APN: 636-632-34

d.  The Terms of Conditions of the Sale of the Property:

i.  Sale Price: $1,800,000, subject to overbid;

ii.  Deposit: $60,000, as an earnest money deposit;

iii.  Express Conditions to the Sale Include: (1) entry of a Bankruptcy Court Order approving the sale under 11 U.S.C. § 363(b); (2) property sold in "AS-IS" "WHERE IS" condition; All conditions are stated in the RPA.

iv.  Sale To Be Free and Clear of All Liens, Claims, and Interests: The Trustee is requesting a finding by this Court that the Property is sold free and clear of all interests including liens, as set forth in the Motion.

/ / /

/ / /

3

A. The first priority lienholder, as identified in paragraph 17 of the PTR and all applicable costs of sale and taxes shall be paid in full from proceeds of the sale through escrow;

B. The *lis pendens* identified in paragraph 18 of the PTR is released, but only to the extent that it encumbers the Property;

C. The Property may be sold free and clear of the judgment lien held by Stegmeier, Gelbart, Schwartz and Benavente, LLP as identified in paragraph 19 of the PTR as consented to in the Sale Stipulation (*See* Dkt. 129), and the lien will attach to Gomez's share of the homestead proceeds as set forth in the Sale Stipulation and the Motion;

D. The judgment liens held by American Express National Bank as identified in paragraphs 20 and 21 of the PTR have been satisfied in full and the liens released, and thus the property is sold free and clear. *See Acknowledgement and Satisfaction of Judgment* attached to the Declaration of Richard A. Marshack as **Exhibit 5**;

E. The Property may be sold free and clear of the judgment lien held by The Neshanian Law Firm, Inc. as identified in paragraph 22 of the PTR and as addressed in the Motion. The lien will attach to Gomez's share of the homestead proceeds as set forth in the Motion;

F. The Property may be sold free and clear of the Family Law Attorney Real Property Lien ("FLARPL") held by Stegmeier, Gelbart, Schwartz and Benavente, LLP as identified in paragraph 23 of the PTR as consented to in the Sale Stipulation, and the lien will attach to the Estate's/Debtor's share of the homestead proceeds as set forth in the Sale Stipulation and the Motion;

G. The Property may be sold free and clear of the judgment lien held by R&S Law Group, APC as identified in paragraph 24 of the PTR as consented to in the Sale Stipulation, and the lien will attach to Gomez's share of the homestead

proceeds as set forth in the Sale Stipulation and the Motion; and to the extent

it is under secured, R&S Law Group, APC has consented to the sale;

H.  The Property may be sold free and clear of the judgment lien held by White

Zuckerman Warsavsky Luna and Hunt, LLP, identified in paragraph 25 of the

PTR, as consented to in the Sale Stipulation, and the lien will attach to the

Estate's/Debtor's share of the homestead proceeds as set forth in the Sale

Stipulation and the Motion; and to the extent it is under secured, White

Zuckerman has consented to the sale;

I.  The Franchise Tax Board for the State of California's lien as identified in

paragraph 26, was filed October 14, 2025 without relief from the automatic

stay, as such the lien is disputed as a violation of the automatic stay.

v.  Other Relief Sought In the Motion

A.  The Trustee is authorized to retain 2% of the amount from the 6% Broker's

commission, or approximately $36,000, to pay all unsecured claims in his sole

discretion, pursuant to the distribution scheme set forth in the Bankruptcy Code.

The Trustee has not reviewed all claims, and may still object to those as needed

or required.

B.  Trustee is authorized to pay directly from Escrow the agent/brokerage

commissions previously authorized by the Court, all customary costs of sale

out of escrow, and reasonable reimbursements to his agents for actual expenses

incurred, as set forth in the Agent Order.

C.  Pursuant to the Stipulation re: Cooperation With Trustee During Marketing

And Sale Of Real Property Located At 27591 Kathy Court, Laguna Niguel,

California ("Cooperation Stipulation") and this Motion, Trustee is authorized

to reimburse Gomez directly from escrow in the amount of $26,622.33 for the

costs of repairs and maintenance on the Property. *See* Dkts. 126 & 127.

D.  The Broker shall be reimbursed in the amount of $1,572.93 for the costs of

renting storage units from October 13, 2025 through December 1, 2025.

E. Pursuant to the Sale Stipulation and this Motion, Trustee is authorized to pay Debtor's counsel the amount of $7,000 directly from escrow.

F. Escrow is authorized to turnover any remaining balance of the sale proceeds to the Trustee, and the Trustee is authorized to hold sufficient funds to pay all identified administrative expenses from the sale proceeds, pending Court approval authorizing distribution of same.

G. The Trustee is authorized to receive and hold all remaining "homestead" proceeds from Escrow consistent with the Sale Stipulation, this Motion and pending further order of the Court.

H. The Buyer (or any Successful Bidder otherwise) is a good faith purchaser entitled to protection under 11 U.S.C. § 363(m).

I. Should Buyer not timely complete the purchase of the Property pursuant to the terms of the RPA, Buyer's deposit shall be forfeited and the Back-Up Bidder, if any, may be substituted for the Successful Bidder without further order of the Court, and Trustee is authorized to proceed to sell the Property to such Back-Up Bidder.

J. The 14-day stay regarding the effectiveness of the order is waived; and the Order is immediately enforceable and the sale shall close even if there is an appeal or other challenge to the order excepting only instances where a stay of the order is issued prior to any such closing by separate order of the Court or any higher Federal Court.

vi. <u>Overbid Procedures</u>: The Proposed sale is subject to overbids, the overbidding procedures are described in the Overbid Section below.

vii. <u>Commissions</u>: Trustee's broker and agent, Clarence Yoshikane's commission is set forth in the Application by Chapter 7 Trustee to Employ Clarence Yoshikane of Berkshire Hathaway HomeServices California Properties as Real Estate Agent to sell the Rental Properties ("Agent Application"). *See* Dkt. 67. The Agent Application was approved by the Court on May 5, 2025. *See* Dkt. 79. Under the Agent Order, the

6

overall realtor commission is 6% of the sale price, which is subject to a voluntary carve-out of 2% of the total commission to the Estate. Based on the sale price of $1,800,000, the carve-out for the Estate is estimated at $36,000.

    viii.  <u>Estimated Taxes For This Sale</u>: Trustee does not have a precise amount of taxes that will be incurred, but has purposefully overestimated the taxes, fees, and costs, associated with the sale in the Motion.

    ix.  <u>Opposition Due Date</u>: December 31, 2025.

**Overbid Procedure**

To maximize the benefit to the Estate, Trustee is setting this sale subject to overbid pursuant to the procedures stated below. Accordingly, Trustee requests that the Court authorize him to implement an overbid procedure regarding the sale of the Property on the terms stated below. Trustee will continue to market the Property through the date of the proposed sale.

Any potential overbidder is encouraged to obtain a copy of the Motion and contact Trustee's counsel and/or Trustee's broker prior to the hearing. The Property will be sold subject to overbid at an open auction ("Auction") to be conducted by Trustee in open court at the time that this Motion is heard. Trustee has established the following overbid procedures, which shall govern any bidding:

1. Any person or entity interested in purchasing the Property must serve Trustee and his counsel with an initial bid in conformance with these provisions ("Overbid"), such that any qualifying overbid is actually received no later than the close of business on January 14, 2026 ("Bid Deadline"), which is the day before the hearing on this Motion.

2. Any entity that submits a timely, conforming Overbid shall be deemed a "Qualified Bidder" and may bid for the Property at the hearing. Any entity that fails to submit a timely, conforming bid shall be disqualified from bidding for the Property. The Trustee may also, in his discretion, consider back-up offers lower than the initial price of $1,800,000 and permit a Qualified Bidder at a back-up offer price.

3. Trustee, subject to the rights of a bidder or party in interest to raise an issue with the Court, shall have sole discretion to determine whether a party is a Qualified Bidder.

/ / /

Exhibit B
Page 13

4.      Any Overbid must remain open until the conclusion of the auction ("Auction") of the Property to be held at the hearing on this Motion.

5.      Any Overbid must provide for a minimum purchase price of at least $1,810,000 (i.e. $10,000 more than the accepted offer from Buyer). Overbidder must match all terms and conditions of original bid, including an earnest money deposit of $60,000.

6.      Any Overbid must be for the Property "as is," "where is," and "with all faults" and shall not contain any financing, due diligence, or any other contingency including any termination fee, or any similar fee or expense reimbursement, and must agree to the same terms as set forth in the RPA.

7.      If Trustee receives a timely, conforming Overbid for the Property, the Court will permit Trustee to conduct an auction of such property at the hearing, in which all Qualified Bidders may participate. The Auction shall be governed by the following procedures: (a) All Qualified Bidders shall be deemed to have consented to the core jurisdiction of the Bankruptcy Court and to have waived any right to jury trial in connection with any disputes relating to the Auction or the sale of the Property; (b) The minimum bidding increment during the Auction shall be $1,000; (c) Bidding shall commence at the best bid presently received and accepted by Trustee; (d) the Trustee will determine in his business judgment, after consideration of all relevant factors including but not limited to the bid price, the "Best Bid" for the Property; and (e) the Court will resolve any disputes over whether Trustee has properly exercised his business judgment in determining the "Best Bid" and the prevailing party ("Successful Bidder").

8.      As set forth in Addendum No. One to the RPA, if a successful overbidder is accepted and confirmed by the Court, then the successful overbidder is to reimburse the original bidder up to $2,000 costs incurred. Only physical inspection termite inspection, and loan appraisal are reimbursable expenses. These costs incurred are to be collected by Escrow. Proof of monies spent are to be given to Overbidder.

/ / /

/ / /

/ / /

8

9. The Successful Bidder must pay, at the closing, all amounts reflected in the Best Bid in cash and such other consideration as agreed upon, *including that* pursuant to Addendum No. One to the RPA, a Successful Bidder other than the initial Buyer shall reimburse the Buyer up to $2,000 in reimbursable actual costs incurred noted above.

10. Any bidder other than the Successful Bidder may be deemed, upon their consent, as the Back-Up Bidder who may be substituted for the Successful Bidder without further court order in the event that the Successful Bidder fails to close escrow, at a set price.

Trustee believes that the requested overbid procedures, including the minimum initial overbid of $10,000 and the minimum bidding increments of $1,000 is reasonable, and the bidding procedures including the minimum overbid and the bidding increments both encourage the Buyer to participate as the first bidder, and the procedures will not chill bidding. *See McCarthy v. Goldman (In re McCarthy)*, 2008 Bankr. LEXIS 4688 at *56 (B.A.P. 9th Cir. 2008).

### **Trustee Is Authorized To Execute All Necessary Documents To Proceed With Sale**

As set forth in the Motion, the Property, being a community property asset, is property of the Estate pursuant to 11 U.S.C. Section 541(a)(2). As such, Trustee is authorized to execute all necessary documents to facilitate the sale of the Property.

### **Additional Information and Objections to the Motion**

The complete scope and terms of the relief are detailed in the Motion, a copy of which can be obtained by contacting Yosina Lissebeck and/or Jacob Bothamley, whose contact information is listed in the top left-hand corner of the first page of this Notice.

If you do not oppose the Motion described above, you need take no further action. However, if you object to the Motion, pursuant to Rule 9013-1(f)(1) of the Local Bankruptcy Rules ("LBR"), any opposition must be filed with the court no later than fourteen (14) days prior to the date of the hearing on the Motion. You must file your opposition with the Clerk of the United States Bankruptcy Court. You must also serve a copy of your objection upon Yosina Lissebeck and Jacob Bothamley no later than **14 days** prior to the date of the hearing on the Motion at the mailing address indicated in the upper left corner of the first page of this motion, and upon the Office of the United States Trustee

/ / /

Exhibit B
Page 15

1    at 411 West Fourth Street, Suite 7160, Santa Ana, California 92701. Failure to timely file and serve

2    an opposition may result in a waiver of any such opposition and the court may enter an order granting

3    the motion without further notice.

4

5                                              Respectfully submitted,

6    Dated:  December 23, 2025                 DINSMORE & SHOHL LLP

7

8                                     By:/s/ Yosina M. Lissebeck
                                          Yosina M. Lissebeck
9                                          Jacob Bothamley
                                          Attorneys for Richard A. Marshack,
10                                        Chapter 7 Trustee

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:      655 W. Broadway, Suite 800, San Diego, California  92101

A TRUE AND CORRECT COPY OF THE FOLLWING DOCUMENTS:

NOTICE OF TRUSTEE'S MOTION FOR: (1) ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 27591 KATHY COURT, LAGUNA NIGUEL CALIFORNIA 92677: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS UNDER 363(F); (C) SUBJECT TO OVERBIDS; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER § 363(M);

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>December 23, 2025</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒      Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On <u>December 23, 2025</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE'S COPY**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒      Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>December 23, 2025</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 23, 2025 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| Date | Printed Name | Signature |

Exhibit B
Page 17

1.      <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

David Coats on behalf of Creditor Wells Fargo Bank, N.A.
dacoats@raslg.com

Benjamin Heston on behalf of Creditor Jeffrey Adams Gomez
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

Richard G. Heston on behalf of Creditor Richard G Heston
rheston@hestonlaw.com,
yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com,
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Julie J Villalobos on behalf of Debtor Kristina Lynn Smith
julie@oaktreelaw.com,
oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**:

State of California Franchise Tax Board
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
PO Box 2952
Sacramento CA 95812-2952

R&S LAW GROUP, APC
400 W First St
Tustin, CA 92780

R&S LAW GROUP, APC
c/o: Tina M. Talbot, ESQ.
230 Newport Center Drive, Suite 210
Newport Beach, CA 92660-7525

Stegmeier, Gelbart, Schwartz and Benavente, LLP
Attn: Saul M. Gelbart, Esq.
19762 MacArthur Blvd, Suite 200
Irvine, CA 92612-2497

The Neshanian Law Firm
Attn: Eric Neshanian, Esq.
5 Corporate Park, Suite 250
Irvine, CA 92606-5169

A Center For Children and Family Law
Attn: Tracy Willis, Esq.
1111 W Chapman Ave
Orange, CA 92868-2828

Union Bank N.A.
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
8248 Mercury Court, Suite B
San Diego, CA 92111

Union Bank N.A.
Residential Loan Department
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
P.O. Box 85643
San Diego, CA 92186-5643

Quality Loan Service Corporation
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
2763 Camino Del Rio South
San Diego, CA 92108

White Zuckerman Warsavsky Luna and Hunt, LLP
Attn: Drew Hunt
4 Park Plaza, Suite 200
Irvine, CA 92614-8533

White Zuckerman Warsavsky Luna and Hunt, LLP
c/o: Law Office of Howard Goodman
18321 Ventura Blvd, Suite 755
Tarzana, CA 91356-4250

Seabreeze Property Management
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
PO Box 92799
Aliso Viejo, CA 92656

San Joaquin Hills Community Association
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
27380 Aliso Niguel Road
Laguna Niguel, CA 92677

American Express National Bank N.A.
c/o: Lourdes R. Slinsky, Esq.
Modlin Slinsky, P.A.
1551 Sawgrass Corporate Parkway,
Suite 110, Sunrise, FL  33323

Jeffrey Adams Gomez
P.O. Box 1718
Upland, CA 91785

Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677-6025

Label Matrix for local noticing
0973-8
Case 8:24-bk-12527-SC
Central District of California
Santa Ana
Mon Dec  8 08:50:06 PST 2025

Chasner, Shohl LLP
550 S. Hope St Suite 1765
Los Angeles, CA 90071-2669

Hahn Fife & Company LLP
1055 E. Colorado Blvd 5
Pasadena, CA 91106-2371

Wells Fargo Bank, N.A.
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

A Center For Children and Family Law
1111 W Chapman Ave
Orange, CA 92868
Orange, CA 92868-2828

A center for Children
1111 W Chapman Ave
Orange, CA 92868-2828

(p)ADT LLC
PAYROLL OPERATIONS
1501 YAMATO RD
BOCA RATON FL 33431-4438

AT&T
208 S Akard Rd
Dallas, TX 75202-4206

AT&T Services, Inc.
by AIS InfoSource LP as agent
Karen Cavagnaro, Esq.
1 AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Allergy and Asthma Assc
28202 Cabot Rd Ste 105
Laguna Niguel, CA 92677-1247

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Clineva Urgent Care
25461 Rancho Niguel
Laguna Niguel, CA 92677-7304

Community Orthopaedic And MRI
26401 Crown Valley Pkwy 101
Mission Viejo, CA 92691-6302

Cox Communications
6205 Peachtree Dunwoody Rd
Atlanta, GA 30328-4524

Drew Hunt
4 Park Plaza Suite 200
Irvine, CA 92614-8533

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Head And Neck Associates of OC
26726 Crown Valley Pkway 200
Mission Viejo, CA 92691-8003

Heston & Heston, Attorneys at Law
19700 Fairchild Rd.
Suite 280
Irvine, CA 92612-2521

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677-7601

Jeff Gomez
PO Box 1718
Upland, CA 91785-1718

Jeffrey Adams Gomez
1388 Augusta Drive
Upland, CA 91786-2432

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229-5410

Kohl's
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

Leon Baginski MD
27800 Medical Center Rd 310
Mission Viejo, CA 92691-6461

Macys Corporate
151 West 34th Street
New York, NY 10001-2101

Mission Heritage Gasterology
Dr Chang
27799 Medical Center Rd #310
Mission Viejo, CA 92691-6400

Mission Heritage Internal Medicine
Dr Mayet
26800 Crown Valley Pkwy 305
Mission Viejo, CA 92691-8017

Mission Heritage Nephrology
Dr Tran
26800 Crown Valley Pkwy 250
Mission Viejo, CA 92691-8038

Mission Heritage TCU
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

Mission Pediatric Dentistry
27800 Medical Center Rd 332
Mission Viejo, CA 92691-6409

Mission Providence Hospital
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

Moulton Water
26161 Gordon RD
Laguna Hills, CA 92653-8224

Nellie Gail Urgent Care
27001 Moulton Pkwy 102
Aliso Viejo, CA 92656-3600

PediatricsDermatology
3500 Barranca Pkwy 160
Newport Beach, CA 92696

Progressive Insurance
6300 Wilson Mills Rd
Cleveland, OH 44143-2182

Providence Mission Radiology
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

(p)QUALITY LOAN SERVICE
2763 CAMINO DEL RIO SOUTH
SUITE 200
SAN DIEGO CA 92108-3708

R&S LAW GROUP, APC
230 Newport Center Drive
SUITE 210
Newport Beach, CA 92660-7525

Retina Associates of OC
23521 Paseo De Valencia #207
Laguna Hills, CA 92653-3140

Rowan Dorcy Medical
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

(p)SDG&E
PO BOX 25111
SANTA ANA CA 92799-5111

SGSB Law
19762 MacArthur Blvd Ste 200
Irvine, CA 92612-2497

Sea Country Dental
32341 Golden Lantern Ste C
Laguna Niguel, CA 92677-5343

Seabreeze Property  Management
PO Box92799
Aliso Viejo, CA 92656

So Cal Gas
1801 S Atlantic Blvd
Monterey Park, CA 91754-5298

The Neshanian Law Firm
Amy Neshanian
5 Corporate Park, Ste 250
Irvine, CA 92606-5169

Tina M. Talbot, ESQ.
230 Newport Center Drive
Suite 210
Newport Beach, CA 92660-7525

(p)THE TOLL ROADS
ATTN OSMAN AZIZ
PO BOX 57011
IRVINE CA 92619-7011

US Acute Care Solution
4535 Dressier Rd NW
Canton, OH 44718-2545

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Courts Pacer
PO Box 5208
Portland, OR 97208-5208

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Clarence Yoshikane
Berkshire Hathaway
1400 Newport Center Drive
Suite 200
Newport Beach, CA 92660-0944

Jeffrey Adams Gomez
27591 Kathy Court
(Largest asset for venue purposes only)
Laguna Niguel, CA 92677-6025

Julie J Villalobos
Oaktree Law
3355 Cerritos Avenue
Los Alamitos, CA 90720-2105

Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677-6025

(p)RICHARD A MARSHACK
ATTN MARSHACK HAYS LLP
870 ROOSEVELT
IRVINE CA 92620-3663

Richard G Heston
Heston & Heston, Attorneys at Law
19700 Fairchild Rd., Suite 280
Suite 280
Suite 280
Irvine, CA 92612-2521

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ADT
1501 Yamato RD
Boca Raton, FL 33431

Quality Loan Service
2763 Camino del Rios S 1st Fl
San Diego, CA 92108

SDGE
PO Box 25111
Santa Ana, CA 92799

Toll Roads
PO Box 57011
Irvine, CA 92619

US Bank
PO BOX 108
Saint Louis, MO 63166

Richard A Marshack (TR)
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(d)Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677-7601

(d)Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229-5410

End of Label Matrix
Mailable recipients    58
Bypassed recipients     3
Total                  61

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
655 West Broadway, Suite 800, San Diego, CA 92101


A true and correct copy of the foregoing document entitled: **AMENDED NOTICE OF SALE OF ESTATE PROPERTY** will
be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the
manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)*
1/27/26_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 1/27/26_____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building & Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/27/26 | Bonnie Connolly | /s/ Bonnie Connolly |
|---------|-----------------|---------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 3                              **F 6004-2.NOTICE.SALE**

1.      **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

David Coats on behalf of Creditor Wells Fargo Bank, N.A.
dacoats@raslg.com

Benjamin Heston on behalf of Creditor Jeffrey Adams Gomez
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

Richard G. Heston on behalf of Creditor Richard G Heston
rheston@hestonlaw.com,
yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com,
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Julie J Villalobos on behalf of Debtor Kristina Lynn Smith
julie@oaktreelaw.com,
oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**:

State of California Franchise Tax Board
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
PO Box 2952
Sacramento CA 95812-2952

R&S LAW GROUP, APC
400 W First St
Tustin, CA 92780

R&S LAW GROUP, APC
c/o: Tina M. Talbot, ESQ.
230 Newport Center Drive, Suite 210
Newport Beach, CA 92660-7525

Stegmeier, Gelbart, Schwartz and Benavente, LLP
Attn: Saul M. Gelbart, Esq.
19762 MacArthur Blvd, Suite 200
Irvine, CA 92612-2497

The Neshanian Law Firm
Attn: Eric Neshanian, Esq.
5 Corporate Park, Suite 250
Irvine, CA 92606-5169

A Center For Children and Family Law
Attn: Tracy Willis, Esq.
1111 W Chapman Ave
Orange, CA 92868-2828

Union Bank N.A.
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
8248 Mercury Court, Suite B
San Diego, CA 92111

Union Bank N.A.
Residential Loan Department
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
P.O. Box 85643
San Diego, CA 92186-5643

Quality Loan Service Corporation
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
2763 Camino Del Rio South
San Diego, CA 92108

White Zuckerman Warsavsky Luna and Hunt, LLP
Attn: Drew Hunt
4 Park Plaza, Suite 200
Irvine, CA 92614-8533

White Zuckerman Warsavsky Luna and Hunt, LLP
c/o: Law Office of Howard Goodman
18321 Ventura Blvd, Suite 755
Tarzana, CA 91356-4250

Seabreeze Property Management
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
PO Box 92799
Aliso Viejo, CA 92656

San Joaquin Hills Community Association
Attn: Officer, A Managing Or General Agent,
Or To Any Other Agent Authorized By Appointment
Or Law To Receive Service Of Process
27380 Aliso Niguel Road
Laguna Niguel, CA 92677

American Express National Bank N.A.
c/o: Lourdes R. Slinsky, Esq.
Modlin Slinsky, P.A.
1551 Sawgrass Corporate Parkway,
Suite 110, Sunrise, FL  33323

Jeffrey Adams Gomez
P.O. Box 1718
Upland, CA 91785

Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677-6025

Label Matrix for local noticing
0973-8
Case 8:24-bk-12527-SC
Central District of California
Santa Ana
Mon Dec  8 08:50:06 PST 2025

Passmore & Stohl LLP
550 S. Hope St Suite 1765
Los Angeles, CA 90071-2669

Hahn Fife & Company LLP
1055 E. Colorado Blvd 5
Pasadena, CA 91106-2371

Wells Fargo Bank, N.A.
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

A Center For Children and Family Law
1111 W Chapman Ave
Orange, CA 92868
Orange, CA 92868-2828

A center for Children
1111 W Chapman Ave
Orange, CA 92868-2828

(p)ADT LLC
PAYROLL OPERATIONS
1501 YAMATO RD
BOCA RATON FL 33431-4438

AT&T
208 S Akard Rd
Dallas, TX 75202-4206

AT&T Services, Inc.
by AIS InfoSource LP as agent
Karen Cavagnaro, Esq.
1 AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Allergy and Asthma Assc
28202 Cabot Rd Ste 105
Laguna Niguel, CA 92677-1247

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Clineva Urgent Care
25461 Rancho Niguel
Laguna Niguel, CA 92677-7304

Community Orthopaedic And MRI
26401 Crown Valley Pkwy 101
Mission Viejo, CA 92691-6302

Cox Communications
6205 Peachtree Dunwoody Rd
Atlanta, GA 30328-4524

Drew Hunt
4 Park Plaza Suite 200
Irvine, CA 92614-8533

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Head And Neck Associates of OC
26726 Crown Valley Pkwy 200
Mission Viejo, CA 92691-8003

Heston & Heston, Attorneys at Law
19700 Fairchild Rd.
Suite 280
Irvine, CA 92612-2521

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677-7601

Jeff Gomez
PO Box 1718
Upland, CA 91785-1718

Jeffrey Adams Gomez
1388 Augusta Drive
Upland, CA 91786-2432

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229-5410

Kohl's
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

Leon Baginski MD
27800 Medical Center Rd 310
Mission Viejo, CA 92691-6461

Macys Corporate
151 West 34th Street
New York, NY 10001-2101

Mission Heritage Gasterology
Dr Chang
27799 Medical Center Rd #310
Mission Viejo, CA 92691-6400

Mission Heritage Internal Medicine
Dr Mayet
26800 Crown Valley Pkwy 305
Mission Viejo, CA 92691-8017

Mission Heritage Nephrology
Dr Tran
26800 Crown Valley Pkwy 250
Mission Viejo, CA 92691-8038

Mission Heritage TCU
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

Mission Pediatric Dentistry
27800 Medical Center Rd 332
Mission Viejo, CA 92691-6409

Mission Providence Hospital
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

Moulton Water
26161 Gordon RD
Laguna Hills, CA 92653-8224

Nellie Gail Urgent Care
27001 Moulton Pkwy 102
Aliso Viejo, CA 92656-3600

PediatricsDermatology
3500 Barranca Pkwy 160
Newport Beach, CA 92696

Progressive Insurance
6300 Wilson Mills Rd
Cleveland, OH 44143-2182

Providence Mission Radiology
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

(p)QUALITY LOAN SERVICE
2763 CAMINO DEL RIO SOUTH
SUITE 200
SAN DIEGO CA 92108-3708

R&S LAW GROUP, APC
230 Newport Center Drive
SUITE 210
Newport Beach, CA 92660-7525

Retina Associates of OC
23521 Paseo De Valencia #207
Laguna Hills, CA 92653-3140

Rowan Dorcy Medical
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

(p)SDG&E
PO BOX 25111
SANTA ANA CA 92799-5111

SGSB Law
19762 MacArthur Blvd Ste 200
Irvine, CA 92612-2497

Sea Country Dental
32341 Golden Lantern Ste C
Laguna Niguel, CA 92677-5343

Seabreeze Property  Management
PO Box92799
Aliso Viejo, CA 92656

So Cal Gas
1801 S Atlantic Blvd
Monterey Park, CA 91754-5298

The Neshanian Law Firm
Amy Neshanian
5 Corporate Park, Ste 250
Irvine, CA 92606-5169

Tina M. Talbot, ESQ.
230 Newport Center Drive
Suite 210
Newport Beach, CA 92660-7525

(p)THE TOLL ROADS
ATTN OSMAN AZIZ
PO BOX 57011
IRVINE CA 92619-7011

US Acute Care Solution
4535 Dressier Rd NW
Canton, OH 44718-2545

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Courts Pacer
PO Box 5208
Portland, OR 97208-5208

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Clarence Yoshikane
Berkshire Hathaway
1400 Newport Center Drive
Suite 200
Newport Beach, CA 92660-0944

Jeffrey Adams Gomez
27591 Kathy Court
(Largest asset for venue purposes only)
Laguna Niguel, CA 92677-6025

Julie J Villalobos
Oaktree Law
3355 Cerritos Avenue
Los Alamitos, CA 90720-2105

Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677-6025

(p)RICHARD A MARSHACK
ATTN MARSHACK HAYS LLP
870 ROOSEVELT
IRVINE CA 92620-3663

Richard G Heston
Heston & Heston, Attorneys at Law
19700 Fairchild Rd., Suite 280
Suite 280
Suite 280
Irvine, CA 92612-2521

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ADT
1501 Yamato RD
Boca Raton, FL 33431

Quality Loan Service
2763 Camino del Rios S 1st Fl
San Diego, CA 92108

SDGE
PO Box 25111
Santa Ana, CA 92799

Toll Roads
PO Box 57011
Irvine, CA 92619

US Bank
PO BOX 108
Saint Louis, MO 63166

Richard A Marshack (TR)
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(d)Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677-7601

(d)Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229-5410

End of Label Matrix
Mailable recipients    58
Bypassed recipients     3
Total                  61