| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Eric Marcus Neshanian (SBN 189022)<br>THE NESHANIAN LAW FIRM, INC.<br>5 Corporate Park, Ste 250<br>Irvine, CA 92606<br>Tel:    (714) 973-2600<br>Fax:   (714) 973-2601<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* The Neshanian Law Firm, Inc., creditor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br>Kristina Lynn Smith,<br><br><br><br><br>Debtor(s). | CASE NO.: 8:24-bk-12527-SC<br>CHAPTER: 7<br><br>**NOTICE OF OPPOSITION AND REQUEST FOR A HEARING** |
|---|---|

1. TO (*specify name*):  Richard A. Marshack, Chapter 7 Trustee

2. NOTICE IS HEREBY GIVEN that  The Neshanian Law Firm, Inc., creditor,
   a party in interest, hereby opposes the following request (*specify that which is opposed*):
   Trustee's Motion for : (1) Order Authorizing Sale of Real Property of Real Property located at 27591 Kathy Court, Laguna Niguel, California 92677 (A) Outside the Ordinary Course of Business; (B) Free and Clear of Liens Under 363(F); (C) Subject to Overbids and (D) for Determination [Dkt. 139]

3. This opposition is based upon the following grounds (*specify grounds*):
   1. Notice of the motion [Dkt. 140] did not propose that 11 USC 363(f)(3) was a basis for the relief requested instead stating at 2:15-17 that "all lienholders have expressly consented to the sale or the validity of their lien is disputed." This secured creditor did not consent to the sale nor can its the validity of its lien be reasonably challenged.
   2. The motion itself reflects that the aggregate value of all liens is not satisfied by the price at which the property is to be sold per 363(f)(3) such that the Trusee's reliance on the subsection is non-dispositive of whether or not to grant the Trustee authority to sell the real property free and clear of this secured creditor's judgment lien.
   3. while there is a split of authority regarding determination of aggregate value of all liens by the face value or economic value of the liens, there is no authority for determining the aggregate value of the liens using their asserted value. [see Dkt. 151]

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                    Page 1                         F 9013-1.3.OPPOSITION.REQ.HEARING

4. Attached hereto are the following documents in support of this opposition which are admissible under the Federal Rules of Evidence (*specify declarations and exhibits by name or description*):

   See Motion [Dkt. 139], Stipulation for Sale of Real Property Located at 27591 Kathy Court, Laguna Niguel, CA Free and Clear of Liens [Dkt. 129] and Order Approving Stipulation for Sale of Real Property Located at 27591 Kathy Court, Laguna Niguel, CA Free and Clear of Liens [Dkt. 130]

   Per the stipulation of the parties, the face value of Stegmeier, Gelbart, Schwartz and Benavente's lien attaching to Gomez's Share of Homestead Funds is $353,500.00 not $85,000.00 as currently stated in the motion. And, notwithstanding the discrepancy between these amounts in the stipulation and motion, the price at which the property is to be sold is not greater than the aggregate value of all secured claims.

5. ☐ (*Optional*) Attached hereto is a Memorandum of Points and Authorities upon which opposing party will rely.

6. Total number of attached pages of supporting documentation: _-0-_

Any reply to this opposition must be filed with the court and served on this opposing party not later than 7 days prior to the hearing on the motion.

WHEREFORE, the undersigned prays that this court deny the subject request and set this matter for a hearing.

Date: 01/28/2026

Respectfully submitted,

The Neshanian Law Firm, Inc.
Printed name of law firm

*/s/ [signature]*
Signature

Eric Marcus Neshanian, Esq.
Printed name

Attorney for: The Neshanian Law Firm, Inc., creditor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 2                    F 9013-1.3.OPPOSITION.REQ.HEARING

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5 Corporate Park, Ste. 250, Irvine, CA 92606

A true and correct copy of the foregoing document entitled (*specify*): _____
SECURED CREDITOR THE NESHANIAN LAW FIRM, INC.'S NOTICE OF OPPOSITION AND REQUEST FOR
HEARING
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/28/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/28/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   1. The Honorable Scott C. Clarkson, United States Bankruptcy Court, Central District of California, Ronald Reagan
   Federal Building and Courthouse, 411 W. 4th St., Ste. 5130, Courtroom 5C, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/28/2026 | Eric Marcus Neshanian, Esq. | /s/ Eric Neshanian |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

   David Coats on behalf of Creditor Wells Fargo Bank, N.A.
   dacoats@raslg.com

   Benjamin Heston on behalf of Creditor Jeffrey Adams Gomez
   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

   Richard G. Heston on behalf of Creditor Richard G Heston
   rheston@hestonlaw.com,
   yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

   Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

   Richard A Marshack (TR)
   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

   Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
   jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

   Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
   mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

   United States Trustee (SA)
   ustpregion16.sa.ecf@usdoj.gov

   Julie J Villalobos on behalf of Debtor Kristina Lynn Smith
   julie@oaktreelaw.com,
   oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

   Jennifer C Wong on behalf of Interested Party Courtesy NEF
   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                              F 9013-3.1.PROOF.SERVICE