YOSINA M. LISSEBECK (State Bar No. 201654)
yosina.lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
Counsel to the Chapter 7 Trustee,
Richard A. Marshack

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smith,<br><br>      Debtor. | Case No. 8:24-bk-12527-SC<br><br>Chapter 7<br><br>**TRUSTEE'S REPLY TO THE NESHANIAN LAW FIRM, INC.'S NOTICE OF OPPOSITION AND REQUEST FOR A HEARING [DK. 156]; DECLARATION OF YOSINA M. LISSEBECK**<br><br>Hearing:<br>Date:     February 17, 2026<br>Time:    11:00 a.m.<br>Place:   Courtroom 5C<br>         411 W Fourth St.<br>         Santa Ana, CA 92701<br>         via ZoomGov |

TO THE HONORABLE SCOTT C. CLARKSON AND PARTIES, AND THEIR COUNSEL OF RECORD:

On January 28, 2026, the Neshanian Law Firm Inc. ("Neshanian Law Firm") filed a Notice of Opposition and Request for a Hearing [Dk. 156] ("Fifth Objection") in response to Trustee's Motion For Order Authorizing Sale of Real Property Located At 27591 Kathy Court, Laguna Niguel, California 92677 (the "Property"): (a) Outside the Ordinary course of business; (b) Free and clear of liens under 363(f); (c) subject to overbids; And (d) for determination of Good faith purchaser under § 363(m) filed December 23, 2025 ("Motion") [Dk. 139]. The Fifth Objection raises no

///

1

1    argument that prevents the Court from granting Trustee the relief requested in the Motion for the

2    reasons discussed herein.

3    **A. Notice of Motion was Proper**

4    The Fifth Objection asserts that the Notice of Motion filed on December 23, 2025, as docket

5    140 ("Notice"), "did not propose that 11 USC 363(f)(3) was a basis for the relief requested."

6    Although the paragraph within the subsection of 11 U.S.C. § 363(f) was not contained in the Notice,

7    the title of the Motion itself, which was contained in the title of the Notice, makes clear that Trustee

8    is seeking to authority to sell real property "free and clear of liens under 363(f)."

9    With respect to the Neshanian Law Firm's judgment lien in particular, the Notice states that

10    the Property may be sold free and clear of the judgment lien . . . as addressed in the Motion." [Dk.

11    140, pg. 4, section d.iv.E]. [1] The Notice notifies readers, including the Neshanian Law Firm, that the

12    complete scope and terms of the relief are detailed in in the Motion and that a copy of the Motion

13    could be obtained by contacting Yosina Lissebeck and/or Jacob Bothamley, whose contact

14    information was provided therein. *Id*. at pg. 9:18-20.

15    Therefore, Notice of the Motion was proper.

16    **B. The Stegmeier, Gelbart, Schwartz and Benavente, LLP Lien Has an**

17    **Approximate Value of $85,000**

18    The Fifth Objection asserts that the value of the Stegmeier, Gelbart, Schwartz and

19    Benavente, LLP lien, as identified by paragraph 19 of the PTR, is $353,500.00, not $85,000.00.

20    While the PTR shows that this lien may have been valued at $353,500.00 at one point, Stegmeier,

21    Gelbart, Schwartz and Benavente, LLP has acknowledged during the pendency of this case that the

22    lien currently has an approximate value of $85,000. Declaration of Yosina Lissebeck ("Lissebeck

23    Declaration"), ¶ 4.

24    Additionally, on December 11, 2023, in Gomez's Chapter 13 bankruptcy case,[2] Stegmeier,

25    Gelbart, Schwartz and Benavente, LLP filed a proof of claim, Claim 35-1, which attached a

26    declaration of Saul Gelbart wherein he declared that the all that was remaining due in connection

27

28    [1] All Capitalized Terms have the same definition as in the underlying Motion to Approve Sale.
[2] Case No. 8:23-bk-12046-TA

2

with the $353,500 judgment, as of December 11, 2023, was $85,262.81. Lissebeck Declaration, ¶ 5; **Exhibit A**.

Notably, Stegmeier, Gelbart, Schwartz and Benavente, LLP filed no objection to the Motion.

Therefore, for purposes of this Motion and any necessary calculations, the value of the Stegmeier, Gelbart, Schwartz and Benavente, LLP lien is $85,000.

### C.  The Property May be Sold Pursuant to 11 U.S.C. § 363(f)(3)

The Fifth Objection asserts that the proposed sale price does not exceed the aggregate value of the liens on the Property. That assertion is based on an incorrect calculation. Section 363(f)(3) compares the sale price to the aggregate value of the liens encumbering the property, not exemptions or distribution interests. Excluding exemptions, the aggregate lien value is approximately $1,592,543.57. The proposed sale price of $1,800,000 ("Proposed Sale Price") exceeds that amount by approximately $207,456.43. Accordingly, the sale satisfies § 363(f)(3). The allocation tables below are illustrative only, but demonstrate that lienholders, including the Neshanian Law Firm, are adequately protected. Additionally, final distributions remain subject to further order of the Court.

All lienholders except the Neshanian Law Firm have consented to the sale of the Property pursuant to 11 U.S.C. § 363(f)(2). Independently, the sale price of the Property exceeds the aggregate value of all liens, satisfying subsection 11 U.S.C. § 363(f)(3) as well. Therefore, any interest the Neshanian Law Firm asserts it has is adequately protected.

The Trustee has proposed to treat the Neshanian Law Firm's lien in a manner identical to the consenting lienholders, such that no prejudice will accrue to any lienholder. The Neshanian Law Firm's lien will attach to Gomez's share of the Homestead proceeds according to appropriate priority, as set forth in the Motion. Contrary to the unsupported assertion in the Fifth Objection, the Proposed Sale Price of the Property will generate sufficient funds to protect the Neshanian Law Firm Lien. Given the purported priority of the Neshanian Law Firm lien, the Property may be sold free and clear of the Neshanian Law Firm lien pursuant to 11 U.S.C. § 363(f)(3). Moreover, no money will be disbursed until all liens priority and amount are adjudicated and further Court order is issued to the Trustee directing him to disburse those funds.

///

The Motion contains an estimated allocation of sale proceeds; however, the Trustee will reiterate the same here with updated figures and further description.

As noted, the Proposed Sale Price is $1,800,000, and under the distribution structure, the proceeds would be estimated to be first distributed as follows off the top:

| **Proposed Sale Price** | **$1,800,000** |
|---|---|
| Union Bank, N.A. | ($880,745.08)[3] |
| Trustee's Fees | ($48,250)[4] |
| Dinsmore & Shohl LLP Fees | ($95,000)[5] |
| Misc. Taxes and Costs | ($100,000)[6] |
| Broker Commission | ($72,000)[7] |
| **Remaining Balance** | **$604,004.92** |

From the remaining $604,004.92, the proceeds would be halved, representing Debtor's and Gomez's respective "homestead" exemption interests. In other words, the Debtor's Estate will receive approximately $302,002.46 and Gomez would receive the same share but has agreed per the Sale Stipulation that the Trustee will hold his share subject to certain liens which will attach with the same validity, priority, and extent. *See* Dk. 129, Sale Stipulation, pg. 5, ¶5.

From there, Debtor's share will be used to provide Debtor with $25,000 per the Sale Stipulation and the remainder of her share will be used to pay *her* liens encumbering the Property. Gomez's share will likewise be used to pay *his* liens encumbering the property.

///

///

///

///

---

[3] The Motion stated the mortgage amount was approximately $900,000, since then Trustee obtained a payoff statement which demanded $880,745.08.
[4] Trustee's Fees and Dinsmore & Shohl LLP's Fees are subject to a separately filed and noticed fee application and approval of the Court, and are only estimates.
[5] Dinsmore & Shohl LLP's fees continue to accrue.
[6] This estimated amount includes $26,622.33 in reimbursements to Gomez for maintenance on the Property
[7] Calculate at 6% with 2% of total commission carved out for Estate's unsecured creditors.

Accordingly, the Debtor's Liens and Gomez's Liens will be distributed as follows:

**Debtor's Share/Estate's Share Proposed Distribution**

| Item | Amount | Running Remainder |
|---|---|---|
| Debtor's/Estate's Share of Proceeds | $302,002.46 | $302,002.46 |
| Debtor | ($25,000) | $277,002.46 |
| Stegmeier, Gelbart, Schwartz and Benavente, LLP | ($300,000)[8] | ($22,997.54) |
| White Zuckerman Warsavsky Luna and Hunt, LLP (all items collectively, "Debtor's Liens") | ($77,396.19) | ($100,393.73) |

**Gomez's Share Proposed Distribution**

| Item | Amount | Running Remainder |
|---|---|---|
| Gomez's Share of Proceeds | $302,002.46 | $302,002.46 |
| Stegmeier, Gelbart, Schwartz and Benavente, LLP (FLARPL) | ($85,000) | $217,002.46 |
| The Neshanian Law Firm | ($98,229.59) | $118,772.87 |
| R&S Law Group (all item collectively, "Gomez's Liens") | ($158,172.71) | ($39,399.84) |

Of the lienholders above, Stegmeier, Gelbart, Schwartz, and Benavente, LLP, White Zuckerman Warsavsky Luna and Hunt, LLP, and R&S Law Group consented to this treatment and sale. The Neshanian Law Firm did not consent; however, they are oversecured as the sales proceeds adequately protect their interest. Nonetheless, under 11 U.S.C. 363(f)(3), the Trustee only need show that the sale price exceeds the aggregate of all liens against the property being sold. *Clear Channel Outdoor, Inc. v. Knupfer (In re PW, LLC)*, 391 B.R. 25, 41 (B.A.P. 9th Cir. 2008). Here, this requirement is satisfied as the Proposed Sale Price is approximately $207,456.43 in excess of the total amount of the aggregate of all liens as shown below.

| Lienholder | Amount |
|---|---|
| Union Bank, N.A. | $880,745.08 |
| Stegmeier, Gelbart, Schwartz and Benavente, LLP (FLARPL) | $85,000 |
| American Express National Bank | $0.00 |

---

[8] While the lienholder consented to the sale, the lien is also disputed as unsupported by evidence.

| American Express National Bank | $0.00 |
|---|---|
| The Neshanian Law Firm | $98,229.59 |
| Stegmeier, Gelbart, Schwartz and Benavente, LLP | $300,000.00 |
| R&S Law Group | $151,172.71 |
| White Zuckerman Warsavsky Luna and Hunt, LLP | $77,396.19 |
| **Total** | **$1,592,543.57** |
| **Proposed Sale Price** | **$1,800,000.00** |
| **Amount Above Aggregate of Liens** | **$207,456.43** |

Moreover, in a prior objection filed by the Neshanian Law Firm, it is asserted that their lien, as of January 1, 2026, is $106,708.22. *See* Dk. 143. Even if that were true, which Trustee does not concede and the Court need not decide in connection with this Motion, the Proposed Sale Price would still be greater than the aggregate of all liens.

<u>**CONCLUSION**</u>

For the reasons set forth herein and for those explained by the Trustee in its prior related filings, the Trustee submits that the Motion may and should be granted in its entirety.

Dated:  February 10, 2026                    Respectfully submitted,

DINSMORE & SHOHL LLP


By:  _/s/ Yosina M. Lissebeck_
       Yosina M. Lissebeck
       Counsel to the Chapter 7 Trustee,
       Richard A. Marshack

6

## **DECLARATION OF YOSINA M. LISSEBECK**

I, YOSINA M. LISSEBECK, declare:

1.   I am an attorney who is admitted to practice before this Court, and an attorney in the law firm Dinsmore & Shohl LLP, counsel to Richard A. Marshack, the Chapter 7 Trustee in the above-captioned bankruptcy case.

2.   I submit this declaration in support of this Reply to the Neshanian Law Firm, Inc.'s Notice of Opposition and Request for a Hearing [Dk. 156] ("Reply"). Defined terms in this Reply shall have the same meaning herein.

3.   Except as expressly stated otherwise, I have personal knowledge of the facts set forth below and could and would competently testify under oath thereto if requested to do so.

4.   I spoke with Saul Gelbart who informed me that the Stegmeier, Gelbart, Schwartz and Benavente, LLP lien, as identified by paragraph 19 of the PTR, is $85,000.00 not $353,500.00 as payments have been made.

5.   Additionally, on October 5, 2023, Jeffrey Adams Gomez filed a voluntary Chapter 13 petition. *See* Case No. 8:23-bk-12046-TA ("Gomez Case"). In the Gomez Case, on December 11, 2023, Stegmeier, Gelbart, Schwartz and Benavente, LLP filed a proof of claim, Claim 35-1, with respect to its lien, as identified by paragraph 19 ("Claim 35"). A true and correct copy of Claim 35 is attached hereto as **Exhibit A**. Claim 35 attaches a declaration of Saul Gelbart wherein he declares that the amount due in connection with the $353,500 judgment, as of December 11 2023, was $85,262.81 as payments had been made.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed on February 10, 2026.


*/s/ Yosina M. Lissebeck*
YOSINA M. LISSEBECK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

| Fill in this information to identify the case: |
|---|

Debtor 1    Jeffrey Gomez

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **Central District of California**

Case number:  **23−12046**

**FILED**

**U.S. Bankruptcy Court**
**Central District of California**

12/11/2023

**Kathleen J. Campbell, Clerk**

## Official Form 410
## Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

Stegmeier, Gelbart, Schwartz & Bena

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor    Stegmeier, Gelbart, Schwartz & Benavente, LLP

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Stegmeier, Gelbart, Schwartz & Bena

Name

19762 MacArthur Blvd., 2nd Floor
Irvine, CA 92612

Contact phone _____9493374050_____

Contact email ____sgelbart@sgsblaw.com____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

Where should payments to the creditor be sent? (if different)

Name

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☑ Yes. Who made the earlier filing?    Kristina Smith

Exhibit "A"
Page 9

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|--------------------------------------------------------------------|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?**

$ 85302.81     **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Order for Attorney's Fees & Costs in Orange County Superior Court Case No. 17D000590 (dissolution action)

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.     If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410−A) with this *Proof of Claim*.

☐ Motor vehicle

☑ Other. Describe:     Abstracts of Judgment

**Basis for perfection:**     Abstracts of Judgment

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**     $ _____

**Amount of the claim that is secured:**     $ 85302.81

**Amount of the claim that is unsecured:**     $ 0.00     (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**     $ 84648.51

**Annual Interest Rate** (when case was filed)     10     %

☑ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Official Form 410                     Proof of Claim                     page 2

Exhibit "A"

Page 10

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | | |
| --- | --- | --- | --- | --- |
| | | ☑ Yes. *Check all that apply:* | | **Amount entitled to priority** |

| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ 85302.81 |
| --- | --- | --- |
| | ☐ Up to $3,350 * of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150 *) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

| **The person completing this proof of claim must sign and date it. FRBP 9011(b).** | Check the appropriate box: |
| --- | --- |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☐ I am the creditor.<br>☑ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**<br>**18 U.S.C. §§ 152, 157 and 3571.** | I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date     12/11/2023
                              MM / DD / YYYY

/s/ Saul Gelbart

Signature

Print the name of the person who is completing and signing this claim:

| Name | Saul Gelbart |
| --- | --- |
| | First name    Middle name    Last name |
| Title | Managing Partner |
| Company | Stegmeier, Gelbart, Schwartz & Benavente, LLP |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 19762 MacArthur Blvd, Suite 200 |
| | Number   Street |
| | Irvine, CA 92612 |
| | City   State   ZIP Code |
| Contact phone | 9493374050          Email    sgelbart@sgsblaw.com |

Exhibit "A"
Page 11

1   Saul Gelbart, Esq.   SBN 100772
    STEGMEIER, GELBART,
2   SCHWARTZ & BENAVENTE, LLP
    19762 MacArthur Boulevard, Suite 200
3   Irvine. California 92612
    sgelbart@sgsblaw.com
4   Telephone: (949) 337-4050

5   Authorized Agent for Judgment Creditor,
    Stegmeier, Gelbart, Schwartz & Benavente, LLP
6

7

8               UNITED STATES BANKRUPTCY COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  In re the Marriage of            )   Case No. 8:23-bk-12046-TA
                                     )
12  Petitioner:   KRISTINA SMITH     )   DECLARATION OF SAUL GELBART
                                     )   ITEMIZING INTEREST, FEES, EXPENSES
13  and                              )   OR OTHER CHARGES [BANKRUPTCY
                                     )   RULE 3001(c)(2)(A)]
14                                   )
    Respondent:   JEFFREY ADAMS GOMEZ )
15                                   )
                                     )
16  _____ )

17       I, Saul Gelbart, declare that:

18

19       1.      I am an attorney duly licensed to practice law in the State of California.  I am the

20  Managing Partner of the law firm Stegmeier, Gelbart, Schwartz & Benavente, LLP ("SGSB"), which

21  is a judgment creditor in this action. SGSB has represented Kristina Smith ("Smith") in her

22  dissolution of marriage action (Orange County Superior Court Case No. 17D 00-05-90) against

23  Jeffrey Adams Gomez("Gomez").

24

25       2.      I have reviewed the records of SGSB to make the statements contained in this

26  declaration.  I am over the age of 18, am competent, and if called as a witness, could and would

27  testify to the facts stated herein.

28

                                        1

Declaration of Saul Gelbart Itemizing Interest, Fees, Expenses or
Other Charges [Bankruptcy Rule 3001(C)(2)(A)]                        Case No. 8:23-bk-12046-TA

4.      There has yet to be any Court determination or agreement regarding the characterization of certain real property in the dissolution action between Smith and Gomez.

5.      There has yet to be any determination by the Court regarding the validity or enforceability of the document entitled "Premarital Agreement."

6.      The family law court ordered Gomez to pay $353,500 in attorney's fees, costs, and discovery sanctions to SGSB on March 11, 2019 ($3,500 of the order was for discovery sanctions). A copy of this Order, entered March 14, 2019, is attached hereto as **Exhibit "A"** and incorporated herein by reference.

9.      The following payments (pennies have been omitted) have been received and allocated:

(a)    On July 31, 2019, $43,371 was received by SGSB from the sale of 271 Ashbury Lane, Upland, California. As "Ashbury" is presumptively community property, Gomez was credited with paying $21,686 to SGSB.

(b)    On August 5, 2019, $125,000 was received by SGSB from the sale of 951 East Home Street, Rialto, California. As "Home" is presumptively community property, Gomez was credited with paying $62,500 to SGSB.

(c)    On August 29, 2019, $2,500 was received by SGSB from the Moshtael Family Law (one of Gomez' prior attorneys) trust account. Gomez was credited with paying $2,500 to SGSB.

(d)    On July 2, 2020, $27,610 was received by SGSB from the sale of 404 South Rancho Avenue, San Bernardino, California. As "Rancho" is acknowledged to be the separate property of Gomez, Gomez was credited with paying $27,610 to SGSB.

////

2

1     (e) On August 3, 2020, $205,783 was received by SGSB from the sale of 12942

2       Chestnut Avenue, Rancho Cucamonga, California. As "Chestnut" is

3       acknowledged to be the separate property of Gomez, Gomez was credited with

4       paying $205,738 to SGSB.

5

6  10. On February 26, 2020, I provided Gomez with an email regarding the accounting of

7 the money received from the sales of "Ashbury" and "Home." A copy of said email is attached hereto

8 as **Exhibit "B"** and incorporated herein by reference.

9

10  11. On April 29, 2020, I provided Gomez' attorney (at the time) with an email regarding

11 the accounting of money received from Gomez. A copy of said email is attached hereto as **Exhibit**

12 **"C"** and incorporated herein by reference.

13

14  12. Writs of Execution were issued on February 6, 2020. Copies were provided to Gomez

15 and Gomez' attorney. Copies of said writs are attached hereto as **Exhibits "D," "E," and "F"** and

16 incorporated herein by reference.

17

18  12. Abstracts of Judgment were recorded in the counties of Orange, and San Bernardino,

19 and Riverside. Copies of said abstracts are attached hereto as **Exhibits "G," "H," and "I"** and

20 incorporated herein by reference.

21 ////

22

23 ////

24

25 ////

26

27 ////

28

3

14.     Attached hereto as **Exhibit "J"** is a ledger indicating that the amount due from Gomez to SGSB (regarding the 2019 Order for $353,500) as of December 11, 2023 is $85,262.81. It is acknowledged, as it has been acknowledged in the past to Gomez and his attorney, that the amount may be different if the Court ultimately determines that "Ashbury" and/or "Home" is/are the separate property of Gomez.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and that this declaration was executed on December 11, 2023, at Irvine, California.

SAUL GELBART

4

# EXHIBIT "A"

FL-340

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Saul Gelbart, Esq.    SBN 100772
STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP
19762 MacArthur Boulevard, Suite 200
Irvine, California 92612
TELEPHONE NO. (949) 337-4050        FAX NO. *(Optional)* (949) 337-4059
E-MAIL ADDRESS *(Optional):* sgelbart@sgsblaw.com
ATTORNEY FOR *(Name):* Kristina Smith

**FOR COURT USE ONLY**
ORIGINAL

**ELECTRONICALLY FILED**
Superior Court of California
County of Orange
Lamoreaux Justice Center
3/14/2019 9:03 AM
David H. Yamasaki, Clerk of the Court
By: T. Thomas, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 341 The City Drive South
MAILING ADDRESS: P.O. Box 14170
CITY AND ZIP CODE: Orange, California 92868-3205
BRANCH NAME: Lamoreaux Justice Center

PETITIONER/PLAINTIFF: KRISTINA SMITH

RESPONDENT/DEFENDANT: JEFFREY ADAMS GOMEZ

OTHER PARTY:

**FINDINGS AND ORDER AFTER HEARING**

CASE NUMBER:
17 D 00-05-90

---

1. This proceeding was heard    At Private Dispute Resolution Services, 611 Anton Blvd., Suite 500, Costa Mesa, CA 92626
   on *(date):* January 23, 2019    at *(time):* 9:00 a.m.    ☒☒ Dept.:    Room:
   by Judge *(name):* David S. Weinberg, Commissioner (Ret.)    ☐ Temporary Judge    by *(name):* Kristina Smith
   On the order to show cause, notice of motion or request for order heard *(date):* 1/24/17
   a. ☒ Petitioner/plaintiff present    ☒ Attorney present *(name):* Douglas A. Hatherley, Esq.
   b. ☒ Respondent/defendant present    ☒ Attorney present *(name):* Amy Neshanian, Esq.
   c. ☐ Other party present    ☐ Attorney present *(name):*

**THE COURT ORDERS**

2. Custody and visitation/parenting time:    As attached    ☐ on form FL-341    ☐ Other    ☒ Not applicable

3. Child support:    As attached    ☐ on form FL-342    ☐ Other    ☒ Not applicable

4. Spousal or family support:    As attached    ☐ on form FL-343    ☐ Other    ☒ Not applicable

5. Property orders:    As attached    ☐ on form FL-344    ☐ Other    ☒ Not applicable

6. Attorney's fees    As attached    ☐ on form FL-346    ☒ Other    ☐ Not applicable

7. Other orders:    ☒ As attached    ☐ Not applicable

8. All other issues are reserved until further order of court.

9. ☐ This matter is continued for further hearing on *(date):*    at *(time):*    in Dept.:
   on the following issues:

Date: February __, 2019

▶ (See Attachment "7")
Approved as conforming to court order.
JUDICIAL OFFICER

▶ (See Attachment "7")
SIGNATURE OF ATTORNEY FOR    ☐ PETITIONER/PLAINTIFF    ☐ RESPONDENT/DEFENDANT    ☐ OTHER PARTY

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FL-340 [Rev. January 1, 2012]

**FINDINGS AND ORDER AFTER HEARING**
(Family Law—Custody and Support—Uniform Parentage)

www.courts.ca.gov

CEB® Essential
ceb.com Forms®

Attachment "7" to Findings and Order After Hearing
Orange County Superior Court Case No. 17 D 00-05-90
Marriage of Smith and Gomez

---

## Findings

The Court makes the following findings:

On January 24, 2017 the Petitioner filed an RFO requesting, among other items of relief, a contribution toward her attorney fees and costs in this litigation. For a variety of reasons, a determination of this request has been deferred. In the interim the parties engaged in a lengthy and costly custody trial. That trial recently concluded.

Additionally, the Court had taken under submission the Petitioner's request for fees and costs in connection with the discovery motions brought and heard on January 23, 2019.

The issues of attorney fees and costs, (interim request and motions), having been submitted, the Court now finds and orders as contained herein below.

As to the fees and costs related to the motions brought by the Petitioner, the Court finds the Respondent was untimely in providing the requested discovery. Moreover, he lodged objections that were not well grounded to some of the requests and did not provide the information sought by the discovery.

The Court finds the Respondent did not act with the necessary substantial justification in resisting this discovery and these motions. Thus, the Court grants the fee request in connection with the discovery motions in the total sum of $3,500.

Turning to the Petitioner's interim fee request made January 24, 2017, in making the determinations herein, the Court has given consideration to F.C. 2030-32 et seq., as well as FC 4320 and all other statutory and decisional authority governing these issues. The basis of this request is framed upon the parties need and ability to underwrite the reasonable fees and costs in connection with this litigation.

////

1

---

Attachment "7" to Findings and Order After Hearing
Orange County Superior Court Case No. 17 D 00-05-90
Marriage of Smith and Gomez

First, after reviewing the billing statements in consideration of the arguments made, the Court finds the fees incurred for the work performed was reasonable (see In Re Marriage of Keech). There was no competent evidence even suggestive that the fees incurred by the Petitioner are unreasonable.

The Court is confident that at the outset of this dissolution neither party anticipated the enormous time and/or litigation costs that would be consumed to date. Significant issues remain unresolved in this case.

The Petitioner has not worked outside the home for the last ten years. And since the birth of the party's twin girls in 2011, she has principally devoted her time and effort to caring for the home and the children's welfare.

The Respondent has been continuously employed throughout the marriage. Before and after the Respondent was medically discharged from his position as a fire captain, he invested in real estate, some of which he characterizes in his asset disclosures as separate property. Most of those real estate holdings are debt free.

This is a marriage of approximately 13 years, defined as a marriage of long duration under the family code (see FC 4336). Despite being medically retired, the Respondent offered no evidence that he suffers any impediments to full time employment, and appears to have been so employed without interruption.

The Petitioner is 48, the Respondent is 54. The Petitioner appears to be in good general health and other than providing the most primary care for the parties children there are no known restrictions to her engaging in employment.

By stipulation, the Court received in evidence all income and expense declarations filed by the parties, the Petitioner's attorney billing statements, the declarations of attorney Saul Gelbart and forensic accountant Drew Hunt as well as other pertinent information.

2

1   Attachment "7" to Findings and Order After Hearing
2   Orange County Superior Court Case No. 17 D 00-05-90
    Marriage of Smith and Gomez
3

4          The evidence showed that the Petitioner has had to borrow funds, principally from her
5   parents, to fund this litigation. She has paid more than $400,000 in fees and costs. She owes in excess
6   of $100,000. There will be fees and costs for work yet to be performed. No prior fee order has been
7   made.

8          The evidence introduced showed the Respondent, throughout this litigation, has also
9   engaged in some borrowing to fund this litigation. His most recent Income and Expense Declaration
10  dated January 2, 2019, if believed, shows he has paid his attorneys more than $350,000 and litigation
11  costs of over $150,000 to date. Thus, he has paid, free of loan, more than $500,000 in fees and costs
12  to date.

13         To be clear, the Respondent does have some remaining unpaid fees and costs outstanding.
14  Additionally, he has some personal and consumer debt for fees paid from borrowed funds. He did not
15  offer a persuasive explanation of how he was able to meet these obligations when viewed with
16  reference to the income and expense declarations he previously filed.

17         Currently, his forensic accountant offered his report indicating that the Respondent's
18  monthly income for 2016 was $12,004, 2017 was $12,731 and the six months ending May 31, 2018
19  was $11,739. This report was prepared almost exclusively based upon the information provided by
20  the Respondent without audit. The Court gives little weight to the conclusions found in the report
21  as being based upon unreliable information.

22         When asked in his deposition on August 1, 2017, the Respondent indicated his then current
23  net worth as "probably 8 million".

24         The Respondent has paid his professionals the overwhelming majority of the fees he has
25  incurred while the Petitioner has had to rely almost solely on borrowed funds from family.

26         The Respondent, under oath admitted that he, and the community, have approximately ten
27  pieces of real property that are debt free. One of the properties is currently being listed for sale to
28                                                  3

Attachment "7" to Findings and Order After Hearing          OCSC Case No. 17 D 00-05-90

Attachment "7" to Findings and Order After Hearing
Orange County Superior Court Case No. 17 D 00-05-90
Marriage of Smith and Gomez

satisfy an obligation to the FTC (Federal Trade Commission) in the sum of 1.25 million that resulted from the Respondent's post separation conduct. It is thought that the sale of this property should satisfy most of the total sum due the FTC. Thus, the liquidation of one or more of the other properties to generate funds to level the field in underwriting the fees and costs in this litigation appears a reasonable and necessary option if other means are not employed.

The Court finds the evidence is clear the Respondent has the greater ability to underwrite attorney's fees and costs and there is a demonstrated substantial disparity in access to funds to have retained and maintained counsel.

Further, the Petitioner has clearly demonstrated a need for a substantial contribution to her overall fees and costs.

////

////

////

////

////

////

////

4

Attachment "7" to Findings and Order After Hearing                    OCSC Case No. 17 D 00-05-90

1  Attachment "7" to Findings and Order After Hearing
2  Orange County Superior Court Case No. 17 D 00-05-90
   Marriage of Smith and Gomez
3

4                          Orders

5  1.    As and for fees relating to discovery, the Court orders Respondent to pay $3,500, forthwith,

6        to Stegmeier, Gelbart, Schwartz & Benavente, LLP.

7

8  2.    The Court orders Respondent to pay, forthwith, to Stegmeier, Gelbart, Schwartz &

9        Benavente, LLP, attorney fees of $275,000 and costs of $75,000.

10

11

12  APPROVED AS TO FORM AND CONTENT:

13

14                          THE NESHANIAN LAW FIRM, INC.

15

16  Dated: _____
17                          AMY NESHANIAN

18
    IT IS SO ORDERED.
19

20

21  THE HONORABLE DAVID S. WEINBERG            Dated: 3/11/19
22  COMMISSIONER OF THE SUPERIOR COURT (RET.)

23

24

25

26

27

28                          5

# EXHIBIT "B"

**From:** Saul Gelbart
**Sent:** Wednesday, February 26, 2020 9:44 AM
**To:** Jeffrey Adams <jeff@jeffadams.com>
**Subject:** Smith & Gomez - accounting

Mr. Gomez,

I changed my mind, got into work early, and reviewed the accounting on your obligation to this office.

At the end of July 2019, escrow disbursed $43,371.11 to our office from the sale of "Ashbury." As Ashbury has not been confirmed as your separate property, the disbursement was treated as a payment from a community source, so your obligation to our office was credited by $21,685.56, which is one-half of the disbursement from escrow.

In August 2019, escrow disbursed $125,000 to our office from the sale of "Home." As Home has not been confirmed as your separate property, the disbursement was treated as a payment from a community source, so your obligation to our office was credited by $62,500, which is one-half of the disbursement from escrow.

If it turns out that a judicial determination is made that modifies the community's interest in either of the above properties, we will adjust the credits and interest thereon. Getting to the point of such a judicial determination is under your control. **You have intimated that you have an accountant who can prove the separate property nature of Home. If you do, please send me whatever documentation upon which the accountant has relied to arrive at such a conclusion. We are not in a position to pay for our accountant to do any work at this time.**

I believe that this email serves as the only accounting that is possible at this time.

*Saul Gelbart, Esq.* | Partner
Certified Family Law Specialist
Fellow, American Academy of Matrimonial Lawyers
Fellow, International Academy of Family Lawyers
Diplomate, The American College of Family Trial Lawyers



STEGMEIER
GELBART
SCHWARTZ
BENAVENTE

19762 MacArthur Boulevard, Suite 200 | Irvine, California 92612
Tel: 949.337.4050 | Fax: 949.337.4059 | www.sgsblaw.com

Exhibit "A"
Page 24

# EXHIBIT "C"

**From:** Saul Gelbart
**Sent:** Wednesday, April 29, 2020 2:58 PM
**To:** Michelle Sherwood <attorneys@randslawgroup.com>
**Subject:** Smith & Gomez

Michelle,

I am leaving the office for the day and decided the accounting desired by Mr. Gomez should be sent to you, as it is part of the concept of settlement.

Irrespective of Mr. Gomez' "3rd Request" for an accounting, attached is the response I provide to him on February 26, 2020. In addition to the $21,685.56 credit from the sale of "Ashbury" and a $62,500 credit from the sale of "Home" (subject to a greater credit if "Home" is later determined to be Mr. Gomez' separate property), there was also a $2,500 credit last summer when we levied against Mr. Moshtael's trust account.

Respectfully,

Saul

Exhibit "A"
Page 26

# EXHIBIT "D"

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Eric J. Sather, Esq.    SBN 327104 | | |

FIRM NAME: STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP
STREET ADDRESS: 19762 MacArthur Boulevard, Suite 200
CITY: Irvine    STATE: CA    ZIP CODE: 92612
TELEPHONE NO.: (949) 337-4050    FAX NO.: (949) 337-4059
E-MAIL ADDRESS: esather@sgsblaw.com
ATTORNEY FOR (name): Kristina Smith

[X] ORGINAL JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   ORANGE
STREET ADDRESS: 341 The City Drive South
MAILING ADDRESS: P.O. Box 14170
CITY AND ZIP CODE: Orange, California 92868-3205
BRANCH NAME: Lamoreaux Justice Center

Plaintiff: KRISTINA SMITH
Defendant: JEFFREY ADAMS GOMEZ

CASE NUMBER: 17 D 00-05-90

| WRIT OF | [X] EXECUTION (Money Judgment)    (Orange County) | [ ] Limited Civil Case (including Small Claims) |
|---|---|---|
| | [ ] POSSESSION OF    [ ] Personal Property | [X] Unlimited Civil Case Family Law fee |
| | [ ] SALE    [ ] Real Property | (including Family and Probate) award |

1. **To the Sheriff or Marshal of the County of:**   Orange
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.

3. (Name):  STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP
   is the [X] original judgment creditor    [ ] assignee of record  whose address is shown on this form above the court's name.

4. Judgment debtor (name, type of legal entity if not a natural person, and last known address):

   JEFFREY ADAMS GOMEZ
   P.O. Box 1718
   Upland, California 91785

   [ ] Additional judgment debtors on next page

5. Judgment entered on (date):
   March 11, 2019 (filed March 14, 2019)
6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
   For Items 11–17, see form MC-012 and form MC-013-INFO

| 11. Total judgment (as entered or renewed) | $ | 353,500.00 |
|---|---|---|
| 12. Costs after judgment (CCP 685.090) | $ | 0.00 |
| 13. Subtotal (add 11 and 12) | $ | 353,500.00 |
| 14. Credits to principal (after credit to interest) | $ | 86,685.56 |
| 15. Principal remaining due (subtract 14 from 13) | $ | 266,814.44 |
| 16. Accrued Interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | 25,478.90 |
| 17. Fee for issuance of writ | $ | 40.00  25.00  AV |
| 18. Total (add 15, 16, and 17) | $ | 292,318.34 <br> 292,333.34  AV |

19. Levying officer:
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees)    $ 73.10
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i))    $ 0.00

20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor in Attachment 20.

[SEAL]
SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE

DAVID H. YAMASAKI

Issued on (date):  FEB 0 6 2020    Clerk, by _____ , Deputy

A. VAN

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2018]

CEB Essential Forms
ceb.com

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

EJ-130

| Plaintiff: **KRISTINA SMITH** | CASE NUMBER: |
| Defendant: **JEFFREY ADAMS GOMEZ** | 17 D 00-05-90 |

21. ☐ Additional judgment debtor *(name, type of legal entity if not a natural person, and last known address):*

22. ☐ Notice of sale has been requested by *(name and address):*

23. ☐ Joint debtor was declared bound by the judgment (CCP 989–994)

a. on *(date):*

b. name, type of legal entity if not a natural person, and last known address of joint debtor:

a. on *(date):*

b. name, type of legal entity if not a natural person, and last known address of joint debtor:

c. ☐ Additional costs against certain joint debtors are itemized:  ☐ Below  ☐ On Attachment 23c

24. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

a. ☐ Possession of real property: The complaint was filed on *(date):*
(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)

(1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

(2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.

(3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a Claim of Right to Possession at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a Prejudgment Claim of Right to Possession was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

(4) If the unlawful detainer resulted from a foreclosure (item 24a(3)), or if the Prejudgment Claim of Right to Possession was not served in compliance with CCP 415.46 (item 24a(2)), answer the following:

(a) The daily rental value on the date the complaint was filed was $

(b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

b. ☐ Possession of personal property.
☐ If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described:  ☐ Below  ☐ On Attachment 24e

---

EJ-130 [Rev. January 1, 2018]

CEB® | Essential [p]Forms

**WRIT OF EXECUTION**

Page 2 of 3

SMITH, KRISTINA Exhibit "A"

Page 29

EJ-130

| Plaintiff: **KRISTINA SMITH** | CASE NUMBER: |
|---|---|
| Defendant: **JEFFREY ADAMS GOMEZ** | 17 D 00-05-90 |

### NOTICE TO PERSON SERVED

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

EJ-130 [Rev. January 1, 2018]                    **WRIT OF EXECUTION**                    Page 3 of 3

CEB® | Essential
ceb.com | 📄 Forms

SMITH, KRISTINA
Exhibit "A"
Page 30

# EXHIBIT "E"

Exhibit "A"
Page 31

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|

NAME: Eric J. Sather, Esq.    SBN 327104
FIRM NAME: STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP
STREET ADDRESS: 19762 MacArthur Boulevard, Suite 200
CITY: Irvine    STATE: CA    ZIP CODE: 92612
TELEPHONE NO.: (949) 337-4050    FAX NO.: (949) 337-4059
E-MAIL ADDRESS: esather@sgsblaw.com
ATTORNEY FOR (name): Kristina Smith

[X] ORIGINAL JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 341 The City Drive South
MAILING ADDRESS: P.O. Box 14170
CITY AND ZIP CODE: Orange, California 92868-3205
BRANCH NAME: Lamoreaux Justice Center

Plaintiff: KRISTINA SMITH
Defendant: JEFFREY ADAMS GOMEZ

CASE NUMBER: 17 D 00-05-90

| WRIT OF | [X] EXECUTION (Money Judgment)    (Orange County) | [ ] Limited Civil Case (including Small Claims) |
|---|---|---|
| | [ ] POSSESSION OF    [ ] Personal Property | [X] Unlimited Civil Case |
| | [ ] SALE    [ ] Real Property | (including Family and Probate) |

1. To the Sheriff or Marshal of the County of: Orange
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.

3. (Name): KRISTINA SMITH
   is the [X] original judgment creditor    [ ] assignee of record    whose address is shown on this form above the court's name.

4. Judgment debtor (name, type of legal entity if not a natural person, and last known address):

   ⌐ JEFFREY ADAMS GOMEZ ¬
   P.O. Box 1718
   Upland, California 91785
   L                              ⌐

   [ ] Additional judgment debtors on next page

5. Judgment entered on (date):
   September 13, 2016
6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.

For Items 11–17, see form MC-012 and form MC-013-INFO

| 11. Total judgment (as entered or renewed) | $ | 50,000.00 |
| 12. Costs after judgment (CCP 685.090) | $ | 0.00 |
| 13. Subtotal (add 11 and 12) | $ | 50,000.00 |
| 14. Credits to principal (after credit to interest) | $ | 2,000.00 |
| 15. Principal remaining due (subtract 14 from 13) | $ | 48,000.00 |
| 16. Accrued Interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | 2,392.60 |
| 17. Fee for issuance of writ | $ | 40.00  25.00 ⋀ |
| 18. Total (add 15, 16, and 17) | $ | 52,432.60  50,417.60 ⋀ |

19. Levying officer:
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) .......... $ 13.15
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) .......... $ 0.00

20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

DAVID H. YAMASAKI    A. VAN

Issued on (date): FEB 0 6 2020    Clerk, by _____, Deputy

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2018]

[CEB] Essential
ceb.com [F] Forms™

WRIT OF EXECUTION

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| Plaintiff: | KRISTINA SMITH | CASE NUMBER: |
|---|---|---|
| Defendant: | JEFFREY ADAMS GOMEZ | 17 D 00-05-90 |

21. ☐ Additional judgment debtor *(name, type of legal entity
if not a natural person, and last known address):*

22. ☐ Notice of sale has been requested by *(name and address):*

23. ☐ Joint debtor was declared bound by the judgment (CCP 989–994)
   a. on *(date):*
   b. name, type of legal entity if not a natural person, and
      last known address of joint debtor:

   a. on *(date):*
   b. name, type of legal entity if not a natural person, and
      last known address of joint debtor:

   c. ☐ Additional costs against certain joint debtors are itemized: ☐ **Below** ☐ **On Attachment 23c**

24. ☐ (Writ of Possession or Writ of Sale) Judgment was entered for the following:
   a. ☐ Possession of real property: The complaint was filed on *(date):*
      *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

     (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The judgment includes
         all tenants, subtenants, named claimants, and other occupants of the premises.

     (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.

     (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
         judgment may file a Claim of Right to Possession at any time up to and including the time the levying officer returns
         to effect eviction, regardless of whether a Prejudgment Claim of Right to Possession was served.) *(See CCP 415.46
         and 1174.3(a)(2).)*

     (4) If the unlawful detainer resulted from a foreclosure (item 24a(3)), or if the Prejudgment Claim of Right to Possession was
        not served in compliance with CCP 415.46 (item 24a(2)), answer the following:

       (a) The daily rental value on the date the complaint was filed was $
       (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

   b. ☐ Possession of personal property.
      ☐ If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. The property is described: ☐ **Below** ☐ **On Attachment 24e**

SMITH, KRISTINA Exhibit "A"
Page 33

EJ-130

| Plaintiff: KRISTINA SMITH | CASE NUMBER: |
| Defendant: JEFFREY ADAMS GOMEZ | 17 D 00-05-90 |

### NOTICE TO PERSON SERVED

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

EJ-130 [Rev. January 1, 2016]

CEB | Essential
ceb.com | Forms

**WRIT OF EXECUTION**

Page 3 of 3

SMITH, KRISTINA Exhibit "A"
Page 34

EXHIBIT "F"

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Eric J. Sather, Esq.    SBN 327104 | | |

FIRM NAME: STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP
STREET ADDRESS: 19762 MacArthur Boulevard, Suite 200
CITY: Irvine   STATE: CA   ZIP CODE: 92612
TELEPHONE NO.: (949) 337-4050   FAX NO.: (949) 337-4059
E-MAIL ADDRESS: esather@sgsblaw.com
ATTORNEY FOR (name): Kristina Smith

[X] ORGINAL JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   ORANGE
STREET ADDRESS: 341 The City Drive South
MAILING ADDRESS: P.O. Box 14170
CITY AND ZIP CODE: Orange, California 92868-3205
BRANCH NAME: Lamoreaux Justice Center

| Plaintiff: KRISTINA SMITH | CASE NUMBER: |
|---|---|
| Defendant: JEFFREY ADAMS GOMEZ | 17 D 00-05-90 |

| WRIT OF | [X] EXECUTION (Money Judgment)   (Orange County) | [ ] Limited Civil Case (including Small Claims) |
|---|---|---|
| | [ ] POSSESSION OF   [ ] Personal Property | [X] Unlimited Civil Case |
| | [ ] SALE   [ ] Real Property | (including Family and Probate) |

1. To the Sheriff or Marshal of the County of:   Orange
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.

3. (Name):   KRISTINA SMITH
   is the [X] original judgment creditor   [ ] assignee of record   whose address is shown on this form above the court's name.

4. Judgment debtor (name, type of legal entity if not a natural person, and last known address):

   JEFFREY ADAMS GOMEZ
   P.O. Box 1718
   Upland, California 91785

   [ ] Additional judgment debtors on next page

5. Judgment entered on (date):
   October 4, 2017
6. [ ] Judgment renewed on (dates):

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
    For Items 11–17, see form MC-012 and form MC-013-INFO

| 11. Total judgment (as entered or renewed) | $ | 7,500.00 |
|---|---|---|
| 12. Costs after judgment (CCP 685.090) | $ | 0.00 |
| 13. Subtotal (add 11 and 12) | $ | 7,500.00 |
| 14. Credits to principal (after credit to interest) | $ | 0.00 |
| 15. Principal remaining due (subtract 14 from 13) | $ | 7,500.00 |
| 16. Accrued Interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | 715.07 |
| 17. Fee for issuance of writ | $ | 40.00  ~~25.00~~  N |
| 18. Total (add 15, 16, and 17) | $ | 8255.07  ~~8,240.07~~  AV |

7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees)   $   2.05
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i))   $   0.00

20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated, for each debtor on Attachment 20.

[SEAL]   DAVID H. YAMASAKI

Issued on (date):   FEB 0 6 2020   Clerk, by _____ A. VAN, Deputy

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2016]

CEB | Essential Forms
ceb.com

WRIT OF EXECUTION

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

EJ-130

| Plaintiff: **KRISTINA SMITH** | CASE NUMBER: |
|---|---|
| Defendant: **JEFFREY ADAMS GOMEZ** | 17 D 00-05-90 |

**21.** ☐ Additional judgment debtor *(name, type of legal entity if not a natural person, and last known address):*

**22.** ☐ Notice of sale has been requested by *(name and address):*

**23.** ☐ Joint debtor was declared bound by the judgment (CCP 989–994)
a. on *(date):*                                     a. on *(date):*
b. name, type of legal entity if not a natural person, and      b. name, type of legal entity if not a natural person, and
   last known address of joint debtor:                last known address of joint debtor:

c. ☐ Additional costs against certain joint debtors are itemized:   ☐ Below   ☐ On Attachment 23c

**24.** ☐ (Writ of Possession or Writ of Sale) Judgment was entered for the following:
a. ☐ Possession of real property: The complaint was filed on *(date):*
   *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

   (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

   (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.

   (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a Claim of Right to Possession at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a Prejudgment Claim of Right to Possession was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

   (4) If the unlawful detainer resulted from a foreclosure (item 24a(3)), or if the Prejudgment Claim to Possession was not served in compliance with CCP 415.46 (item 24a(2)), answer the following:

   (a) The daily rental value on the date the complaint was filed was $
   (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

b. ☐ Possession of personal property.
   ☐ If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
c. ☐ Sale of personal property.
d. ☐ Sale of real property.
e. The property is described:   ☐ Below   ☐ On Attachment 24e

---

EJ-130 [Rev. January 1, 2018]                          **WRIT OF EXECUTION**                          Page 2 of 3

CEB | Essential
ceb.com | Forms

**EJ-130**

| | | |
|---|---|---|
| Plaintiff: | **KRISTINA SMITH** | **CASE NUMBER:** |
| Defendant: | **JEFFREY ADAMS GOMEZ** | **17 D 00-05-90** |

### NOTICE TO PERSON SERVED

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

**WRIT OF EXECUTION**

CEB® | Essential
ceb.com | CEB Forms™

SMITH, KRISTINA
Exhibit "A"
Page 38

# EXHIBIT "G"

Exhibit "A"
Page 39

RECORDING REQUESTED BY
Douglas A. Hatherely, Esq.

**WHEN RECORDED MAIL TO**

| | |
|---|---|
| NAME | STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP |
| MAILING ADDRESS | 19762 MacArthur Boulevard, Suite 200 |
| CITY, STATE | Irvine, California |
| ZIP CODE | 92612 |

**Recorded in Official Records, Orange County**
**Hugh Nguyen, Clerk-Recorder**

100.00

* S R 0 0 1 0 7 3 4 3 5 8 $ *
2019000102304 1:12 pm 04/01/19
105 417 A03  3
0.00 0.00 0.00 0.00 6.00 10.00 0.000.0075.00 3.00

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS

EJ-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>*After recording, return to:*<br>Douglas A. Hatherley, Esq.   SBN 265230<br>STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP<br>19762 MacArthur Boulevard, Suite 200<br>Irvine, California 92612<br>TEL NO.: (949) 337-4050   FAX NO. *(optional):* (949) 337-4059<br>E-MAIL ADDRESS *(Optional):* dhatherley@sgsblaw.com<br>☐ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE<br>**STREET ADDRESS:** 341 The City Drive South<br>**MAILING ADDRESS:** P.O. Box 14170<br>**CITY AND ZIP CODE:** Orange, California 92868-3205<br>**BRANCH NAME:** Lamoreaux Justice Center | *FOR RECORDER'S USE ONLY* |
| **PLAINTIFF:** KRISTINA SMITH<br>**DEFENDANT:** JEFFREY ADAMS GOMEZ | **CASE NUMBER:**<br>17 D 00-05-90 |
| **ABSTRACT OF JUDGMENT - CIVIL**   *(Orange County)*<br>**AND SMALL CLAIMS**   ☐ Amended | *FOR COURT USE ONLY* |

*ABSTRACT ISSUED*

*MAR 2 8 2019*

1. The ☒ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address

   ┌ Jeffrey Adams Gomez
    271 Ashbury Lane
    Upland, California 91784 ┐

   └                                           ┘

   b. Driver's license no. [last 4 digits] and state:   ☒ Unknown
   c. Social security no. [last 4 digits]: xxx-xx-0812   ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Respondent, Jeffrey Adams Gomez, Lamoreaux Justice Center, 341 The City Drive South, California
      92868 (7th floor in front of Clerk's Office).

2. ☐ Information on additional judgment debtors is
   shown on page 2.
3. Judgment creditor *(name and address):*
   STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP
   19762 MacArthur Boulevard, Suite 200
   Irvine, California 92612

4. ☐ Information on additional judgment creditors is
   shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: March 25, 2019
DOUGLAS A. HATHERLEY, ESQ.
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $           353,500
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 03/11/19 (filed 03/14/19)
   b. Renewal entered on *(date):*
9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until
       *(date):*

12. a. ☒ I certify that this is a true and correct abstract of
       the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

This abstract issued on *(date):*
MAR 2 8 2019
DAVID H. YAMASAKI Clerk, by DANIELLE YI , Deputy

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. July 1, 2014] | CEB Essential Forms<br>ceb.com | **ABSTRACT OF JUDGMENT - CIVIL**<br>**AND SMALL CLAIMS** | Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674, 700.190 |

| | |
|---|---|
| PLAINTIFF: **KRISTINA SMITH**<br>DEFENDANT: **JEFFREY ADAMS GOMEZ** | COURT CASE NO:<br>17 D 00-05-90 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*      14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.     Name and last known address      17.     Name and last known address

Driver's license no. [last 4 digits] and state:    Driver's license no. [last 4 digits] and state:

☐ Unknown      ☐ Unknown

Social security no. [last 4 digits]:  ☐ Unknown    Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address):*    Summons was personally served at or mailed to *(address):*

18.     Name and last known address      19.     Name and last known address

Driver's license no. [last 4 digits] and state:    Driver's license no. [last 4 digits] and state:

☐ Unknown      ☐ Unknown

Social security no. [last 4 digits]:  ☐ Unknown    Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address):*    Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev July 1, 2014]
CEB | Essential
ceb.com | Forms

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

SMITH, KRISTINA

Page 2 of 2

Exhibit "A"
Page 42

# EXHIBIT "H"

RECORDING REQUESTED BY
Douglas A. Hatherley, Esq.
AND WHEN RECORDED MAIL DOCUMENT TO:

NAME STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP

STREET ADDRESS 19762 MacArthur Blvd, Suite 200

CITY, STATE & ZIP CODE Irvine, California 92612

Recorded in Official Records, County of San Bernardino         4/01/2019
1:39 PM
**BOB DUTTON**                                                 GA
ASSESSOR – RECORDER – CLERK                                    SAN

P Counter



Doc#    2019–0099096

| | Titles | 1 | Pages | 3 |
|---|---|---|---|---|
| Fees | | | | 33.00 |
| Taxes | | | | 0.00 |
| CA SB2 Fee | | | | 75.00 |
| Others | | | | 0.00 |
| Paid | | | | $108.00 |

SPACE ABOVE FOR RECORDER'S USE ONLY

## ABSTRACT OF JUDGMENT-CIVIL AND SMALL CLAIMS

Title of Document

# THIS AREA FOR RECORDER'S USE ONLY

THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*

After recording, return to:
Douglas A. Hatherley, Esq.   SBN 265230
STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP
19762 MacArthur Boulevard, Suite 200
Irvine, California 92612

TEL NO.: (949) 337-4050   FAX NO. *(optional)*: (949) 337-4059
E-MAIL ADDRESS *(Optional)*: dhatherley@sgsblaw.com

☐ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
**STREET ADDRESS:** 341 The City Drive South
**MAILING ADDRESS:** P.O. Box 14170
**CITY AND ZIP CODE:** Orange, California 92868-3205
**BRANCH NAME:** Lamoreaux Justice Center

**PLAINTIFF:** KRISTINA SMITH
**DEFENDANT:** JEFFREY ADAMS GOMEZ

**ABSTRACT OF JUDGMENT - CIVIL** (San Bernardino County)
**AND SMALL CLAIMS**   ☐ Amended

*FOR RECORDER'S USE ONLY*

**CASE NUMBER:** 17 D 00-05-90

*FOR COURT USE ONLY*

ABSTRACT ISSUED

MAR 2 8 2019

1. The ☒ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌ Jeffrey Adams Gomez
        271 Ashbury Lane
        Upland, California 91784
      └
   b. Driver's license no. [last 4 digits] and state:   ☒ Unknown
   c. Social security no. [last 4 digits]: xxx-xx-0812   ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Respondent, Jeffrey Adams Gomez, Lamoreaux Justice Center, 341 The City Drive South, California
      92868 (7th floor in front of Clerk's Office).

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP
   19762 MacArthur Boulevard, Suite 200
   Irvine, California 92612

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: March 25, 2019
DOUGLAS A. HATHERLEY, ESQ
*(TYPE OR PRINT NAME)*

► _____
*(SIGNATURE OF APPLICANT OR ATTORNEY)*

6. Total amount of judgment as entered or last renewed:
   $   353,500
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 03/11/19 (filed 03/14/19)
   b. Renewal entered on *(date):*
9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until
       *(date):*

12. a. ☒ I certify that this is a true and correct abstract of
    the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

This abstract issued on *(date):*
MAR 2 8 2019

DAVID H. YAMASAKI, Clerk, by _____ Deputy

[SEAL: SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE]

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]   CEB Essential ceb.com Forms

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| * PLAINTIFF: **KRISTINA SMITH** | COURT CASE NO: |
|---|---|
| DEFENDANT: **JEFFREY ADAMS GOMEZ** | 17 D 00-05-90 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.　　Name and last known address

17.　　Name and last known address

Driver's license no. [last 4 digits] and state:

☐ Unknown

Social security no. [last 4 digits]:　　☐ Unknown

Summons was personally served at or mailed to *(address)*:

Driver's license no. [last 4 digits] and state:

☐ Unknown

Social security no. [last 4 digits]:　　☐ Unknown

Summons was personally served at or mailed to *(address)*:

18.　　Name and last known address

19.　　Name and last known address

Driver's license no. [last 4 digits] and state:

☐ Unknown

Social security no. [last 4 digits]:　　☐ Unknown

Summons was personally served at or mailed to *(address)*:

Driver's license no. [last 4 digits] and state:

☐ Unknown

Social security no. [last 4 digits]:　　☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

Page 2 of 2

SMITH, KRISTINA

# EXHIBIT "I"

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

Douglas A. Hatherley, Esq.

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENTS TO:

STEGMEIER, GELBART,SCHWARTZ & BENAVENTE,LLP

19762 MacArthur Blvd, Suite 200

Irvine, California 92612

# 2019-0109431

04/01/2019 02:18 PM Fee: $ 105.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

Space above this line for recorder's use only     **001**

## ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS

### Title of Document

**TRA:**_____

**DTT:** _____

## Exemption reason declared pursuant to Government Code 27388.1

☐    This document is a transfer that is subject to the imposition of documentary transfer tax.

☐    This is a document recorded in connection with a transfer that is subject to the imposition of documentary transfer tax.
Document reference:_____

☐    This document is a transfer of real property that is a residential dwelling to an owner-occupier.

☐    This is a document recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.
Document reference:_____

## THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
### ($3.00 Additional Recording Fee Applies)

ACR 238 (Rev. 01/2018)                     Available in Alternate Formats

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): | |
|---|---|

After recording, return to:

Douglas A. Hatherley, Esq.    SBN 265230
STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP
19762 MacArthur Boulevard, Suite 200
Irvine, California 92612

TEL NO.: (949) 337-4050    FAX NO. (optional): (949) 337-4059

E-MAIL ADDRESS (Optional): dhatherley@sgsblaw.com

☐ ATTORNEY FOR    ☒ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 341 The City Drive South
MAILING ADDRESS: P.O. Box 14170
CITY AND ZIP CODE: Orange, California 92868-3205
BRANCH NAME: Lamoreaux Justice Center

*FOR RECORDER'S USE ONLY*

PLAINTIFF: KRISTINA SMITH
DEFENDANT: JEFFREY ADAMS GOMEZ

CASE NUMBER: 17 D 00-05-90

**ABSTRACT OF JUDGMENT - CIVIL** (Riverside County)
**AND SMALL CLAIMS**    ☐ Amended

*FOR COURT USE ONLY*

**ABSTRACT ISSUED**

**MAR 2 8 2019**

1. The ☒ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ⌐ Jeffrey Adams Gomez
      271 Ashbury Lane
      Upland, California 91784
      └
   b. Driver's license no. [last 4 digits] and state:    ☒ Unknown
   c. Social security no. [last 4 digits]: xxx-xx-0812    ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Respondent, Jeffrey Adams Gomez, Lamoreaux Justice Center, 341 The City Drive South, California
      92868 (7th floor in front of Clerk's Office).

2. ☐ Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP
   19762 MacArthur Boulevard, Suite 200
   Irvine, California 92612

4. ☐ Information on additional judgment creditors is shown on page 2.

5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: March 26, 2019
DOUGLAS A. HATHERLEY, ESQ.
(TYPE OR PRINT NAME)

► _(signature)_
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 353,500

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): 03/11/19 (filed 03/14/19)
   b. Renewal entered on (date):

9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until (date):

12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

This abstract issued on (date):
**MAR 2 8 2019**

DAVID H. YAMASAKI

DANIELLE YI
Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

CEB® Essential [e]Forms
ceb.com

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: **KRISTINA SMITH** | | COURT CASE NO: |
|---|---|---|
| DEFENDANT: **JEFFREY ADAMS GOMEZ** | | 17 D 00-05-90 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*                    14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.                 Name and last known address          17.                 Name and last known address

Driver's license no. [last 4 digits] and state:          Driver's license no. [last 4 digits] and state:
                                   ☐ Unknown                                              ☐ Unknown
Social security no. [last 4 digits]:          ☐ Unknown          Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address):*          Summons was personally served at or mailed to *(address):*

18.                 Name and last known address          19.                 Name and last known address

Driver's license no. [last 4 digits] and state:          Driver's license no. [last 4 digits] and state:
                                   ☐ Unknown                                              ☐ Unknown
Social security no. [last 4 digits]:          ☐ Unknown          Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address):*          Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev July 1, 2014]
CEB® Essential
ceb.com Forms™

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

SMITH, KRISTINA

Page 2 of 2

Exhibit "A"
Page 50

# EXHIBIT "J"

**Kristina Smith vs. Jeffrey Adams Gomez (Respondent); Case Number 17 D 00-05-90, 12/10/2023**

### Amounts Due Now

| | |
|---|---|
| Costs: | $0.00 |
| Principal: | $33,466.00 |
| *Interest: | $51,796.81 |
| **Fam C §4722 Penalty: | $0.00 |
| | ------------- |
| Total: | $85,262.81 |

Daily interest from Monday, December 11, 2023 is:    $9.16

* Interest (and principal, if spousal or family support) is taxable to recipient in full in the year received, regardless of when due.
** Penalty applicable to child support payments accruing after January 1, 1992, if Notice has been properly filed and served 30 days prior to issuance of this writ.

CFLR Executioner 2023-2(tm); 12/10/2023 7:00 PM

## Executioner Input Summary

**Case Name:**          Kristina Smith vs. Jeffrey Adams Gomez (Respondent)

**Case Type:**          Attorney Fees

**Default Date:**       Mar 11, 2019

**Application Date:**   Dec 11, 2023

**Payment Schedule:**   Starting Mar 11, 2019, $353,500.00 due monthly through Mar 11, 2019

**Last Pymt Due Date:** Mar 11, 2019
**Interest Rate Src:**  Judgment
**Interest Rates:**     Jan 01, 1983        10.00%
**Interest Year:**      365 days per year
**Interest Type:**      Simple
**Grace Period:**       0 days
**Round to dollar:**    False
**Fee for Writ:**       $40.00
**Payment Order:**      User Assignment - Cost, Interest, Principal, Penalty

**Payments Made:**      Jul 31, 2019        $21,686.00
                        Aug 05, 2019        $62,500.00
                        Aug 26, 2019        $2,500.00
                        Jun 29, 2020        $27,610.00
                        Aug 03, 2020        $205,738.00

**Payments Total:**     $320,034.00


CFLR Executioner 2023-2(tm); 12/10/2023 7:00 PM

| Date | Action | Payment | | Penalty | Interest | | | Principal & Costs | |
| | | Due | Paid | Bal | Accr | Cred | Bal | Cred | Bal |
|---|---|---|---|---|---|---|---|---|---|
| Mar 11, 2019 | @10.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mar 11, 2019 | pmt due | 353500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 353500.00 |
| Jul 31, 2019 | pmt | 0.00 | 21686.00 | 0.00 | 13752.60 | 0.00 | 13752.60 | 21686.00 | 331814.00 |
| Aug 05, 2019 | pmt | 0.00 | 62500.00 | 0.00 | 454.54 | 0.00 | 14207.14 | 62500.00 | 269314.00 |
| Aug 26, 2019 | pmt | 0.00 | 2500.00 | 0.00 | 1549.48 | 0.00 | 15756.62 | 2500.00 | 266814.00 |
| Jun 29, 2020 | pmt | 0.00 | 27610.00 | 0.00 | 22514.72 | 0.00 | 38271.34 | 27610.00 | 239204.00 |
| Aug 03, 2020 | pmt | 0.00 | 205738.00 | 0.00 | 2293.74 | 0.00 | 40565.07 | 205738.00 | 33466.00 |
| Dec 11, 2023 | appl | 0.00 | 0.00 | 0.00 | 11231.74 | 0.00 | 51796.81 | 0.00 | 33466.00 |
| Dec 11, 2023 | totals | 353500.00 | 320034.00 | 0.00 | 51796.81 | 0.00 | 51796.81 | 320034.00 | 33466.00 |

Exhibit "A"
Page 54

## Executioner Input Summary

**Case Name:**          Kristina Smith vs. Jeffrey Adams Gomez (Respondent)

**Case Type:**           Attorney Fees

**Default Date:**        Mar 11, 2019

**Application Date:**    Dec 11, 2023

**Payment Schedule:**   Starting Mar 11, 2019, $353,500.00 due monthly through Mar 11, 2019

| | |
|---|---|
| **Last Pymt Due Date:** | Mar 11, 2019 |
| **Interest Rate Src:** | Judgment |
| **Interest Rates:** | Jan 01, 1983      10.00% |
| **Interest Year:** | 365 days per year |
| **Interest Type:** | Simple |
| **Grace Period:** | 0 days |
| **Round to dollar:** | False |
| **Fee for Writ:** | $40.00 |
| **Payment Order:** | User Assignment - Cost, Interest, Principal, Penalty |

| **Payments Made:** | | |
|---|---|---|
| | Jul 31, 2019 | $21,686.00 |
| | Aug 05, 2019 | $62,500.00 |
| | Aug 26, 2019 | $2,500.00 |
| | Jun 29, 2020 | $27,610.00 |
| | Aug 03, 2020 | $205,738.00 |

**Payments Total:**    $320,034.00

CFLR Executioner 2023-2(tm); 12/10/2023 7:00 PM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:       655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled **TRUSTEE'S REPLY TO THE NESHANIAN LAW FIRM, INC.'S NOTICE OF OPPOSITION AND REQUEST FOR A HEARING [DK. 156]; DECLARATION OF YOSINA M. LISSEBECK**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 10, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒     Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On February 10, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐     Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 10, 20265, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

> **JUDGE'S COURTESY COPY – VIA FEDEX**
> Honorable Scott C. Clarkson
> United States Bankruptcy Court
> Central District of California,
> Santa Ana Division
> 411 W. Fourth St., Ste 5130/Ctrm 5C
> Santa Ana, CA 92701-4593

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| February 10, 2026 | Caron Burke | /s/ Caron Burke |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**1.**     **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

David Coats on behalf of Creditor Wells Fargo Bank, N.A.
dacoats@raslg.com

Benjamin Heston on behalf of Creditor Jeffrey Adams Gomez
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

Richard G. Heston on behalf of Creditor Richard G Heston
rheston@hestonlaw.com,
yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@reca
p.email

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;linda.dominguez@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Eric Marcus Neshanian on behalf of Interested Party Courtesy NEF
neshanianlawfirm@gmail.com

Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Julie J Villalobos on behalf of Debtor Kristina Lynn Smith
julie@oaktreelaw.com,
oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

Jennifer C Wong on behalf of Creditor U.S. Bank National Association
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*                                                **F 9013-3.1.PROOF.SERVICE**