| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| YOSINA M. LISSEBECK (SBN 201654)<br>yosina.lissebeck@dinsmore.com<br>**DINSMORE & SHOHL LLP**<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Tel: (619) 400-0500<br>Fax: (619) 400-0501<br><br>☐     Individual *appearing without an attorney*<br>☒     Attorney for:  Richard A. Marshack, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Kristina Lynn Smith,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:24-bk-12527-SC<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Motion for (1) Order Authorizing Sale of Real Property Located at 27591 Kathy Court, Laguna Niguel, California 92677 ("Property"): (A) Outside the Ordinary Course of Business; (B) Free and Clear of Liens Under 363(f); (C) Subject to Overbids; and (D) for Determination of Good Faith Purchaser Under § 363(m) |
|---|---|

PLEASE TAKE NOTE that the order titled Order Authorizing Sale of Real Property Located at 27591 Kathy Court, Laguna Niguel, California 92677 ("Property"): (A) Outside the Ordinary Course of Business; (B) Free and Clear of Liens Under 363(f); (C) Subject to Overbids; and (D) for Determination of Good Faith Purchaser Under § 363(m)
was lodged on (*date*) February 20, 2026 and is attached.  This order relates to the motion which is docket number 139.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 1                                       **F 9021-1.2.BK.NOTICE.LODGMENT**

YOSINA M. LISSEBECK (SBN 201654)
yosina.lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Counsel to Richard A. Marshack,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smith,<br><br>    Debtor. | Case No. 8:24-bk-12527-SC<br><br>Chapter 7<br><br>**ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 27591 KATHY COURT, LAGUNA NIGUEL, CALIFORNIA 92677: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS UNDER 363(F); (C) SUBJECT TO OVERBIDS; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER § 363(M)**<br><br>Date: January 15, 2026<br>Time: 9:00 a.m.<br>Dept: 5C<br><br>Honorable Scott C. Clarkson |

On February 17, 2026, at 11:00 a.m., the Court held a hearing on the Trustee's Motion for (1) Order Authorizing Sale of Real Property Located at 27591 Kathy Court, Laguna Niguel, California 92677 ("Property"): (A) Outside the Ordinary Course of Business; (B) Free and Clear of Liens Under 363(f); (C) Subject to Overbids; and (D) for Determination of Good Faith Purchaser Under § 363(m) filed on December 23, 2025 [Dk. 139] ("Motion"). Appearances are as noted on the record.

1

For the reasons discussed on the record, the Court granted the Motion in its entirety. An auction was conducted on the record, and at the conclusion of the auction, Philip Muljana and Shu Rong Chang (collectively, "Successful Bidder") with a best and highest bid of $1,999,000.00, was selected as the winning bidder. Additionally, Dr. Anne Mehta agreed to serve as a back-up bidder with an overbid of $1,989,000 for the Property ("Back-Up Bidder").

The Court has read and considered the Motion, the Declaration of Richard A. Marshack [Dk. 139-1], the Declaration of Clarence Yoshikane [Dk. 139-2], and the exhibits attached thereto, the notice of hearing on the Motion [Dk. 140], the Declaration of Philip Muljana and Shu Rong Chang in support of the Motion [Dk. 142], the notice of sale of estate property [Dk. 150], the Objection filed by Neshanian Law Firm, Inc [Dk. 143], the Joinder to the Motion filed by Jeffrey Adams Gomez [Dk. 144], the Neshanian Law Firm, Inc's Objection and Request to Strike Jeffrey Adams Gomez's Joinder [Dk. 145], and the Trustee's Reply [Dk. 147].[1] Having considered the foregoing filings, the docket as a whole, and the arguments made on the record, the Court hereby finds good cause to order as follows:

1. The Motion is GRANTED;

2. The Property may be sold by Trustee pursuant to 11 U.S.C. § 363(b);

3. Trustee is authorized to sell the Property, which is legally described as:

PARCEL 1:

LOT 94 OF TRACT NO. 15962, IN THE CITY OF LAGUNA NIGUEL, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 804, PAGES 5 THROUGH 9, INCLUSIVE OF MISCELLANEOUS MAPS, AS AMENDED BY THAT CERTAIN CERTIFICATE OF CORRECTION RECORDED JANUARY 29, 2001 AS INSTRUMENT NO. 01-48700 OF OFFICIAL RECORDS, ALL IN RECORDS OF ORANGE COUNTY, CALIFORNIA.

PARCEL 2:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, MAINTENANCE, REPAIR, DRAINAGE AND ENCROACHMENT, SUPPORT, AND FOR OTHER PURPOSES ALL AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SAN JOAQUIN HILLS, RECORDED JUNE 26, 1997 AS INSTRUMENT NO. 1997-296011, AS AMENDED BY INSTRUMENT RECORDED JULY 21, 1997 AS INSTRUMENT NO. 1997-342349, AND THE SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND

---

[1] Additional briefing was filed in connection with the Motion; however, the Court did not take those into consideration.

RESERVATION OF EASEMENTS FOR SAN JOAQUIN HILLS, (KNOLLS/PHASE 17) RECORDED APRIL 30, 2002 AS INSTRUMENT NO. 2002-362793, ALL OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA

APN: 636-632-34

4. Trustee is authorized to sign all documents necessary to facilitate and consummate the sale and close escrow, including, but not limited to, any purchase and sale agreement, grant deed and/or escrow instructions;

5. The terms of the purchase agreement attached to the Marshack Declaration[2] as Exhibit 1 ("Purchase Agreement") are approved;

6. Trustee is authorized to perform the Purchase Agreement, the sale is determined to be in the best interest of the Estate, and the sale is made for fair market value and in good faith;

7. The sale of the Property shall be where-is, as-is, and with all faults as set forth in detail in the Purchase Agreement;

8. The proposed overbid procedures are approved, and adequate notice was provided;

9. Through escrow, Trustee and/or escrow shall pay in full all applicable costs of sale and taxes;

10. Paragraph 17 of the PTR identifies a first priority Deed of Trust as follows:

    a. Amount: $700,000
    b. Date: January 27, 2014
    c. Trustor/Grantor: Jeff Gomez a married man as his sole and separate property
    d. Trustee: Unionbancal Mortgage Corporation
    e. Beneficiary: Union Bank N.A. – Loan No.: 6962417114
    f. Recording Date: January 29, 2014
    g. Recording No.: 2014-37516;
        i. Substituted Trustee: Quality Loan Service Corp.
            1. Recording Date: June 6, 2024
            2. Recording No.: 2024-140614;
        ii. Notice of default
            1. Recording Date: June 27, 2024
            2. Recording No. 2024-159460;
        iii. Notice of Trustee's Sale
            1. Time and Place of Trustee's sale – November 15, 2024 at 9:00 a.m.
            2. Recording Date: September 30, 2024
            3. Recording No.: 2024-251941.

---

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

Through escrow, Trustee and/or escrow shall pay in full the first priority lienholder, as identified in paragraph 17 of the PTR;

11. Paragraph 18 of the PTR identifies a Pending Court Action as follows:

    a. Plaintiff: Kristina Smith
    b. Defendant: Jeffrey Gomez
    c. County of Orange
    d. Court: Superior Court of California
    e. Case No. 17 D 00-05-90
    f. Nature of Action: Title affects to real property
    g. Recorded: May 10, 2018
    h. Recording No.: 2018-170624.

The *lis pendens* identified in paragraph 18 of the PTR, to the extent it encumbers the Property is released;

12. Paragraph 19 of the PTR identifies an Abstract of Judgment as follows:

    a. Amount: $353,500
    b. Debtor: Jeffrey Gomez
    c. Creditor: Stegmeier, Gelbart, Schwartz and Benavente, LLP
    d. Date Entered: March 11, 2019
    e. County: Orange
    f. Court: Superior Court of California
    g. Case No.: 17 D 00-05-90
    h. Recording Date: April 1, 2019 as instrument no. 2019-102304 of Official Records
    i. Acknowledgement of Satisfaction of Judgment (Partial)
        i. Recording Date: July 22, 2020 instrument no. 2020-352459.

The Property may be sold free and clear of the judgment lien held by Stegmeier, Gelbart, Schwartz and Benavente, LLP as identified in paragraph 19 of the PTR as consented to in the Sale Stipulation, and the lien will attach to Gomez's share of the homestead proceeds as set forth in the Sale Stipulation and the Motion;

13. Paragraph 20 of the PTR identifies an Abstract of Judgment as follows:

    a. Amount: $3,373.56
    b. Debtor: Jeff Gomez aka Jeffre A. Gomez, aka Jeffrey Adam Gomez, aka Jeffrey A. Gomez, an individual
    c. Creditor: American Express National Bank, successor by Merger to American Express Bank, FSB
    d. Date: August 13, 2021
    e. County: Orange
    f. Court: Superior Court of California
    g. Case No. 30-2020-01125756-CL-CL-CJC
    h. Recording Date: September 9, 2021
    i. Recording No.: 2021-564588.

            i. Lien released on September 4, 2025 due to full satisfaction of judgment.
           ii. Recording No.: 2025000244699.

The judgment lien held by American Express National Bank, as identified in paragraph 20 of the PTR, has been satisfied in full and the lien is released, and thus the property is sold free and clear of such liens;

    14. Paragraph 21 of the PTR identifies an Abstract of Judgment as follows:

      a. Amount: $3,373.56
      b. Debtor: Jeff Gomez aka Jeffrey A. Gomez, aka Jeffrey Adam Gomez, aka Jeffrey A. Gomez, an individual
      c. Date: August 13, 2021
      d. County: Orange
      e. Court: Superior Court of California
      f. Case No. 30-2020-01125756-CL-CL-CJC
      g. Recording Date: September 9, 2021
      h. Recording No.: 2021-564869.
            i. Lien released on September 4, 2025 due to full satisfaction of judgment.
            ii. Recording No.: 2025000244699.

The judgment lien held by American Express National Bank, as identified in paragraph 21 of the PTR, has been satisfied in full and the lien is released, and thus the property is sold free and clear of such lien

    15. Paragraph 22 of the PTR identifies an Abstract of Judgment as follows:

      a. Amount: $73,681.88
      b. Debtor: Jeffrey Gomez
      c. Creditor: The Neshanian Law Firm, Inc.
      d. Date Entered: July 8, 2021
      e. County: Orange
      f. Court: Superior Court of California
      g. Case No.: 30-2021-01191914-CU-PA-CJC
      h. Recording Date: February 8, 2022
      i. Recording No.: 2022-52681.

The Property may be sold free and clear of the judgment lien held by The Neshanian Law Firm, Inc. as identified in paragraph 22 of the PTR and as addressed in the Motion. The lien will attach to Gomez's share of the homestead proceeds as set forth in the Motion;

    16. Paragraph 23 of the PTR identifies a Family Law Attorney Real Property Lien ("FLARPL") as follows:

///

    a. Amount: $300,000
    b. Creditor: Stegmeier, Gelbart, Schwartz and Benavente, LLP.
    c. Case No. 17 D 00-05-90
    d. County: Orange
    e. Court: Superior Court of California
    f. Recording Date: January 5, 2023
    g. Recording No.: 2023-2404.

The Property may be sold free and clear of the FLARPL held by Stegmeier, Gelbart, Schwartz and Benavente, LLP as identified in paragraph 23 of the PTR as consented to in the Sale Stipulation, and the lien will attach to the Estate's/Debtor's share of the homestead proceeds as set forth in the Sale Stipulation and the Motion;

  17.  Paragraph 24 of the PTR identifies an Abstract of Judgment as follows:

    a. Amount: $131,143.94
    b. Debtor: Jeffrey Gomez
    c. Creditor: R&S Law Group, APC
    d. Date Entered: March 14, 2023
    e. County: Orange
    f. Court: Superior Court of California
    g. Case No.: 30-2022-01280774-CU-Co-CJC
    h. Recording Date: March 31, 2023
    i. Recording No.: 2023-74125.

The Property may be sold free and clear of the judgment lien held by R&S Law Group, APC as identified in paragraph 24 of the PTR as consented to in the Sale Stipulation, and the lien will attach to Gomez's share of the homestead proceeds as set forth in the Sale Stipulation and the Motion; and to the extent it is under secured, R&S Law Group, APC has consented to the sale;

  18.  Paragraph 25 of the PTR identifies an Abstract of Judgment as follows:

    a. Amount: $77,396.19
    b. Debtor: Kristina Smith aka Kristina Smith Gomez
    c. Creditor: White Zuckerman Warsavsky Luna and Hunt, LLP
    d. Date Entered: June 14, 2023
    e. County: Los Angeles
    f. Court: Superior Court of California
    g. Case No.: 23VECV00570
    h. Recording Date: June 30, 2023
    i. Recording No.: 2023-157395.

The Property may be sold free and clear of the judgment lien held by White Zuckerman Warsavsky Luna and Hunt, LLP, identified in paragraph 25 of the PTR, as consented to in the Sale Stipulation, and the lien will attach to the Estate's/Debtor's share of the homestead proceeds as set forth in the

///

Sale Stipulation and the Motion; and to the extent it is under secured, White Zuckerman has consented to the sale;

19. Paragraph 26 of the PTR identifies a state tax lien as follows:

    a. Amount: $4,936.75
    b. Debtor: Kristina Smith
    c. Creditor: The Franchise Tax Board of the State of California
    d. State ID No.: 25285000516
    e. Recording Date: October 14, 2025
    f. Recording No.: 2025-281304

The state tax lien, as identified in paragraph 26 of the PTR, has been released by the respective creditor, and thus the property is sold free and clear of such lien.

20. The Trustee is authorized to retain 2% of the amount from the 6% Broker's commission, or approximately $36,000, to pay all unsecured claims in his sole discretion, pursuant to the distribution scheme set forth in the Bankruptcy Code. The Trustee has not reviewed all claims, and may still object to those as needed or required;

21. Trustee is authorized to pay directly from Escrow the agent/brokerage commissions previously authorized by the Court, all customary costs of sale out of escrow, and reasonable reimbursements to his agents for actual expenses incurred, as set forth in the Agent Order;

22. Pursuant to the Cooperation Stipulation and the Motion, Trustee is authorized to reimburse Gomez directly from escrow in the amount of $26,622.33 for the costs of repairs and maintenance on the Property;

23. The Broker shall be reimbursed in the amount of $1,667.93 for the costs of renting storage units from October 13, 2025 through December 1, 2025, and maintaining the Property;

24. Pursuant to the Sale Stipulation and the Motion, Trustee is authorized to pay Debtor's counsel the amount of $7,000 directly from escrow;

25. Escrow is authorized to turnover any remaining balance of the sale proceeds to the Trustee, and the Trustee is authorized to hold sufficient funds to pay all identified administrative expenses from the sale proceeds, pending Court approval authorizing distribution of same;

26. The Trustee is authorized to receive and hold all remaining "homestead" proceeds from Escrow consistent with the Sale Stipulation, the Motion and pending further order of the Court;

27. Successful Bidder is a good faith purchaser entitled to protection under 11 U.S.C. § 363(m);

28. Should Successful Bidder not timely complete the purchase of the Property pursuant to the terms of the Purchase Agreement, Successful Bidder's deposit shall be forfeited and the Back-Up Bidder shall be substituted for the Successful Bidder without further order of the Court, and Trustee is authorized to proceed to sell the Property to such Back-Up Bidder;

29. Trustee is authorized to immediately return any earnest money deposit received from any party in connection with the sale who was not the Successful Bidder or the Back-Up Bidder, including that of Maria Draper. Trustee is authorized to hold any earnest money deposit received from the Back-Up Bidder until the close of escrow for the sale to the Successful Bidder, at which time Trustee shall promptly return such deposit;

30. The 14-day stay regarding the effectiveness of this Order is waived, and this Order is immediately enforceable and the sale shall close even if there is an appeal or other challenge to this Order excepting only instances where a stay of this Order issued prior to any such closing by separate order of the Court or any higher Federal Court; and

31. This Court retains jurisdiction: (a) to interpret, enforce, and implement the terms and provisions of this sale; and (b) to resolve any disputes arising under or related to this order.

**IT IS SO ORDERED.**

# # #

8

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:    655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: Motion for (1) Order Authorizing Sale of Real Property Located at 27591 Kathy Court, Laguna Niguel, California 92677 ("Property"): (A) Outside the Ordinary Course of Business; (B) Free and Clear of Liens Under 363(f); (C) Subject to Overbids; and (D) for Determination of Good Faith Purchaser Under § 363(m)**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>February 20, 2026</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠    Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On <u>February 20, 2026</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

> **JUDGE'S COURTESY COPY**
> Honorable Scott C. Clarkson
> United States Bankruptcy Court
> Central District of California,
> Santa Ana Division
> 411 W. Fourth St., Ste 5130/Ctrm 5C
> Santa Ana, CA 92701-4593

⊠    Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>February 20, 2026</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 20, 2026 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                 **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   David Coats on behalf of Creditor Wells Fargo Bank, N.A.
   dacoats@raslg.com

   Benjamin Heston on behalf of Creditor Jeffrey Adams Gomez
   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

   Richard G. Heston on behalf of Creditor Richard G Heston
   rheston@hestonlaw.com,
   yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

   Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;linda.dominguez@dinsmore.com

   Richard A Marshack (TR)
   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

   Eric Marcus Neshanian on behalf of Interested Party Courtesy NEF
   neshanianlawfirm@gmail.com

   Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
   jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

   Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
   mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

   United States Trustee (SA)
   ustpregion16.sa.ecf@usdoj.gov

   Julie J Villalobos on behalf of Debtor Kristina Lynn Smith
   julie@oaktreelaw.com,
   oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

   Jennifer C Wong on behalf of Creditor U.S. Bank National Association
   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

   Jennifer C Wong on behalf of Interested Party Courtesy NEF
   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**:

   Hahn Fife & Company LLP
   1055 E. Colorado Blvd 5
   Pasadena, CA 91106-2371

   U.S. Bank National Association
   c/o McCarthy & Holthus, LLP
   2763 Camino Del Rio South, Suite 100
   San Diego, CA 92108-3708

   Wells Fargo Bank, N.A.
   Robertson, Anschutz, Schneid, Crane & Pa
   13010 Morris Road., Suite 450
   Alpharetta, GA 30004-2001

   A Center For Children and Family Law
   1111 W Chapman Ave
   Orange, CA 92868
   Orange,

   ADT LLC
   PAYROLL OPERATIONS
   1501 YAMATO RD
   BOCA RATON FL 33431-

   AT&T
   208 S Akard Rd
   Dallas, TX 75202-4206

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010* **F 9013-3.1.PROOF.SERVICE**

AT&T Services, Inc.
by AIS InfoSource LP as agent
Karen Cavagnaro, Esq.
1 AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Allergy and Asthma Assc
28202 Cabot Rd Ste 105
Laguna Niguel, CA 92677-1247

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Clineva Urgent Care
25461 Rancho Niguel
Laguna Niguel, CA 92677-7304

Community Orthopaedic And MRI
26401 Crown Valley Pkwy 101
Mission Viejo, CA 92691-6302

Cox Communications
6205 Peachtree Dunwoody Rd
Atlanta, GA 30328-4524

Drew Hunt
4 Park Plasza Suite 200
Irvine, CA 92614-8533

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Head And Neck Associates of OC
26726 Crown Valley Pkway 200
Mission Viejo, CA 92691-8003

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677-7601

Jeff Gomez
PO Box 1718
Upland, CA 91785-1718

Jeffrey Adams Gomez
1388 Augusta Drive
Upland, CA 91786-2432

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229-5410

Kohl's
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

Leon Baginski MD
27800 Medical Center Rd 310
Mission Viejo, CA 92691-6461

Macys Corporate
151 West 34th Street
New York, NY 10001-2101

Mission Heritage Gasterology
Dr Chang
27799 Medical Center Rd #310
Mission Viejo, CA 92691-6400

Mission Heritage Internal Medicine
Dr Mayet
26800 Crown Valley Pkwy 305
Mission Viejo, CA 92691-8017

Mission Heritage Nephrology
Dr Tran
26800 Crown Valley Pkwy 250
Mission Viejo, CA 92691-8038

Mission Heritage TCU
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

Mission Pediatric Dentistry
27800 Medical Center Rd 332
Mission Viejo, CA 92691-6409

Mission Providence Hospital
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

Moulton Water
26161 Gordon RD
Laguna Hills, CA 92653-8224

Nellie Gail Urgent Care
27001 Moulton Pkwy 102
Aliso Viejo, CA 92656-3600

PediatricsDermatology
3500 Barranca Pkwy 160
Newport Beach, CA 92696

Progressive Insurance
6300 Wilson Mills Rd
Cleveland, OH 44143-2182

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-.1.PROOF.SERVICE

Providence Mission Radiology
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

QUALITY LOAN SERVICE
2763 CAMINO DEL RIO SOUTH
SUITE 200
SAN DIEGO CA 92108-3708

R&S LAW GROUP, APC
230 Newport Center Drive
SUITE 210
Newport Beach, CA 92660-7525

Retina Associates of OC
23521 Paseo De Valencia #207
Laguna Hills, CA 92653-3140

Rowan Dorcy Medical
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

SDG&E
PO BOX 25111
SANTA ANA CA 92799-5111

SGSB Law
19762 MacArthur Blvd Ste 200
Irvine, CA 92612-2497

Sea Country Dental
32341 Golden Lantern Ste C
Laguna Niguel, CA 92677-5343

Seabreeze Property Management
PO Box 92799
Aliso Viejo, CA 92656

So Cal Gas
1801 S Atlantic Blvd
Monterey Park, CA 91754-5298

The Neshanian Law Firm
Amy Neshanian
5 Corporate Park, Ste 250
Irvine, CA 92606-5169

Tina M. Talbot, ESQ.
230 Newport Center Drive
Suite 210
Newport Beach, CA 92660-7525

THE TOLL ROADS
ATTN OSMAN AZIZ
PO BOX 57011
IRVINE CA 92619-7011

US Acute Care Solution
4535 Dressier Rd NW
Canton, OH 44718-2545

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Courts Pacer
PO Box 5208
Portland, OR 97208-5208

Clarence Yoshikane
Berkshire Hathaway
1400 Newport Center Drive
Suite 200
Newport Beach, CA 92660-0944

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677-7601

Jeffrey Adams Gomez
27591 Kathy Court
Laguna Niguel, CA 92677-6025

Julie J Villalobos
Oaktree Law
3355 Cerritos Avenue
Los Alamitos, CA 90720-2105

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229-5410

Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677-6025

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    F 9013-.1.PROOF.SERVICE