YOSINA M. LISSEBECK (SBN 201654)
yosina.lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Counsel to Richard A. Marshack,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:24-bk-12527-SC |
| Kristina Lynn Smith, | Chapter 7 |
| Debtor. | **NOTICE OF WITHDRAWAL OF NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 27591 KATHY COURT, LAGUNA NIGUEL, CALIFORNIA 92677: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS UNDER 363(F); (C) SUBJECT TO OVERBIDS; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER § 363(M)** |

1

PLEASE TAKE NOTICE that Chapter 7 Trustee, Richard A. Marshack, withdraws his Notice Of Lodgment Of Order In Bankruptcy Case Re: Motion for (1) Order Authorizing Sale of Real Property Located at 27591 Kathy Court, Laguna Niguel, California 92677 ("Property"): (A) Outside the Ordinary Course of Business; (B) Free and Clear of Liens Under 363(f); (C) Subject to Overbids; and (D) for Determination of Good Faith Purchaser Under § 363(m) [Dkt. No. 158] filed in this matter. Counsel inadvertently attached the incorrect Order thereto.

Dated: February 20, 2026                    DINSMORE & SHOHL LLP

By: /s/ Yosina M. Lissebeck
    Yosina M. Lissebeck
    Counsel to Richard A. Marshack,
    Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:     655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled **NOTICE OF WITHDRAWAL OF NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION FOR (1) ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 27591 KATHY COURT, LAGUNA NIGUEL, CALIFORNIA 92677 ("PROPERTY"): (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS UNDER 363(F); (C) SUBJECT TO OVERBIDS; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER § 363(M)**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 20, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On February 20, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **JUDGE'S COURTESY COPY**
> Honorable Scott C. Clarkson
> United States Bankruptcy Court
> Central District of California,
> Santa Ana Division
> 411 W. Fourth St., Ste 5130/Ctrm 5C
> Santa Ana, CA 92701-4593

⊠    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 20, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 20, 2026 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August  2010                                                                                                                **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   David Coats on behalf of Creditor Wells Fargo Bank, N.A.
   dacoats@raslg.com

   Benjamin Heston on behalf of Creditor Jeffrey Adams Gomez
   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

   Richard G. Heston on behalf of Creditor Richard G Heston
   rheston@hestonlaw.com,
   yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

   Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;linda.dominguez@dinsmore.com

   Richard A Marshack (TR)
   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

   Eric Marcus Neshanian on behalf of Interested Party Courtesy NEF
   neshanianlawfirm@gmail.com

   Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
   jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

   Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
   mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

   United States Trustee (SA)
   ustpregion16.sa.ecf@usdoj.gov

   Julie J Villalobos on behalf of Debtor Kristina Lynn Smith
   julie@oaktreelaw.com,
   oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

   Jennifer C Wong on behalf of Creditor U.S. Bank National Association
   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

   Jennifer C Wong on behalf of Interested Party Courtesy NEF
   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**:

   Hahn Fife & Company LLP
   1055 E. Colorado Blvd 5
   Pasadena, CA 91106-2371

   U.S. Bank National Association
   c/o McCarthy & Holthus, LLP
   2763 Camino Del Rio South, Suite 100
   San Diego, CA 92108-3708

   Wells Fargo Bank, N.A.
   Robertson, Anschutz, Schneid, Crane & Pa
   13010 Morris Road., Suite 450
   Alpharetta, GA 30004-2001

   A Center For Children and Family Law
   1111 W Chapman Ave
   Orange, CA 92868
   Orange,

   ADT LLC
   PAYROLL OPERATIONS
   1501 YAMATO RD
   BOCA RATON FL 33431-

   AT&T
   208 S Akard Rd
   Dallas, TX 75202-4206

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

AT&T Services, Inc.
by AIS InfoSource LP as agent
Karen Cavagnaro, Esq.
1 AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Allergy and Asthma Assc
28202 Cabot Rd Ste 105
Laguna Niguel, CA 92677-1247

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Clineva Urgent Care
25461 Rancho Niguel
Laguna Niguel, CA 92677-7304

Community Orthopaedic And MRI
26401 Crown Valley Pkwy 101
Mission Viejo, CA 92691-6302

Cox Communications
6205 Peachtree Dunwoody Rd
Atlanta, GA 30328-4524

Drew Hunt
4 Park Plasza Suite 200
Irvine, CA 92614-8533

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Head And Neck Associates of OC
26726 Crown Valley Pkway 200
Mission Viejo, CA 92691-8003

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677-7601

Jeff Gomez
PO Box 1718
Upland, CA 91785-1718

Jeffrey Adams Gomez
1388 Augusta Drive
Upland, CA 91786-2432

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229-5410

Kohl's
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

Leon Baginski MD
27800 Medical Center Rd 310
Mission Viejo, CA 92691-6461

Macys Corporate
151 West 34th Street
New York, NY 10001-2101

Mission Heritage Gasterology
Dr Chang
27799 Medical Center Rd #310
Mission Viejo, CA 92691-6400

Mission Heritage Internal Medicine
Dr Mayet
26800 Crown Valley Pkwy 305
Mission Viejo, CA 92691-8017

Mission Heritage Nephrology
Dr Tran
26800 Crown Valley Pkwy 250
Mission Viejo, CA 92691-8038

Mission Heritage TCU
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

Mission Pediatric Dentistry
27800 Medical Center Rd 332
Mission Viejo, CA 92691-6409

Mission Providence Hospital
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

Moulton Water
26161 Gordon RD
Laguna Hills, CA 92653-8224

Nellie Gail Urgent Care
27001 Moulton Pkwy 102
Aliso Viejo, CA 92656-3600

PediatricsDermatology
3500 Barranca Pkwy 160
Newport Beach, CA 92696

Progressive Insurance
6300 Wilson Mills Rd
Cleveland, OH 44143-2182

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-.1.PROOF.SERVICE

Providence Mission Radiology
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

QUALITY LOAN SERVICE
2763 CAMINO DEL RIO SOUTH
SUITE 200
SAN DIEGO CA 92108-3708

R&S LAW GROUP, APC
230 Newport Center Drive
SUITE 210
Newport Beach, CA 92660-7525

Retina Associates of OC
23521 Paseo De Valencia #207
Laguna Hills, CA 92653-3140

Rowan Dorcy Medical
27799 Medical Center Rd
Mission Viejo, CA 92691-6400

SDG&E
PO BOX 25111
SANTA ANA CA 92799-5111

SGSB Law
19762 MacArthur Blvd Ste 200
Irvine, CA 92612-2497

Sea Country Dental
32341 Golden Lantern Ste C
Laguna Niguel, CA 92677-5343

Seabreeze Property Management
PO Box 92799
Aliso Viejo, CA 92656

So Cal Gas
1801 S Atlantic Blvd
Monterey Park, CA 91754-5298

The Neshanian Law Firm
Amy Neshanian
5 Corporate Park, Ste 250
Irvine, CA 92606-5169

Tina M. Talbot, ESQ.
230 Newport Center Drive
Suite 210
Newport Beach, CA 92660-7525

THE TOLL ROADS
ATTN OSMAN AZIZ
PO BOX 57011
IRVINE CA 92619-7011

US Acute Care Solution
4535 Dressier Rd NW
Canton, OH 44718-2545

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Courts Pacer
PO Box 5208
Portland, OR 97208-5208

Clarence Yoshikane
Berkshire Hathaway
1400 Newport Center Drive
Suite 200
Newport Beach, CA 92660-0944

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677-7601

Jeffrey Adams Gomez
27591 Kathy Court
Laguna Niguel, CA 92677-6025

Julie J Villalobos
Oaktree Law
3355 Cerritos Avenue
Los Alamitos, CA 90720-2105

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229-5410

Kristina Lynn Smith
27591 Kathy Ct
Laguna Niguel, CA 92677-6025

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-.1.PROOF.SERVICE**