1  RICHARD G. HESTON, Bar No. 90738
   HALLI B. HESTON, Bar No. 90737
2  HESTON & HESTON, Attorneys at Law
   19700 Fairchild Road, Suite 280
3  Irvine, CA 92612
   Telephone: (949) 222-1041
4  Fax: (949) 222-1043
   rheston@hestonlaw.com
5
   Attorneys for Heston & Heston
6

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                    SANTA ANA DIVISION

10
    In Re:                          Case No. 8:24-bk-12527-SC
11
    KRISTINA LYNN SMITH              Chapter 13
12

13                                   **SUPPLEMENTAL PROOF OF SERVICE FOR
                                     NOTICE OF MOTION AND MOTION FOR
14         Debtors.                  RELIEF FROM THE AUTOMATIC
                                     SDAY(ACTION IN A NONBANKRUPTCY
15                                   FORUM) DOC. 166**

16

17

18

19  ///

20  ///

21  ///

22

23

24

25

26

27

28
                                    -1-

                          SUPPLEMENTAL PROOF OF SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19700 Fairchild Road, Suite 280
Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **Supplemental Proof of Service on Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (with supporting declarations) (Action in Nonbankruptcy Forum)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/6/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **David Coats**   dacoats@raslg.com
- **Benjamin Heston**   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;linda.dominguez@dinsmore.com
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Eric Marcus Neshanian**   neshanianlawfirm@gmail.com
- **Jacob Newsum-Bothamley**   jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
- **Matthew J Stockl**   mstockl@otterbourg.com, katrice.ortiz@dinsmore.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Julie J Villalobos**   julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 3/6/2026 served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jeffrey Adams Gomez
P.O. Box 1718
Upland CA 91785

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/6/2026 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                        F 9013-3.1.PROOF.SERVICE