| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey Adams Gomez<br>1388 Augusta Drive<br>Upland CA 91786<br>(909) 477-9821<br>jeff@jeffadams.com | **FILED**<br>MAR 13 2026<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: \_\_\_\_\_ Deputy Clerk |
| [X] Individual appearing without attorney<br>[ ] Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Kristina Lynn Smith,<br><br>Debtor(s). | CASE NO.: 8:24-bk-12527-SC<br>CHAPTER: 7 |
|---|---|
| Heston & Heston, Attorneys at Law,<br><br>Movant(s),<br>vs.<br>Kristina Lynn Smith,<br><br>Respondent(s). | **NOTICE OF NON-OPPOSITION**<br><br>DATE: 04/01/1026<br>TIME: 10:00 am<br>COURTROOM: 5C<br>PLACE: 411 W. 4th St., Santa Ana, CA 92702 |

1. TO THE MOVANT (specify name): Heston & Heston, Attorneys ar Law

2. NOTICE IS HEREBY GIVEN that the [ ] Debtor [ ] chapter __ trustee [X] other (specify): Jeffrey Adams Interest Party and Co-Owner of Subject Real Property, in the above-entitled proceeding does not oppose the granting of the following motion or application (specify): Motion for Relief From Automatic Stay - Nonbankruptcy Forum

Date: 3/9/2026

Printed name of law firm

*(signature)*

JEFFREY ADAMS GOMEZ
Printed name

In Pro Per
Attorney for (specify)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.