| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Matthew J. Stockl (State Bar No. 329366)<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Tel.: (212) 905-3761<br>mstockl@otterbourg.com<br><br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>                                  Debtor(s),<br><br>                                  Plaintiff(s),<br><br>              vs.<br><br><br><br>                                  Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><hr><br>☐  ADVERSARY NUMBER (if applicable)<br>☑  See attached list for multiple cases that require<br>   an update to the attorneys information |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Matthew J. Stockl_____,__329366_____,__mstockl@otterbourg.com_____
   *Name*                                    *Bar ID Number*                     *E-Mail Address*
❏  am **counsel of record** or
   ❏  **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

❏  am **counsel of record** or
   ❏  **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to_____
New Firm/Government Agency Name Otterbourg P.C._____
New Address 230 Park Avenue_____
New Telephone Number (212) 905-3761_____New Facsimile Number (212) 682-6104_____
New E-Mail Address mstockl@otterbourg.com_____

---

Notice of Change of Address or Law Firm

(September 2009)

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
    ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

☑ **TO BE TERMINATED FROM THE CASE:**\*\*
    ☑ I am, or
    ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

    **Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
    ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
    ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
    ☑ I am, or
    ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action.  There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

    **\*\*This form *cannot* be used as a substitution of attorney form.  For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*.  At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 3/26/26                      /s/ Matthew J. Stockl
                                           Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED.  IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1.  Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases.  The court will update the case information once filed.

## CASES THAT REQUIRE AN UPDATE TO ATTORNEY'S INFORMATION

| Case Name | Case Number |
|-----------|-------------|
| Gerold L Davis | 2:23-bk-18363-VZ |
| Global Premier Regency Palms Palmdale, LP | 9:23-bk-10454-RC |
| Primex Clinical Laboratories, Inc. | 1:23-bk-11446-MB |
| Five Rivers Land Company LLC | 8:23-bk-11167-SC |
| Hawthorne Hangar Operations, L.P. | 2:23-bk-11789-BR |
| Kristina Lynn Smith | 8:24-bk-12527-SC |
| Jet Midwest Group, LLC | 1:21-bk-11524-MT |
| Philmar Studios Inc | 1:24-bk-10377-VK |
| PS On Tap, LLC | 1:21-bk-10757-MB |
| Vitaliy Khashchuk | 2:24-bk-11249-DS |
| Guarachi Wine Partners Inc. | 1:22-bk-10545-VK |
| The Litigation Practice Group P.C. | 8:23-bk-10571-SC |
| Marshack v. Make it Ring Marketing, LLC et al | 8:25-ap-01146-SC |
| Richard A. Marshack v. MCA Capital Holdings LLC | 8:24-ap-01152-SC |
| Marshack v. Bois et al | 8:25-ap-01147-SC |
| Marshack v. Tux, LLC et al | 8:25-ap-01145-SC |
| Marshack v. BMF Advance, LLC et al | 8:24-ap-01080-SC |
| Marshack v. Point 69, LLC et al | 8:25-ap-01144-SC |
| Marshack v. Pastor et al | 8:25-ap-01192-SC |
| Marshack v. Reiss et al | 8:25-ap-01190-SC |
| Marshack v. Bayrooti et al | 8:25-ap-01225-SC |
| Marshack v. Point 69, LLC et al | 8:25-ap-01144-SC |

8815599.1