United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 24-12527-SC

Kristina Lynn Smith                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kristina Lynn Smith, 27591 Kathy Ct, Laguna Niguel, CA 92677-6025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Plaintiff Jeffrey Adams Gomez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Creditor Jeffrey Adams Gomez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor Wells Fargo Bank  N.A. dacoats@raslg.com |
| Eric Marcus Neshanian | on behalf of Interested Party Courtesy NEF neshanianlawfirm@gmail.com |
| Eric Marcus Neshanian | on behalf of Defendant The Neshanian Law Firm  Inc neshanianlawfirm@gmail.com |

District/off: 0973-8                           User: admin                                    Page 2 of 2
Date Rcvd: Apr 10, 2026                        Form ID: pdf042                                 Total Noticed: 1

Jacob Newsum-Bothamley
                    on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jennifer C Wong
                    on behalf of Creditor U.S. Bank National Association bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jennifer C Wong
                    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Julie J Villalobos
                    on behalf of Debtor Kristina Lynn Smith julie@oaktreelaw.com
                    oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

Matthew J Stockl
                    on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com  nregina@otterbourg.com

Richard A Marshack (TR)
                    pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Richard G. Heston
                    on behalf of Creditor Richard G Heston rheston@hestonlaw.com
                    yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

United States Trustee (SA)
                    ustpregion16.sa.ecf@usdoj.gov

Yosina M Lissebeck
                    on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com
                    caron.burke@dinsmore.com;linda.dominguez@dinsmore.com


TOTAL: 14

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard G. Heston; SBN 90738<br>Heston & Heston, Attorneys at Law<br>19700 Fairchild Road<br>Suite 280<br>Irvine CA 92612-2528<br>(949) 222-1041<br>(949) 222-1043 FAX<br>rheston@hestonlaw.com<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>**APR 10 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bolte     DEPUTY CLERK** |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>Kristina Lynn Smith<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:24-bk-12527-SC<br><br>CHAPTER: 7<br><hr>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**(Action in Nonbankruptcy Forum)**<br><hr>DATE: 4//1/2026<br>TIME: 10:00 a.m.<br>COURTROOM: 5C<br>PLACE: 411 W. 4th St., Santa Ana, CA 92701 |

**MOVANT:** Heston & Heston, Attorneys at Law

1.  The Motion was:     ☐ Opposed     ☒ Unopposed     ☐ Settled by stipulation

2.  The Motion affects the following Nonbankruptcy Action:

    Name of Nonbankruptcy Action: In re Jeffrey Adams Gomez

    Docket number: 8:23-bk-12046-TA

    Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: United States Bankruptcy Court for the Central District of California, Santa Ana Division

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                              Page 1                              **F 4001-1.RFS.NONBK.ORDER**

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

   c. ☐ Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:**  Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law.  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other (*specify*): the Court grants relief pursuant to 11 U.S.C. § 362(d) (1). As requested by the Chapter 7 Trustee, however, the relief shall not interfere with the Trustee's authority and ability to administer the Estate as it relates to the distribution of sales proceeds generated from the sale of the real property located at 27591 Kathy Court, Laguna Niguel, California, and that any lien obtained by Movant shall attach only to Jeffrey Adams Gomez's share of the sales proceeds and shall be subject to the liens attaching thereto.

### 

Date: April 10, 2026

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 2                                    **F 4001-1.RFS.NONBK.ORDER**