RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re | Case No.: 8:24-bk-12527-SC |
|---|---|
| KRISTINA LYNN SMITH, | Chapter 7 |
| Debtor. | STATEMENT OF PROPERTY SOLD |

RICHARD A. MARSHACK, solely in his capacity as the chapter 7 trustee ("Trustee") of Kristina Lynn Smith ("Debtor"), files this Statement of Property Sold pursuant to FRBP 6004(f)(1) and LBR 6004-1(g).  Pursuant to the Order entered on February 27, 2026, Trustee has sold the following property of the Estate. A true and correct copy of the escrow closing statement is attached.

Asset Sold:    Real property commonly known as 27591 Kathy Court, Laguna Niguel, California

Purchaser:    Philip Muljana and Shu Rong Chang

Sale Price:    $1,999,000.00

Dated: April 11, 2026                    Respectfully submitted,

By: /s/  Richard A. Marshack
RICHARD A. MARSHACK
Chapter 7 Trustee

1
STATEMENT OF PROPERTY SOLD

5000-611

**A & A**

**ESCROW SERVICES, INC.**

15250 Ventura Blvd, Suite 715
Sherman Oaks, CA 91403

Phone:  (310) 550-6055
Fax:  (310) 550-6130

## SELLER'S FINAL SETTLEMENT STATEMENT

**PROPERTY:**  27591 Kathy Court
Laguna Niguel, CA 92677

**SELLER:**  Bankruptcy Estate of Kristina Lynn
Smith, Bankruptcy Case No. 8:24-bk-
12527-SC

**DATE:**  March 19, 2026

**CLOSING DATE:**  March 19, 2026
**ESCROW NO.:**  106308-AA

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 1,999,000.00 |
| Paid Outside of Escrow | 60,000.00 | |
| **PAYOFF CHARGES - US Bank  - Bankruptcy Department** | | |
| **[Total Payoff $884,301.02]** | | |
| Principal Balance | 656,523.40 | |
| Interest on Principal Balance at 4.2500% from 08/01/2023 to 03/27/2026 | 74,068.44 | |
| Escrow/impound overdraft | 35,969.98 | |
| Unpaid late charges | 2,126.77 | |
| Unpaid NSF charges | 15.00 | |
| Recoverable corporate advance balance | 5,245.52 | |
| Payment deferred total balance due | 110,191.38 | |
| Late Fee for March 2026 | 160.53 | |
| **PRORATIONS/ADJUSTMENTS** | | |
| 2nd 1/2 taxes 2025-2026 at $5,900.92/semi-annually from 03/19/2026 to 07/01/2026 | | 3,343.85 |
| HOA at $310.00/monthly from 03/19/2026 to 04/01/2026 | | 124.00 |
| **COMMISSION CHARGES** | | |
| Berkshire Hathaway HomeServices California Properties | 39,980.00 | |
| The CREM Group | 39,980.00 | |
| **H.O.A./MANAGEMENT** | | |
| Transfer Fee split 50/50 to Seabreeze Management Company, Inc. | 200.00 | |
| Pre-petition account balance to San Joaquin Hills Community Association | 370.00 | |
| Post-petition account balance to San Joaquin Hills Community Association | 7,945.00 | |
| **OTHER DEBITS/CREDITS** | | |
| MyNHD, Inc. for NHD Disclosure Report | 74.95 | |
| Bankruptcy Estate of Kristina Lynn Smith for 2% Carve Out | 39,980.00 | |
| Clarence Yoshikane for reimbursement for renting storage units and services paid upfront | 5,222.28 | |
| Jeff Gomez for property's repairs and maintenance | 26,622.33 | |
| Oaktree Law per Sale Stipulation payment to Debtor's counsel | 7,000.00 | |
| Oaktree Law for Kristina Lynn Smith Homestead exemption | 25,000.00 | |
| HOLD: reimbursement to Jeff Gomez for property's maintenance services paid in advance | 1,500.00 | |

Date:  March 19, 2026

Escrow No.:  106308-AA

Page 2 of 2:

|  | DEBITS | CREDITS |
|---|---|---|
| **TITLE/TAXES/RECORDING CHARGES - Lawyers Title Company** | | |
| Title - Owner's Title Insurance | 3,581.00 | |
| Title - Messenger Fee | 59.50 | |
| Title - Sub Escrow Fee | 62.50 | |
| Title - HOLD for possible additional payoff fees | 8,000.00 | |
| Recording Partial Release of FTB lien - #27 | 18.00 | |
| Recording Court Order Approving Sale | 63.00 | |
| Transfer Tax - County to Orange County | 2,198.90 | |
| 2nd Half Taxes for 2025-2026 to Orange County Tax Collector | 5,900.92 | |
| | | |
| **ESCROW CHARGES - A & A Escrow Services, Inc.** | | |
| Title - Escrow Fee | 5,247.50 | |
| Title - Request Demands Fee | 150.00 | |
| Title - 1099 Processing Fee | 75.00 | |
| Title - Documentation Processing Fee | 250.00 | |
| Title - HOA Processing Fee | 150.00 | |
| Title - FedEx/Messenger Fees | 105.00 | |
| Title - File Archive Fee* | 75.00 | |
| | | |
| **Net Proceeds** | 838,355.95 | |
| | | |
| **TOTAL** | $ 2,002,467.85 | $ 2,002,467.85 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT OF PROPERTY SOLD** will be served
or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner
stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **April
11, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **David Coats**    dacoats@raslg.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Richard G. Heston**    rheston@hestonlaw.com,
  yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com,
  caron.burke@dinsmore.com;linda.dominguez@dinsmore.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Eric Marcus Neshanian**    neshanianlawfirm@gmail.com
- **Jacob Newsum-Bothamley**    jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
- **Matthew J Stockl**    mstockl@otterbourg.com, nregina@otterbourg.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Julie J Villalobos**    julie@oaktreelaw.com,
  oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  **April 13, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will
be completed no later than 24 hours after the document is filed.

**DEBTOR**
KRISTINA LYNN SMITH
27591 KATHY CT
LAGUNA NIGUEL, CA 92677-6025

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons
and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 13, 2026 | Pamela Kraus | /s/  Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**