YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Counsel to Richard A. Marshack,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:24-bk-12527-SC |
| Kristina Lynn Smith, | Chapter 7 |
| Debtor. | **FIRST INTERIM APPLICATION OF DINSMORE & SHOHL LLP AS COUNSEL FOR RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 23, 2024 THROUGH APRIL 30, 2026; DECLARATION OF YOSINA M. LISSEBECK** |
| | Date:       June 2, 2026<br>Time:       11:00 a.m.<br>Judge:      Hon. Scott C. Clarkson<br>Place:      Courtroom 5C<br>              411 West Fourth Street<br>              Santa Ana, California 92701 |

Dinsmore & Shohl LLP ("Applicant" or "Dinsmore"), as counsel to Richard A. Marshack, the duly appointed, qualified, and acting Chapter 7 Trustee (the "Trustee") of the above-captioned bankruptcy estate (the "Estate") of the above captioned debtor (the "Debtor"), respectfully submits its First Interim Application for Allowance and Payment of Fees and Reimbursement for Expenses (the "Application") for the Period of October 23, 2024 through April 30, 2026 (the "Application Period"), in the sum of $172,174.20 for fees incurred and reimbursement of expenses in the amount

1

of $478.71, for a total of $172,652.91. The Estate currently has $935,058.41 cash on hand which the Trustee is holding pursuant to the sale of real property, the Sale Order, and various stipulations, settlements and orders regarding the same. The total unsecured claims are approximately $356,896.41.[1]

## STATEMENT OF FACTS

On October 3, 2024, Debtor filed her voluntary petition under Chapter 7 of the United States Bankruptcy Code ("Petition Date"). [Dkt. 1]. The Trustee was appointed as the duly authorized and qualified Chapter 7 Trustee on that same date. [Dkt. 4].

On March 6, 2025, an order was entered by this court authorizing the Trustee to retain Applicant as his attorneys in this proceeding with respect to all matters arising in connection with the duties of a Trustee. [Dkt. 56].

This Case largely involves issues related to a divorce proceeding and various assets, including real property. Since 2016, Debtor and her Jeffrey Adams Gomez ("Gomez") have been in marriage dissolution proceedings in Orange County Superior Court. Such proceedings have and continue to be contentious and adversarial and affect the administration of the Estate. For instance, a couple of days prior to the Petition Date, on October 1, 2024, the Orange County Superior Court ordered the sale of the real property located at and commonly known as 27591 Kathy Court, Laguna Niguel, California 92677 ("Property") to be sold ("Sale Order"). Applicant analyzed and advised the Trustee, who used his business judgment, as to a plan that would comply with the Sale Order and provide a benefit to the Estate.

This plan included, after opposing a related motion for relief from stay filed by Gomez, (1) stipulating with Gomez and Debtor with respect to, *inter alia*, their cooperation to preserve the Property's value, allow for appropriate marketing of the Property, and vacate the property to allow for the same [Dkt. 126 ("Cooperation Stipulation")], and (2) stipulating with all known lienholders, with one exception, to sell the Property free and clear of all liens, with the proceeds of the sale to be collected and held until further order of the Court. [*See* Dkt. 129] ("Sale Stipulation"). The Sale

---

[1] Trustee has not yet completed a claims analysis and certain unsecured claims may by disputed by Trustee and he preserves all rights to address those claims.

Stipulation also provided that Debtor would reduce and limit her homestead exemption to $25,000. The remainder of her homestead exemption was subordinated to all amounts necessary to pay all administrative fees and costs and timely filed unsecured claims, other than the claim of Gomez. [*Id*.]

As a result of the foregoing, and after addressing the multiple objections filed by the non-stipulating lienholder, Trustee, with Applicant's support, was able to effectuate a sale of the Property with an order authorizing such sale having being entered on February 27, 2026 [Dkt. 162].

After the sale of the Property, Applicant has continued negotiations with lienholders to provide further benefit to the Estate. Dinsmore is in the midst of finalizing settlement agreements and motions regarding the same.

While the sale of the Property has been a primary focus, Applicant has and continues to review, analyze, and advise Trustee as to other matters affecting the administration of the Estate including:

1.      As stated in the Employment Application, Applicant was expressly employed to, and as evidenced by the billing statements attached has, on behalf of the Trustee prepared necessary motions, applications, answers, orders, reports, and other pleadings in connection with the administration of the estate or as required by this Court or otherwise pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules for the United States Bankruptcy Court for the Central District of California ("Local Bankruptcy Rules");

2.      Representing the Trustee at hearings regarding or affecting the Debtor or the estate;

3.      Investigating Debtor and her financial affairs;

4.      Prosecuting and defending litigated matters arising during the Case;

5.      Advising the Trustee with respect to matters in the Case;

6.      Advising the Trustee with respect to the claims (and claims objections) asserted in the Case;

7.      Commencing, conducting, advising or assisting in the same as applicable, any and all litigation or other action necessary or appropriate to assert rights held by the estate or the Debtor, or protect or recover assets of the estate or the Debtor;

/ / /

3

8.      Representing the Trustee with respect to sales of assets of the estate, including real property;

9.      Providing counseling with respect to legal matters arising during the pendency of the Case; and

10.     Performing all other legal services necessary for the efficient and economic administration of the Case.

### DESCRIPTION OF PROFESSIONAL SERVICES RENDERED

The portions of this application set forth in this section generally describe the principal areas of professional services rendered by Applicant on behalf of Trustee. Attached hereto as **Exhibit "A"** is a summary of the services performed by Dinsmore during the Application Period, sorted by the specific project category, the total number of hours billed per category, and the total amount of discounted fees sought by Dinsmore for the combined categories. **Exhibit "D"** contains the detailed statements of account supporting information for **Exhibit "A"** attached hereto. This description of services does not include each and every problem encountered nor each and every service rendered.

During the period October 23, 2024 through April 30, 2026, Applicant engaged in the usual and ordinary services as counsel for Trustee, in assisting him in the discharge of his fiduciary duties and responsibilities. Those services included:

### CASE ADMINISTRATION

In this category, during the Application Period, Dinsmore billed 43.7 hours for $24,244.50, in overall fees.

**a.  Timekeeper Breakdown**

| Timekeeper | Title | Rate (2024/2025) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745/790 | 8.8 | $6,632.50 |
| Matthew J. Stockl | Associate | $480/520 | 33.3 | $16,876.00 |
| Taylor F. Duncan | Associate | $460 | 1.6 | $736.00 |
| **Total Hours / Fees** | | | **43.7** | **$24,244.50** |

4

**b. Services Rendered**

Applicant evaluated the purpose of the bankruptcy filing, Debtor's schedules, analyzed Debtor's interests in real property, and analyzed matters involving Debtor's prenuptial agreement and divorce proceedings. Dinsmore otherwise reviewed, analyzed and prepared general case strategy for Trustee. This included, but was not limited to, addressing a motion to dismiss the case due to its alleged bad faith filed by Debtor's ex-spouse, Gomez. Applicant prepared and filed an opposition to the motion to dismiss noting that Gomez failed to show cause for dismissal of the Case and due to the fact that there are significant non-exempt assets that may be administered for the benefit of creditors that otherwise, through divorce proceedings, would likely receive no distribution. The motion to dismiss the case was denied by the Court. [Dkt. 52]. This benefited the Estate as it allowed the Trustee to administer the assets, which has resulted in proceeds available to pay all creditors.

**EMPLOYMENT APPLICATIONS**

In this category, during the Application Period, Dinsmore billed 10.6 hours for $5,638.00, in overall fees.

**a. Timekeeper Breakdown**

| Timekeeper | Title | Rate (2024/2025) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745 | 1.6 | $1,210.00 |
| Matthew J. Stockl | Associate | $480/520 | 9.0 | $4,428.00 |
| **Total Hours / Fees** | | | **10.6** | **$5,638.00** |

**b. Services Rendered**

Applicant prepared and filed the employment application of Dinsmore, along with related documents in support, and proposed order. Applicant's employment application was approved on March 6, 2025 [Dkt. 56]. Applicant also prepared, for Trustee's filing, an application to employ a real estate agent [Dkt.67] ("Agent Application"). The Agent Application was filed as the real estate agent determined that the Property had an approximate fair market value of $1,800,000 to $2,000,000, which after considering the applicable homestead exemptions and liens, would provide

5

sufficient proceeds to benefit the Estate upon a sale. Applicant was involved in this application, because Applicant expressly negotiated with agent for a 2% carve-out from the 6% realtor commission for the benefit of the Estate's unsecured creditors. This was essential so that the Sale of the Property would benefit all creditors, not just lienholders or administrative claims. The Agent Application was approved by the Court on May 5, 2025 [Dkt. 79].

## FEE APPLICATION

In this category, during the Application Period, Dinsmore billed .2 hours for $92.00, in overall fees.

### a. Timekeeper Breakdown

| Timekeeper | Title | Rate (2024/2025) | Hours | Total Fees |
|---|---|---|---|---|
| Taylor F. Duncan | Associate | $460 | .2 | $92.00 |
| **Total Hours / Fees** | | | **.2** | **$92.00** |

### b. Services Rendered

Applicant prepared a notice for this fee application. Applicant will seek compensation and any applicable reimbursement related to the preparation and filing of this application, including all supporting documents, attending a hearing, and preparing a related order, in connection with any supplemental interim application or Applicant's final application for compensation.

## CLAIMS ADMINISTRATION AND OBJECTIONS

In this category, during the Application Period, Dinsmore billed 6.0 hours for $2,140.50, in overall fees

### a. Timekeeper Breakdown

| Timekeeper | Title | Rate (2024/2025) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745/790 | .9 | $711.00 |
| Jacob R. Bothamley | Associate | $445 | .9 | $400.50 |
| Jordan D. Pinkstaff | Law Clerk | $245 | 4.2 | $1,029.00 |
| **Total Hours / Fees** | | | **6.0** | **$2,140.50** |

6

### b. Services Rendered

Applicant assisted Trustee in connection with the administration of and objections to numerous proofs of claim filed in the case. Specifically, Dinsmore assisted Trustee with the preparation of the withdrawal of two unsupported proofs of claims filed by Debtor on behalf of her father, Howard Smith, in the amount of $689,000.00 [Claim 5-1] and her sister, Kerry Kavanaugh, in the amount of $33,000.00 [Claim 6-1] (collectively, "Claims"). The Claims were objected to by Gomez and, after briefing, the Court set evidentiary hearings related to the Claims. Applicant reviewed the objections and, at the request of Trustee, prepared stipulations for the withdrawal of the Claims. Ultimately, the Court entered orders sustaining the objections to the Claims, disallowing the Claims, and vacating the related evidentiary hearings [Dks. 119, 120]. This reduced the overall claims against the Estate by $722,000.00.

Dinsmore will continue to assist Trustee with the analysis and administration of claims against the Estate as needed.

### ASSET ANALYSIS AND RECOVERY

In this category, during the Application Period, Dinsmore billed 172.0 hours for $98,904.00, in overall fees.

### a. Timekeeper Breakdown

| Timekeeper | Title | Rate (2024/2025/2026) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745/790/840 | 60.2 | $48,477.00 |
| Jacob R. Bothamley | Associate | $445 | 94.4 | $42,423.00 |
| Taylor F. Duncan | Associate | $460 | 17.4 | $8,004.00 |
| **Total Hours / Fees** | | | **172.0** | **$98,904.00** |

### b. Services Rendered

The majority of the services provided by Dinsmore during the Application Period were related to the sale of the Property, as described herein.

Applicant faced several obstacles in effectuating the sale of the Property, particularly due to disputes regarding Debtor's premarital agreement, the validity of liens encumbering real property, and the general theme of divorce proceedings permeating all issues with respect to the same.

As noted *supra*, on October 1, 2024, the Orange County Superior Court ordered the sale of the Property and two days later, Debtor filed this Case. The Sale Order was entered in connection with the marriage dissolution proceedings. As a result of the filing of the Case, the Property became Estate Property. After review, Applicant determined that the only pathway to providing unsecured creditors with a distribution, while complying with the Sale Order, was to sell the Property using Trustee's powers as a sale in the divorce proceeding would have resulted in no distribution to general unsecured creditors. In order to do so, however, the liens encumbering the Property had to be addressed.

The Property was encumbered by various liens including liens arising from family law matters, including a FLARPL and a lien held for the benefit of a minor, a lien recorded by a taxing authority in violation of the automatic stay, and liens that should have been extinguished. Therefore, Applicant negotiated and secured the execution of the Sale Stipulation and otherwise addressed liens as necessary. To finalize the Sale Stipulation, Dinsmore was required to explain the proposed process to the lienholders which involved numerous emails, meetings, and calls. Even so, one lienholder, did not agree to the Sale Stipulation and so the sale of the Property remained nonconsensual. The objecting lienholder filed numerous objections to the sale which required Applicant to review and respond to the same, with supporting evidence. Despite the objections raised, Trustee and his attorneys knew that the sale of the Property would, and did, result in proceeds sufficient to pay not only lienholders and administrative claimants as stipulated to, but also to make distributions to unsecured creditors.

In addition to securing the Sale Stipulation, Dinsmore also obtained the withdrawal of a lien recorded by a taxing agency in violation of the automatic stay. To secure such withdrawal, Applicant necessarily prepared an adversary complaint against the alleged lienholder. After several discussions with the lienholder, the violative lien was withdrawn and litigation avoided.

Additionally, the Property was in an abysmal state of disrepair. As such, the Cooperation Stipulation secured by Dinsmore was imperative to the eventual beneficial sale of the Property.

Moreover, Dinsmore also reviewed, analyzed, and advised Trustee with respect to potential recovery of property Dinsmore identified to be property of the Estate, which involves considerations

8

of, and the interplay of, community property, family, and real property law. Applicant continues to strategize with respect to options regarding such identified property and will advise Trustee as to the same.

The entire process of the sale of the Property was contentious, involving substantive comments raised to Trustee and objections filed with the Court; however, Applicant secured a sale that will benefit the Estate due to the negotiations and stipulations that occurred before the sale and in light of ongoing negotiations with respect to the proceeds from the same. For instance, the Property was sold for $1,999,000, almost $200,000 more than the proposed purchase price, which provided general unsecured creditors with approximately $39,980 on account of the Court-approved 2% carve out of the broker's commission. Moreover, the settlement agreements with secured creditors, which are being finalized by Trustee, will provide general unsecured creditors of the Estate with additional funds.

### MEETINGS OF CREDITORS

In this category, during the Application Period, Dinsmore billed 11.5 hours for $6,486.20, in overall fees.

#### a. Timekeeper Breakdown

| Timekeeper | Title | Rate (2024/2025/2026) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745/790/840 | 3.3 | $2,518.20 |
| Matthew J. Stockl | Associate | $480/520 | 8.2 | $3,968.00 |
| **Total Hours / Fees** | | | **11.5** | **$6,486.20** |

#### b. Services Rendered

Applicant prepared for, attended, and substantively participated in the first and continued 341(a) meeting of creditors.

### RELIEF FROM STAY PROCEEDINGS

In this category, during the Application Period, Dinsmore billed 15.8 hours for $7,883.00, in overall fees.

9

### a. Timekeeper Breakdown

| Timekeeper | Title | Rate (2024/2025/2026) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745/790 | 2.2 | $1,783.00 |
| Jacob R. Bothamley | Associate | $445 | 10.4 | $4,628.00 |
| Taylor F. Duncan | Associate | $460 | 3.2 | $1,472.00 |
| **Total Hours / Fees** | | | **15.8** | **$7,883.00** |

### b. Services Rendered

Applicant reviewed and responded to various relief from stay motions filed in the case and discussed the same with the Trustee.

The first motion for relief from stay was filed by Gomez, who sought relief for the Orange County Superior Court to oversee the sale of the Property asserting that the Case was filed in bad faith. Applicant opposed the motion arguing that Movant did not meet his burden of proof for relief and the relevant standard weighed in favor of denying the motion. Dinsmore needed to address the motion as relief from stay would cause substantial interference with the administration of the Estate and cause unnecessary administrative expenses, negatively impacting distributions to creditors, as Trustee intended on expeditiously selling the Property and administering other assets. Whereas, the protracted litigation in family court would interfere with Trustee's duties and sale of the Property. The Motion was denied by the Court [Dkt. 58].

Subsequently, Gomez filed a second motion for relief from stay, this time to permit the Orange County Superior Court to adjudicate the validity and enforceability of the alleged prenuptial agreement between Gomez and Debtor. Applicant found it important to object to the second motion on the same grounds as the first motion, that relief from stay would cause substantial interference with the administration of the Estate and cause unnecessary administrative expenses, negatively impacting distributions to creditors. Trustee also noted he was involved in settlement negotiations related to the underlying issues and relief may force Trustee to litigate in Family Court. The Court, however, ultimately granted relief from stay "to allow the Orange County Superior Court to adjudicate the validity and enforceability of the Debtor's and [Gomez's] prenuptial agreement." [Dkt. 111].

10

Later, Heston & Heston, Attorneys at Law ("Heston"), a lienholder against the Property, filed a motion for relief from stay to be permitted to record an abstract of judgment and pursue collection remedies against Gomez, including as it would relate to proceeds from the sale of the Property that Gomez may be entitled to. Applicant, on behalf of Trustee, filed a limited opposition against the Motion requesting that any order related thereto clarify that (1) nothing therein shall prevent Trustee from administrating the estate as already ordered by the Court through the Cooperation Order and the Stipulation Order and (2) any lien obtained by Heston shall attach only to Gomez's share of the proceeds and shall be subject to the liens already existing and attached thereto as applicable under law. The Court entered an order granting Heston's motion for relief from stay with Trustee's requested clarifications [Dkt. 176].

### LITIGATION/SETTLEMENT

In this category, during the Application Period, Dinsmore billed 53.4 hours for $26,786.00, in overall fees.

**a. Timekeeper Breakdown**

| Timekeeper | Title | Rate (2024/2025/2026) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745/790 | 6.8 | $5,692.00 |
| Taylor F. Duncan | Associate | $460.00 | 46.6 | $21,094.00 |
| **Total Hours / Fees** | | | **53.4** | **$26,786.00** |

**b. Services Rendered**

As noted throughout, Applicant was involved in all aspects of litigation involving the Property. With this, and the contentiousness that was involved, Applicant prepared to initiate litigation, communicated with, and secured settlement agreements with taxing agencies and holders of secured claims and interests against the Property, pre and post-sale of the same. Such negotiations simultaneously avoided potential further litigation, including involvement in an adversary filed by Gomez, while further benefit to the Estate.

Additionally, Dinsmore continues to analyze potential litigation to recover certain assets of the Estate, if necessary and of benefit to the Estate.

11

Further, Applicant is actively finalizing settlement agreements with lienholders that attached to the Debtor's/Estate's proceeds from the sale of the Property and is preparing a settlement agreement motion related to the same. One such agreement is with Stegmeier, Gelbart, Schwartz and Benavente, LLP ("SGSB"), the other agreement is with White Zuckerman Warsavsky Luna and Hunt, LLP.

**STAFFING OF CASE AND ATTORNEY TIME**

The attorney time reflected in this application is that of Yosina M. Lissebeck, Matthew J. Stockl, Jacob R. Bothamley, and Taylor F. Duncan. The usual and customary hourly rates charged to Bankruptcy/Insolvency clients are as follows:

a.      Staffing and Hourly Rates:

| Attorney Rate: | Yosina M. Lissebeck | $745 / $790 / $840 |
| | Matthew J. Stockl | $480 / $520 |
| | Jacob R. Bothamley | $445 / $495 |
| | Taylor F. Duncan | $460 |
| Summer Associate: | Jordan Pinkstaff | $245 |

The following is an itemization of the time spent on each matter in this case:

| CATEGORIES | INTERIM PERIOD (October 23, 2024 through April 30, 2026) | |
|---|---|---|
| | **Hours** | **Amount Requested** |
| Case Administration (153397-1) | 43.7 | $24,244.50 |
| Employment Applications (153397-2) | 10.6 | $5,638.00 |
| Fee Applications (153397-4) | .2 | $92.00 |
| Claims Administration/Objections (153397-7) | 6.0 | $2,140.50 |
| Asset Analysis & Recovery (153397-8) | 172.0 | $98,904.00 |
| Meetings of Creditors (153397-13) | 11.5 | $6,486.20 |
| Relief From Stay Proceedings (153397-17) | 15.8 | $7,883.00 |
| Litigation (153397-18) | 53.4 | $26,786.00 |
| **Total Amount Due** | | **$172,174.20** |

b.      Summary of Time Expended:

The bulk of the work in this case involved the analysis of, and the interplay of, Debtor's ongoing, active, and lengthy divorce proceedings along with the resolution of an amalgam of

12

issues affecting the eventual sale of real property to benefit the Estate.

The fair value of the professional services rendered to Trustee for the period October 23, 2024 through April 30, 2026, is $172,174.20 and reimbursement of expenses in the amount of $478.71. The value of comparable services performed for clients other than under Title 11 of the United States Code is the same as herein requested. No arrangement or understanding exists between Applicant and any other person for sharing of compensation to be received for services rendered in connection with this case.

At all times every reasonable effort was made to avoid duplication of effort and expense on the part of the attorneys for Trustee. Furthermore, although not reflected on the billing sheets, a paralegal and/or legal assistant was utilized by Applicant at all times possible, at no charge to the estate. Accordingly, Applicant believes it has delivered high-quality, legal services at an efficient and economical rate for the Estate.

c.    Summary of Expenses:

By this Application, Dinsmore seeks interim allowance and reimbursement for expenses incurred in the amount of $478.71.

An itemization of all reasonable and necessary expenses Dinsmore incurred on behalf of the Trustee during the Application Period is attached hereto as **Exhibit "E."  Exhibit "E"** includes the date the expense was incurred as applicable, the description of the expense, and the cost of the expense. All of the expenses that Dinsmore is seeking allowance and reimbursement through this Application are customarily charged to its non-bankruptcy clients.

**DETERMINATION OF APPROPRIATE ALLOWANCE OF COMPENSATION**

11 U.S.C. § 330(a) directs the award to a trustee's counsel of:

> (1) After notice to the parties in interest and the United States Trustee, and a hearing ... the court may award to a trustee, an examiner, a professional person employed under section 327 or 1103 -
>
> (A) reasonable compensation for actual, necessary services rendered by trustee ... attorney and by any paraprofessional person employed by such person; and
>
> (B) reimbursement for actual, necessary expenses.

13

(3)(A)  In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including -

(A) the time spent on such services;
(B) the rates charged for such services;
(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
(E) whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

The legislative history of this provision and subsequent decisions make clear that this standard of compensation "marks a sharp cleavage from past practices," *In re Penn-Dixie Industries, Inc.*, 18 B.R. 834, 837 (Bankr. S.D.N.Y. 1982), by "overrul[ing] . . . cases that require fees to be determined based on notions of conservation of the estate and economy of administration." *House Report No. 95-595, 95th Cong., 1st Sess*. 329-330 (1977). Applicant asserts that it has satisfied the standard set forth above.

Ms. Lissebeck received her Juris Doctor degree from California Western School of Law in 1998. Ms. Lissebeck served a clinical internship for the Honorable Louise DeCarl Adler, Chief Bankruptcy Judge, from January, 1998 through April, 1998. She was admitted to the California Bar in 1999 and her practice consists of bankruptcy law and business litigation. Ms. Lissebeck was on the Federal Courts Committee for the State Bar of California and served as the Vice President of Community Outreach to the San Diego Chapter of the Federal Bar Association. She is an active member of the San Diego Bankruptcy Forum. She was the Vice President and a Director of the San Diego Bankruptcy Forum, as well as the Co-Education Chair for the California Bankruptcy Forum's 2006 Convention. She is also an active member of the National Association of Bankruptcy Trustees.

14

Ms. Lissebeck has prepared and presented numerous programs regarding Bankruptcy, particularly as it relates to representing Trustees. Ms. Lissebeck has written a number of blog articles related to bankruptcy sales and issues surrounding bankruptcy sales. Ms. Lissebeck co-authored an article which was published in the California Bankruptcy Journal, Volume 26, Number 4, 2003, entitled, *The Southern District Bankruptcy Court Steps Up to the Plate in the Chapter 11 Filing Game with New Guidelines.*

Mr. Stockl received his Juris Doctor degree from Albany Law School in 2009. He was admitted to the California Bar in 2019. Mr. Stockl clerked for the Honorable Janet S. Baer, United States Bankruptcy Court, Northern District of Illinois and also served as a law clerk for the Honorable Robert E. Littlefield, Jr. (Chief Judge), United States Bankruptcy Court, Northern District of New York. Mr. Stockl was an associate of Applicant until late 2025.

Mr. Bothamley received his Juris Doctor degree from the University of California Hastings College of the Law in 2017. He was admitted to the California Bar in December of 2017. From 2018 through 2023, Mr. Bothamley served as Law Clerk to the Honorable Theodor C. Albert, former Chief Judge of the United States Bankruptcy Court for the Central District of California. Mr. Bothamley was an associate of Applicant from 2023 through May 2026.

Ms. Duncan received her Juris Doctor degree from Chapman University Dale E. Fowler School of Law in 2023. She was admitted to the California Bar in December of the same year. From August 2023 through 2025, Ms. Duncan served as a Law Clerk to the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California. Ms. Duncan has been as associate of Applicant since 2025.

The hourly rates of the bankruptcy/insolvency department of Applicant are itemized above. The rates of lawyers of comparable experience at reorganization departments of firms throughout San Diego, are equal to or higher than the rates for Applicant. Services are rendered by Applicant in an extremely economical fashion, which combined with the below market hourly rates results in a fee which is outstanding in light of the work which is undertaken and completed.

The Chapter 7 Trustee has approved of Applicant filing its first interim fee application at this time. Applicant is serving a copy of this application upon the Trustee concurrent with its filing.

15

While the Trustee has not reviewed the application in advance, the Trustee was provided with monthly informational statements during this case. The Trustee has not objected to any monthly statement. Applicant will immediately inform the Court if the Trustee has any objection.

The Estate currently has $935,058.41 cash on hand, pursuant to the sale of real property and a settlement agreement regarding the same. The total unsecured claims are approximately $356,896.41.[2]

Applicant will continue to work in this case assisting the Trustee in finalizing the administration of this case, including finalizing the settlements, and addressing any objections to claims.

## PRAYER

WHEREFORE, Applicant respectfully prays for an order as follows:

1.     Allowing and awarding compensation on an interim basis for fees from services rendered to the Trustee for the period October 23, 2024 through April 30, 2026, in the sum of $172,174.20 for fees incurred and reimbursement of expenses in the amount of $478.71.

2.     Authorizing the Trustee to immediately pay the requested amounts.

3.     Reserving jurisdiction over any supplemental interim fee applications of Dinsmore.

4.     Granting such other and further relief as is just and proper.

Dated: May 12, 2026                              Respectfully submitted,

                                                 DINSMORE & SHOHL LLP


                                                 By: /s/ Yosina M. Lissebeck
                                                     Yosina M. Lissebeck
                                                 Counsel to Richard A. Marshack, Chapter 7 Trustee

---

[2] *See* fn.1.

16

**DECLARATION OF YOSINA M. LISSEBECK**

I, Yosina M. Lissebeck declare:

1. I am an attorney admitted to practice law before this Court and I am a partner in the law firm of Dinsmore & Shohl LLP ("Dinsmore"), general bankruptcy counsel to Richard A. Marshack, in his capacity as the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Kristina Lynn Smith ("Debtor"). As such, unless expressly stated otherwise, I have personal knowledge of the facts set forth below and could and would competently testify thereto if requested to do so.

2. I have reviewed the attached First Interim Application for Allowance and Payment of Fees and Reimbursement for Expenses for the Period of October 23, 2024 through April 30, 2026 (the "Application").

3. To the best of my knowledge, the Application complies with the United States Trustee Guidelines and Local Bankruptcy Rule 2016-1.

4. The amounts requested in the Application for fees and costs are based on Dinsmore's business records kept by Dinsmore in the ordinary course of Dinsmore's business. Such records are made at or near the time of the events reflected therein by, or from information transmitted by, a person with knowledge of the matter recorded.

5. During the period October 23, 2024 through April 30, 2026 (the "Application Period"), Dinsmore incurred total $172,174.20, and expenses in the amount of $478.71 in connection with representing the Trustee.

6. The compensation sought by Dinsmore pursuant to the Application is based upon the customary compensation charged by comparably skilled practitioners in cases under the Bankruptcy Code. Furthermore, the compensation sought by Dinsmore pursuant to the Application is based on its standard and usual charges for similar services in other bankruptcy and non-bankruptcy related representations. Pursuant to Bankruptcy Rule 2016, Dinsmore has not entered into any agreement to share the compensation sought herein with any other person or entity, other than its partners, counsels or associates.

///

17

7.  I have reviewed Dinsmore's time records submitted herewith, and I believe them to accurately reflect the services rendered and to be reasonable.

8.  Included in the Exhibits to the Application are the following:

**Exhibit "A"** is the Fee Application Summary organizes, by service category, the number of hours performed, the hourly rates, and the amount billed by each of Dinsmore's professionals who incurred time in such service category.

**Exhibit "B"** is the names, hourly billing rates, total number of hours spent on this Case by each professional and paraprofessional who billed time during the Application Period and the total amount of fees accrued.

**Exhibit "C"** contains biographies for all Dinsmore personnel who billed time to the representation during the Application Period.

**Exhibit "D"** contains copies of Dinsmore's actual billing invoices, organized chronologically and by service category during the Application Period. These invoices provide a chronological listing of the tasks performed by Dinsmore and the time spent on each task. These invoices are generated from the daily time records maintained by each Dinsmore attorney and paraprofessional in the ordinary course of Dinsmore's business.

**Exhibit "E"** includes the date the expense was incurred as applicable, the description of the expense, and the cost of the expense. All of the expenses that Dinsmore is seeking allowance and reimbursement through this Application are customarily charged to its non-bankruptcy clients. Costs are charged on a pass-through basis, except for copying which is charged at $0.15 per page for black and white copies and $0.75 per page for color copies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of May 2026, at San Diego, California.

*/s/ Yosina M. Lissebeck*
YOSINA M. LISSEBECK

# EXHIBIT A

**Exhibit A**

**Fee Application Summary**

| CATEGORIES | INTERIM PERIOD (October 23, 2024 through April 30, 2026) | |
|---|---|---|
| | Hours | Amount Requested |
| Case Administration (153397-1) | 43.7 | $24,244.50 |
| Employment Applications (153397-2) | 10.6 | $5,638.00 |
| Fee Applications (153397-4) | .2 | $92.00 |
| Claims Administration/Objections (153397-7) | 6.0 | $2,140.50 |
| Asset Analysis & Recovery (153397-8) | 172.0 | $98,904.00 |
| Meetings of Creditors (153397-13) | 11.5 | $6,486.20 |
| Relief From Stay Proceedings (153397-17) | 15.8 | $7,883.00 |
| Litigation (153397-18) | 53.4 | $26,786.00 |
| **Total Amount Due** | **313.2** | **$172,174.20** |

# EXHIBIT B

**Exhibit B**

**Summary of Professionals**

| Name | CA Bar Admission Date | Rate(s) 2024/2025/2026 | Total Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck, Partner | 1999 | 745/790/840 | 83.8 | $67,023.70 |
| Matthew J. Stockl, Associate | 2019 | $480/520 | 50.5 | $25,272.00 |
| Jacob R. Bothamley, Associate | 2017 | $445 | 105.7 | $47,451.50 |
| Taylor F. Duncan, Associate | 2023 | $460 | 69.0 | $31,398.00 |
| Jordan D. Pinkstaff, Law Clerk | n/a | $245 | 4.2 | $1,029.00 |
| **Total Amount Due** | | | **313.2** | **$172,174.20** |

# EXHIBIT C

Exhibit C
Page 23





# Yosina M. Lissebeck

**Partner**

San Diego, CA

yosina.lissebeck@dinsmore.com

Tel: (619) 400-0473     Fax: (619) 400-0501

As a partner, Yosina is a highly accomplished professional known for her expertise in insolvency and restructuring cases, as well as commercial and business litigation matters. She is a trusted advisor who has offered invaluable insights and innovative strategies tailored to the unique circumstances of numerous trustees, debtors, companies, receivers, stakeholders, and creditors. Her exceptional problem-solving skills and meticulous attention to detail have led to successful resolutions of complex cases, preserving value for all parties involved. Yosina possesses a versatile skillset as an attorney and has established herself as a skilled litigator, representing clients in court for law and motion matters, evidentiary hearings and trials.

Yosina's practice also includes guiding clients through the acquisition and disposition of commercial and residential properties. Negotiating complex purchase and sale agreements, and advising on title and land use issues. She works closely with clients to structure transactions that align with their business and investment goals. Along with this transactional work, Yosina also represents clients in real estate-related litigation disputes before the Federal Bankruptcy Court, including assisting with the sale motion and overbid process and obtaining relief from stay for various property management companies and commercial landlords. Yosina adeptly handles complex issues, contract disputes, fraud claims, and provides valuable assistance with receivership matters. She earned her J.D. from the California Western School of Law.

Exhibit C
Page 24

# Credentials

## Education

California Western School of Law (J.D., 1998)

University of California, Santa Barbara (B.A., 1995)

• Political Science

## Bar admissions

• California

## Court admissions

• U.S. Court of Appeals for the Ninth Circuit
• U.S. Court of Appeals for the Ninth Circuit Bankruptcy Appellate Panel
• U.S. District Court for the Central District of California
• U.S. District Court for the Southern District of California
• U.S. District Court for the Eastern District of California
• U.S. District Court for the Southern District of Texas
• U.S. Bankruptcy Court for the Central District of California
• U.S. Bankruptcy Court for the Southern District of California
• U.S. Bankruptcy Court for the Southern District of Texas

## Affiliations and memberships

• Federal Bar Association, San Diego Chapter, Member
  - Publicity & Bankruptcy Liaison Officer (2010)
  - Vice President of Community Outreach (2012)
• California State Bar Association, Member
  - Federal Courts Committee (2010)
• San Diego County Bar Association, Member
• San Diego Bankruptcy Forum, Member
  - Vice President (2005)
• California Bankruptcy Forum, Member

Exhibit C
Page 25

- Co-Education Chair for the California Bankruptcy Forum Convention (2006)

## Distinctions

• San Diego Business Journal, Women of Influence in Law, 2025

Exhibit C
Page 26





# Matthew J. Stockl

Associate
matthew.stockl@dinsmore.com

Los Angeles, CA
Tel: (213) 596-0008

Matt focuses his practice on representing debtors, secured and unsecured creditors, and other stakeholders in a broad range of matters, including Chapter 11 cases, out-of-court workouts, liquidations, and complex business litigation in both federal and state court.

Matt regularly advises and develops strategies and creative solutions for clients in distressed-debt situations. His experience encompasses all facets of bankruptcy and insolvency, including: Chapter 11 plan restructuring and related litigation, 363 sales, debtor-in-possession financing, priority disputes, fraudulent transfer and preference actions, bankruptcy appeals, acquisitions and sales of distressed assets, assignments for the benefit of creditors, Uniform Commercial Code Article 9 foreclosure sales, and all phases of commercial disputes, ranging from pre-litigation demands to litigation of commercial claims and defenses.

Matt clerked for the Honorable Janet S. Baer, United States Bankruptcy Court, Northern District of Illinois. Matt also served as a law clerk for the Honorable Robert E. Littlefield, Jr. (Chief Judge), United States Bankruptcy Court, Northern District of New York, and as a judicial intern for the Honorable Cecelia G. Morris, United States Bankruptcy Court, Southern District of New York.

## Services

- Corporate & Transactional
- Bankruptcy & Restructuring

## Education

- Albany Law School  (J.D., *cum laude*)
- McGill University  (Bachelor of Commerce)

## Bar Admissions

- California
- Illinois
- New York

Exhibit C
Page 27

**Court Admissions**

- U.S. District Court for the Central District of California

- U.S. District Court for the Southern District of California

- U.S. District Court for the Northern District of Illinois

- U.S. District Court for the Central District of Illinois

- U.S. District Court for the District of Nebraska

- U.S. District Court for the Middle District of Pennsylvania

- U.S. District Court for the Eastern District of Wisconsin

- U.S. District Court for the Western District of Wisconsin

**Affiliations/Memberships**

- American Bankruptcy Institute

- Association of Business Trial Lawyers

**Distinctions**

- *Best Lawyers*©
    - ○ "Ones to Watch" in Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law (2021-2024)

- Illinois Super Lawyers - *Rising Star*®
    - ○ Bankruptcy (2019-2021)

- National Conference of Bankruptcy Judges' Next Generation Program (2017)

**Languages**

- French

- Spanish

Exhibit C
Page 28





# Jacob Bothamley

**Associate**

San Diego, CA

jacob.bothamley@dinsmore.com

Tel: (619) 400-0500    Fax: (619) 400-0501

Jacob is an associate with the Firm's Corporate Department, Business Restructuring Practice Group. Jacob comes to us following a full term-clerkship for Chief Judge Theodor C. Albert of the United States Bankruptcy Court, Central District of California. Jacob's broad experience as a law clerk provides extra versatility within his group, allowing his practice to span a wide-range within both the corporate and bankruptcy arenas.

# Credentials

## Education

University of California, Hastings College of the Law (J.D.)

University of California, Santa Cruz (B.A.)

• History

## Bar admissions

• California — 2017

Exhibit C
Page 29

## Court admissions

- U.S. Bankruptcy Court for the Central District of California

Exhibit C
Page 30





# Taylor F. Duncan

**Associate**

San Diego, CA

taylor.duncan@dinsmore.com

Tel: (619) 400-0456     Fax: (619) 400-0501

Taylor focuses her practice on bankruptcy and restructuring, guiding businesses and individuals through complex financial challenges with clarity and precision. She works closely with trustees, debtors and companies of all sizes, particularly in the healthcare and banking industries, to navigate insolvency proceedings, asset sales, and Chapter 7 and Chapter 11 bankruptcy filings.

Before entering private practice, Taylor completed a two-year clerkship with Judge Scott C. Clarkson in the U.S. Bankruptcy Court for the Central District of California, where she gained hands-on experience in matters involving asset sales and restructuring under Chapter 7,11, and 15.

Originally from Scotland, Taylor brings a global perspective to her work. Outside the office, she's a passionate soccer fan and a proud supporter of Rangers FC, following both the women's and men's leagues. She also played for a year in the Scottish Women's Premier League, a testament to her competitive spirit and strong, team-oriented mindset.

# Credentials

## Education

Chapman University Dale E. Fowler School of Law (J.D., 2023)

Exhibit C
Page 31

- CALI Awards (Highest Class Grade): Criminal Procedure/Police Practice, Elder Law Clinic
- Commitment to Service Award
- Merit Scholarship
- Real Estate Law Society, Vice President
- Criminal Law Society, Member

California State University, Bakersfield (B.A., summa cum laude, 2020)

- Political Science & Criminal Justice
- The Outstanding Student of Political Science Class of 2020 Award
- Pi Sigma Alpha National Political Science Honor Society
- Alpha Phi Sigma National Criminal Justice Honor Society
- Alpha Chi National College Honor Society
- Helen Louise Hawk Honors Program

## Bar admissions

- California
- District of Columbia

The Estate currently has $935,058.41 cash on hand, pursuant to the sale of r
settlement agreement regarding the same. The total unsecured claims a
$356,896.41

## Affiliations and memberships

- Pathways Academy Kern County Probation Department
- Alliance Against Family Violence and Sexual Assault

## Languages

- Spanish

Exhibit C
Page 32

# EXHIBIT D

## Case Administration (153397-1)

### Fees

| Timekeeper | Title | Rate (2024/2025/2026) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745.00/$790.00 | 8.80 | $6,632.50 |
| Matthew J. Stockl | Associate | $480.00/$520.00 | 33.30 | $16,876.00 |
| Taylor F. Duncan | Associate | $460.00 | 1.60 | $736.00 |
| | Total Hours / Fees | | 43.70 | $24,244.50 |

| Date | Tkpr | Matter | Hrs | Amt | Narrative |
|---|---|---|---|---|---|
| 10/24/2024 | YML | 1 | 1 | $745.00 | Review new case related to divorce proceeding, separate property issues, and review various documents related to same (.5); discuss case with trustee and P. Krause re case strategy and status (.2); telephone call with Trustee and R. Heston re separate property issues and pre nuptial agreement (.3) |
| 10/30/2024 | YML | 1 | 0.8 | $596.00 | Telephone call with Trustee re case status and strategy (.3); Telephone call with Trustee and Real Estate Broker re values of home and proceeding with inspection (.3); Telephone call with Trustee and Debtor's attorney re notice of stay and obtaining entry into real property for broker inspection (.2) |
| 10/31/2024 | YML | 1 | 0.9 | $670.50 | Review and respond to various emails from J. Villalobos re Notice of Stay, obtaining access to real property (.2); Review and respond to email from Trustee re employment applications (.1); Draft email to M. Stockl with assignment and moving forward with case related to real property issues (.2); draft email to P. McColl re setting up telephone conference with J. Gomez re case facts and property issues, review response and reply (.2); Review and respond to email from R. Heston re setting up conference of counsel to discuss case and strategy re property issues and divorce (.2) |

| 10/31/2024 | MJS | 1 | 0.4 | $192.00 | Review correspondence and background materials  from Y. Lissebeck regarding issues to be addressed for real property and prenuptial agreement. |
| 10/31/2024 | MJS | 1 | 0.3 | $144.00 | Call with Y. Lissebeck regarding case and next steps. |
| 11/5/2024 | YML | 1 | 0.1 | $74.50 | Review amended schedules and draft email to M. Stockl re review of home value and homestead exemption |
| 11/6/2024 | MJS | 1 | 0.1 | $48.00 | Review amended schedule and claimed exemptions in connection with disposition of real property. |
| 11/7/2024 | YML | 1 | 1.1 | $819.50 | Prepare for telephone call with Ex-Husband attorney to discuss case (.3); telephone call with P. McCall, R. Heston, M. Stockll and Trustee re J. Adams position related to divorce and community property v separate property, and prenuptual agreement (.8) |
| 11/7/2024 | YML | 1 | 0.2 | $149.00 | Follow up telephone call with Trustee re separate property, comingling and transmutation of property |
| 11/7/2024 | YML | 1 | 0.2 | $149.00 | Review and respond to email from M. Stockl re value of property and liens, getting information related to attorney lien, and figuring out equity |
| 11/7/2024 | MJS | 1 | 0.8 | $384.00 | Review and analyze amended schedules. |
| 11/7/2024 | MJS | 1 | 0.8 | $384.00 | Conference with P. McCall, R. Heston, Y. Lissebeck, and R. Marshack regarding case background, prenuptial agreement, and divorce proceedings. |
| 11/8/2024 | YML | 1 | 1.6 | $1,192.00 | Review 6 page summary of case in preparation for call with ex husband (.4); draft email to M. Stockl re turnover demand (.1); telephone call with ex husband re property issues and divorce (.5); telephone call with M. Stockl re demand and bank statements (.3); telephone call with trustee re case status and strategy (.3) |
| 11/8/2024 | MJS | 1 | 0.3 | $144.00 | Conference with J. Adams and Y. Lissebeck regarding case background. |
| 11/8/2024 | MJS | 1 | 0.1 | $48.00 | Review scheduled claims. |
| 11/8/2024 | MJS | 1 | 0.2 | $96.00 | Call with Y. Lissebeck regarding additional documents needed, prenuptial agreement and separate properties. |
| 11/13/2024 | YML | 1 | 0.2 | $149.00 | Review and respond to email of J. Gomez providing documents and facts related to assets |

Exhibit D
Page 35

| 11/13/2024 | MJS | 1 | 1.3 | $624.00 | Draft demand letter to Debtor's counsel regarding rolex and storage unit. |
| 11/13/2024 | MJS | 1 | 1.5 | $720.00 | Review documents received from J. Adams in connection with investigation of undisclosed assets. |
| 11/17/2024 | YML | 1 | 0.3 | $223.50 | Review demand letter and request M. Stockl to request further accounting information (.2); forward letter to trustee for approval (.1) |
| 11/19/2024 | YML | 1 | 0.2 | $149.00 | Review email from J. Villalobos re demand for turnover, forward to M. Stockl for review and response |
| 11/19/2024 | MJS | 1 | 0.3 | $144.00 | Correspondence with Debtor's counsel regarding turnover of Rolex and access to storage unit. |
| 11/20/2024 | MJS | 1 | 1 | $480.00 | Call and correspondence with D. Grey regarding potential representation of creditor in the event bankruptcy case is filed by former business partner. |
| 11/20/2024 | MJS | 1 | 0.6 | $288.00 | Correspondence with Y. Lissebeck regarding debtor's response to demand letter. |
| 11/20/2024 | MJS | 1 | 0.1 | $48.00 | Draft response to Debtor's counsel regarding Rolex and storage unit. |
| 11/21/2024 | MJS | 1 | 0.3 | $144.00 | Correspondence with K. Ortiz regarding statement of disinterestedness and filing. |
| 11/22/2024 | MJS | 1 | 1 | $480.00 | Review documents in connection with asset analysis and recovery. |
| 11/25/2024 | YML | 1 | 0.3 | $223.50 | Review email from M. Stockel re storage unit and watch, and debtor's attorneys response (.1); draft email to P. MCCall re DSO orders and motions (.2) |
| 11/25/2024 | MJS | 1 | 0.4 | $192.00 | Correspondence with debtor's counsel, J. Villalobos, regarding assets and need to amend schedules and statement of financial affairs. |
| 11/25/2024 | MJS | 1 | 0.6 | $288.00 | Review and respond to correspondence from Debtor's counsel. |
| 12/15/2024 | MJS | 1 | 0.7 | $336.00 | Review and revise Laguna Property analysis regarding broker's commission, transfer tax, and capital gains tax. |
| 12/15/2024 | MJS | 1 | 0.2 | $96.00 | Correspondence with R. Marshack regarding Laguna Property analysis. |
| 12/26/2024 | YML | 1 | 0.2 | $149.00 | Draft email to M. Stockl and request outline of what documents are needed, what amendments are needed and moving forward with case strategy |

| 1/10/2025 | MJS | 1 | 0.9 | $468.00 | Draft letter to J. Adams regarding document requests. |
|---|---|---|---|---|---|
| 1/14/2025 | MJS | 1 | 2 | $1,040.00 | Draft letter to debtor's counsel regarding document requests. |
| 1/15/2025 | YML | 1 | 0.2 | $158.00 | Review and revise letter to Debtor's attorney requesting documents and amendments |
| 1/15/2025 | MJS | 1 | 0.3 | $156.00 | Correspondence with Debtor's counsel regarding request for information and documents. |
| 1/15/2025 | MJS | 1 | 0.7 | $364.00 | Revise letter to Debtor's counsel regarding document demands. |
| 1/21/2025 | YML | 1 | 0.2 | $158.00 | Briefly review motion to dismiss filed by Mr. Admas and forward to M. Stockl for review and analysis |
| 1/22/2025 | YML | 1 | 0.2 | $158.00 | Review email from P. Krause with motion to dismiss documents and respond thereto |
| 1/28/2025 | MJS | 1 | 3 | $1,560.00 | Research and prepare response to motion to dismiss case as bad faith filing. |
| 1/28/2025 | MJS | 1 | 0.4 | $208.00 | Finalize and file opposition to motion to dismiss chapter 7 case as bad faith filing. |
| 1/29/2025 | YML | 1 | 0.5 | $395.00 | Discuss selling real property with Trustee and issues related to motion to dismiss |
| 2/2/2025 | MJS | 1 | 1.5 | $780.00 | Review documents produced by Debtor in response to trustee's documents requests. |
| 2/4/2025 | YML | 1 | 0.6 | $474.00 | Telephone call with trustee re case strategy and status and settlement ideas (.3); telephone call with B, Heston re settlement (.3) |
| 2/10/2025 | MJS | 1 | 0.2 | $104.00 | Review tentative ruling on motion to dismiss case. |
| 2/11/2025 | MJS | 1 | 0.1 | $52.00 | Correspondence with R. Marshack regarding court's denial of motion to dismiss. |
| 2/11/2025 | MJS | 1 | 0.5 | $260.00 | Attend hearing on motion to dismiss case. |
| 2/13/2025 | MJS | 1 | 0.1 | $52.00 | Correspondence with Y. Lissebeck regarding order denying motion to dismiss case. |
| 2/13/2025 | MJS | 1 | 0.5 | $260.00 | Prepare order denying motion to dismiss. |
| 2/17/2025 | MJS | 1 | 4.2 | $2,184.00 | Research and draft opposition to motion for relief from stay filed by J. Gomez. |
| 2/18/2025 | MJS | 1 | 3 | $1,560.00 | Revise opposition to motion for relief from stay. |
| 2/18/2025 | MJS | 1 | 0.4 | $208.00 | Finalize and file opposition to motion for relief from stay. |

| | | | | | |
|---|---|---|---|---|---|
| 2/18/2025 | MJS | 1 | 0.3 | $156.00 | Review and revise declaration that no party requested a hearing on motion. |
| 2/18/2025 | MJS | 1 | 0.2 | $104.00 | Review and revise notice of lodgment of order denying motion to dismiss case. |
| 3/3/2025 | MJS | 1 | 0.6 | $312.00 | Prepare for hearing on stay relief motion. |
| 3/4/2025 | MJS | 1 | 0.8 | $416.00 | Appear at hearing on motion for relief from the automatic stay. |
| 3/4/2025 | MJS | 1 | 0.1 | $52.00 | Correspondence with Y. Lissebeck regarding hearing on motion for relief from stay. |
| 3/4/2025 | MJS | 1 | 0.4 | $208.00 | Prepare order denying motion for relief from the automatic stay. |
| 3/4/2025 | MJS | 1 | 0.1 | $52.00 | Review notice of lodgment. |
| 4/23/2025 | MJS | 1 | 0.4 | $208.00 | Review correspondence and attachments from creditor J. Gomez regarding alleged fraud in chapter 7 case. |
| 4/25/2025 | MJS | 1 | 0.2 | $104.00 | Correspondence with P. Kraus regarding proof of insurance. |
| 5/12/2025 | MJS | 1 | 0.9 | $468.00 | Prepare stipulation with Debtor regarding occupancy and marketing. |
| 5/13/2025 | MJS | 1 | 0.1 | $52.00 | Review order rescheduling hearing on claims objections. |
| 5/14/2025 | MJS | 1 | 0.4 | $208.00 | Revise stipulation re occupancy. |
| 4/7/2026 | TFD | 1 | 0.4 | $184.00 | Draft updates on case status in response to inquiry re same. |
| 4/8/2026 | TFD | 1 | 0.2 | $92.00 | Finalize proposed litigation memo. |
| 4/14/2026 | TFD | 1 | 0.2 | $92.00 | Review and respond to Y. Lissebeck re inquires related to expenses and miscellaneous items re net proceeds from sale of Kathy Court property. |
| 4/14/2026 | TFD | 1 | 0.4 | $184.00 | Review and respond to Y. Lissebeck and M. Marshack re inquiries related to invoices of SGSB including initial analysis of same. |
| 4/14/2026 | TFD | 1 | 0.4 | $184.00 | Draft and prepare analysis of proposed settlement agreement with SGSB and White, Zuckerman, Warsavsky, Luna & Hunt. |
| | | | 43.70 | $24,244.50 | |

**Employment Applications (153397-2)**

**Fees**

| Timekeeper | Title | Rate (2024/2025/2026) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745.00 | 1.60 | $1,210.00 |
| Matthew J. Stockl | Associate | $480.00/$520.00 | 9.00 | $4,428.00 |
| | Total Hours / Fees | | 10.60 | $5,638.00 |

| Date | Tkpr | Matter | Hrs | Amt | Narrative |
|---|---|---|---|---|---|
| 11/16/2024 | MJS | 2 | 1 | $480.00 | Prepare application to employ Dinsmore & Shohl LLP as counsel. |
| 11/16/2024 | MJS | 2 | 0.5 | $240.00 | Prepare notice of application to employ Dinsmore & Shohl LLP as counsel. |
| 11/17/2024 | MJS | 2 | 0.4 | $192.00 | Prepare proposed order on application to employ Dinsmore & Shohl LLP. |
| 11/17/2024 | MJS | 2 | 0.5 | $240.00 | Prepare statement of disinterestedness. |
| 11/18/2024 | MJS | 2 | 0.5 | $240.00 | Prepare engagement letter. |
| 11/18/2024 | MJS | 2 | 1 | $480.00 | Prepare declaration in support of application to employ Dinsmore. |
| 11/18/2024 | MJS | 2 | 0.3 | $144.00 | Review employments application and related documents. |
| 11/18/2024 | MJS | 2 | 0.1 | $48.00 | Correspondence with Y. Lissebeck regarding application to employ Dinsmore. |
| 11/20/2024 | YML | 2 | 1.2 | $894.00 | Review and revise employment application and all supporting documents thereto (.8); discuss employment application with Trustee and review signed application (.2); review response from Debtor to demand, forward to M. Stockl with instructions re debtor's obligations to disclose assets (.2) |
| 11/20/2024 | MJS | 2 | 0.4 | $192.00 | Review and revise application to employ Dinsmore. |
| 11/20/2024 | MJS | 2 | 0.2 | $96.00 | Correspondence with R. Marshack regarding application to employ Dinsmore. |
| 11/20/2024 | MJS | 2 | 1 | $480.00 | Reviewing results of conflict check and revise connections chart exhibit to declaration in support of application to employ Dinsmore. |

| | | | | | |
|---|---|---|---|---|---|
| 11/21/2024 | MJS | 2 | 0.1 | $48.00 | Correspondence with K. Ortiz regarding filing of employment application. |
| 11/21/2024 | MJS | 2 | 0.3 | $144.00 | Finalize employment application for filing. |
| 2/13/2025 | MJS | 2 | 0.6 | $312.00 | Prepare order approving application to employ Dinsmore. |
| 2/13/2025 | MJS | 2 | 0.3 | $156.00 | Correspondence with K. Ortiz regarding declaration that no party requested a hearing on application to employ Dinsmore. |
| 3/18/2025 | MJS | 2 | 0.2 | $104.00 | Correspondence with Y. Lissebeck regarding application to employ broker. |
| 3/26/2025 | YML | 2 | 0.2 | $158.00 | Review and respond to numerous emails re listing agreement and application to employ |
| 4/8/2025 | MJS | 2 | 0.8 | $416.00 | Review and revise application to employ broker. |
| 4/9/2025 | MJS | 2 | 0.8 | $416.00 | Review and revise application to employ real estate broker. |
| 4/21/2025 | YML | 2 | 0.2 | $158.00 | Draft email to P. Krause re employment (.1); review and respond to email from Julie Villalobos, Esq., re listing agreement (.1) |
| | | | 10.60 | $5,638.00 | |

**Fee Applications (153397-4)**

**Fees**

| Timekeeper | Title | Rate (2026) | Hours | Total Fees |
|---|---|---|---|---|
| Taylor F. Duncan | Associate | $460.00 | .20 | $92.00 |
| | Total Hours / Fees | | $460.200 | $92.00 |

| Date | Tkpr | Matter | Hrs | Amt | Narrative |
|---|---|---|---|---|---|
| 4/14/2026 | TFD | 4 | 0.1 | $46.00 | Prepare notice of interim fee application. |
| 4/16/2026 | TFD | 4 | 0.1 | $46.00 | Finalize notice to retained professionals re hearing on interim fee applications. |
| | | | 0.20 | $92.00 | |

## Claims Administration/Objections (153397-7)

### Fees

| Timekeeper | Title | Rate (2024/2025/2026) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745.00/$790.00 | .90 | $711.00 |
| Jordan D. Pinkstaff | Law Clerk | $245.00 | 4.20 | $1,029.00 |
| Jacob R. Bothamley | Associate | $445.00 | .90 | $400.50 |
| | Total Hours / Fees | | 6.00 | $2,140.50 |

| Date | Tkpr | Matter | Hrs | Amt | Narrative |
|---|---|---|---|---|---|
| 3/27/2025 | YML | 7 | 0.5 | $395.00 | Review proof of secured lien and claim (.3); draft email re lien claim and objection to M. Stockl (.1) ; review and respond to email of T. Talbot re claim (.1) |
| 7/31/2025 | JRB | 7 | 0.1 | $44.50 | Strategy conference with J. Pinkstaff re new proposed stipulation. |
| 7/31/2025 | JDP | 7 | 0.7 | $171.50 | Review Claim Objection filed by Creditor Jeffery Gomez for context and background in order to draft Stipulation to withdraw proof of claim(s) by Howard Smith and Kerry Kavanaugh. |
| 7/31/2025 | JDP | 7 | 0.2 | $49.00 | Review examples of previously prepared Stipulations in the instant case and other previously prepared Stipulations for Withdrawal of Claims in preparation for drafting the same stipulations between Trustee, Debtor, and Creditors. |
| 8/1/2025 | YML | 7 | 0.4 | $316.00 | Review and revise stipulations to withdraw proof of claims and orders and discuss revisions with J. Pinkstaff (.2); review and revise stipulation to sale property with J. Bothamley (.2) |
| 8/1/2025 | JRB | 7 | 0.5 | $222.50 | Review stipulations to withdraw claims of Howard Smith and Kerry Kavanaugh. |
| 8/1/2025 | JRB | 7 | 0.1 | $44.50 | Meet with J. Pinkstaff re questions on stip to withdraw proof of claim. |
| 8/1/2025 | JRB | 7 | 0.1 | $44.50 | Review changes to stip to withdrasw claim of K Kavanaugh and finalize for review. |

| 8/1/2025 | JDP | 7 | 1.1 | $269.50 | Prepared Stipulation of Withdrawal of Howard Smith's Proof of Claim to be submitted to and signed by the Trustee, the Debtor, Smith, and Objector Gomez. |
| 8/1/2025 | JDP | 7 | 2.2 | $539.00 | Prepared Stipulation of Withdrawal of Kerry Kavanaugh's Proof of Claim to be submitted to and signed by the Trustee, the Debtor, Kavanaugh, and Objector Gomez. |
| 8/5/2025 | JRB | 7 | 0.1 | $44.50 | Strategy meeting with Y. Lissebeck re stipulations to withdraw proof of claim and necessary signatories. |
| | | | 6.00 | $2,140.50 | |

**Asset Analysis & Recovery (153397-8)**

**Fees**

| Timekeeper | Title | Rate (2024/2025/2026) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745.00/$790.00/$840.00 | 60.20 | $48,477.00 |
| Taylor F. Duncan | Associate | $460.00 | 17.40 | $8,004.00 |
| Jacob R. Bothamley | Associate | $445.00 | 94.40 | $42,423.00 |
| | Total Hours / Fees | | 172.00 | $98,904.00 |

| Date | Tkpr | Matter | Hrs | Amt | Narrative |
|---|---|---|---|---|---|
| 12/12/2024 | YML | 8 | 0.4 | $298.00 | Telephone call with Trustee and Broker re sale of Real Property and employment application (.3); draft email to M. Stockl and review response re property analysis (.1). |
| 12/17/2024 | YML | 8 | 0.2 | $149.00 | Review email from J. Adams with documents re premarital agreement, review email from R. Heston in response and respond in kind |
| 12/20/2024 | YML | 8 | 0.2 | $149.00 | Review email from J. Gomez and respond (.1); draft email to M. Stockl re moving forward with document and amendment demands (.1) |
| 1/28/2025 | YML | 8 | 1 | $790.00 | Telephone call with trustee re sale of property and moving forward with broker (.2); email trustee tax analysis and equity cushion (.2); discuss opposition of motion to dismiss with M. Stockl (.2); discuss motion to dismiss and opposition with Trustee (.2); review and respond to email of J. Toyama re equity in property and purchase price (.2) |
| 1/29/2025 | YML | 8 | 0.4 | $316.00 | Discuss sale of property and settlement of divorce issues with trustee |
| 1/31/2025 | YML | 8 | 1.1 | $869.00 | Telephone call with trustee re selling real property and value (.2); telephone call with R. Heston re value of real property and case strategy (.2); telephone call with Realtor re listing agreement and selling real property (.2); review and respond to email of J. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Villalobos re selling real property (.1); briefly review various emails from J. Villalobos with documents requested to be produced (.2); discuss documents and continued exam with M. Stockl (.2) |
| 2/10/2025 | YML | 8 | 0.2 | $158.00 | Review and respond to settlement email of B. Heston and draft correspondence to trustee re same (.1); review tentative ruling on motion to dismiss and forward to trustee and M. Stockl (.1) |
| 3/24/2025 | YML | 8 | 0.3 | $237.00 | Review listing and discuss revisions to be made |
| 4/23/2025 | YML | 8 | 0.6 | $474.00 | Email from Pam Kraus,  regarding "RE: Kristina Smith - annual report 24-12527" and request for insurance (.1); draft email to Debtor attorney re insurance, review response (.2); draft email to B. Heston requesting insurance (.1); review and forward email from J. Gomez re objection to claims (.2) |
| 5/8/2025 | YML | 8 | 0.8 | $632.00 | Telephone call with Trustee and broker re listing and marketing property (.4); draft email to Debtor's attorney re cooperation in to market property (.2); draft email to B. Heston re settlement of divorce and property issues (.2) |
| 5/30/2025 | JRB | 8 | 1.6 | $712.00 | Analyze documents and background re stipulation for sale and disposition of real property. |
| 5/31/2025 | JRB | 8 | 1.3 | $578.50 | Continue drafting stipulation for sale and disposition of real property. |
| 5/31/2025 | JRB | 8 | 0.5 | $222.50 | Draft opposition to renewed motion to dismiss to pursue state court divorce proceedings. |
| 6/2/2025 | JRB | 8 | 0.5 | $222.50 | Continue revising stipulation re sale of property. |
| 6/2/2025 | JRB | 8 | 0.3 | $133.50 | Strategy conference with Y. Lissebeck re revisions to stipulation to sell property. |
| 6/2/2025 | JRB | 8 | 0.8 | $356.00 | Finish stipulation re sale of property with revisions and suggestions from Y. Lissebeck. |
| 6/2/2025 | YML | 8 | 0.3 | $237.00 | Discuss revisions to stipulation to sell real property, exemption carve out, and admin claim |
| 6/3/2025 | YML | 8 | 0.1 | $79.00 | Review and respond to email from debtor's attorney re moving out and funds to pay for expesnes and stipulation to subordinate exemption |
| 6/4/2025 | JRB | 8 | 1.2 | $534.00 | Finish stipulation to sell property. |

| Date | Initials | | Hours | Amount | Description |
|---|---|---|---|---|---|
| 6/4/2025 | YML | 8 | 0.7 | $553.00 | Review and approve opposition and declaration (.3); review and forward email from B. Heston to trustee re no settlement and moving forward with case (.1); telephone call with trustee re sale of Laguna property (.2); review and respond to emails from trustee re declaration and opposition (.1) |
| 6/5/2025 | JRB | 8 | 0.7 | $311.50 | Make revisions to stipulation to sell property. |
| 6/5/2025 | JRB | 8 | 0.3 | $133.50 | Final revisions to stipulation to sell property. |
| 6/5/2025 | JRB | 8 | 0.1 | $44.50 | Meeting with Y. Lissebeck re general case updates. |
| 6/5/2025 | YML | 8 | 0.5 | $395.00 | Review and revise stipulation re moving out, carve out of exemption for costs, and turnover (.3); discuss case with trustee and DSO claim (.2) |
| 6/6/2025 | JRB | 8 | 0.2 | $89.00 | Analyze question on balance of exemption funds for stipulation to sell property for revised stipulation term. |
| 6/6/2025 | JRB | 8 | 0.2 | $89.00 | Further revision to paragraph relating to division of DSO fees for stipulation to sell property. |
| 6/6/2025 | YML | 8 | 1.4 | $1,106.00 | Review and revise stipulation to market, pay expenses of sale, and carve out exemption (.7); draft email to trustee with stipulation (.1); telephone call with trustee re revisions to stipulation(.2); revise stipualtion (.3); draft further email to parties with revised stipulation (.1) |
| 6/9/2025 | YML | 8 | 0.3 | $237.00 | Draft email to debtor with stipulation re costs and deductions from homestead (.1); draft email to B. Heston re stipulation re costs and deductions from homestead (.1); review and respond to questions from J. Vilalobez re homestead deductions (.1) |
| 6/11/2025 | YML | 8 | 0.3 | $237.00 | Review and respond to email from DSO, minors attorney re claim, review file re claim and court order, and respond re same |
| 6/13/2025 | YML | 8 | 0.1 | $79.00 | Review and respond to email re debtor not getting items moved, request for stipulation to be signed and motion to compel |
| 6/13/2025 | YML | 8 | 0.3 | $237.00 | Review title report and various abstracts and liens, forward to trustee |
| 6/20/2025 | YML | 8 | 0.5 | $395.00 | Telephone call with trustee re strategy and plan for proceeding with case |
| 7/7/2025 | JRB | 8 | 0.5 | $222.50 | Research current capital gains tax rate and exemptions. |

| 7/11/2025 | JRB | 8 | 0.3 | $133.50 | Create chart of disclosed and undisclosed liens on property and send to R. Marshack. |
| 7/18/2025 | JRB | 8 | 0.1 | $44.50 | Analyze spreadhseet with known liens on property to be sold. |
| 7/18/2025 | YML | 8 | 3.7 | $2,923.00 | Discuss case with trustee (.3); telephone call with GOmez, Heston, Trustee and Hayes re liens and sale issues (.8); review files for liens and proof of claim amounts (1.0); draft excel spread sheet with all amounts related to sale (1.5); draft email to trustee with excel (.1) |
| 7/21/2025 | YML | 8 | 0.2 | $158.00 | Review email from C. Kleinberger re minors attorney claim and respond re need of reduction of the claim by 50% |
| 7/22/2025 | YML | 8 | 0.7 | $553.00 | Discuss case with Trustee  and Debtor's attorney (.5); draft email to Selgman re attorney liens and accounting (.2); |
| 7/28/2025 | YML | 8 | 0.4 | $316.00 | Review and respond to emails from family law attorney re lien and proof of obligations and payments (.1); discuss sale with Trustee and broker and moving forward with sale and lien issues (.3) |
| 7/30/2025 | YML | 8 | 0.4 | $316.00 | Discuss sale with trustee and moving forward with liens (.2); review and respond to various emails from J. Adams re liens and evidence (.2) |
| 7/31/2025 | JRB | 8 | 0.4 | $178.00 | Strategy meeting with Y. Lissebeck re revised stipulation to sell property involving all lienholders. |
| 7/31/2025 | YML | 8 | 1.3 | $1,027.00 | Telephone call with trustee and J. Gomez re sale of home, stipulation and liens (.4); telephone call with Trustee and Debtor's counsel re sale of home, stipulation and liens (.4); telephone call with trustee re stipulations and liens (.2); review and respond to numerous emails re move, sale of property and liens from J. Gomez and trustee (.2); draft email to broker re sale of home and property to be moved, review response (.1) |
| 8/1/2025 | JRB | 8 | 1.4 | $623.00 | Draft stipulation to cooperate with Trustee during marketing and sale of real property. |
| 8/3/2025 | JRB | 8 | 0.4 | $178.00 | Draft order on stipulation re cooperation with trustee. |
| 8/4/2025 | JRB | 8 | 0.8 | $356.00 | Draft stipulation for sale free and clear of liens. |
| 8/4/2025 | JRB | 8 | 0.8 | $356.00 | Revise stipulation to sell property free and clear of liens and research creditor contact information for signatures. |

| | | | | | |
|---|---|---|---|---|---|
| 8/4/2025 | JRB | 8 | 0.4 | $178.00 | Revise and finalize for signatures the stipulation to cooperate with Trustee and send out to counsel for signatures. |
| 8/4/2025 | JRB | 8 | 0.3 | $133.50 | Research additional contacts for lienholders for stipulation to sell property free and clear of liens. |
| 8/4/2025 | YML | 8 | 0.3 | $237.00 | Review and respond to emails re FLARPL and issues related to various "rent a judges" (.2); review various stipulations to sell property (.1) |
| 8/5/2025 | JRB | 8 | 0.2 | $89.00 | Call with R. Marshack re necessary revisions to stip to sell property free and clear. |
| 8/5/2025 | JRB | 8 | 0.3 | $133.50 | Revise stip to sell property free and clear consistent with comments from R. Marshack. |
| 8/5/2025 | YML | 8 | 0.4 | $316.00 | Review further emails from R. Heston and J. Adams related to FLARPL and Gelbart firm (.2); discuss stipulations with J. Bothamley, and send email to trustee re stipulations and reimbursement of costs (.1); review and respond to emails from J. Villalobos re stipulations and reimbursement of moving costs (.1) |
| 8/6/2025 | JRB | 8 | 0.4 | $178.00 | Call with R. Marshack re revisions to stipulation to cooperate with Trustee and Stipulation to sell property free and clear. |
| 8/6/2025 | JRB | 8 | 0.4 | $178.00 | Revise stipulation to cooperate with Trustee and Stipulation to sell property free and clear consistent with comments from R. Marshack. |
| 8/7/2025 | JRB | 8 | 0.2 | $89.00 | Strategy conference re suggested revisions to Stipulation to cooperate with Trustee and Stip to sell property free and clear of liens. |
| 8/7/2025 | JRB | 8 | 0.3 | $133.50 | Make revisions to stipulation to cooperate with the Trustee consistent with comments from Y. Lissebeck and R. Marshack. |
| 8/7/2025 | YML | 8 | 0.2 | $158.00 | Discuss revisions to stipulations with J. Bothamley and need to contact lienholders re same |
| 8/7/2025 | YML | 8 | 0.2 | $158.00 | Review and respond to email from B. Heston and J. Bothamley re stipulation and revisions thereto |
| 8/8/2025 | JRB | 8 | 0.3 | $133.50 | Draft orders for stipulations to withdraw proofs of claim, stipulation to cooperate with Trustee, and Stipulation to sell property free and clear of liens. |

| 8/8/2025 | JRB | 8 | 1 | $445.00 | Finalize stipulation to cooperate with Trustee and stipulation with lienholders to sell property free and clear of liens. |
| 8/8/2025 | YML | 8 | 0.5 | $395.00 | Review and revise stipulations re cooperation with trustee and liens |
| 8/11/2025 | JRB | 8 | 1 | $445.00 | Finalize revised stipulations for cooperation with Trustee and stip to sell property free and clear of liens. |
| 8/11/2025 | JRB | 8 | 0.2 | $89.00 | Send stipulations to cooperate with Trustee and stipulation to sell property free and clear of liens to R. Marshack for final approval. |
| 8/11/2025 | JRB | 8 | 0.4 | $178.00 | Call with R. Marshack re further additions to stipulation to cooperate with trustee and stipulation with lienholders to sell property free and clear of liens. |
| 8/11/2025 | JRB | 8 | 0.4 | $178.00 | Make changes to stipulation to cooperate with Trustee consistent with comments from R. Marshack. |
| 8/11/2025 | JRB | 8 | 0.7 | $311.50 | Make revisions to stipulation to sell property free and clear of liens consistent with comments from R. Marshack. |
| 8/11/2025 | YML | 8 | 0.5 | $395.00 | Discuss revisions to stipulation with trustee (.3); discuss revisions to stipulation with J. Bothamley (.2) |
| 8/11/2025 | YML | 8 | 0.4 | $316.00 | Review and respond to numerous emails re revisons to be made to stipulations with J. Bothamely (.2); discuss revisions with trustee (.2) |
| 8/11/2025 | YML | 8 | 0.4 | $316.00 | Review and respond to numerous emails re change to move out date in stipulation, discuss same with trustee and make revisions (.3); forward revised stipulation to parties for signature (.1) |
| 8/12/2025 | JRB | 8 | 0.3 | $133.50 | Finalize stipulation to cooperate with Trustee and stipulation with lienholders to sell property free and clear of liens. |
| 8/13/2025 | YML | 8 | 1.3 | $1,027.00 | Telephone call with trustee re revisions to stipulations (.2); revise stipulations (.5); review and respond to emails from J. Villalobos re revisions (.2); revise stipulation pursuant to email (.3); review and respond to email of J. Gomez re stipulations (.1) |
| 8/15/2025 | YML | 8 | 1 | $790.00 | Discuss case with Trustee and revised stipulations (.3); draft email to J. Vilalobos with revised cooperation stipulation (.2); draft email to J. Adams and B. Heston with revised cooperation stipulation (.2); draft email to J. Adams and B. Heston with lien stipulation, review response and reply (.3) |

| | | | | | |
|---|---|---|---|---|---|
| 8/18/2025 | YML | 8 | 0.5 | $395.00 | Review and respond to numerous emails re revised move out date of debtor (.1); discuss same with trustee (.1); revise stipulations (.2); draft email to debtor and J. Adams with revised stipulation (.1) |
| 8/20/2025 | JRB | 8 | 1 | $445.00 | Send stipulation to sell property free and clear to all lienholders. |
| 8/20/2025 | YML | 8 | 0.2 | $158.00 | Review and respond to multiple emails from J. Adams and B. Heston re cooperation and lien stipulations, review signatures to those documents and respond |
| 8/21/2025 | JRB | 8 | 0.2 | $89.00 | Research identity and contact information of lien creditor from Debtor's schedules for stipulation to sell property free and clear of liens. |
| 8/21/2025 | JRB | 8 | 0.1 | $44.50 | Call with Eric Neshanian from lienholder Neshanian Law Firm re stipulation to sell property free and clear of liens. |
| 8/21/2025 | JRB | 8 | 0.1 | $44.50 | Strategy conference re questions from lienholders on stipulation to sell property free and clear of liens. |
| 8/21/2025 | JRB | 8 | 0.1 | $44.50 | Call with T. Talbot, counsel for lienholder, R&S Law Group re stipulation to sell property free and clear of liens. |
| 8/21/2025 | JRB | 8 | 0.5 | $222.50 | Strategy conference with Y. Lissebeck re addressing lienholders concerns about stipulation to sell property free and clear of liens. |
| 8/21/2025 | JRB | 8 | 0.2 | $89.00 | Analyze email from substituted counsel for lienholder Amex National Bank and obtain their bankruptcy counsel's contact information. |
| 8/21/2025 | YML | 8 | 1.3 | $1,027.00 | Analysis of file documents related to lien of SGSB (.5); meet with S. Gelbart re liens and documents needed re lien and sale of home (.5) ; draft email to J. Villalobos and S. Gelbart requesting copies of documents related to lien (.1); discuss stipulation and signature with Trustee (.2) |
| 8/22/2025 | YML | 8 | 0.4 | $316.00 | Review and respond to email re stipulation and lien dispute (.3); discuss same with trustee (.1) |
| 8/23/2025 | YML | 8 | 0.3 | $237.00 | Review and respond to numerous emails re movers, trash pick up and storage units bewteen realtors and trustee |
| 8/25/2025 | YML | 8 | 0.3 | $237.00 | Review numerous emails from E. Neshanian (.1); discuss same with Trustee (.2) |
| 8/25/2025 | YML | 8 | 0.2 | $158.00 | Review and respond to Email from Jennifer Toyama,  regarding "Re: Smith moved out of Kathy Court". |

| Date | Atty | | Hours | Amount | Description |
|---|---|---|---|---|---|
| 8/26/2025 | JRB | 8 | 0.5 | $222.50 | Compose email to Tina Talbot who represents lienholder R&S Law Group re answers to questions about stipulation. |
| 8/26/2025 | JRB | 8 | 0.8 | $356.00 | Follow up with certain lienholders on stipulation to sell property free and clear of liens. |
| 8/26/2025 | YML | 8 | 0.3 | $237.00 | Review and respond to multiple emails related to liens (.1); discuss case with trustee (.2); |
| 8/26/2025 | YML | 8 | 0.7 | $553.00 | Review various emails re sale and moving from realtors and lien holders (.3); discuss case strategy with Trustee (.2); review and respond to various emails from E. Neshahnian (.2) |
| 9/2/2025 | JRB | 8 | 0 | $0.00 | Strategy meeting with Y. Lissebeck re new stipulation to sell property free and clear of liens. |
| 9/2/2025 | JRB | 8 | 0.3 | $133.50 | Draft new stipulation to sell property free and clear of liens. |
| 9/2/2025 | YML | 8 | 1 | $790.00 | Telephone call with trustee re the move and lien issues (.3); Review and respond to numerous emails re sale and move (.2); telephone call with broker re move (.2); further call with trustee re sale and move (.3) |
| 9/3/2025 | JRB | 8 | 0.2 | $89.00 | Draft proposed email to lienholders re revised stip to sell property free and clear of liens. |
| 9/3/2025 | JRB | 8 | 0.2 | $89.00 | Send revised stipulation to sell property free and clear of liens lienholders. |
| 9/3/2025 | YML | 8 | 1.3 | $1,027.00 | Review and respond to numerous emails re sale of home and move out of debtor (.5); telephone call with trustee re same (.3); review and respond to emails re revised lien stipulations (.2); revise and finalize lien stipulation (.3) |
| 9/4/2025 | JRB | 8 | 0 | $0.00 | Send revised stipulation to sell property free and clear of liens to Debtor's counsel and Jeff Adams' counsel. |
| 9/4/2025 | JRB | 8 | 0 | $0.00 | Prep for call with Amex counsel, Lourdes Slinsky re stipulation to sell property free and clear of liens. |
| 9/4/2025 | JRB | 8 | 0.3 | $133.50 | Call with Lourdes Slinsky, counsel for lienholder Amex re status of lien on residence to be sold free and clear of liens. |
| 9/4/2025 | YML | 8 | 0.6 | $474.00 | Review and respond to numerous emails from J. Vilalabos re lien claims (.2); review and respond to various emails from brokers re clean up and payment of invoices (.2); discuss sale of trustee (.2) |

| Date | Atty | | Hours | Amount | Description |
|---|---|---|---|---|---|
| 9/8/2025 | YML | 8 | 0.5 | $395.00 | Review and respond to numerous emails re sale of home and moving debtor out (.2); review and respond to a number of emails re liens and sale of home free and clear (.3) |
| 9/9/2025 | YML | 8 | 0.9 | $711.00 | Telephone call with trustee re stipulation and lien holders signature (.3); review and respond to email from broker re sale  (.2); review and respond to emails from J. Adams providing FLARPL information (.2); review and respond to various emails from J. Adams re lien issues and stipulation (.2) |
| 9/10/2025 | YML | 8 | 0.6 | $474.00 | Review and respond to email from HOA re lien and stipulation (.1); review and respond to email from J. Adams re liens and signatures (.1); review and respond to email from J. Vilalobos re debtor call and stipulation (.1); discuss case with trustee (.3) |
| 9/12/2025 | JRB | 8 | 0.2 | $89.00 | Call T. Willis of A Center For Children & Family Law re signing of new stipulation, and send follow on email re same as well. |
| 9/12/2025 | YML | 8 | 0.8 | $632.00 | Review and respond to email of movers (.1); review and respond to further email of J. Vilalobos (.1); review and respond to HOA email (.1); review and respond to email from other various lienholders re signatures (.1); telephone call with trustee re sale and lien issues (.3); review and respond to email of SG re lien issues and stipulation (.1) |
| 9/15/2025 | JRB | 8 | 0.1 | $44.50 | Follow up with A Center for Children and Family Law re stip to sell lien free and clear of liens. |
| 9/15/2025 | YML | 8 | 0.5 | $395.00 | Review and respond to numerous emails re stipulation, liens, and sale (.2); review email from HOA and discuss scheduled debt and provide copy of schedules (.2); review email from Debtor re separate property claims and pre nuptual and respond re relief from stay (.1) |
| 9/16/2025 | JRB | 8 | 0.1 | $44.50 | Call to A Center For Children and Family Law re signing stipulation to sell the home free and clear of liens. |
| 9/16/2025 | YML | 8 | 0.5 | $395.00 | Draft email to S. Gelbart re stipulation and review response re meeting to discuss (.1); review and respond to mulitple emails from debtor attorney re lien and stipulation (.2); telephone call with trustee re sale and lien stipulation (.2) |

| Date | Initials | | Hours | Amount | Description |
|---|---|---|---|---|---|
| 9/17/2025 | JRB | 8 | 0.1 | $44.50 | Strategy meeting with Y. Lissebeck re: obtaining signatures from outstanding lienholders on stip to sell property free and clear of liens. |
| 9/17/2025 | JRB | 8 | 0 | $0.00 | Prep for strategy meeting with Y. Lissebeck re: signatures on stip to sell property free and clear of liens and next steps. |
| 9/18/2025 | YML | 8 | 0.4 | $316.00 | Draft various emails to lien holders requesting signatures (.1); review and respond to emails from J. Adams re liens (.1); telephone all with SG re lien and signature (.2) |
| 9/19/2025 | YML | 8 | 0.7 | $553.00 | Telephone call with trustee re lien stipulation and moving forward with sale (.3); telephone call with Broker re moving forward with sale (.1); review and respond to emails from J. Adams re liens and sale (.1); telephone call with trustee re stipulation and remaining signatures (.2) |
| 9/23/2025 | YML | 8 | 0.3 | $237.00 | Review and respond to multiple emails re stipulation and lien and HOA signatures from various parties (.1); discuss case with trustee (.2) |
| 9/26/2025 | JRB | 8 | 0.9 | $400.50 | Draft order on stip to sell property free and clear of liens. |
| 9/26/2025 | YML | 8 | 0.8 | $632.00 | Draft email to HOA attorney re stipulation and status of sale, review response and reply (.2); review and revise order on stipulation (.3); finalize all documents and approve for filing (.1); telephone call with trustee re stipulation and order (.2) |
| 10/13/2025 | YML | 8 | 0.2 | $158.00 | Review and respond to email from Broker with receipts related to storage unit (.1); review and respond to email re receipts from J. Adams (.1) |
| 10/14/2025 | YML | 8 | 0.3 | $237.00 | Review and respond to numerous emails from J. Vilalobos, C. Yoshikane and J. Adams re finalizing maintenance, access to property and listing price |
| 10/15/2025 | JRB | 8 | 1.2 | $534.00 | Prepare outline for drafting motion to sell property free and clear of liens. |
| 10/15/2025 | JRB | 8 | 0.4 | $178.00 | Strategy meeting with Y. Lissebeck re specific relief in sale order. |
| 10/15/2025 | YML | 8 | 0.6 | $474.00 | Review and respond to numerous emails re escrow and title documents from escrow agent (.2); discuss sale status with Trustee |

|  |  |  |  |  | (.2); discuss motion to approve sale and need for  specific relief with J. Bothamley (.2) |
|---|---|---|---|---|---|
| 10/27/2025 | JRB | 8 | 1.2 | $534.00 | Research for drafting sale motion on Kathy Court property. |
| 10/27/2025 | JRB | 8 | 4.9 | $2,180.50 | Draft main sections of sale motion on Kathy Ct. property. |
| 10/28/2025 | JRB | 8 | 2.7 | $1,201.50 | Finish draft sale motion. |
| 10/30/2025 | JRB | 8 | 0.9 | $400.50 | Draft declarations for Trustee and Broker in support of sale motion. |
| 11/5/2025 | JRB | 8 | 0.1 | $44.50 | Analyze comments from Y. Lissebeck re additional information for sale motion. |
| 11/6/2025 | JRB | 8 | 0.4 | $178.00 | Revise sale motion consistent with comments from Y. Lissebeck. |
| 11/7/2025 | JRB | 8 | 1.5 | $667.50 | Review and revise sale motion. |
| 11/10/2025 | JRB | 8 | 2 | $890.00 | Continue drafting sale motion. |
| 11/11/2025 | JRB | 8 | 0.3 | $133.50 | Revise section of sale motion on lienholder consent through stipulation and free and clear section for Neshanian Law Firm lien. |
| 11/20/2025 | JRB | 8 | 1 | $445.00 | Revise sale motion with consistent with additional comments from Y. Lissebeck. |
| 11/20/2025 | JRB | 8 | 0.5 | $222.50 | Analyze and note necessary changes to sale motion with new buyer information. |
| 11/20/2025 | YML | 8 | 0.5 | $395.00 | Review and respond to messages from broker re offer and amount of offer (.2); review lien information and analysis of distribution based on purchase price (.3) |
| 11/21/2025 | JRB | 8 | 1.5 | $667.50 | Revise sale motion consistent with new information and comments from Y. Lissebeck. |
| 11/24/2025 | JRB | 8 | 1.3 | $578.50 | Finish revised draft of sale motion. |
| 11/24/2025 | JRB | 8 | 0.1 | $44.50 | Analyze fully executed engagement letter and forward to Pierson Ferdinand. |
| 11/25/2025 | JRB | 8 | 1 | $445.00 | Further revisions to sale motion including revised tables for tracing distributions of funds, adding argument section based on additional properties, and reorganizing factual background section to accommodate updates. |
| 12/2/2025 | JRB | 8 | 1 | $445.00 | Strategy conference with Y. Lissebeck re further revisions to sale motion and additional facts and argument in favor of sale. |
| 12/2/2025 | JRB | 8 | 0.4 | $178.00 | Prep for strategy meeting with Y. Lissebeck re final revisions to sale motion and declarations. |

| | | | | | |
|---|---|---|---|---|---|
| 12/2/2025 | JRB | 8 | 6 | $2,670.00 | Revisions to sale motion including research of factual background including confirmation of lien status, claim status, and re-working certain sections of motion. Drafting declarations of Marshack, Yoshikane, Buyers, Debtor, and Gomez. |
| 12/2/2025 | YML | 8 | 0.6 | $474.00 | Telephone call with R. Marshack re sale motion, separate property assets and stay relief (.3); review and revise sale motion and discuss same with J. Bothamle (.3) |
| 12/3/2025 | JRB | 8 | 1.3 | $578.50 | Revise chart tracing allocation of estate funds to creditors based on priority and add further explanatory paragraphs to accompany revised chart, and add points to conclusion of motion. |
| 12/3/2025 | YML | 8 | 0.9 | $711.00 | Review and revise Sale Motion |
| 12/4/2025 | JRB | 8 | 4.3 | $1,913.50 | Revise sale motion and accompanying declaration to include additional case authority, facts relating to marketing and prepare to finalize for client review. |
| 12/4/2025 | YML | 8 | 0.5 | $395.00 | Revise sale memorandum of points and authorities |
| 12/5/2025 | JRB | 8 | 1.8 | $801.00 | Draft notice and order to accompany sale motion. |
| 12/8/2025 | JRB | 8 | 0.1 | $44.50 | Analyze revisions noted by K. Sayles of Lawyers Title re additional liens not covered in initial draft. |
| 12/9/2025 | JRB | 8 | 2 | $890.00 | Revise sale motion consistent with comments from K. Sayles and other final revisions to motion and accompanying declarations. |
| 12/10/2025 | JRB | 8 | 0.2 | $89.00 | Strategy meeting with Y. Lissebeck re changes to sale motion in light of comments from Kevin Sayles of Lawyers Title. |
| 12/10/2025 | JRB | 8 | 0.3 | $133.50 | Analyze proof of claim of FTB and recently filed tax lien by FTB and compare and plan for treatment in sale motion. |
| 12/15/2025 | JRB | 8 | 3.6 | $1,602.00 | Prepare and finalize notice of hearing, including compliance with LBR notice requirements, review motion for consistency with Notice requirements. |
| 12/15/2025 | JRB | 8 | 1 | $445.00 | Prepare and finalize notice of sale of Property of the Estate and review key sale documents, motion, and related notice for consistency. |
| 12/15/2025 | JRB | 8 | 1.8 | $801.00 | Review latest draft of sale motion and make various revisions and edits as necessary. |
| 12/16/2025 | JRB | 8 | 1.9 | $845.50 | Finalize declarations and not |

| 12/16/2025 | JRB | 8 | 1.7 | $756.50 | Revise and re-finalize sale motion to address lis pendens and treatment of FTB liens. |
| 12/17/2025 | JRB | 8 | 1.4 | $623.00 | Revise declarations of Debtor and Jeff Gomez in support of motion to parallel and support relief sought in motion, including re-calculating reimbursable expenses for Gomez. |
| 12/17/2025 | JRB | 8 | 0.2 | $89.00 | Review changes to Notice of hearing with Y. Lissebeck and review important upcoming dates. |
| 12/17/2025 | JRB | 8 | 1.4 | $623.00 | Revise Notice of Hearing to Include full list of relief sought and misc. revisions to sale motion. |
| 12/18/2025 | YML | 8 | 0.6 | $474.00 | Review and respond to various email of J. Gomez re sale of property (.2); review and respond to numerous emails from J. Vilalobos re sale of property (.2) ; telephone call with trustee re sale of property (.2) |
| 12/20/2025 | JRB | 8 | 2.1 | $934.50 | Revise sale motion consistent with directives from Y. Lissebeck following discussions with Trustee and Gomez. |
| 12/20/2025 | JRB | 8 | 0.5 | $222.50 | Update Declaration of Richard A. Marshack consistent with comments from Y. Lissebeck following discussion with Trustee and Gomez. |
| 12/20/2025 | JRB | 8 | 0.1 | $44.50 | Revise Declaration of Philip Muljana and Shu Rong Chang in support of sale motion. |
| 12/20/2025 | JRB | 8 | 1.2 | $534.00 | Finalize revised sale motion documents for consistency of changes across multiple documents. |
| 12/21/2025 | JRB | 8 | 0.4 | $178.00 | Make change re American Express lien in motion, declaration, and notice of motion. |
| 12/22/2025 | JRB | 8 | 0.9 | $400.50 | Analyze intersection of community property and joint tenancy issue in bankruptcy context for possible inclusion in sale motion |
| 12/22/2025 | JRB | 8 | 0.6 | $267.00 | Analyze proof of claim 7-1 filed by Jeffrey Adams Gomez re and analyze case law on issue of separate or community property for Kathy Ct. property for sale motion. |
| 12/22/2025 | JRB | 8 | 0.1 | $44.50 | Analyze sale motion and declarations with revisions by Y. Lissebeck and update exhibit list for declarations. |
| 12/22/2025 | JRB | 8 | 2.2 | $979.00 | Finalize, research, and confirm special service list for sale motion, compare to creditor matrix. |

| 12/22/2025 | YML | 8 | 1.5 | $1,185.00 | Review and respond to various emails from Debtor and J. Gomez (.1); review and revise motion (.8); review and revise notice and declaration (.5); approve all documents for finalizing (.1) |
| 12/23/2025 | JRB | 8 | 0.6 | $267.00 | Prepare and finalize sale motion to be filed and served. |
| 12/23/2025 | JRB | 8 | 0.2 | $89.00 | Send revised copy of buyer declarations to buyers. |
| 12/23/2025 | JRB | 8 | 0.1 | $44.50 | Confirm conformity for sale motion with local court rules. |
| 12/23/2025 | JRB | 8 | 0.3 | $133.50 | Final review of exhibits to sale motion declarations for redactions. |
| 12/23/2025 | YML | 8 | 0.2 | $158.00 | Review and approve revised declaration of buyer (.1); discuss service list and obtaining address information with J. Bothamley (.1) |
| 12/24/2025 | JRB | 8 | 0.1 | $44.50 | Analyze and finalize buyer declaration for filing. |
| 12/30/2025 | JRB | 8 | 0.1 | $44.50 | Analyze objection to sale motion from secured creditor The Neshanian Law Firm. |
| 12/30/2025 | JRB | 8 | 0.1 | $44.50 | Strategy meeting with Y. Lissebeck re response to the Neshanian Law Firm objection to the sale motion. |
| 12/31/2025 | YML | 8 | 0.5 | $395.00 | Telephone call with B. Heston and Trustee re adversaries and disputed liens |
| 1/2/2026 | JRB | 8 | 0.3 | $148.50 | Review and analyze joinder to Trustee's sale motion filed by J. Gomez, and review in conjunction with Neshanian Law Firm objection to sale motion re amount of Neshanian secured claim. |
| 1/2/2026 | JRB | 8 | 0.2 | $99.00 | Strategy meeting with Y. Lissebeck re reply to Gomez joinder and Neshanian objection. |
| 1/2/2026 | YML | 8 | 0.2 | $168.00 | Review and respond to email of S. Gelbart re sale motion and status and provide copy of motion |
| 1/2/2026 | YML | 8 | 0.5 | $420.00 | Review file and organize documents related to filing AP against FTB related to violation of stay for filing lien (.3); forward documents to T. Duncan for use in drafting AP against FTB (.1); telephone call with T> Duncan related to strategy (.1) |
| 1/2/2026 | YML | 8 | 0.3 | $252.00 | Review joinder to sell motion from Gomez (.2); forward documents to J. Bothamley for use in reply (.1) |
| 1/5/2026 | YML | 8 | 0.3 | $252.00 | Telephone call with trustee re sale and limited objections and plan regarding reply |
| 1/6/2026 | JRB | 8 | 3.7 | $1,831.50 | Draft reply to Neshanian Law Firm objection and response to Gomez joinder. |

| 1/6/2026 | JRB | 8 | 0.2 | $99.00 | Analyze objection and request to strike joinder filed by the Neshanian Law Firm. |
| 1/6/2026 | YML | 8 | 1 | $840.00 | Revise reply to objection and joinder related to sale |
| 1/7/2026 | JRB | 8 | 1.7 | $841.50 | Draft declaration of Richard Marshack in support of reply brief on sale motion. |
| 1/7/2026 | JRB | 8 | 0.2 | $99.00 | Analyze reply to Neshanian objection to sale motion with additions by Y. Lissebeck. |
| 1/7/2026 | TFD | 8 | 0.2 | $92.00 | Review Y. Lissebeck's comments regarding complaint against FTB and assess required revisions. |
| 1/7/2026 | TFD | 8 | 1 | $460.00 | Review, analyze, and revise reply re motion to sell property. |
| 1/7/2026 | TFD | 8 | 0.4 | $184.00 | Further review and revise reply re motion to sell property. |
| 1/7/2026 | YML | 8 | 1.3 | $1,092.00 | Revise reply (.4); organize exhibits (.4); draft email to trustee for approval of reply (.1); telephone call with trustee re revisions to reply and make revisions (.3); review 341 testimony (.1); |
| 1/8/2026 | YML | 8 | 1.4 | $1,176.00 | Telephone call with Trustee and broker re overbid (.1); discuss reply and declaration to sell motion with Trustee (.1); revise reply and forward to trustee for review (1.0); discuss declaration with trustee and forward to trustee for signature (.2) |
| 1/9/2026 | JRB | 8 | 0.5 | $247.50 | Analyze overbidding procedures and advise on status over received overbid on Kathy Ct. property. |
| 1/9/2026 | JRB | 8 | 0.5 | $247.50 | Analyze overbidding procedures for sale motion and advise on obligations once overbid is received and respond to follow up question by Y. Lissebeck. . |
| 1/9/2026 | JRB | 8 | 1 | $495.00 | Analyze filed sale motion documents for potential notice compliance issue. |
| 1/9/2026 | TFD | 8 | 0.3 | $138.00 | Conference calls with Trustee to advise on how to proceed in response to unauthorized sur-reply filed by party in response to sale motion. |
| 1/9/2026 | TFD | 8 | 0.1 | $46.00 | Review supplemental declaration of R. Marshack in support of reply re sale motion. |
| 1/9/2026 | YML | 8 | 1.8 | $1,512.00 | Discuss reply with Trustee and E. Neshanian's responses (.2); draft responsive email to E. Neshanian (.1); review and forward transcript of 341(a) to Trustee (.2); discuss drafting supplemental declaration |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | with trustee (.3); draft supplemental declaration and forward to trustee for review (1.0) |
| 1/12/2026 | TFD | 8 | 0.2 | $92.00 | Review and analyze sale motion in connection with drafting related order. |
| 1/12/2026 | TFD | 8 | 0.1 | $46.00 | Review order provided by Trustee in connection with drafting sale order. |
| 1/12/2026 | TFD | 8 | 0.1 | $46.00 | Review Court's tentative in connection with drafting order granting sale motion. |
| 1/12/2026 | TFD | 8 | 1 | $460.00 | Draft order granting sale motion. |
| 1/12/2026 | TFD | 8 | 0.4 | $184.00 | Review and analyze draft complaint against FTB, related exhibits, and discharge order to strategize amendments needed in response to FTB's comments re not withdrawing lien. |
| 1/12/2026 | YML | 8 | 0.7 | $588.00 | Revise auction overbid sheet and review overbid procedures  in preparation for hearing (.3); review and respond to multiple emails from escrow and title re payoff information for mortgage (.2); review and respond to multiple emails re status of override and hearing from broker (.2) |
| 1/13/2026 | TFD | 8 | 1.8 | $828.00 | Review, revise, and finalize order granting order granting sale motion. |
| 1/13/2026 | TFD | 8 | 0.1 | $46.00 | Review and revise order sale motion to include language regarding earnest money deposits. |
| 1/13/2026 | TFD | 8 | 0.2 | $92.00 | Review and revise order granting sale motion to address the withdrawal of the FTB's lien. |
| 1/13/2026 | YML | 8 | 0.4 | $336.00 | Review and revise order and forward to Title and Escrow for approval (.2); review and respond to emails from broker re overbid (.2) |
| 1/14/2026 | TFD | 8 | 0.6 | $276.00 | Calls with U.S. Bank re obtaining payoff statement in connection with sale motion. |
| 1/19/2026 | YML | 8 | 0.2 | $168.00 | Review and respond to revisions for draft order from title |
| 1/20/2026 | TFD | 8 | 0.1 | $46.00 | Review and analyze Non-opposition to motion for order authorizing sale of real property in connection with drafting order re same. |
| 1/20/2026 | TFD | 8 | 0.1 | $46.00 | Review and revise draft order granting sale motion to include requested language from U.S. Bank. |

| 1/20/2026 | TFD | 8 | 0.1 | $46.00 | Review and revise draft order granting sale motion to include requested language from Lawyers Title re Trustee's authorization to sign on Gomez' behalf. |
| 1/20/2026 | TFD | 8 | 0.2 | $92.00 | Review and analyze sale motion to confirm additions to proposed draft order re granting same. |
| 1/21/2026 | TFD | 8 | 0.3 | $138.00 | Prepare amended notice of sale of estate property. |
| 1/21/2026 | TFD | 8 | 0.5 | $230.00 | Draft notice of continued hearing re sale motion; revised deadline to oppose; and revised bid deadline. |
| 1/21/2026 | TFD | 8 | 0.3 | $138.00 | Review, revise and finalize notice of sale of estate property. |
| 1/21/2026 | TFD | 8 | 0.1 | $46.00 | Review, revise, and finalize notice of continuance based on comments from Y. Lissebeck. |
| 1/26/2026 | TFD | 8 | 0.1 | $46.00 | Conference with Y. Lissebeck regarding outstanding revisions for amended notice of sale of estate property and notice of continued hearing. |
| 1/26/2026 | TFD | 8 | 0.4 | $184.00 | Review and revise amended notice of sale of estate property and notice of continued hearing based on additional maintenance to property and comments received. |
| 1/26/2026 | TFD | 8 | 0.1 | $46.00 | Review and calculate new requested reimbursement amount for expenses incurred by C. Yoshikane based on original receipts and additional expense. |
| 1/26/2026 | TFD | 8 | 0.4 | $184.00 | Finalize and prepare for filing the amended notice of sale of estate property and notice of continued hearing. |
| 1/26/2026 | TFD | 8 | 0.2 | $92.00 | Review and revise proof of service for amended notice of sale of estate property and notice of continued hearing in compliance with local bankruptcy rules. |
| 1/27/2026 | YML | 8 | 0.3 | $252.00 | Review and approve notices of continuance for filing and service |
| 1/28/2026 | TFD | 8 | 0.1 | $46.00 | Review and analyze opposition filed by Neshanian Law Firm, Inc. to Sale Motion. |
| 1/30/2026 | TFD | 8 | 1 | $460.00 | Draft reply. |
| 1/30/2026 | TFD | 8 | 1 | $460.00 | Strategize regarding arguments to be filed in response to Neshanian law firm objection. |
| 1/30/2026 | TFD | 8 | 1.1 | $506.00 | Review, analyze, and compare motion, objections, and replies filed in connection with sale motion in connection with drafting reply. |

| Date | Initials | | Hours | Amount | Description |
|---|---|---|---|---|---|
| 1/30/2026 | TFD | 8 | 0.2 | $92.00 | Call with Y. Lissebeck re reply to sale motion. |
| 2/4/2026 | TFD | 8 | 0.3 | $138.00 | Continue to draft reply to Neshanian law firm fifth objection. |
| 2/4/2026 | TFD | 8 | 0.2 | $92.00 | Research re value of lien under 363(f)(3) when all creditors have consented. |
| 2/6/2026 | TFD | 8 | 2.2 | $1,012.00 | Finalize reply and declaration of Y. Lissebeck in support of reply. |
| 2/9/2026 | TFD | 8 | 0.5 | $230.00 | Review and revise reply and declaration of Y. Lissebeck in support to include reference, citation, and exhibit re Stegmeier, Gelbart, Schwartz and Benavente, LLP's proof of claim filed A. Gomez's chapter 13 case. |
| 2/9/2026 | YML | 8 | 0.3 | $252.00 | Review and revise reply and supporting declaration |
| 2/11/2026 | YML | 8 | 0.2 | $168.00 | Review and respond to email from R. Heston re reply (.1); review and respond to request by trustee for status of hearing (.1) |
| 2/13/2026 | YML | 8 | 0.3 | $252.00 | Review tentative re motion to approve sale and conduct auction (.1); draft email to trustee and broker re auction and hearing (.2) |
| 2/17/2026 | YML | 8 | 2.3 | $1,932.00 | Prepare for hearing on motion to approve sale (1.0); attend hearing and conduct auction (1.0); discuss hearing results with Trustee (.3) |
| 2/18/2026 | TFD | 8 | 0.5 | $230.00 | Review, revise, and finalize updated sale order. |
| 2/19/2026 | TFD | 8 | 0.2 | $92.00 | Update sale order with respect to FTB's lien release and broker's expense amount. |
| 2/19/2026 | YML | 8 | 0.3 | $252.00 | Review and revise order to approve sale |
| 2/20/2026 | TFD | 8 | 0.2 | $92.00 | Review and revise sale order to include Debtor's homestead payment and confirm all other relief requested is contained therein. |
| 2/24/2026 | TFD | 8 | 0.5 | $230.00 | Call with U.S. Bank to obtain mortgage payoff statement. |
| 2/24/2026 | YML | 8 | 0.2 | $168.00 | Review and respond to multiple emails re order and escrow issues, review order and reply back with specific language resolving issues |
| 2/24/2026 | YML | 8 | 0.2 | $168.00 | Review and respond to multiple emails from escrow and title re order, liens and language related to liens in stipulations |
| 2/25/2026 | YML | 8 | 0.3 | $252.00 | Review and respond to multiple emails from Escrow and Title re order and language related to liens, timing, and certified copies (.2); review and respond to email from C. Kleinberger re timing of closing escrow and payments (.1) |
| 2/26/2026 | YML | 8 | 0.2 | $168.00 | Telephone call with trustee re status of sale closing, liens, and distribution |

| 3/5/2026 | YML | 8 | 0.2 | $168.00 | Review and respond to emails from trustee re escrow payments (.1); review and respond to emails from T. Duncan re liens and case strategy related to liens (.1) |
|---|---|---|---|---|---|
| 3/6/2026 | YML | 8 | 0.2 | $168.00 | Review and respond to multiple emails from escrow re payment to various entities (.1); draft email to Gomez re address and check information for escrow, review response and forward to escrow (.1) |
| 3/16/2026 | YML | 8 | 0.3 | $252.00 | Telephone call with trustee re status of sale closing and costs (.1); review and respond to multiple emails from escrow re costs (.1); discuss liens with T. Duncan (.1) |
| 3/18/2026 | YML | 8 | 0.5 | $420.00 | Review closing statement for escrow and compare with final sale order (.4); review and respond approval to escrow agent (.1) |
| 3/19/2026 | YML | 8 | 0.4 | $336.00 | Review and respond to numerous emails re sale closing (.2); telephone call with trustee  re sale closing and moving forward with case (.2) |
| 3/20/2026 | YML | 8 | 0.6 | $504.00 | Review and respond to various emails re escrow closing and statements (.2); review and respond to multiple emails from T. Duncan re lien analysis memo and moving forward with intervention and cross claims (.2); review and respond to email from S. Gelbart re complaint and FLARPL lien and documents needed (.2) |
| 3/23/2026 | YML | 8 | 0.4 | $336.00 | Analysis of memo related to lien disputes and adversary issues, presenting case strategy and status, and provide detailed input for revisions and clarity to memo to T. Duncan |
| 4/8/2026 | YML | 8 | 0.4 | $336.00 | Review and respond to emails from J. Villalobos and K. Smith re payment of claims and taxes (.2); review and respond to emails from J. Adams and Escrow re payment of remaining expenses (.2) |
| 4/9/2026 | YML | 8 | 2.3 | $1,932.00 | Review and respond to numerous emails re liens and case strategy (.3); Detailed meeting with trustee to discuss all lien issues, tax issues, separate property v. community property issues, litigation issues and state court interpleading issues (2.0) |
| 4/10/2026 | YML | 8 | 0.2 | $168.00 | Review and respond to emails re FLRPL lien and amounts at issues |
| 4/14/2026 | YML | 8 | 0.5 | $420.00 | Review accounting information, seller's statement and tax analysis related to administrative fees and costs and draft detailed email to Trustee and accountant re same |

| 4/15/2026 | YML | 8 | 0.2 | $168.00 | Review and respond to emails re payment of additional escrow funds and receipts to prove payments |
| 4/16/2026 | YML | 8 | 0.2 | $168.00 | Review and respond to numerous emails from escrow and P. Krause re final payments and reimbursement requests |
| | | | 172.00 | $98,904.00 | |

**Meeting of Creditors (153397-13)**

**Fees**

| Timekeeper | Title | Rate (2024/2025/2026) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745.00/$790.00/$840.00 | 3.30 | $2,518.20 |
| Matthew J. Stockl | Associate | $480.00/$520.00 | 8.20 | $3,968.00 |
| | Total Hours / Fees | | 11.50 | $6,486.20 |

| Date | Tkpr | Matter | Hrs | Amt | Narrative |
|---|---|---|---|---|---|
| 11/5/2024 | YML | 13 | 0.7 | $521.50 | Discuss case with trustee re strategy and 341(a) meeting (.2); attend 341(a) meeting and question debtor re assets and need for documents (.5); |
| 11/26/2024 | MJS | 13 | 1.3 | $624.00 | Draft questions for examination of debtor at 341 meeting of creditors. |
| 11/27/2024 | MJS | 13 | 0.7 | $336.00 | Prepare questions for 341 meeting. |
| 11/28/2024 | MJS | 13 | 3.2 | $1,536.00 | Review documents, including schedules and statement of financial affairs, and prepare questions for section 341 meeting of creditors. |
| 12/2/2024 | YML | 13 | 0.5 | $372.50 | Review and discuss 341(a) questions with M. Stockl in preparation for meeting (.3); draft email to Trustee re 341(a) and questions, review response and reply (.2); attend 341(a) - no charge (1.0) |
| 12/2/2024 | MJS | 13 | 0.5 | $240.00 | Prepare for 341 meeting of creditors. |
| 12/2/2024 | MJS | 13 | 1.2 | $576.00 | Appear and examine debtor at 341 meeting of creditors. |
| 12/2/2024 | MJS | 13 | 0.5 | $240.00 | Review and analyze transcript of proceedings of hearing held on 10/1/24 in state court proceedings in connection with agreement to sell real estate, separation agreement, and nature and extent of support orders. |
| 12/16/2024 | YML | 13 | 1.1 | $819.50 | Attend continued 341(a) meeting taking notes and asking questions re assets of estate (.8); telephone call with trustee re assets and moving forward with case and sale of real property (.3). |
| 1/8/2025 | YML | 13 | 0.3 | $237.00 | Review and respond to emails of P. Krause re continuing 341(a) examination (.1); draft email to M. Stockl re finalizing letter to Debtor's attorney re documents and amendments needed (.2) |

| 2/3/2025 | YML | 13 | 0.2 | $158.00 | Review and respond to email from M. Stockl re documents and continued 341(a) questions |
| 2/3/2025 | MJS | 13 | 0.2 | $104.00 | Appear at continued 341 meeting. |
| 2/3/2025 | MJS | 13 | 0.5 | $260.00 | Prepare for continued 341 meeting. |
| 3/6/2025 | MJS | 13 | 0.1 | $52.00 | Correspondence with Y. Lissebeck regarding 341 meeting. |
| 8/6/2025 | YML | 13 | 0.2 | $158.00 | Review and respond to numerous emails re continuing 341(a), stipulations to cooperate, and lien holder issues from Brokers, debtor's attorney and B. Heston |
| 1/6/2026 | YML | 13 | 0.3 | $252.00 | Telephone call with trustee re 341(a) testimony, reply and moving forward with motion to sell property |
| | | | 11.50 | $6,486.50 | |

**Relief From Stay Proceedings (153397-17)**

### Fees

| Timekeeper | Title | Rate (2024/2025/2026) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745.00/$790.00 | 2.20 | $1,783.00 |
| Jacob R. Bothlamley | Associate | $445.00 | 10.40 | $4,628.00 |
| Taylor F. Duncan | Associate | $460.00 | 3.20 | $1,472.00 |
| | Total Hours / Fees | | 15.80 | $7,883.00 |

| Date | Tkpr | Matter | Hrs | Amt | Narrative |
|---|---|---|---|---|---|
| 2/14/2025 | YML | 17 | 0.1 | $79.00 | Review upcoming opposition deadline for motion for relief from say and draft email to M. Stockl re filing opposition, review reply confirming filing |
| 2/18/2025 | YML | 17 | 0.4 | $316.00 | Review and approve the opposition for RFS (.2); discuss opposition and settlement with trustee (.2) |
| 3/4/2025 | YML | 17 | 0.2 | $158.00 | Review email fro M. Stockl re hearing, argument and court denying motion (.1); review and approve order (.1) |
| 5/29/2025 | JRB | 17 | 0.5 | $222.50 | Review relief from stay motion and conference with Y. Lissebeck re possible opposition. |
| 5/29/2025 | JRB | 17 | 0.4 | $178.00 | Review and analyze case background docs sent by Y. Lissebeck in prep for RFS motion |
| 5/31/2025 | JRB | 17 | 1.1 | $489.50 | Analyze motion for relief from stay filed by Jeffrey Adams Gomez and prior motion for relief from stay and related documents. |
| 5/31/2025 | JRB | 17 | 0.8 | $356.00 | Finish reviewing background documentation and communications between the parties. |
| 6/2/2025 | JRB | 17 | 0.1 | $44.50 | Prep for meeting with Y. Lissebeck on opposing relief from stay and stipulation to sell. |
| 6/2/2025 | JRB | 17 | 0.1 | $44.50 | Strategy conference with Y. Lissebeck re details of stip for sale of real property and opposition to relief from stay. |
| 6/2/2025 | JRB | 17 | 1.8 | $801.00 | Draft opposition to motion for relief from stay to go to family court. |
| 6/3/2025 | JRB | 17 | 2.2 | $979.00 | Finish draft of opposition to second motion for relief from stay. |

| Date | Initials | | Hours | Amount | Description |
|---|---|---|---|---|---|
| 6/3/2025 | YML | 17 | 0.6 | $474.00 | Review and revise opposition to motion for relief from stay (.4); discuss opposition with J. Bothamley and revisions and arguments related to property of the estate (.2) |
| 6/4/2025 | JRB | 17 | 1.7 | $756.50 | Finish revisions to opposition for relief from stay re prenuptial agreement. |
| 6/5/2025 | JRB | 17 | 0.1 | $44.50 | Review notice of filing error on opposition to relief from stay re prenuptial agreement. |
| 6/5/2025 | JRB | 17 | 0.2 | $89.00 | Analyze and revise notice of Errata on opposition to second relief from stay. |
| 6/12/2025 | JRB | 17 | 0.9 | $400.50 | Analyze reply brief re relief from stay re adjudication on prenuptial agreement. |
| 6/12/2025 | JRB | 17 | 0.5 | $222.50 | Streategy conference with Y.Lissebeck re RFS Motion |
| 3/6/2026 | TFD | 17 | 0.4 | $184.00 | Review and analyze motion for relief from stay filed by Heston & Heston. |
| 3/12/2026 | YML | 17 | 0.3 | $252.00 | Review motion for relief from stay filed by R. Heston (.2); draft email to trustee re non-opposition to Motion (.1) |
| 3/16/2026 | TFD | 17 | 0.1 | $46.00 | Review correspondence from Y. Lissebeck re limited opposition to motion for relief from stay filed by R. Heston. |
| 3/16/2026 | TFD | 17 | 0.8 | $368.00 | Draft limited opposition to motion for relief from stay filed by R. Heston. |
| 3/16/2026 | YML | 17 | 0.2 | $168.00 | Discuss relief from stay motion with trustee and filing limited opposition (.1); discuss limited opposition with T. Duncan and perimetries of opposition (.1) |
| 3/17/2026 | TFD | 17 | 1.1 | $506.00 | Continue draft of limited opposition to motion for relief from stay filed by R. Heston. |
| 3/17/2026 | TFD | 17 | 0.5 | $230.00 | Review and revise limited opposition to motion for relief from stay filed by R. Heston. |
| 3/17/2026 | TFD | 17 | 0.3 | $138.00 | Review, revise, and finalize limited opposition to motion for relief from stay filed by R. Heston for filing. |
| 3/18/2026 | YML | 17 | 0.2 | $168.00 | Review and approve Limited Opposition for fling (.1); draft email to R. Heston with copy of limited opposition (.1) |
| 3/31/2026 | YML | 17 | 0.2 | $168.00 | Review tentative related to relief from stay motion (.1); draft email to R. Heston re order and review response (.1) |

15.80    $7,883.00

**Litigation General (153397-18)**

**Fees**

| Timekeeper | Title | Rate (2024/2025/2026) | Hours | Total Fees |
|---|---|---|---|---|
| Yosina M. Lissebeck | Partner | $745.00/$790.00 | 6.80 | $5,692.00 |
| Taylor F. Duncan | Associate | $460.00 | 46.60 | $21,094.00 |
| | Total Hours / Fees | | 53.40 | $26,786.00 |

| Date | Tkpr | Matter | Hrs | Amt | Narrative |
|---|---|---|---|---|---|
| 2/7/2025 | YML | 18 | 0.4 | $316.00 | Telephone call with trustee re rejection of settlement offer and following up with B. Heston re counteroffer (.2); draft email to B. Heston with settlement offer (.2) |
| 12/31/2025 | TFD | 18 | 0.6 | $249.00 | Review client file re Franchise Tax Board of the State of California in connection with drafting adversary complaint. |
| 12/31/2025 | TFD | 18 | 0.4 | $166.00 | Outline adversary complaint against FTB. |
| 12/31/2025 | TFD | 18 | 0.5 | $207.50 | Strategize and analyze potential causes of action for adversary complaint against FTB. |
| 12/31/2025 | TFD | 18 | 0.2 | $83.00 | Draft jurisdiction and venue section of complaint against FTB. |
| 12/31/2025 | TFD | 18 | 0.1 | $41.50 | Draft parties section of complaint against FTB. |
| 12/31/2025 | TFD | 18 | 1.1 | $456.50 | Draft general allegations of complaint against FTB. |
| 12/31/2025 | TFD | 18 | 0.9 | $373.50 | Research and analyze case law re 11 U.S.C. § 362(b)(9)(D) as applicable to facts of case in connection with drafting complaint against FTB. |
| 12/31/2025 | TFD | 18 | 0.2 | $83.00 | Research and analyze case law regarding ability of Trustee to request damages, including attorneys' fees and costs, for violations of the automatic stay under 11 U.S.C. § 105 in connection with drafting complaint against FTB. |
| 12/31/2025 | TFD | 18 | 0.1 | $41.50 | Research and analyze case law regarding a creditor's lack of authority to record post-petition liens without relief from stay in connection with drafting complaint against FTB. |

| 12/31/2025 | TFD | 18 | 0.2 | $83.00 | Research and analyze case law regarding determination that acts taken in violation of the stay, particularly the recordation of liens, are void ab initio. |
| 12/31/2025 | TFD | 18 | 0.2 | $83.00 | Draft prayer for relief in complaint against FTB. |
| 12/31/2025 | TFD | 18 | 1.5 | $622.50 | Draft first claim for relief, violation of the automatic stay (11 U.S.C. §§ 362(a)(4) and 105), in complaint against FTB. |
| 12/31/2025 | TFD | 18 | 0.7 | $290.50 | Draft second claim for relief, Avoidance, Recovery, and Preservation of Unauthorized Post-Petition Transfer (11 U.S.C. §§ 549, 550, 551), in complaint against FTB. |
| 12/31/2025 | TFD | 18 | 0.3 | $124.50 | Draft third claim for relief, declaratory judgment regarding lien being void ab initio, in complaint against FTB. |
| 12/31/2025 | TFD | 18 | 0.6 | $249.00 | Review and revise draft complaint against FTB. |
| 1/2/2026 | TFD | 18 | 0.1 | $46.00 | Strategy conference with Y. Lissebeck re including cause of action to object to FTB's claim to the extent the post-petition lien may be construed as an informal amendment. |
| 1/2/2026 | TFD | 18 | 0.6 | $276.00 | Draft fourth claim for relief, objection to informal amendment of claim, in complaint against FTB. |
| 1/2/2026 | TFD | 18 | 0.2 | $92.00 | Research and analyze validity of informal amendment to claim that violated automatic stay in connection with draft of complaint against FTB. |
| 1/2/2026 | TFD | 18 | 0.1 | $46.00 | Amend prayer for relief in complaint against FTB. |
| 1/2/2026 | TFD | 18 | 0.2 | $92.00 | Strategize and analyze whether FTB violated the discharge injunction by filing a post-petition lien without authority. |
| 1/2/2026 | TFD | 18 | 0.1 | $46.00 | Confirm legal name of FTB for complaint. |
| 1/2/2026 | TFD | 18 | 1 | $460.00 | Review and revise complaint against FTB. |
| 1/2/2026 | TFD | 18 | 0.2 | $92.00 | Review preliminary title report in connection with drafting complaint against FTB. |
| 1/2/2026 | TFD | 18 | 0.1 | $46.00 | Review FTB's proof of claim in connection with drafting complaint. |
| 1/2/2026 | TFD | 18 | 0.1 | $46.00 | Review and analyze Notice of State Tax Lien in connection with drafting complaint against FTB. |
| 1/3/2026 | TFD | 18 | 0.6 | $276.00 | Finalize complaint against FTB. |
| 1/6/2026 | TFD | 18 | 0.1 | $46.00 | Review and analyze prenuptial agreement in connection with drafting complaint against J. Gomez. |

| 1/6/2026 | TFD | 18 | 0.7 | $322.00 | Strategize in connection with drafting complaint against J. Gomez. |
|---|---|---|---|---|---|
| 1/6/2026 | TFD | 18 | 0.2 | $92.00 | Draft jurisdiction and venue and parties section of complaint against J. Gomez. |
| 1/7/2026 | YML | 18 | 0.8 | $672.00 | Review and revise FTB complaint |
| 1/8/2026 | TFD | 18 | 0.7 | $322.00 | Review and analyze property reports for J. Gomez's 7 current properties in connection with drafting complaint against J. Gomez. |
| 1/8/2026 | TFD | 18 | 0.4 | $184.00 | Review and analyze premarital agreement in connection with drafting complaint against Gomez. |
| 1/8/2026 | TFD | 18 | 0.6 | $276.00 | Review and analyze overview of assets and events provided by Debtor in connection with drafting complaint against Gomez. |
| 1/8/2026 | TFD | 18 | 0.5 | $230.00 | Review and analyze motion to dismiss Debtor's bankruptcy case filed by J. Gomez in connection with drafting complaint against J. Gomez. |
| 1/8/2026 | TFD | 18 | 0.4 | $184.00 | Review and analyze bankruptcy schedules filed by J. Gomez in Chapter 13 petition in connection with drafting complaint against J. Gomez. |
| 1/8/2026 | TFD | 18 | 0.4 | $184.00 | Strategize re inclusion of potential claims against J. Gomez to include in complaint. |
| 1/8/2026 | TFD | 18 | 1.4 | $644.00 | Draft general allegations portion of complaint against J. Gomez. |
| 1/9/2026 | TFD | 18 | 0.6 | $276.00 | Review and revise adversary complaint against FTB. |
| 1/9/2026 | TFD | 18 | 0.1 | $46.00 | Finalize adversary complaint against FTB. |
| 1/12/2026 | TFD | 18 | 1.1 | $506.00 | Research and analyze case law as applied to facts of case re continuation of automatic stay under 11 U.S.C. § 362(c) post-discharge. |
| 1/12/2026 | TFD | 18 | 0.3 | $138.00 | Review and revise complaint against FTB based on comments received from FTB. |
| 1/12/2026 | TFD | 18 | 0.9 | $414.00 | Research and analyze case law as applicable to facts of case re dischargeability of tax debts. |
| 1/12/2026 | TFD | 18 | 0.1 | $46.00 | Email Y. Lissebeck analysis of dischargeability of FTB's claim. |
| 1/13/2026 | YML | 18 | 0.5 | $420.00 | Review and revise complaint for violation of stay against FTB (.3); discuss research and violation with T. Duncan and approve email to FTB re same (.2) |
| 1/13/2026 | TFD | 18 | 0.4 | $184.00 | Draft analysis re application of automatic stay and discharge injunction in connection with §§ 523(a)(1)(A) and 507(a)(8)(A)(i)). |

| 1/13/2026 | TFD | 18 | 0.5 | $230.00 | Research and analyze case law as applied to facts of case re application of automatic stay and discharge injunction in connection with §§ 523(a)(1)(A) and 507(a)(8)(A)(i)). |
| 1/13/2026 | TFD | 18 | 0.3 | $138.00 | Review, revise, and finalize complaint against FTB based on application of automatic stay and discharge injunction in connection with §§ 523(a)(1)(A) and 507(a)(8)(A)(i)). |
| 1/13/2026 | TFD | 18 | 0.5 | $230.00 | Draft correspondence to S. Murrell, FTB, re the FTB's violation of the automatic stay and further request to withdraw lien. |
| 1/16/2026 | TFD | 18 | 0.5 | $230.00 | Continue drafting general allegations in complaint against J. Gomez. |
| 1/16/2026 | TFD | 18 | 0.7 | $322.00 | Draft First Claim For Relief (declaratory relief) in complaint against J. Gomez. |
| 1/16/2026 | TFD | 18 | 0.2 | $92.00 | Draft Second Claim for Relief (turnover of property of the estate). |
| 1/20/2026 | TFD | 18 | 0.4 | $184.00 | Review and analyze property documents related to properties owned by J. Gomez prior to date of marriage in connection with drafting complaint against J. Gomez. |
| 1/20/2026 | TFD | 18 | 0.7 | $322.00 | Review and analyze property reports for J. Gomez's 7 separate properties in connection with drafting complaint against J. Gomez. |
| 1/20/2026 | TFD | 18 | 0.5 | $230.00 | Continue to draft first claim for relief (declaratory relief). |
| 1/20/2026 | TFD | 18 | 0.6 | $276.00 | Create timeline of sale of original properties compared with purchase of new properties in connection with drafting complaint against J. Gomez. |
| 1/20/2026 | TFD | 18 | 0.1 | $46.00 | Review and revise second claim for relief in complaint against J. Gomez. |
| 1/20/2026 | TFD | 18 | 0.7 | $322.00 | Draft third claim for relief (sale of co-owner property). |
| 1/20/2026 | TFD | 18 | 0.8 | $368.00 | Research and analyze case law and statutes as related to facts of the case in connection with community property nature of acquired assets and commingling of separate and community property funds. |
| 1/21/2026 | TFD | 18 | 0.1 | $46.00 | Correspond with Y. Lissebeck re timing of the sale of J. Gomez's separate properties and the purchase of new properties in connection with drafting complaint against J. Gomez. |
| 1/21/2026 | TFD | 18 | 0.2 | $92.00 | Research and review requirements of IRC section 1031, particularly timing requirements. |
| 1/26/2026 | TFD | 18 | 0.5 | $230.00 | Review and revise complaint against J. Gomez. |

| 1/26/2026 | TFD | 18 | 0.4 | $184.00 | Strategy conference with Y. Lissebeck regarding complaint against J. Gomez including naming of additional parties, additional causes of action, issues with chain of title with respect to properties |
| 3/11/2026 | TFD | 18 | 0.1 | $46.00 | Review correspondence from Y. Lissebeck regarding memorandum needed regarding liens on the Kathy Court property, validity of the FLARPL lien, and the benefit to the estate, if any, with respect to pursuing any litigation in connection with the Gomez Liens. |
| 3/11/2026 | TFD | 18 | 0.1 | $46.00 | Draft introduction to memorandum re Kathy Court property, validity of the FLARPL lien, and the benefit to the estate, if any, with respect to pursuing any litigation in connection with the Gomez Liens. |
| 3/11/2026 | TFD | 18 | 0.8 | $368.00 | Draft lien portion of memorandum re Kathy Court property. |
| 3/12/2026 | TFD | 18 | 1 | $460.00 | Continue drafting lien section of memorandum. |
| 3/12/2026 | TFD | 18 | 0.9 | $414.00 | Review and analyze FLARPL materials provided by Stegmeier, Gelbart, Schwartz & Benavente, LLP in connection with determining validity of same. |
| 3/12/2026 | TFD | 18 | 1.1 | $506.00 | Research and review applicable case law regarding validity of a FLARPL and objections to same. |
| 3/12/2026 | TFD | 18 | 0.9 | $414.00 | Draft portion of memorandum related to FLARPL validity. |
| 3/13/2026 | TFD | 18 | 0.1 | $46.00 | Strategy conference with Y. Lissebeck re FLARPL validity and additional documentation and information needed re same and sales proceeds distributions. |
| 3/16/2026 | TFD | 18 | 0.2 | $92.00 | Review stipulation re sales proceeds in connection with drafting portion of memorandum related to Gomez's liens. |
| 3/16/2026 | TFD | 18 | 0.6 | $276.00 | Draft portion of memorandum related to the Gomez Liens. |
| 3/16/2026 | TFD | 18 | 0.3 | $138.00 | Draft portion of memorandum related to proposed litigation against Gomez. |
| 3/16/2026 | TFD | 18 | 0.6 | $276.00 | Review and analyze complaint filed by Gomez against Stegmeier, Gelbart, Schwartz & Benavente, LLP et al. |
| 3/16/2026 | TFD | 18 | 0.1 | $46.00 | Correspond with Y. Lissebeck re consideration to join and file cross-complaint in the adversary filed by Gomez against Stegmeier, Gelbart, Schwartz & Benavente, LLP et al. |

| 3/16/2026 | TFD | 18 | 0.7 | $322.00 | Strategize and analyze whether to file a motion for joinder and a cross-claim or motion to intervene in adversary filed by Gomez against Stegmeier, Gelbart, Schwartz & Benavente, LLP et al. |
| 3/17/2026 | TFD | 18 | 0.5 | $230.00 | Correspond with Y. Lissebeck re intervention and analysis re same. |
| 3/17/2026 | TFD | 18 | 0.2 | $92.00 | Review and respond to Y. Lissebeck re FLARPL validity and related allegations contained in the complaint filed by Gomez against Stegmeier, Gelbart, Schwartz & Benavente, LLP et al. |
| 3/17/2026 | TFD | 18 | 0.6 | $276.00 | Review and analyze further correspondence from J. Gomez re FLARPL and its validity; review and analyze State Court docket re same. |
| 3/19/2026 | TFD | 18 | 0.2 | $92.00 | Calculate updated amounts for payment of liens after escrow in connection with litigation memorandum. |
| 3/19/2026 | TFD | 18 | 0.2 | $92.00 | Review and revise memorandum re liens and FLARPL validity. |
| 3/19/2026 | TFD | 18 | 0.2 | $92.00 | Review and respond to Y. Lissebeck re strategy to potentially intervene in the complaint filed by Gomez against Stegmeier, Gelbart, Schwartz & Benavente, LLP et al. |
| 3/21/2026 | TFD | 18 | 0.5 | $230.00 | Research and analyze case law applicable to facts of FLARPL issues with respect to notice requirements and effect of inadequate notice. |
| 3/21/2026 | TFD | 18 | 0.6 | $276.00 | Review, revise, and finalize memorandum related to liens, FLARPL, and recommended litigation against J. Gomez. |
| 3/23/2026 | TFD | 18 | 0.1 | $46.00 | Review and analyze Sale Stipulation in connection with reviewing and revising memorandum related to the FLARPL. |
| 3/23/2026 | TFD | 18 | 0.3 | $138.00 | Review and analyze claim register and related docket entries in connection with revising memorandum re FLARPL to analyze potential benefit to the estate if litigation is to be pursued. |
| 3/23/2026 | TFD | 18 | 1.2 | $552.00 | Review and revise memorandum including updated final closing cost amounts, calculations re same, and . |
| 3/23/2026 | TFD | 18 | 0.6 | $276.00 | Analyze benefit to the estate to proceed with litigation against FLARPL. |
| 3/24/2026 | TFD | 18 | 0.1 | $46.00 | Call with Y. Lissebeck re impact of increased funds to estate in connection with the Sale Stipilation. |

| 3/24/2026 | TFD | 18 | 1.5 | $690.00 | Draft analysis re potential litigation against the FLARPL and/or J.Gomez including analysis and calculations of range of benefit to the Estate to provide Trustee with recommendation. |
| 3/24/2026 | TFD | 18 | 0.2 | $92.00 | Finalize memorandum property liens, FLARPL validity and amount, and proposed litigation. |
| 4/7/2026 | TFD | 18 | 0.8 | $368.00 | Review and revise memorandum re how to proceed with respect to litigation. |
| 4/9/2026 | TFD | 18 | 0.1 | $46.00 | Conference call with R. Marshack ahead of strategy conference meeting. |
| 4/9/2026 | TFD | 18 | 0.6 | $276.00 | Prepare for strategy meeting with M. Marshack re how to proceed with respect to FLARPL, liens, and related issues. |
| 4/9/2026 | TFD | 18 | 2 | $920.00 | Strategy call with M. Marshack and Y. Lissebeck re how to proceed with respect to FLARPL, liens, and related issues. |
| 4/10/2026 | TFD | 18 | 0.4 | $184.00 | Review and analyze general ledger provided by SGSB in support of lien amount; draft analysis re same for Y. Lissebeck. |
| 4/10/2026 | TFD | 18 | 0.5 | $230.00 | Review and analyze billing invoices in connection with determining amount off FLARPL; provide analysis of same to Y. Lissebeck. |
| 4/10/2026 | TFD | 18 | 0.2 | $92.00 | Review POS related to FLARPL and provide analysis of impact of same under Cal. Fam. Code § 2033. |
| 4/14/2026 | YML | 18 | 0.6 | $504.00 | Review and respond to numerous emails re lien dispute, evidence of perfection, amount and draft detailed settlement email to trustee for review and consideration (.3); telephone call with trustee re settlement and lien issues (.3) |
| 4/15/2026 | YML | 18 | 1 | $840.00 | Analysis of claims for settlement meeting (.5); Settlement meeting with S. Gelbart (.3); discuss settlement with trustee (.2) |
| 4/16/2026 | YML | 18 | 0.4 | $336.00 | Telephone call with Trustee re settlement (.2); review and respond to emails from J. Adams re settlement and claims (.2) |
| 4/28/2026 | YML | 18 | 2 | $1,680.00 | Draft settlement agreement with SGSB related to FLARPL (1.0); draft settlement agreement with D. Hunt re Abstract (1.0) |
| 4/29/2026 | YML | 18 | 0.6 | $504.00 | Revise settlement with SGSB and forward to trustee for review (.3); revise settlement with Hunt and forward to trustee for review (.3) |
| 4/30/2026 | YML | 18 | 0.5 | $420.00 | Meet with S. Gelbart to discuss settlement and 9019 motion and timing of procedures |

53.40   $26,786.00

# EXHIBIT E

EXPENSES

| Date | Cost | Amount | Description |
|---|---|---|---|
| 11/22/2024 | COPY | $6.45 | |
| 11/22/2024 | COPY | $47.25 | |
| 11/22/2024 | COPY | $2.25 | |
| 11/22/2024 | COPY | $6.30 | |
| 11/22/2024 | COPY | $7.65 | |
| 2/19/2025 | COPY | $4.20 | |
| 2/19/2025 | COPY | $1.80 | |
| 2/19/2025 | COPY | $1.80 | |
| 2/19/2025 | COPY | $1.80 | |
| 12/23/2025 | COPY | $55.20 | |
| 12/23/2025 | COPY | $13.80 | |
| 12/23/2025 | COPY | $76.80 | |
| 12/23/2025 | COPY | $1.50 | |
| 12/23/2025 | COPY | $4.80 | |
| 12/23/2025 | COPY | $24.00 | |
| 12/23/2025 | COPY | $4.80 | |
| 12/23/2025 | COPY | $19.20 | |
| 12/23/2025 | COPY | $48.00 | |
| 12/23/2025 | COPY | $2.40 | |
| 12/23/2025 | COPY | $21.60 | |
| **TOTAL** | | **$351.60** | |
| 11/22/2024 | FEDEX | $24.39 | VENDOR: Federal Express Corporation INVOICE#: 869767889; DATE: 11/29/2024; Tracking #: 282115608259 Shipment Date: 20241122 Sender: Matthew J Stockl Dinsmore & Shohl, LLP, 550 S Hope St, LOS ANGELES, CA 90071 Ship to: Theodor Albert, United States Bankruptcy Court, 411 W 4TH ST, SANTA ANA, CA 92701 |
| 1/29/2025 | FEDEX | $26.03 | VENDOR: Federal Express Corporation INVOICE#: 876336376; DATE: 2/7/2025; Tracking #: 284880868359 Shipment Date: 20250129 Sender: Matthew J Stockl Dinsmore & Shohl, LLP, 550 S Hope St, LOS ANGELES, CA 90071 Ship to: Hon Theodor Albert, United States Bankurtpcy Court, 411 W 4TH ST, SANTA ANA, CA 92701 |
| 2/19/2025 | FEDEX | $26.09 | VENDOR: Federal Express Corporation INVOICE#: 878515300; DATE: 2/28/2025; Tracking #: 285578170623 Shipment Date: 20250219 Sender: Matthew J Stockl Dinsmore & Shohl, LLP, 550 S Hope St, LOS ANGELES, CA 90071 Ship to: Theodore Albert, United States Bankruptcy Court, 411 W 4TH ST, SANTA ANA, CA 92701 |
| 3/5/2025 | FEDEX | $26.09 | VENDOR: Federal Express Corporation INVOICE#: 879912847; DATE: 3/14/2025; Tracking #: 286079684600 Shipment Date: 20250305 Sender: Matthew J Stockl Dinsmore & Shohl, LLP, 550 S Hope St, LOS ANGELES, CA |

| | | | |
|---|---|---|---|
| | | | 90071 Ship to: Theodore Albert, United States Bankruptcy Court, 411 W 4TH ST, SANTA ANA, CA 92701 VENDOR: Federal Express Corporation INVOICE#: 917673297; DATE: 2/13/2026; Tracking #: 398613206317 Shipment Date: 20260210 Sender: Yosina M  Lissebeck Dinsmore & Shohl, LLP, 655 West Broadway Suite 800, SAN DIEGO, CA 92101 Ship to: Hon  Scott C  Clarkson, United States Bankruptcy Court, 411 W 4TH ST, SANTA ANA, CA |
| 2/10/2026 | FEDEX | $24.51 | 92701 |
| | **TOTAL** | **$127.11** | |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is **655 West Broadway, Suite 800, San Diego, CA 92101**

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION OF DINSMORE & SHOHL LLP AS COUNSEL FOR RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 23, 2024 THROUGH APRIL 30, 2026; DECLARATION OF YOSINA M. LISSEBECK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 12, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Wells Fargo Bank NA
  **David Coats** - dacoats@raslg.com

- Attorneys for Jeffrey Adams Gomez
  **Benjamin Heston** - bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net

- Attorneys for Richard Heston & Kerry Kavanaugh
  **Richard G. Heston** - rheston@hestonlaw.com, yflores@hestonlaw.com, docs@hestonlaw.com, HestonRR41032@notify.bestcase.com, hestonlaw@recap.email

- Attorneys for Richard A. Marshack, Chapter 7 Trustee
  **Yosina M Lissebeck** - Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com; linda.dominguez@dinsmore.com

- **Richard A Marshack (TR)** - pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

- Courtesy NEF
  **Eric Marcus Neshanian** - neshanianlawfirm@gmail.com

- Attorneys for Richard A. Marshack, Chapter 7 Trustee
  **Jacob Newsum-Bothamley** - jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

- Attorneys for Richard A. Marshack, Chapter 7 Trustee
  **Matthew J Stockl** - mstockl@otterbourg.com, nregina@otterbourg.com

- **United States Trustee (SA)** - ustpregion16.sa.ecf@usdoj.gov

- <u>Attorneys for Howard & Kristina Smith</u>
  **Julie J Villalobos** - julie@oaktreelaw.com, oakecfmail@gmail.com; villalobosjr51108@notify.bestcase.com; gus@oaktreelaw.com

- <u>Attorneys for US Bank National Association</u>
  **Jennifer C Wong** - bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On (*date*) <u>May 12, 2026</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130/Ctrm 5C
Santa Ana, CA 92701-4593

Clarence Yoshikane
Berkshire Hathaway
1400 Newport Center Drive, Suite 200
Newport Beach, CA 92660

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677

Michelle Sherwood, Esq
R & S Law Group, APC
400 West First St
Tustin, CA 92780

Hahn Fife & Company LLP
1055 E. Colorado Blvd 5
Pasadena, CA 91106

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2026 | Wendy A. Yones | /s/ Wendy A. Yones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |