RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone:  (949) 333-7777
Facsimile:  (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re: | Case No.  8:24-bk-12527-SC |
|---|---|
| KRISTINA LYNN SMITH, | Chapter  7 |
| Debtor. | DECLARATION OF RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE, IN SUPPORT OF FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY DINSMORE & SHOHL LLP |
|  | Date:   June 2, 2026<br>Time:   11:00 a.m.<br>Ctrm:  5C |

I, RICHARD A. MARSHACK, declare and state as follows:

1.      I am an individual over 18 years of age and competent to make this Declaration. I am an attorney at law licensed to practice in this state and admitted to practice in this Court.

2.      I am the Chapter 7 Trustee for the Bankruptcy Estate of Kristina Lynn Smith.  I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would competently testify to those facts.

3.      I make this Declaration in support of the First Interim Fee Application ("Fee Application"), filed as Dk. 180 on May 12, 2026, by the law firm of Dinsmore & Shohl LLP ("Firm") seeking compensation and reimbursement of expenses in this case.

1

4.      I have reviewed the Fee Application, which covers the period of  October 23, 2024, through and including April 30, 2026, and have the following comments thereto:

☒          No objection.

I request authorization to pay 80% of the requested fees and 100% of the requested expenses without prejudice to the Firm seeking the balance of unpaid fees subject to the Court's final determination.

☐          An objection is raised as set forth below:

I declare under penalty of perjury  that the foregoing is true and correct. Executed on May 28, 2026.

_/s/ Richard A. Marshack_____
RICHARD A. MARSHACK

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*):  **DECLARATION OF TRUSTEE IN SUPPORT OF FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY DINSMORE & SHOHL LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **May 29, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On  **May 29, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
KRISTINA LYNN SMITH
27591 KATHY CT
LAGUNA NIGUEL, CA 92677-6025

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **May 29, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – VIA PERSONAL DELIVERY**
HONORABLE SCOTT C. CLARKSON
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 29, 2026 | Pamela Kraus | /s/  Pamela Kraus |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  continued:

- **David Coats**    dacoats@raslg.com
- **Benjamin Heston**     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Richard G. Heston**    rheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;linda.dominguez@dinsmore.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Eric Marcus Neshanian**    neshanianlawfirm@gmail.com
- **Jacob Newsum-Bothamley**    jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
- **Matthew J Stockl**    mstockl@otterbourg.com, nregina@otterbourg.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Julie J Villalobos**    julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.