Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Yosina M. Lissebeck (201654)
yosina.lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500

FOR COURT USE ONLY

☐ Individual *appearing without an attorney*
☒ *Attorney for:* Richard A. Marshack, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:
Kristina Lynn Smith,

CASE NO.: 8:24-bk-12527-SC

CHAPTER: 7

**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: (*title of motion*[1]):**
**FIRST INTERIM APPLICATION OF DINSMORE & SHOHL LLP AS COUNSEL FOR RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 23, 2024 THROUGH APRIL 30, 2026**

PLEASE TAKE NOTE that the order titled Order on First Interim Application of Dinsmore & Shohl LLP as Counsel for Richard A Marshack, Chapter 7 Trustee for Allowance and Payment of Fees and Reimbursement of Expenses for the Period of October 23, 2024 through April 30, 2026

was lodged on (*date*) June 3, 2026   and is attached. This order relates to the motion which is docket number 180.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# ATTACHMENT

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Yosina M. Lissebeck 201654<br>yosina.lissebeck@dinsmore.com<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Tel: (619) 400-0500<br><br><br>☒ *Attorney for:* Richard A. Marshack, Chapter 7 Trustee | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Kristina Lynn Smith, | CASE NO.: 8:24-bk-12527-SC<br><br>CHAPTER: 7 |
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>  **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>  **(11 U.S.C. § 330)** |
| | DATE: June 2, 2026<br>TIME: 11:00 a.m.<br>COURTROOM: 5C<br>PLACE: 411 West Fourth Street<br>     Santa Ana, CA 92701 |
| Debtor(s). | |

1.  Name of Applicant (*specify*): Dinsmore & Shohl LLP

2.  This proceeding was heard at the date and place set forth above and was    ☒ Contested    ☐ Uncontested

3.  Appearances were made as follows:

    a.  ☐  Applicant present in court
    b.  ☒  Attorney for Applicant present in court (name): Yosina M. Lissebeck
    c.  ☐  Attorney for United States trustee present in court
    d.  ☒  Other persons present as reflected in the court record

4.  Applicant gave the required notice of the Application on (*specify date*): May 12, 2026

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                           Page 1                           **F 2016-1.3.ORDER.PAYMENT.FEES**

5.  The court orders as follows:

a.  ☒ Application for Payment of Interim Fees is approved as follows:

   (1) ☒ Total amount allowed: $ 172,174.20

   (2) ☒ Amount or percentage authorized for payment at this time: 80%

b.  ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:

   ☒ Total amount allowed: $ 478.71

c.  ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

d.  ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:

   ☐ Total amount allowed: $ _____

e.  (1) ☐ Application is denied

    ☐ in full
    ☐ in part
    ☐ without prejudice
    ☐ with prejudice

   (2) Grounds for denial (specify):

f.  ☒ The court further orders (specify):
Eric M. Neshanian appeared at the hearing on behalf of The Neshanian Law Firm, Inc. and provided an oral objection to the fee application; no written objection was filed by The Neshanian Law Frim, Inc. The Court heard, considered, and overruled the oral objection for the reasons stated on the record.

The Limited Opposition filed by Jeffrey Adams Gomez on May 19, 2026 [Dk. 186] is overruled for the reasons stated in the Court's tentative, which is incorporated by reference, and for the reasons stated on the record.

Date: _____

                       United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                      Page 2                      **F 2016-1.3.ORDER.PAYMENT.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
   **655 West Broadway, Suite 800, San Diego, CA 92101**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 3, 2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Wells Fargo Bank NA
  **David Coats** - dacoats@raslg.com

- Attorneys for Jeffrey Adams Gomez
  **Benjamin Heston** - bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net

- Attorneys for Richard Heston & Kerry Kavanaugh
  **Richard G. Heston** - rheston@hestonlaw.com, yflores@hestonlaw.com, docs@hestonlaw.com, HestonRR41032@notify.bestcase.com, hestonlaw@recap.email

- Attorneys for Richard A. Marshack, Chapter 7 Trustee
  **Yosina M Lissebeck** - Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com; linda.dominguez@dinsmore.com

- **Richard A Marshack (TR)** - pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

- Courtesy NEF
  **Eric Marcus Neshanian** - neshanianlawfirm@gmail.com

- Attorneys for Richard A. Marshack, Chapter 7 Trustee
  **Jacob Newsum-Bothamley** - jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

- Attorneys for Richard A. Marshack, Chapter 7 Trustee
  **Matthew J Stockl** - mstockl@otterbourg.com, nregina@otterbourg.com

- **United States Trustee (SA**) - ustpregion16.sa.ecf@usdoj.gov

- Attorneys for Howard & Kristina Smith
  **Julie J Villalobos** - julie@oaktreelaw.com, oakecfmail@gmail.com; villalobosjr51108@notify.bestcase.com; gus@oaktreelaw.com

- Attorneys for US Bank National Association
  **Jennifer C Wong** - bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) June 3, 2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9021-1.2.BK.NOTICE.LODGMENT**

Honorable Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130/Ctrm 5C
Santa Ana, CA 92701-4593

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229

Michelle Sherwood, Esq
R & S Law Group, APC
400 West First St
Tustin, CA 92780

Clarence Yoshikane
Berkshire Hathaway
1400 Newport Center Drive, Suite 200
Newport Beach, CA 92660

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677

Hahn Fife & Company LLP
1055 E. Colorado Blvd 5
Pasadena, CA 91106

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 3, 2026 | Wendy A. Yones | /s/ Wendy A. Yones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.