| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Yosina M. Lissebeck (201654)<br>yosina.lissebeck@dinsmore.com<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Richard A. Marshack, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Kristina Lynn Smith, | CASE NO.: 8:24-bk-12527-SC<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: (*title of motion*[1]):** MOTION FOR ORDER APPROVING COMPROMISES WITH CREDITOR WHITE ZUCKERMAN WARSAVSKY LUNA AND HUNT, LLP AND CREDITOR STEGMEIER, GELBART, SCHWARTZ AND BENAVENTE, LLP |

PLEASE TAKE NOTE that the order titled Order on the Trustee's Motion for Order Approving Compromises with Creditor White Zuckerman Warsavsky Luna and Hunt, LLP and Creditor Stegmeier, Gelbart, Schwartz and Benavente, LLP

was lodged on (*date*) June 3, 2026 and is attached. This order relates to the motion which is docket number 182.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# ATTACHMENT

YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:24-bk-12527-SC |
| Kristina Lynn Smith, | Chapter 7 |
| Debtor. | **ORDER APPROVING CHAPTER 7 TRUSTEE, RICHARD MARSHACK'S COMPROMISES WITH CREDITOR WHITE ZUCKERMAN WARSAVSKY LUNA AND HUNT, LLP AND CREDITOR STEGMEIER, GELBART, SCHWARTZ AND BENAVENTE, LLP** |
| | Date:       June 2, 2026 <br> Time:       11:00 a.m. <br> Judge:      Hon. Scott C. Clarkson <br> Place:      Courtroom 5C <br>               411 West Fourth Street <br>               Santa Ana, California 92701 |

On June 2, 2026, the Court held a hearing on the Chapter 7 Trustee, Richard Marshack's Motion for Order Approving Compromises with Creditor White Zuckerman Warsavsky Luna and Hunt, LLP ("Hunt") and Creditor Stegmeier, Gelbart, Schwartz and Benavente, LLP ("SGSB") filed on May 12, 2026 [Dk. 182] ("Motion"). Appearances are as noted on the record.

///

1

The Court, having reviewed and considered the Motion and its supporting declarations, the Limited Opposition to the Motion filed by Jeffrey Adamns Gomez ("Gomez") on May 19, 2026 [Dk. 186] ("Limited Opposition"), and the oral arguments of counsel, and for the reasons stated by the Court on the record and in its tentative ruling, which is incorporated by reference, finds good cause to order as follows:

1) The Motion is GRANTED in its entirety.

2) Notice of the Motion was proper.

3) The SGSB Settlement Agreement attached as Exhibit 1 to the Motion is APPROVED.

4) The Hunt Settlement Agreement attached as Exhibit 2 to the Motion is APPROVED.

5) The Limited Opposition is overruled.

6) From the Debtor's/Estate's share of the proceeds from the sale of the real property located at, and commonly known as, 27591 Kathy Court, Laguna Niguel, California 92677 ("Property"):

    a. SGSB shall be paid $240,000.00 of its $300,000.00 claim secured by a Family Law Attorney Real Property Lien ("FLARPL") ("Non-Subordinated Claim"). The $60,000 balance of the FLARPL shall be subordinated to all allowed administrative and general unsecured claims except any claim of Gomez ("Subordinated Claim"), and the lien securing the Subordinated Claim shall be transferred to the Estate pursuant to 11 U.S.C. § 510(c)(2). The Non-Subordinated Claim shall be paid within 14 days of entry of this Order. Should Trustee hold insufficient funds from the Debtor's/Estate's portion to pay the Non-Subordinated Claim and Subordinated Claim in full, SGSB shall receive a payment from funds on hand that are subject to the FLARPL equal to the ration of the Non-Subordinated Claim to the Subordinated Claim. To the extent that the Non-Subordinated Claim is not paid in full, the unpaid balance of the Non-Subordinated Claim shall be allowed as a general unsecured claim against the Estate.

/ / /

/ / /

2

b.  Hunt shall reduce its claim and lien asserted against the Debtor's/Estate's portion of the proceeds from the sale of the Property to $50,000 ("Reduced Claim"). Trustee shall pay the Reduced Claim within 14 days of entry of this Order. Should Trustee hold insufficient funds from the Debtor's/Estate's portion to pay the Reduced Claim in full, any unpaid balance shall be allowed as a general unsecured claim against the Estate.

**IT IS SO ORDERED.**

####

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
655 West Broadway, Suite 800, San Diego, CA 92101

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 3, 2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Wells Fargo Bank NA
  **David Coats** - dacoats@raslg.com

- Attorneys for Jeffrey Adams Gomez
  **Benjamin Heston** - bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net

- Attorneys for Richard Heston & Kerry Kavanaugh
  **Richard G. Heston** - rheston@hestonlaw.com, yflores@hestonlaw.com, docs@hestonlaw.com, HestonRR41032@notify.bestcase.com, hestonlaw@recap.email

- Attorneys for Richard A. Marshack, Chapter 7 Trustee
  **Yosina M Lissebeck** - Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com; linda.dominguez@dinsmore.com

- **Richard A Marshack (TR)** - pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

- Courtesy NEF
  **Eric Marcus Neshanian** - neshanianlawfirm@gmail.com

- Attorneys for Richard A. Marshack, Chapter 7 Trustee
  **Jacob Newsum-Bothamley** - jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

- Attorneys for Richard A. Marshack, Chapter 7 Trustee
  **Matthew J Stockl** - mstockl@otterbourg.com, nregina@otterbourg.com

- **United States Trustee (SA**) - ustpregion16.sa.ecf@usdoj.gov

- Attorneys for Howard & Kristina Smith
  **Julie J Villalobos** - julie@oaktreelaw.com, oakecfmail@gmail.com; villalobosjr51108@notify.bestcase.com; gus@oaktreelaw.com

- Attorneys for US Bank National Association
  **Jennifer C Wong** - bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) June 3, 2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9021-1.2.BK.NOTICE.LODGMENT**

Honorable Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130/Ctrm 5C
Santa Ana, CA 92701-4593

Clarence Yoshikane
Berkshire Hathaway
1400 Newport Center Drive, Suite 200
Newport Beach, CA 92660

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677

Michelle Sherwood, Esq
R & S Law Group, APC
400 West First St
Tustin, CA 92780

Hahn Fife & Company LLP
1055 E. Colorado Blvd 5
Pasadena, CA 91106

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 3, 2026 | Wendy A. Yones | /s/ Wendy A. Yones |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.