**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Movant

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re: | Case No: **8:24-bk-12527-TA** |
|---|---|
| KRISTINA LYNN SMITH, | **Chapter 7** |
| Debtor. | **NOTICE OF ERRATA RE: REPLY IN SUPPORT OF MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. §362 (ACTION IN NON-BANKRUPTCY FORUM)** |
| | **Hearing:**<br>Date:  July 1, 2026<br>Time: 10:00 AM<br>Courtroom:  5C |

PLEASE TAKE NOTICE that Movant, Jeffrey Adams Gomez, submits this notice of errata to correct the record. On June 24, 2026, Movant Jeffrey Adams Gomez filed his Reply in Support of Motion for Relief from Stay Under 11 U.S.C. §362 (Action in Non-Bankruptcy Forum) as Docket No. 201, which, due to an inadvertent typographical error, incorrectly listed the case number in the caption as 8:24-bk-12527-TA. The correct case number for this proceeding is 8:24-bk-12527-SC. Movant respectfully submits this Notice of Errata to correct the case number

**NEXUS BANKRUPTCY**

Date: June 25, 2026            /s/Benjamin Heston
                              BENJAMIN HESTON,
                              Attorney for Movant

1
*NOTICE OF ERRATA*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERRATA RE REPLY IN SUPPORT OF MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. §362 (ACTION IN NON-BANKRUPTCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/25/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David Coats    dacoats@raslg.com
Richard G. Heston    rheston@hestonlaw.com,
yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
Yosina M Lissebeck    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
Richard A Marshack (TR)    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
Eric Marcus Neshanian    neshanianlawfirm@gmail.com
Jacob Newsum-Bothamley    jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
Matthew J Stockl    mstockl@otterbourg.com, nregina@otterbourg.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Julie J Villalobos    julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com
Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) 6/25/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott C. Clarkson
411 West Fourth Street
Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/25/2026 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**