| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**Benjamin Heston (297798)**<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* MOVANT | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>KRISTINA LYNN SMITH,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:24-bk-12527-SC |
|---|---|
| | CHAPTER: 13 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM)** |

PLEASE TAKE NOTE that the order titled **Order on Motion for Relief from Stay** was lodged on (*date*) **7/9/2026** and is attached.  This order relates to the motion which is docket number **187**.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**Benjamin Heston (297798)**<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>KRISTINA LYNN SMITH,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **8:24-bk-12527-SC**<br><br>CHAPTER: **7** |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**(Action in Nonbankruptcy Forum)** |
| | DATE: July 1, 2026<br>TIME: 10:00 AM<br>COURTROOM: 5C<br>PLACE: 411 West Fourth Street<br>        Santa Ana, CA 92701 |

MOVANT: **JEFFREY ADAMS GOMEZ**

1.  The Motion was:   ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2.  The Motion affects the following Nonbankruptcy Action:

    Name of Nonbankruptcy Action: **In re Marriage of Kristina Lynn Smith And Jeffrey Adams Gomez**

    Docket number: **17D000590**

    Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: **Orange County Superior Court**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3.   The Motion is granted under 11 U.S.C. § 362(d)(1).

4.   As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a.   ☐   Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b.   ☐   Modified or conditioned as set forth in Exhibit _____ to the Motion.

   c.   ☐   Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5.   **Limitations on Enforcement of Judgment:**  Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law.  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a.   ☐   Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b.   ☐   Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6.   This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7.   ☐   The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8.   ☐   The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9.   ☐   This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10.  ☐   This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11.  ☒   Other (*specify*): See attached ruling.

###

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                       **F 4001-1.RFS.NONBK.ORDER**

**United States Bankruptcy Court**
**Central District of California**
**Santa Ana**
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

---

**Wednesday, July 1, 2026**                                        **Hearing Room      5C**

---

<u>10:00 AM</u>
**8:24-12527   Kristina Lynn Smith**                                              **Chapter 7**

**#3.00**
         Hearing RE:   Motion for relief from stay [Action In Non-Bankruptcy Forum]

         Jeffrey Adams Gomez vs. DEBTOR
         (Motion filed 5/19/2026)

         **[RE:  Name of Non-Bankruptcy Action: In re Marriage of Kristina Lynn
         Smith And Jeffrey Adams Gomez]**
         **[Docket Number: 17D000590]**
         **[Action Pending In Orange County Superior Court]**

                              Docket        187

**Tentative Ruling:**

         Tentative for 7/1/26:

         The Motion is granted in part under 11 U.S.C. § 362(d)(1) to permit the
         Orange County Superior Court to adjudicate and liquidate Movant's asserted
         reimbursement claim under California Family Code § 2640.

         The Motion is denied to the extent Movant seeks any relief that would
         interfere with Trustee's administration of the estate, alter or impair this Court's
         prior orders, or authorize enforcement against or distribution of property of the
         estate. This includes the Court's June 12, 2026 Order approving the Trustee's
         compromises with Hunt and SGSB [Dk. 197], which approved compromises
         concerning the Debtor's/Estate's share of the Kathy Court sale proceeds and
         did not authorize any relief affecting Gomez's share except as expressly
         stated therein.

         Any state-court determination shall not be enforced against Debtor, the
         Estate, the Trustee, or estate property absent further order of this Court. This
         Court retains authority to determine the bankruptcy effect, if any, of any state-
         court determination and to administer and distribute estate property.

---

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

**Wednesday, July 1, 2026**                                    **Hearing Room        5C**

<u>10:00 AM</u>
**CONT...        Kristina Lynn Smith**                                                **Chapter 7**

Virtual appearances are required. The hearing will take place using Zoom for Government, a free service that provides audioconference and videoconference capabilities. Only the parties, including counsels, their clients, and pro se individuals, may virtually join the hearing. No testimony, however, will be permitted unless specifically authorized by the Court either prior to, or during, the hearing. Parties virtually appearing should consult the NOTICE OF VIDEO AND TELEPHONIC APPEARANCE PROCEDURES FOR JUDGE SCOTT CLARKSON'S CASES for specific procedures and further information.

The audio portion of each hearing will be recorded electronically by the Court and constitute its official record. **By Order of the Judicial Conference of the United States, members of the general public may only view the hearings from the Courtroom, which will remain open, or access the hearing by audioconference only, as set forth below. This is a nation-wide mandate and is not subject to this Court's discretion. The Court will have monitors on and viewable within the Courtroom for viewing.**

Hearing participants may connect to the videoconference through an Internet browser by entering the Videoconference URL shown below, as well as the meeting ID and password, when prompted.

Videoconference URL:        https://cacb.zoomgov.com/j/1651840024

Meeting ID:                165 184 0024

Password:                  023516

If a participant is unable to send and receive audio through his/her computer, or join the videoconference through an Internet browser for any reason, the audio of the hearing may be accessed by telephone using the below audio conference information. PLEASE BE ADVISED THAT THE GENERAL PUBLIC AND ALL MEDIA MAY ONLY USE THE AUDIO CONFERENCE SYSTEM BELOW AND MAY NOT UTILIZE THE VIDEO CONFERENCE SYSTEM.

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

**Wednesday, July 1, 2026**                                    **Hearing Room       5C**

10:00 AM
**CONT...      Kristina Lynn Smith**                                    **Chapter 7**

Audioconference Tel. No.: +1 (669) 254 5252 or +1 (646) 828 7666

Meeting ID:           165 184 0024

Password:             023516

For further details, please consult the instructions on the Court's website
https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson.

Please note that default matters may be called prior to the videoconference,
so there may be a slight delay to the official start time of the videoconference
hearing.

As noted in the Court's Zoom Video Hearing Guide, located at
https://www.cacb.uscourts.gov/node/7890, all persons are strictly prohibited
from making any recording of court proceedings, whether by video, audio,
"screenshot," or otherwise. Violation of this prohibition may result in the
imposition of monetary and non-monetary sanctions.

| Party Information |
|---|

**Debtor(s):**

Kristina Lynn Smith                    Represented By
                                       Julie J Villalobos

**Movant(s):**

Jeffrey Adams Gomez                    Represented By
                                       Benjamin  Heston

**Trustee(s):**

Richard A Marshack (TR)                Represented By
                                       Matthew J Stockl
                                       Jacob  Newsum-Bothamley
                                       Yosina M Lissebeck

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3090 Bristol Street, Suite 400
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/9/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) 7/9/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/9/2026 | Benjamin Heston | /s/Benjamin Heston |
|----------|-----------------|--------------------|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:


David Coats    dacoats@raslg.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Richard G. Heston    rheston@hestonlaw.com,
yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
Yosina M Lissebeck    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com
Richard A Marshack (TR)    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
Eric Marcus Neshanian    neshanianlawfirm@gmail.com
Jacob Newsum-Bothamley    jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
Matthew J Stockl    mstockl@otterbourg.com, nregina@otterbourg.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Julie J Villalobos    julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com
Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.