United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 24-12527-SC

Kristina Lynn Smith                                                           Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID                        Recipient Name and Address**
db                      #+  Kristina Lynn Smith, 27591 Kathy Ct, Laguna Niguel, CA 92677-6025

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | |
| | on behalf of Creditor Jeffrey Adams Gomez bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | |
| | on behalf of Plaintiff Jeffrey Adams Gomez bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | |
| | on behalf of Creditor Wells Fargo Bank  N.A. dacoats@raslg.com |
| Eric Marcus Neshanian | |
| | on behalf of Defendant The Neshanian Law Firm  Inc neshanianlawfirm@gmail.com |
| Eric Marcus Neshanian | |
| | on behalf of Interested Party Courtesy NEF neshanianlawfirm@gmail.com |

District/off: 0973-8                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 16, 2026                    Form ID: pdf042                              Total Noticed: 1

Jacob Newsum-Bothamley
> on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jennifer C Wong
> on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jennifer C Wong
> on behalf of Creditor U.S. Bank National Association bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Julie J Villalobos
> on behalf of Debtor Kristina Lynn Smith julie@oaktreelaw.com
> oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

Matthew J Stockl
> on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com  nregina@otterbourg.com

Richard A Marshack (TR)
> pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Richard G. Heston
> on behalf of Creditor Richard G Heston rheston@hestonlaw.com
> yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

United States Trustee (SA)
> ustpregion16.sa.ecf@usdoj.gov

Yosina M Lissebeck
> on behalf of Trustee Richard A Marshack (TR) yosina.lissebeck@dinsmore.com
> caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com


TOTAL: 14

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**NEXUS BANKRUPTCY**
**Benjamin Heston (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

☐ *Movant appearing without an attorney*
☒ *Attorney for Movant*

FOR COURT USE ONLY

**FILED & ENTERED**

**JUL 16 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte     DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:



KRISTINA LYNN SMITH,












Debtor(s).

CASE NO.: **8:24-bk-12527-SC**

CHAPTER: **7**

**ORDER GRANTING MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362**
**(Action in Nonbankruptcy Forum)**

DATE: July 1, 2026
TIME: 10:00 AM
COURTROOM: 5C
PLACE: 411 West Fourth Street
          Santa Ana, CA 92701

MOVANT: **JEFFREY ADAMS GOMEZ**

1.   The Motion was:   ☒ Opposed   ☐ Unopposed   ☐ Settled by stipulation

2.   The Motion affects the following Nonbankruptcy Action:

Name of Nonbankruptcy Action: **In re Marriage of Kristina Lynn Smith And Jeffrey Adams Gomez**

Docket number: **17D000590**

Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: **Orange County Superior Court**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 1                                    **F 4001-1.RFS.NONBK.ORDER**

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

   c. ☐ Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:**  Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law.  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other (*specify*): The motion is granted for the reasons stated on the record, and in the posted tentative ruling, which is attached and adopted in full.

###

Date: July 16, 2026

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                      Page 2                      **F 4001-1.RFS.NONBK.ORDER**

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

---

**Wednesday, July 1, 2026**                                          **Hearing Room       5C**

---

<u>10:00 AM</u>
**8:24-12527   Kristina Lynn Smith**                                          **Chapter 7**

**#3.00**

Hearing RE:   Motion for relief from stay [Action In Non-Bankruptcy Forum]

Jeffrey Adams Gomez vs. DEBTOR
(Motion filed 5/19/2026)

**[RE:  Name of Non-Bankruptcy Action: In re Marriage of Kristina Lynn Smith And Jeffrey Adams Gomez]**
**[Docket Number: 17D000590]**
**[Action Pending In Orange County Superior Court]**

Docket       187

**Tentative Ruling:**

Tentative for 7/1/26:

The Motion is granted in part under 11 U.S.C. § 362(d)(1) to permit the Orange County Superior Court to adjudicate and liquidate Movant's asserted reimbursement claim under California Family Code § 2640.

The Motion is denied to the extent Movant seeks any relief that would interfere with Trustee's administration of the estate, alter or impair this Court's prior orders, or authorize enforcement against or distribution of property of the estate. This includes the Court's June 12, 2026 Order approving the Trustee's compromises with Hunt and SGSB [Dk. 197], which approved compromises concerning the Debtor's/Estate's share of the Kathy Court sale proceeds and did not authorize any relief affecting Gomez's share except as expressly stated therein.

Any state-court determination shall not be enforced against Debtor, the Estate, the Trustee, or estate property absent further order of this Court. This Court retains authority to determine the bankruptcy effect, if any, of any state-court determination and to administer and distribute estate property.

---

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

**Wednesday, July 1, 2026**                                              **Hearing Room      5C**

<u>10:00 AM</u>
**CONT...      Kristina Lynn Smith**                                              **Chapter 7**

Virtual appearances are required. The hearing will take place using Zoom for Government, a free service that provides audioconference and videoconference capabilities. Only the parties, including counsels, their clients, and pro se individuals, may virtually join the hearing. No testimony, however, will be permitted unless specifically authorized by the Court either prior to, or during, the hearing. Parties virtually appearing should consult the NOTICE OF VIDEO AND TELEPHONIC APPEARANCE PROCEDURES FOR JUDGE SCOTT CLARKSON'S CASES for specific procedures and further information.

The audio portion of each hearing will be recorded electronically by the Court and constitute its official record. **By Order of the Judicial Conference of the United States, members of the general public may only view the hearings from the Courtroom, which will remain open, or access the hearing by audioconference only, as set forth below. This is a nation-wide mandate and is not subject to this Court's discretion. The Court will have monitors on and viewable within the Courtroom for viewing.**

Hearing participants may connect to the videoconference through an Internet browser by entering the Videoconference URL shown below, as well as the meeting ID and password, when prompted.

Videoconference URL:      https://cacb.zoomgov.com/j/1651840024

Meeting ID:                    165 184 0024

Password:                      023516

If a participant is unable to send and receive audio through his/her computer, or join the videoconference through an Internet browser for any reason, the audio of the hearing may be accessed by telephone using the below audio conference information. PLEASE BE ADVISED THAT THE GENERAL PUBLIC AND ALL MEDIA MAY ONLY USE THE AUDIO CONFERENCE SYSTEM BELOW AND MAY NOT UTILIZE THE VIDEO CONFERENCE SYSTEM.

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

**Wednesday, July 1, 2026**                                    **Hearing Room         5C**

10:00 AM
**CONT...      Kristina Lynn Smith**                                               **Chapter 7**

Audioconference Tel. No.: +1 (669) 254 5252 or +1 (646) 828 7666

Meeting ID:              165 184 0024

Password:                023516

For further details, please consult the instructions on the Court's website
https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson.

Please note that default matters may be called prior to the videoconference,
so there may be a slight delay to the official start time of the videoconference
hearing.

As noted in the Court's Zoom Video Hearing Guide, located at
https://www.cacb.uscourts.gov/node/7890, all persons are strictly prohibited
from making any recording of court proceedings, whether by video, audio,
"screenshot," or otherwise. Violation of this prohibition may result in the
imposition of monetary and non-monetary sanctions.

|  **Party Information**  |
|---|

**Debtor(s):**

Kristina Lynn Smith                      Represented By
                                          Julie J Villalobos

**Movant(s):**

Jeffrey Adams Gomez                      Represented By
                                          Benjamin  Heston

**Trustee(s):**

Richard A Marshack (TR)                  Represented By
                                          Matthew J Stockl
                                          Jacob  Newsum-Bothamley
                                          Yosina M Lissebeck