YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smith,<br><br>Debtor. | Case No. 8:24-bk-12527-SC<br><br>Chapter 7<br><br>**NOTICE TO RETAINED PROFESSIONALS RE: HEARING ON SECOND INTERIM FEE APPLICATIONS**<br><br>[Local Bankruptcy Rule 2016-1(a)(2)]<br><br>Date: November 12, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 5C<br>411 W Fourth St.<br>Santa Ana, CA 92701<br>via ZoomGov |

**TO ALL RETAINED CHAPTER 7 PROFESSIONALS OF THE ABOVE-CAPTIONED BANKRUPTCY CASE AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that Dinsmore & Shohl LLP ("Dinsmore"), the general bankruptcy counsel for the Richard A. Marshack, Chapter 7 Trustee ("Trustee") in the above-referenced bankruptcy case of the Debtor Kristina Lynn Smith ("Debtor"), will seek approval of its fees incurred through October 12, 2026 and reimbursement of its expenses on an interim basis pursuant to a noticed hearing before the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California, on November 12, 2026 at 10:00 a.m.

A notice of the hearing shall be filed with the Court and served upon all relevant parties and the professionals employed by the Chapter 7 bankruptcy estate pursuant to this Court's Local Bankruptcy Rule ("Local Rule") 2016-1(a)(2).

**PLEASE TAKE FURTHER NOTICE** that under Local Rule 2016- 1(a)(2):

> Other professional persons retained pursuant to Court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Any Chapter 7 professional employed in this case seeking approval of fees and reimbursement of expenses must comply with the Federal Rules of Bankruptcy Procedure, this Court's Local Rule, the Guidelines of the Office of the United States Trustee, and the relevant provisions of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that any retained professional electing to file a fee application must contact Yosina M. Lissebeck, Esq. at yosina.lissebeck@dinsmore.com and caron.burke@dinsmore.com by no later than October 16, 2026, to advise as to the amount of their requested fees and reimbursement of costs and relevant fee period. On October 22, 2026, Dinsmore will serve a combined notice containing each professional's request on all creditors and other parties entitled to notice under Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure. Each retained professional also must file their interim fee application with the Court and serve them on interested parties pursuant to the deadlines set forth in the Local Bankruptcy Rules.

**PLEASE TAKE FURTHER NOTICE** that interested parties with standing to be heard may file, in accordance with the Local Bankruptcy Rules, any opposition or response to any interim fee application after it is filed. No compensation may be paid to any professional absent specific order of the Court authorizing such payment.

DATED: September 28, 2026

Respectfully submitted,

DINSMORE & SHOHL LLP

By: */s/ Yosina M. Lissebeck*
Yosina M. Lissebeck
Attorneys for Richard A. Marshack, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled **NOTICE TO RETAINED PROFESSIONALS RE: HEARING ON SECOND INTERIM FEE APPLICATIONS**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 28, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 28, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COURTESY COPY**
Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California,
Santa Ana Division
411 W. Fourth St., Ste 5130/Ctrm 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 28, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 28, 2026 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

David Coats on behalf of Creditor Wells Fargo Bank, N.A.
dacoats@raslg.com

Benjamin Heston on behalf of Creditor Jeffrey Adams Gomez
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston on behalf of Plaintiff Jeffrey Adams Gomez
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

Richard G. Heston on behalf of Creditor Richard G Heston
rheston@hestonlaw.com,
yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Eric Marcus Neshanian on behalf of Defendant The Neshanian Law Firm, Inc
neshanianlawfirm@gmail.com

Eric Marcus Neshanian on behalf of Interested Party Courtesy NEF
neshanianlawfirm@gmail.com

Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
mstockl@otterbourg.com, nregina@otterbourg.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Julie J Villalobos on behalf of Debtor Kristina Lynn Smith
julie@oaktreelaw.com,
oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

Jennifer C Wong on behalf of Creditor U.S. Bank National Association
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2.** **SERVED BY UNITED STATES MAIL**:

Hahn Fife & Company LLP
1055 E. Colorado Blvd 5
Pasadena, CA 91106

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677

Clarence Yoshikane
Berkshire Hathaway
1400 Newport Center Drive, Suite 200
Newport Beach, CA 92660