**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
ben@nexusbk.com
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054

Attorney for Jeffrey Adams Gomez

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>KRISTINA LYNN SMITH,<br><br>Debtor. | Case No: 8:24-bk-12527-SC<br><br>Chapter 7<br><br>**DECLARATION OF JEFFREY ADAMS GOMEZ IN SUPPORT OF JOINT MOTION TO (1) APPROVE GLOBAL SETTLEMENT UNDER FED. R. BANKR. P. 9019; (2) AUTHORIZE DISTRIBUTIONS; AND (3) AUTHORIZE REGISTRY DEPOSIT** |

I, JEFFREY ADAMS GOMEZ, declare:

1. I am the plaintiff in the related adversary proceeding, Gomez v. Stegmeier, Gelbart, Schwartz & Benavente, LLP, et al., Case No. 8:26-ap-01028-SC, and a creditor in the above-captioned bankruptcy case. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify to them.

2. I submit this declaration in support of the Joint Motion to (1) Approve Global Settlement Under Federal Rule of Bankruptcy Procedure 9019; (2) Authorize Distributions; and (3) Authorize Registry Deposit (the “Motion”).

3. I have reviewed and agreed to the Global Settlement Agreement and Mutual Release that is the subject of the Motion (the “Agreement”). The Agreement resolves disputes concerning the proceeds from the sale of the real property located at 27591 Kathy Court, Laguna Niguel, California, including claims and liens asserted by R&S Law Group, APC, The Neshanian Law Firm, Inc., and Stegmeier, Gelbart, Schwartz & Benavente, LLP (“SGSB”).

4. I understand that, upon performance of the Agreement, the claims and liens addressed by the Agreement will be satisfied and released, my claims against the bankruptcy Estate will be resolved, and my rights to seek reimbursement or other relief in the pending divorce proceedings against Kristina Lynn Smith or property later determined to be community property will remain preserved.

5. I believe the Agreement is in my best interests because it resolves the pending disputes without the expense, delay, and uncertainty of further litigation and provides a defined procedure for distribution of the funds at issue.

6. I respectfully request that the Court approve the Agreement and grant the relief requested in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 7, 2026

______________________________
JEFFREY ADAMS GOMEZ

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**655 West Broadway, Suite 800 San Diego, CA 92101**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JEFFREY ADAMS GOMEZ IN SUPPORT OF JOINT MOTION TO (1) APPROVE GLOBAL SETTLEMENT UNDER FED. R. BANKR. P. 9019; (2) AUTHORIZE DISTRIBUTIONS; AND (3) AUTHORIZE REGISTRY DEPOSIT;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/08/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **10/08/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California, Santa Ana Division
411 W. Fourth St., Ste 5130/Ctrm 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/08/2026 | Cynthia Lam | /s/Cynthia Lam |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- David Coats on behalf of Creditor Wells Fargo Bank, N.A. dacoats@raslg.com
- Benjamin Heston on behalf of Creditor Jeffrey Adams Gomez bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- Benjamin Heston on behalf of Plaintiff Jeffrey Adams Gomez bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- Richard G. Heston on behalf of Creditor Richard G Heston rheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com, HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
- Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR) yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com; Cynthia.Lam@Dinsmore.com
- Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- Eric Marcus Neshanian on behalf of Defendant The Neshanian Law Firm, Inc neshanianlawfirm@gmail.com
- Eric Marcus Neshanian on behalf of Interested Party Courtesy NEF neshanianlawfirm@gmail.com
- Matthew J Stockl on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com, nregina@otterbourg.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Julie J Villalobos on behalf of Debtor Kristina Lynn Smith julie@oaktreelaw.com, oakecfmail@gmail.com;
- villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com
- Jennifer C Wong on behalf of Creditor U.S. Bank National Association bknotice@mccarthyholthus.com ,
- jwong@ecf.courtdrive.com
- Jennifer C Wong on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL:**

Michelle Sherwood, Esq
R & S Law Group, APC
400 West First St
Tustin, CA 92780

Stegmeier, Gelbart, Schwartz &
Benavente, LLP
19762 MacArthur Boulevard
Suite 200
Irvine, CA 92612

Jeffrey Adams Gomez
1388 Augusta Drive
Upland, CA 91786

Jeffrey Adams Gomez
27591 Kathy Court
Laguna Niguel, CA 92677

Richard G Heston
Heston & Heston, Attorneys at Law
19700 Fairchild Rd., Suite 280
Irvine, CA 92612

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677

Wells Fargo Bank, N.A.
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004

A center for Children
1111 W Chapman Ave
Orange, CA 92868

ADT
1501 Yamato RD
Boca Raton, FL 33431

Allergy and Asthma Assc
28202 Cabot Rd Ste 105
Laguna Niguel, CA 92677

AT&T
208 S Akard Rd
Dallas, TX 75201

AT&T Services, Inc.
by AIS InfoSource LP as agent
Karen Cavagnaro, Esq. ,
AT&T Way, Room 3A104
Bedminster, NJ 07921

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Clineva Urgent Care
25461 Rancho Niguel
Laguna Niguel, CA 92677

Community Orthopaedic And MRI
26401 Crown Valley Pkwy 101
Mission Viejo, CA 92691

Cox Communications
6205 Peachtree Dunwoody Rd
Atlanta, GA 30328
Drew Hunt
4 Park Plaza Suite 200
Irvine, CA 92614

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952 , Sacramento CA 95812-2952

Head And Neck Associates of OC
26726 Crown Valley Pkwy 200
Mission Viejo, CA 92691

Heston & Heston, Attorneys at Law
19700 Fairchild Rd.
Suite 280
Irvine, CA 92612

Jeff Gomez
PO Box 1718
Upland, CA 91785

Jeffrey Adams Gomez
1388 Augusta Drive
Upland, CA 91785

Kohl's
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Leon Baginski MD
27800 Medical Center Rd 310
Mission Viejo, CA 92691

Macys Corporate
151 West 34th Street
New York, NY 10001

Mission Heritage Gasterology
Dr Chang
27799 Medical Center Rd #310
Mission Viejo, CA 92691

Mission Heritage Internal Medicine
Dr Mayet
26800 Crown Valley Pkwy 305
Mission Viejo, CA 92691

Mission Heritage Nephrology
Dr Tran
26800 Crown Valley Pkwy 250
Mission Viejo, CA 92691

Mission Heritage TCU
27799 Medical Center Rd
Mission Viejo, CA 92691

Mission Pediatric Dentistry
27800 Medical Center Rd 332
Mission Viejo, CA 92691

Mission Providence Hospital
27799 Medical Center Rd
Mission Viejo, CA 92691

Moulton Water
26161 Gordon RD
Laguna Hills, CA 92653

Nellie Gail Urgent Care
27001 Moulton Pkwy 102
Aliso Viejo, CA 92656

Pediatrics Dermatology
3500 Barranca Pkwy 160
Newport Beach, CA 92696

Progressive Insurance
6300 Wilson Mills Rd
Cleveland, OH 44143

Providence Mission Radiology
27799 Medical Center Rd
Mission Viejo, CA 92691

Quality Loan Service
2763 Camino del Rios S 1st Fl
San Diego, CA 92108

R&S LAW GROUP, APC
230 Newport Center Drive
SUITE 210
Newport Beach, CA 92660

Retina Associates of OC
23521 Paseo De Valencia #207
Laguna Hills, CA 92653

Rowan Dorcy Medical
27799 Medical Center Rd
Mission Viejo, CA 92691

SDGE
PO Box 25111
Santa Ana, CA 92799

Sea Country Dental
32341 Golden Lantern Ste C
Laguna Niguel, CA 92677

Seabreeze Property
Management
PO Box92799
Aliso Viejo, CA 92656

SGSB Law
19762 MacArthur Blvd Ste 200
Irvine, CA 92612

So Cal Gas
1801 S Atlantic Blvd
Monterey Park, CA 91754

The Neshanian Law Firm
Amy Neshanian
5 Corporate Park, Ste 250
Irvine, CA 92606

Tina M. Talbot, ESQ.
230 Newport Center Dr
Suite 210
Newport Beach, CA 92660

Toll Roads
PO Box 57011
Irvine, CA 92619

US Acute Care Solution
4535 Dressier Rd NW
Canton, OH 44718

US Bank
PO BOX 108
Saint Louis, MO 63166

US Courts Pacer
PO Box 5208
Portland, OR 97208

U.S. Bank National Association
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South,
Suite 100
San Diego, CA 92108