YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
TAYLOR F. DUNCAN (353158)
Taylor.duncan@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Counsel to Richard A. Marshack,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smith,<br><br>Debtor. | Case No. 8:24-bk-12527-SC<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON DINSMORE & SHOHL LLP'S (1) SECOND INTERIM APPLICATION AS COUNSEL FOR RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2026 THROUGH OCTOBER 12, 2026; AND (2) REQUEST FOR PAYMENT OF FIRST INTERIM FEE APPLICATION HOLDBACK AMOUNT**<br><br>Date: November 17, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, California 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE CHAPTER 7 TRUSTEE; THE DEBTOR AND THE DEBTOR'S COUNSEL; ALL CREDITORS; AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Dinsmore & Shohl LLP ("Applicant" or "Dinsmore"), as counsel to Richard A. Marshack, the duly appointed, qualified, and acting Chapter 7 Trustee ("Trustee") of the above-captioned bankruptcy estate ("Estate") of the above captioned debtor ("Debtor") has filed *Dinsmore & Shohl LLP's (1) Second Interim Application for Allowance and Payment of Fees and Reimbursement of Expenses for the Period of May 1, 2026 through October 12, 2026; and (2) Request for Payment of First Interim Fee Application Holdback Amount* ("Application"). The Application seeks, for the Period of May 1, 2026, through October 12, 2026 the sum of $61,510.00 for fees incurred and reimbursement of expenses in the amount of $721.30, for a total of $62,231.30. Additionally, the Application seeks authorization for payment of $34,434.84 in fees previously approved by the Court in connection with Dinsmore's First Interim Application, but which were held back pending further order. A hearing to address approval of the Application and the relief requested therein will be held on **November 17, 2026, at 10:00 a.m.** before the Honorable Scott C. Clarkson, United States Bankruptcy Judge, in Courtroom 5C, located at 411 West Fourth Street, Santa Ana, California 92701.

**PLEASE TAKE FURTHER NOTICE** that, the Application has been filed with the Clerk of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California 92701 Los Angeles, California 90012. A copy of the Application may be obtained from the Clerk, through the Court's electronic filing service located at https://ecf.cacb.uscourts.gov, or by written request to Taylor F. Duncan at taylor.duncan@dinsmore.com.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Application, Dinsmore seeks approval of fees and costs pursuant to 11 U.S.C. §§ 330 and 331 on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1, any opposition to the Fee Applications must be in writing in the format required by the Local Bankruptcy Rules, filed with the Clerk of the Court, and served upon (i) counsel for the Trustee at

the address in the upper left comer of the face of this notice, (ii) the United States Trustee, located at 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017, and (iii) upon the professional affected by the opposition, not less than fourteen (14) days before the hearing. Failure to comply with this procedure may be deemed consent to the granting of the relief requested.

Dated: October 27, 2026 DINSMORE & SHOHL LLP

By: /s/ *Taylor F. Duncan*
Taylor F. Duncan
Counsel to Richard A. Marshack, Chapter 7 Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is **655 West Broadway, Suite 800, San Diego, CA 92101**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON DINSMORE & SHOHL LLP'S (1) SECOND INTERIM APPLICATION AS COUNSEL FOR RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2026 THROUGH OCTOBER 12, 2026; AND (2) REQUEST FOR PAYMENT OF FIRST INTERIM FEE APPLICATION HOLDBACK AMOUNT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 27, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Wells Fargo Bank NA
  **David Coats** - dacoats@raslg.com

- Attorneys for Jeffrey Adams Gomez
  **Benjamin Heston** - bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net

- Attorneys for Richard Heston & Kerry Kavanaugh
  **Richard G. Heston** - rheston@hestonlaw.com, yflores@hestonlaw.com, docs@hestonlaw.com, HestonRR41032@notify.bestcase.com, hestonlaw@recap.email

- Attorneys for Richard A. Marshack, Chapter 7 Trustee
  **Yosina M Lissebeck** - Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;

- **Richard A Marshack (TR)** - pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

- Courtesy NEF
  **Eric Marcus Neshanian** - neshanianlawfirm@gmail.com

- Attorneys for Richard A. Marshack, Chapter 7 Trustee
  **Taylor F. Duncan** - taylor.duncan@dinsmore.com, cynthia.lam@dinsmore.com

- Attorneys for Richard A. Marshack, Chapter 7 Trustee
  **Matthew J Stockl** - mstockl@otterbourg.com, nregina@otterbourg.com

- **United States Trustee (SA**) - ustpregion16.sa.ecf@usdoj.gov

- Attorneys for Howard & Kristina Smith
  **Julie J Villalobos** - julie@oaktreelaw.com, oakecfmail@gmail.com; villalobosjr51108@notify.bestcase.com; gus@oaktreelaw.com

- Attorneys for US Bank National Association
  **Jennifer C Wong** - bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) October 27, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130/Ctrm 5C
Santa Ana, CA 92701-4593

Clarence Yoshikane
Berkshire Hathaway
1400 Newport Center Drive, Suite 200
Newport Beach, CA 92660

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677

Michelle Sherwood, Esq
R & S Law Group, APC
400 West First St
Tustin, CA 92780

Hahn Fife & Company LLP
1055 E. Colorado Blvd 5
Pasadena, CA 91106

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 27, 2026 | Cynthia Lam | /s/ Cynthia Lam |
| *Date* | *Printed Name* | *Signature* |

**2. SERVED BY UNITED STATES MAIL:**

Michelle Sherwood, Esq
R & S Law Group, APC
400 West First St
Tustin, CA 92780

Stegmeier, Gelbart, Schwartz & Benavente, LLP
19762 MacArthur Boulevard
Suite 200
Irvine, CA 92612

Jeffrey Adams Gomez
1388 Augusta Drive
Upland, CA 91786

Jeffrey Adams Gomez
27591 Kathy Court
Laguna Niguel, CA 92677

Richard G Heston
Heston & Heston, Attorneys at Law
19700 Fairchild Rd., Suite 280
Irvine, CA 92612

Kerry Kavanaugh
4511 Isabella Lane
Dallas, TX 75229

Howard Smith
28822 Via De Luna
Laguna Niguel, CA 92677

Wells Fargo Bank, N.A.
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004

A center for Children
1111 W Chapman Ave
Orange, CA 92868

ADT
1501 Yamato RD
Boca Raton, FL 33431

Allergy and Asthma Assc
28202 Cabot Rd Ste 105
Laguna Niguel, CA 92677

AT&T
208 S Akard Rd
Dallas, TX 75201

AT&T Services, Inc.
by AIS InfoSource LP as agent
Karen Cavagnaro, Esq. ,
AT&T Way, Room 3A104
Bedminster, NJ 07921

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Clineva Urgent Care
25461 Rancho Niguel
Laguna Niguel, CA 92677

Community Orthopedic And MRI
26401 Crown Valley Pkwy 101
Mission Viejo, CA 92691

Cox Communications
6205 Peachtree Dunwoody Rd
Atlanta, GA 30328
Drew Hunt
4 Park Plaza Suite 200
Irvine, CA 92614

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952 , Sacramento CA 95812-2952

Head And Neck Associates of OC
26726 Crown Valley Pkwy 200
Mission Viejo, CA 92691
Heston & Heston, Attorneys at Law
19700 Fairchild Rd.
Suite 280
Irvine, CA 92612

Jeff Gomez
PO Box 1718
Upland, CA 91785

Jeffrey Adams Gomez
1388 Augusta Drive
Upland, CA 91785

Kohl's
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Leon Baginski MD
27800 Medical Center Rd 310
Mission Viejo, CA 92691

Macys Corporate
151 West 34th Street
New York, NY 10001

Mission Heritage Gasterology
Dr Chang
27799 Medical Center Rd #310
Mission Viejo, CA 92691

Mission Heritage Internal Medicine
Dr Mayet
26800 Crown Valley Pkwy 305
Mission Viejo, CA 92691

Mission Heritage Nephrology
Dr Tran
26800 Crown Valley Pkwy 250
Mission Viejo, CA 92691

Mission Heritage TCU
27799 Medical Center Rd
Mission Viejo, CA 92691

Mission Pediatric Dentistry
27800 Medical Center Rd 332
Mission Viejo, CA 92691

Mission Providence Hospital
27799 Medical Center Rd
Mission Viejo, CA 92691

Moulton Water
26161 Gordon RD
Laguna Hills, CA 92653

Nellie Gail Urgent Care
27001 Moulton Pkwy 102
Aliso Viejo, CA 92656

Pediatrics Dermatology
3500 Barranca Pkwy 160
Newport Beach, CA 92696

Progressive Insurance
6300 Wilson Mills Rd
Cleveland, OH 44143

Providence Mission Radiology
27799 Medical Center Rd
Mission Viejo, CA 92691

Quality Loan Service
2763 Camino del Rios S 1st Fl
San Diego, CA 92108

R&S LAW GROUP, APC
230 Newport Center Drive
SUITE 210
Newport Beach, CA 92660

Retina Associates of OC
23521 Paseo De Valencia #207
Laguna Hills, CA 92653

Rowan Dorcy Medical
27799 Medical Center Rd
Mission Viejo, CA 92691

SDGE
PO Box 25111
Santa Ana, CA 92799

Sea Country Dental
32341 Golden Lantern Ste C
Laguna Niguel, CA 92677

Seabreeze Property Mgmt
PO Box92799
Aliso Viejo, CA 92656

SGSB Law
19762 MacArthur Blvd Ste 200
Irvine, CA 92612

So Cal Gas
1801 S Atlantic Blvd
Monterey Park, CA 91754

The Neshanian Law Firm
Amy Neshanian
5 Corporate Park, Ste 250
Irvine, CA 92606

Tina M. Talbot, ESQ.
230 Newport Center Dr
Suite 210
Newport Beach, CA 92660

Toll Roads
PO Box 57011
Irvine, CA 92619

US Acute Care Solution
4535 Dressier Rd NW
Canton, OH 44718

US Bank
PO BOX 108
Saint Louis, MO 63166

US Courts Pacer
PO Box 5208
Portland, OR 97208

U.S. Bank National Association
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South,
Suite 100
San Diego, CA 92108