United States Bankruptcy Court

Central District of California

In re:
Kristina Lynn Smith
Debtor

Case No. 24-12527-SC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: admin Page 1 of 2
Date Rcvd: Oct 27, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kristina Lynn Smith, 27591 Kathy Ct, Laguna Niguel, CA 92677-6025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Plaintiff Jeffrey Adams Gomez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Creditor Jeffrey Adams Gomez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor Wells Fargo Bank N.A. dacoats@raslg.com |
| Eric Marcus Neshanian | on behalf of Interested Party Courtesy NEF neshanianlawfirm@gmail.com |
| Eric Marcus Neshanian | on behalf of Defendant The Neshanian Law Firm Inc neshanianlawfirm@gmail.com |

| | |
|---|---|
| Jacob Newsum-Bothamley | on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Creditor U.S. Bank National Association bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Julie J Villalobos | on behalf of Debtor Kristina Lynn Smith julie@oaktreelaw.com<br>oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com |
| Matthew J Stockl | on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com nregina@otterbourg.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Richard G. Heston | on behalf of Creditor Richard G Heston rheston@hestonlaw.com<br>yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email |
| Taylor Duncan | on behalf of Trustee Richard A Marshack (TR) taylor.duncan@dinsmore.com cynthia.lam@dinsmore.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Yosina M Lissebeck | on behalf of Trustee Richard A Marshack (TR) yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com |

TOTAL: 15

**DINSMORE & SHOHL LLP**
YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
TAYLOR F. DUNCAN (353158)
taylor.duncan@dinsmore.com
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

FILED & ENTERED

OCT 27 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>KRISTINA LYNN SMITH,<br><br>Debtor. | Case No: 8:24-bk-12527-SC<br><br>Chapter 7<br><br>**ORDER GRANTING JOINT MOTION TO (1) APPROVE GLOBAL SETTLEMENT UNDER FED R. BANKR. P. 9019; (2) AUTHORIZE DISTRIBUTIONS; AND (3) AUTHORIZE REGISTRY DEPOSIT [DK. 212]**<br><br>[*No hearing required*] |

The Court, having reviewed and considered the *Joint Motion to (1) Approve Global Settlement Under Fed R. Bankr. P. 9019; (2) Authorize Distributions; and (3) Authorize Registry Deposit* [Dk. 212] ("Motion"), filed by Richard A. Marshack, the Chapter 7 Trustee ("Trustee") for the above-captioned debtor ("Debtor") and Jeffrey Adams Gomez ("Gomez"); noting no opposition having been filed; excused appearances at the hearing and finds good cause to order as follows:

1. The Motion is GRANTED.

2. The Agreement is approved in its entirety.[1]

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3. The Court retains jurisdiction to hold and disburse the Registry Funds and to enforce the Agreement and its related order.

**IT IS SO ORDERED.**

Date: October 27, 2026

Scott C. Clarkson
United States Bankruptcy Judge