Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Yosina M. Lissebeck 201654
yosina.lissebeck@dinsmore.com
Taylor F. Duncan
taylor.duncan@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500

☒ *Attorney for*: Richard A. Marshack, Chapter 7 Trustee

FOR COURT USE ONLY

FILED & ENTERED

NOV 17 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

In re:

Kristina Lynn Smith,

Debtor(s).

CASE NO.: 8:24-bk-12527-SC

CHAPTER: 7

**ORDER ON APPLICATION FOR PAYMENT OF:**

☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**

☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**

DATE: November 17, 2026
TIME: 11:00 a.m.
COURTROOM: 5C
PLACE: 411 West Fourth Street
Santa Ana, CA 92701

1. Name of Applicant (*specify*): Dinsmore & Shohl LLP

2. This proceeding was heard at the date and place set forth above and was ☐ Contested ☒ Uncontested

3. Appearances were made as follows:
   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): October 27, 2026

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: $ 58,676.00
      (2) ☒ Amount or percentage authorized for payment at this time: 100%

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ 721.30

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ ____________

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ ____________

   e. (1) ☒ Application is denied
         ☐ in full
         ☒ in part
         ☒ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☒ The court further orders *(specify):*

The Application is GRANTED, less $2,650.00 for time billed after the October 12, 2026 end of the application period and $184.00 for the apparent duplicate July 22, 2026 entry, resulting in an interim fee award of $58,676.00, plus expenses of $721.30. The denial of the foregoing time is without prejudice.

The Court also authorizes payment of the previously allowed $34,434.84 holdback.

Any time attributable to defending Dinsmore's First Interim Fee Application should be identified and addressed in Dinsmore's final fee application under Baker Botts L.L.P. v. ASARCO LLC, 576 U.S. 121 (2015).

###

Date: November 17, 2026

Scott C. Clarkson
United States Bankruptcy Judge