**DINSMORE & SHOHL LLP**
YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
TAYLOR F. DUNCAN (353158)
taylor.duncan@dinsmore.com
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

FILED & ENTERED

NOV 17 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>KRISTINA LYNN SMITH,<br><br>Debtor. | Case No: 8:24-bk-12527-SC<br><br>Chapter 7<br><br>**AMENDED ORDER GRANTING JOINT MOTION TO (1) APPROVE GLOBAL SETTLEMENT UNDER FED R. BANKR. P. 9019; (2) AUTHORIZE DISTRIBUTIONS; AND (3) AUTHORIZE REGISTRY DEPOSIT [DK. 212]**<br><br>[*No hearing required*] |

The Court, having reviewed and considered the *Joint Motion to (1) Approve Global Settlement Under Fed R. Bankr. P. 9019; (2) Authorize Distributions; and (3) Authorize Registry Deposit* [Dk. 212] ("Motion"), filed by Richard A. Marshack, the Chapter 7 Trustee ("Trustee") for the above-captioned debtor ("Debtor") and Jeffrey Adams Gomez ("Gomez"); noting no opposition having been filed; finds good cause to order as follows:

1. The Motion is GRANTED.

2. The Agreement is approved in its entirety.[1]

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3. The Court finds and concludes that the funds to be deposited are interpleader funds, or other funds which qualify as "disputed ownership funds" as that term is defined by the Internal Revenue Service (26 C.F.R. § 1.68B-9(b)(1)). Accordingly, pursuant to General Order 13-01 (as it may be amended from time to time) and LBR 7067-1(e), the Administrative Officer of the United States Courts is hereby authorized and directed to administer the funds, charge fees, and withhold and pay taxes, under its Disputed Ownership Funds system (CRIS DOF).

4. The Court retains jurisdiction to hold and disburse the Registry Funds and to enforce the Agreement and its related order.

**IT IS SO ORDERED.**

Date: November 17, 2026

Scott C. Clarkson
United States Bankruptcy Judge