United States Bankruptcy Court
Central District of California

In re:
Kristina Lynn Smith
Debtor

Case No. 24-12527-SC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8 | User: admin | Page 1 of 2
Date Rcvd: Nov 17, 2026 | Form ID: pdf042 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kristina Lynn Smith, 27591 Kathy Ct, Laguna Niguel, CA 92677-6025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Creditor Jeffrey Adams Gomez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Plaintiff Jeffrey Adams Gomez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor Wells Fargo Bank N.A. dacoats@raslg.com |
| Eric Marcus Neshanian | on behalf of Defendant The Neshanian Law Firm Inc neshanianlawfirm@gmail.com |
| Eric Marcus Neshanian | on behalf of Interested Party Courtesy NEF neshanianlawfirm@gmail.com |

| | |
|---|---|
| Jacob Newsum-Bothamley | on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com |
| Jennifer C Wong | on behalf of Creditor U.S. Bank National Association bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Julie J Villalobos | on behalf of Debtor Kristina Lynn Smith julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com |
| Matthew J Stockl | on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com nregina@otterbourg.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Richard G. Heston | on behalf of Creditor Richard G Heston rheston@hestonlaw.com yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email |
| Taylor Duncan | on behalf of Trustee Richard A Marshack (TR) taylor.duncan@dinsmore.com cynthia.lam@dinsmore.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Yosina M Lissebeck | on behalf of Trustee Richard A Marshack (TR) yosina.lissebeck@dinsmore.com caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com |

TOTAL: 15

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Yosina M. Lissebeck 201654
yosina.lissebeck@dinsmore.com
Taylor F. Duncan
taylor.duncan@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500

☒ *Attorney for*: Richard A. Marshack, Chapter 7 Trustee

FOR COURT USE ONLY

FILED & ENTERED

NOV 17 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

In re:

Kristina Lynn Smith,

Debtor(s).

CASE NO.: 8:24-bk-12527-SC

CHAPTER: 7

**ORDER ON APPLICATION FOR PAYMENT OF:**

☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**

☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**

DATE: November 17, 2026
TIME: 11:00 a.m.
COURTROOM: 5C
PLACE: 411 West Fourth Street
Santa Ana, CA 92701

1. Name of Applicant (*specify*): Dinsmore & Shohl LLP

2. This proceeding was heard at the date and place set forth above and was ☐ Contested ☒ Uncontested

3. Appearances were made as follows:

   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): October 27, 2026

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: $ 58,676.00
      (2) ☒ Amount or percentage authorized for payment at this time: 100%

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ 721.30

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ ____________

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ ____________

   e. (1) ☒ Application is denied
      ☐ in full
      ☒ in part
      ☒ without prejudice
      ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☒ The court further orders *(specify):*
      The Application is GRANTED, less $2,650.00 for time billed after the October 12, 2026 end of the application period and $184.00 for the apparent duplicate July 22, 2026 entry, resulting in an interim fee award of $58,676.00, plus expenses of $721.30. The denial of the foregoing time is without prejudice.

      The Court also authorizes payment of the previously allowed $34,434.84 holdback.

      Any time attributable to defending Dinsmore's First Interim Fee Application should be identified and addressed in Dinsmore's final fee application under Baker Botts L.L.P. v. ASARCO LLC, 576 U.S. 121 (2015).

###

Date: November 17, 2026

Scott C. Clarkson
United States Bankruptcy Judge