AMY NESHANIAN, ESQ. SBN 218861
ERIC MARCUS NESHANIAN, ESQ. SBN 189022
The Neshanian Law Firm, Inc.
5 Corporate Park, Ste. 250
Irvine, California 92606

Telephone No. (714) 973-2600

Attorney for THE NESHANIAN LAW FIRM, INC., Secured Creditor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kristina Lynn Smtih,<br><br>Debtor. | Case No.: 8:24-bk-12527-TA<br><br>CHAPTER 7<br><br>**NOTICE OF WITHDRAWAL OF CLAIM #4** |

///

///

///

///

///

///

///

///

**TO THE COURT AND ALL INTERESTED PARTIES, AND THEIR COUNSEL OF RECORD, IF ANY:**

**PLEASE TAKE NOTICE** that secured creditor The Neshanian Law Firm, Inc. hereby withdraws its claim identified in the register of actions for this bankruptcy action as Claim #4 in the amount of $98,229.59.

Secured creditor The Neshanian Law Firm, Inc. requests Claim #4 be disregarded and be stricken from the record.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

DATED: 11/23/2026 ______________________

Eric Marcus Neshanian, Attorney for
THE NESHANIAN LAW FIRM, INC.